AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**WSOU INVESTMENTS LLC,**
*Plaintiff*

V.   Civil Action No. **6:20−CV−00585−ADA**

**GOOGLE LLC,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Google LLC**
**c/o Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701−3218**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **James L. Etheridge**
> **Etheridge Law Group, PLLC**
> **2600 E. Southlake Blvd., Suite 120−324**
> **Southlake, TX 76092**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/BRIANNA WINTER**
DEPUTY CLERK

**ISSUED ON 2020−06−30 16:41:18**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20–CV–00585–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____ was received by me on*(date)*_____.

☐  I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐  I left the summons at the individual's resident or usual place of abode with*(name)*_____ _____, a person of suitable age and discretion who resides there, on *(date)*_____, and mailed a copy to the individual's last known address; or

☐  I served the summons on*(name of individual)*_____, who is designated by law to accept service of process on behalf of*(name of organization)*_____ _____ on*(date)*_____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify):_____
   _____
   _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                     _____
                                                              *Server's signature*

                                            _____
                                                              *Printed name and title*

                                            _____
                                                              *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____