UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments, LLC d/b/a
Brazos Licensing and Development
vs.
Google LLC

Case No.: 6:20-cv-585

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Jennifer Kash**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Google LLC** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Warren Lex LLP** with offices at:

    Mailing address: 2261 Market Street, No. 606

    City, State, Zip Code: San Francisco, California, 94114

    Telephone: +1 (415) 895-2940    Facsimile: +1 (415) 895-2964

2. Since **1999**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **California**. Applicant's bar license number is **203679**.

3. Applicant has been admitted to practice before the following courts:

    Court:                                          Admission date:

    See Attachment 1

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: __See Attachment 2__ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mike Jones of Potter Minton

Mailing address: 110 N College Avenue

City, State, Zip Code: Tyler, Texas, 75702

Telephone: +1 (903) 597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jennifer Kash to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jennifer Kash
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 11 day of September, 2020.

Jennifer Kash
[printed name of Applicant]

[signature of Applicant]

<u>Attachment 1 to Jennifer Kash's Pro Hac Vice Application</u>

| | |
|---|---:|
| State of California | December 1999 |
| United States District Court, Northern District of California | December 1999 |
| United States District Court, Central District of California | December 1999 |
| United States Court of Appeals, Ninth Circuit | December 1999 |
| United States Court of Appeals, Federal Circuit | August 2001 |
| United States District Court, Eastern District of California | January 2002 |

<u>Attachment 2 to Jennifer Kash's Pro Hac Vice Application</u>

Case No 1:05-cv-18 (June 7, 2005)
Case No. 1:05-cv-198 (August 9, 2005)
Case No. 1:05-cv-333 (June 6, 2005)
Case No. 1:10-cv-246 (November 10, 2010)