# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## WACO DIVISION

WSOU Investments, LLC d/b/a
Brazos Licensing and Development
vs.

Google LLC

Case No.: 6:20-cv-585

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jennifer Kash, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jennifer Kash may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Jennifer Kash, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE