IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT | § § § § | CIVIL ACTION NO. 6:20-cv-585[ADA] |
| v. | § § | |
| GOOGLE LLC | § § | |

## NOTICE OF FILING

Pursuant to the Court's Procedures Regarding Technology Tutorials, Claim Construction, Discovery Disputes, and Trial Date, Google submits the attached joint correspondence marked as Exhibit A for the Court's consideration.

DATED: December 8, 2020         */s/ Michael E. Jones*
                                Matthew S. Warren (*pro hac vice*)
                                Jen Kash (*pro hac vice*)
                                Warren Lex LLP
                                2261 Market Street, No. 606
                                San Francisco, California, 94114
                                +1 (415) 895-2940
                                +1 (415) 895-2964 facsimile
                                20-571@cases.warrenlex.com
                                20-580@cases.warrenlex.com
                                20-583@cases.warrenlex.com
                                20-585@cases.warrenlex.com

                                Tharan Gregory Lanier
                                JONES DAY
                                1755 Embarcadero Road
                                Palo Alto, Ca 94303
                                Telephone: (650) 739-3939
                                Facsimile: (650-739-3900
                                tglanier@jonesday.com

>Michael E. Jones
>SBN: 10929400
>Patrick C. Clutter
>SBN: 24036374
>POTTER MINTON, PC
>110 North College, Suite 500
>Tyler, Texas 75702
>Tel: 903-597-8311
>Fax: 903-593-0846
>mikejones@potterminton.com
>patrickclutter@potterminton.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 8, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

>*/s/ Michael E. Jones*