# EXHIBIT #8

**Group 3 – Google's Responsive Claim Construction Brief
(Civil Case Nos. 6:20-cv-00573-ADA, 6:20-cv-00575-ADA,
6:20-cv-00577-ADA, and 6:20-cv-00585-ADA)**

Designed for
Microsoft
Windows NT
Windows 95

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*

Over 2,300 New Terms With Online Updates Available Quarterly

# Microsoft Press Computer Dictionary

## Third Edition



- Over 7,600 terms and definitions
- 345 illustrations and diagrams
- Extensive Internet and Web coverage
- Featured in Microsoft® Bookshelf® 97

*Microsoft* Press

GOOG-WSOU575-CC-000001

# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft Press**

GOOG-WSOU575-CC-000002

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1  2  3  4  5  6  7  8  9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

GOOG-WSOU575-CC-000003

# Contents

Introduction

v

# Dictionary
*of Computer Terms*

### Appendix A

**ASCII Character Set**

520

### Appendix B

**IBM Extended Character Set**

522

### Appendix C

**Apple Macintosh Extended Character Set**

524

### Appendix D

**EBCDIC Character Set**

528

### Appendix E

**Numeric Equivalents**

534

spelling of *the*; or reversing two wires in a circuit. **2.** In mathematics and spreadsheets, to rotate a matrix (a rectangular array of numbers) about a diagonal axis.

**transputer** \trans`pyōō´tər\ *n*. Short for **trans**istor com**puter.** A complete computer on a single chip, including RAM and an FPU, designed as a building block for parallel computing systems.

**trap**[1] \trap\ *n*. *See* interrupt.

**trap**[2] \trap\ *vb*. To intercept an action or event before it occurs, usually in order to do something else. Trapping is commonly used by debuggers to allow interruption of program execution at a given spot. *See also* interrupt, interrupt handler.

**trapdoor** \trap´dōr\ *n*. *See* back door.

**trap handler** \trap´ hand`lər\ *n*. *See* interrupt handler.

**Trash** \trash\ *n*. An icon on the screen in the Macintosh Finder, resembling a garbage can. To delete a file or eject a diskette, the user drags the icon for the file or diskette to the Trash. However, until the user shuts down the system or chooses the menu option "Empty Trash," a file in the Trash is not actually deleted; the user can retrieve it by double-clicking the Trash icon and dragging the file's icon out of the resulting window. *Compare* Recycle Bin.

**traverse** \trə-vərs´\ *vb*. In programming, to access in a particular order all of the nodes of a tree or similar data structure.

**tree** \trē\ *n*. A data structure containing zero or more nodes that are linked together in a hierarchical fashion. If there are any nodes, one node is the root; each node except the root is the child of one and only one other node; and each node has zero or more nodes as children. *See also* child (definition 2), graph, leaf, node (definition 3), parent/child (definition 2), root.

**tree network** \trē´ net`wərk\ *n*. A topology for a local area network (LAN) in which one machine is connected to one or more other machines, each of which is connected to one or more others, and so on, so that the structure formed by the network resembles that of a tree. See the illustration. *See also* bus network, distributed network, ring network, star network, token ring network, topology.

**tree search** \trē´ sərch\ *n*. A search procedure performed on a tree data structure. At each step



*Tree network.*

of the search, a tree search is able to determine, by the value in a particular node, which branches of the tree to eliminate, without searching those branches themselves. *See also* branch (definition 1), tree structure.

**tree structure** \trē´ struk`chur\ *n*. Any structure that has the essential organizational properties of a tree. *See also* tree.

**trellis-coded modulation** \trel´is-kō-dəd mo-dyə-lā´shən, moj`ə-lā´shən\ *n*. An enhanced form of quadrature amplitude modulation that is used by modems that operate at or above 9,600 bits per second and encodes information as unique sets of bits associated with changes in both the phase and amplitude of the carrier, as well as using extra signal points for error-checking bits. *Acronym:* TCM (T`C-M´). *See also* quadrature amplitude modulation.

**trichromatic** \trī`krə-mat´ik\ *adj*. Of, pertaining to, or characteristic of a system that uses three colors (red, green, and blue in computer graphics) to create all other colors. *See also* color model.

**trigger** \trig´ər\ *n*. In a database, an action that causes a procedure to be carried out automatically when a user attempts to modify data. A trigger can instruct the database system to take a specific action, depending on the particular change attempted. Incorrect, unwanted, or unauthorized changes can thereby be prevented, helping to maintain the integrity of the database.

**trigonometry** \trig`ə-nom´ə-trē\ *n*. The branch of mathematics dealing with arcs and angles, expressed in functions (for example, sine and cosine) that show relationships—for example, between two sides of a right triangle or between two complementary angles.

# Microsoft Press® Computer Dictionary

## Third Edition

**The Comprehensive Standard for Business, School, Library, and Home**

MICROSOFT PRESS COMPUTER DICTIONARY, THIRD EDITION, is the authoritative source of definitions for computer terms, concepts, and acronyms—from the world's most respected computer software company. With more than 7,600 entries—2,300 of which are new—this comprehensive standard has been completely updated and revised to cover the most recent trends in computing, including extensive coverage of Internet, Web, and intranet-related terms. The definitions are based on the ways the terms are used in the real world today. Extensively illustrated, the Third Edition now offers a more professional, traditional-dictionary format for maximum utility and ease of use.

Key facts that make the new MICROSOFT PRESS COMPUTER DICTIONARY, THIRD EDITION, one of the finest references of its kind you can use:

- In addition to terms and technology developed at Microsoft, the dictionary thoroughly covers other products and technologies in the computing industry (PC, Macintosh®, and Unix terminology), plus words illustrating mathematical, mainframe, network, and programming concepts.

- It's a real dictionary. You'll find pronunciation guides, parts of speech, and definitions.

- Online updates are available every quarter on the Microsoft Press Web site.

*"The must-have computer resource."*
—Compute

| | |
|---|---|
| U.S.A. | $34.99 |
| U.K. | £32.48 |
| Canada | $48.99 |

X002KHKW37
Microsoft Press
Computer Dictionary
New

Computers/General Reference

**Microsoft** Press

GOOG-WSOU575-CC-000021