# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00585-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING MARKMAN HEARING BY ZOOM

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING BY ZOOM** on **Thursday, March 25, 2021 at 09:00 AM**. Counsel will receive an email an email the zoom link at a later date.

    IT IS SO ORDERED this 17th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE