IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00575-ADA<br>CIVIL ACTION 6:20-CV-00577-ADA<br>CIVIL ACTION 6:20-CV-00580-ADA<br>CIVIL ACTION 6:20-CV-00585-ADA |
| Plaintiff, | § § | |
| v. | § § | PATENT CASE |
| GOOGLE LLC, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANT'S MOTION FOR ORAL HEARING ON DEFENDANT'S MOTION TO DISMISS

Having considered Defendant's Motion for Oral Hearing and the briefing related to it, the Court finds the motion should be DENIED.

_____
DISTRICT JUDGE

1