IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT** | § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00571-ADA <br> CIVIL ACTION 6:20-CV-00572-ADA <br> CIVIL ACTION 6:20-CV-00573-ADA <br> CIVIL ACTION 6:20-CV-00575-ADA <br> CIVIL ACTION 6:20-CV-00576-ADA <br> CIVIL ACTION 6:20-CV-00579-ADA <br> CIVIL ACTION 6:20-CV-00580-ADA <br> CIVIL ACTION 6:20-CV-00583-ADA <br> CIVIL ACTION 6:20-CV-00584-ADA <br> CIVIL ACTION 6:20-CV-00585-ADA <br><br> **JURY TRIAL DEMANDED** |
| Plaintiff, | | |
| v. | | |
| **GOOGLE LLC,** | | |
| Defendant. | | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Nathan K. Cummings of the law firm Etheridge Law Group, PLLC appears as counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Cummings hereby requests that all notices required to be given and all papers required to be served in the above-entitled and numbered cause be served upon him.

Dated: October 14, 2021            Respectfully submitted,

                         By:    */s/ Nathan K. Cummings*
                                James L. Etheridge
                                Texas Bar No. 24059147
                                Ryan S. Loveless
                                Texas Bar No. 24036997
                                Brett A. Mangrum
                                Texas Bar No. 24065671
                                Travis L. Richins
                                Texas Bar No. 24061296
                                Jeffrey Huang
                                Brian M. Koide
                                Nathan K. Cummings
                                Etheridge Law Group, PLLC
                                2600 E. Southlake Blvd., Suite 120 / 324

        Southlake, TX 76092
        Tel.: (817) 470-7249
        Fax: (817) 887-5950
        Jim@EtheridgeLaw.com
        Ryan@EtheridgeLaw.com
        Brett@EtheridgeLaw.com
        Travis@EtheridgeLaw.com
        Jhuang@EtheridgeLaw.com
        Brian@EtheridgeLaw.com
        Nathan@EtheridgeLaw.com

        Mark D. Siegmund
        State Bar No. 24117055
        mark@waltfairpllc.com
        Law Firm of Walt, Fair PLLC.
        1508 North Valley Mills Drive
        Waco, Texas 76710
        Telephone: (254) 772-6400
        Facsimile: (254) 772-6432

        *Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court CM/ECF Document Filing System to all counsel of record on October 14, 2021.

        */s/ Nathan K. Cummings*
        Nathan K. Cummings