# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00585-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER CANCELLING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **DISCOVERY HEARING** on **Monday, December 27, 2021 at 11:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 26th day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE