IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    *Plaintiff*,<br><br>  v.<br><br>GOOGLE LLC<br><br>    *Defendant*. | §§§§§§§§§§§§§<br><br>Civil Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Michael C. Pomeroy of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Pomeroy hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: January 7, 2022

          */s/ Michael C. Pomeroy*
          Michael C. Pomeroy
          Texas Bar No. 24098952
          mpomeroy@carterarnett.com

          **CARTER ARNETT, PLLC**
          8150 N. Central Expressway, Suite 500
          Dallas, Texas 75206
          Telephone: No.: (214) 550-8188
          Facsimile No.: (214) 550-8185

          **ATTORNEY FOR PLAINTIFF**