IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,** § § § § § § § § § § § § §<br><br>*Plaintiff*,<br><br>v.<br><br>**GOOGLE LLC**<br><br>*Defendant*. | Civil Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Theresa M. Dawson of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Ms. Dawson hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon her.

Dated: January 7, 2022

*/s/ Theresa M. Dawson*
Theresa M. Dawson
Texas Bar No. 24065128
tdawson@carterarnett.com

**CARTER ARNETT, PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

**ATTORNEY FOR PLAINTIFF**