IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,** § § § § *Plaintiff*, § § v. § § **GOOGLE LLC** § § *Defendant.* § § | Civil Case No. 6:20-cv-00585-ADA  **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Bradley D. Liddle of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Liddle hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: January 20, 2022

*/s/ Bradley D. Liddle*
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com

**CARTER ARNETT, PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

**ATTORNEY FOR PLAINTIFF**