IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>          *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>          *Defendant*. | § § § § § § § § § § § § § §  Civil Case No. 6:20-cv-00585-ADA |

## NOTICE OF APPEARANCE

Please take notice that Joshua J. Bennett of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Bennett hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated:  February 8, 2022

/s/ *Joshua J. Bennett*
Joshua J. Bennett
Texas Bar No. 24059444
jbennett@carterarnett.com

CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

**ATTORNEY FOR PLAINTIFF**