## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU Investments LLC d/b/a Brazos
 Licensing and Development
vs.                                          Case No.:  6:20-cv-585-ADA

Google LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Gregory Phillip Love                              , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  WSOU Investments LLC                        in this case, and
                                  d/b/a Brazos Licensing and Development

would respectfully show the Court as follows:


1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

        Steckler Wayne Cherry & Love PLLC              with offices at:

        Mailing address:  P. O. Box 948

        City, State, Zip Code:  Henderson, Texas 75653-0948

        Telephone:  903 212-4444            Facsimile:  903 392-2267


2.      Since   November 3, 1999                  , Applicant has been and presently is a

        member of and in good standing with the Bar of the State of Texas                   .

        Applicant's bar license number is  24013060                              .


3.      Applicant has been admitted to practice before the following courts:

        Court:                               Admission date:

        See Attachment 1

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:   Mark D. Siegmund

Mailing address:   8416 Old McGregor Road

City, State, Zip Code:   Waco, TX 76712

Telephone:   254-641-3690

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Gregory Phillip Love _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Gregory Phillip Love
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the /0 day of February 2022

Gregory Phillip Love
[printed name of Applicant]

[signature of Applicant]

**Attachment 1**

Court Admissions

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of Texas | 1999 | 24013060 |
| U. S. District Court – Texas Eastern | 1999 | |
| U. S. Supreme Court | 2004 | |
| U. S. District Court – Texas Northern | 2008 | |
| U. S. District Court – Tennessee Western | 2008 | |
| U. S. Court of Appeals – Fifth Circuit | 2009 | |
| U. S. District Court – Oklahoma Western | 2010 | |
| U. S. District Court -  Arkansas Eastern & Western | 2010 | |
| U.S. District Court – Texas Southern | 2011 | 1162836 |
| U. S. Court of Appeals – Federal Circuit | 2013 | |
| U. S. District Court – Eastern District of Michigan | 2013 | |