IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| *Plaintiff*, | § | Civil Case No. 6:20-cv-00585-ADA |
| v. | § § | **JURY TRIAL DEMANDED** |
| GOOGLE LLC | § § § | |
| *Defendant*. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Seth A. Lindner of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Lindner hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: February 16, 2022

*/s/ Seth A. Lindner*
Seth A. Lindner
Texas Bar No. 24078862
slindner@carterarnett.com

**CARTER ARNETT, PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

**ATTORNEY FOR PLAINTIFF**