# EXHIBIT 26

WARREN LEX LLP

2261 MARKET STREET NO. 606　　TEL  +1 (415) 895 2940
SAN FRANCISCO CA 94114　　　　　FAX  +1 (415) 895 2964

January 6, 2022

**By Electronic Mail**

Jim Etheridge
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120/324
Southlake, Texas, 76092
jim@etheridgelaw.com

Re:    WSOU Investments LLC v. Google LLC, No. 20-585 (W.D. Texas)

Dear Mr. Etheridge:

Further to Google's December 10, 2021 letter providing dates for deponents, please find the following updated information regarding topics for each designated witness.

In response to WSOU's 30(b)(6) Notice to Google in the above-captioned case, Google preliminarily discloses the following witnesses, and initial topic designations, subject to our objections served September 22, 2021:

- Google designates Payam Pakzad in this case to testify regarding Topics 1,7 (as to facts and documents identified in response to Interrogatory Nos. 3, 8 and 10), 10-19, 42, 45, 48, and 57-59 with respect to Google's Android Awareness Fence and Snapshot APIs.  Mr. Pakzad will be made available on January 12, 2022.

- Google designates Reto Meier in this case to testify regarding Topics 7 (as to facts and documents identified in response to Interrogatory Nos. 1 and 14), 27, 35-36, 40-41, 43-44, 47, 49, 50-51, and 54 with respect to Google's Android Awareness Fence and Snapshot APIs.  Mr. Meier will be made available on January 19, 2022.

- Google designates John Yoo in this case to testify regarding Topics 7 (as to facts and documents identified in response to Interrogatory Nos. 4 and 13), 28-34, and 37-38 with respect to Google's Android Awareness Fence and Snapshot APIs.  Mr. Yoo will be made available on February 17, 2022.

- Google designates Jim Maccoun in this case to testify regarding Topics 2, 7 (as to facts and documents identified in response to Interrogatory Nos. 6 and 7), 23-26, 63, and 70.  Mr. Maccoun will be made available on January 25, 2022.

Google reserves the right to modify these disclosures, including with respect to the topic designations.

In addition to the depositions above, Google also will produce the following witnesses pursuant to the 30(b)(1) notices served by WSOU in the above-captioned case:

Jim Etheridge
January 6, 2022
Page 2

- Brian Duddie, on February 4, 2022.
- Jeffrey Hightower, on January 26, 2022.
- Matthew Gubiotti, on February 8, 2022.
- Wyatt Riley, on February 1, 2022.

Each of the above witnesses will be offered via Google Meet, as previously agreed to by and between the parties.  Protective Order, at par. 16.  Once the depositions are confirmed, Google will provide the necessary information to conduct remote depositions using Google Meet and Google Drive.  We assume that the depositions will begin at 9 a.m. pacific time, but will take that up on a case by case basis dependent on the witness location.  No witness disclosed herein shall be made available for longer than seven hours.

Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Erika Warren