### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § | Case No. 6:20-cv-572-ADA Case No. 6:20-cv-575-ADA |
| Plaintiff, | § § | Case No. 6:20-cv-579-ADA Case No. 6:20-cv-580-ADA |
| v. | § § | Case No. 6:20-cv-584-ADA Case No. 6:20-cv-585-ADA |
| GOOGLE LLC, | § § | |
| Defendant. | § § | JURY TRIAL DEMANDED |

### ORDER CONCERNING CARTER ARNETT PLLC'S MOTION TO WITHDRAW DUE TO A NON-WAIVABLE CONFLICT OF INTEREST

On this day, came on to be considered Carter Arnett PLLC's Motion to Withdraw Due to a Non-Waivable Conflict of Interest. After considering said motion, the Court is of the opinion that said motion should be _____. Additionally. The Court orders:

1. That the Plaintiff will determine which of the five remaining cases it will continue to prosecute by _____;

2. That plaintiff's new lead counsel meet and confer with Google's counsel concerning a revised schedule for any remaining cases; and

3. That the parties submit a revised agreed schedule for any remaining cases or, in the alternative, if there are disputes over such schedule, the Court set a status conference in this matter to resolve such disputes on or before _____.

SIGNED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT

{A07/07713/0107/W1770024.1 }