AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| WSOU Investments LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:20-cv-00585-ADA |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development.

Date: 03/07/2022

/s/ Cliff Win, Jr.
*Attorney's signature*

Cliff Win, Jr., CA Bar No. 270517
*Printed name and bar number*

Folio Law Group PLLC
1200 Westlake Ave N., Suite 809
Seattle, WA 98109
*Address*

cliff.win@foliolaw.com
*E-mail address*

(206) 880-1802
*Telephone number*

*FAX number*

Print   Save As...   Reset