IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT | § § § § | |
| v. | § § | CASE NO. 6:20-cv-585 [ADA] |
| GOOGLE LLC | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY PATRICK CLUTTER

On this day, came on to be considered the Unopposed Motion to Withdraw Patrick Clutter formerly of Potter Minton, PC as counsel of record for Defendant Google LLC in the above-captioned. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Patrick Clutter formerly of Potter Minton, PC counsel of record for Defendant Google LLC be allowed to withdraw and is hereby withdrawn as counsel for said Defendant in the above matter. The Clerk shall withdraw Patrick Clutter as counsel of record for Defendant in civil action number 6:20-cv-585 [ADA] and terminate notification of electronic filings.

SIGNED this _____ day of _____, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

{A07/07713/0089/W1769354.1 }