# EXHIBIT 7

# Joseph Abraham

| | |
|---|---|
| **From:** | Andre Gougisha |
| **Sent:** | Wednesday, April 6, 2022 1:42 PM |
| **To:** | mikejones@potterminton.com; patrickclutter@potterminton.com; tglanier@jonesday.com; tastitt@jonesday.com; edwingarcia@jonesday.com; smayergoyz@jonesday.com; jmsauer@jonesday.com; slaud@jonesday.com |
| **Cc:** | WSOU Google WDTX; wsougoogle@potterminton.com; WSOU-Google@jonesday.com; Greg Love; Mark Siegmund; Melissa Ruiz; Chris Zhen |
| **Subject:** | WSOU v. Google - Brazos' Amended Final Infringement Contentions (20-cv-584) |
| **Attachments:** | 2022-04-06 Amended Final Infringement Contentions (584) w_Appx A-D.pdf |

Counsel,

Brazos's Amended Final Infringement Contentions in Case Nos. 20-cv-584 are attached hereto. No redlines have been provided because these contentions add additional products in Appendixes B-D, while Appendix A includes the previously charted method claims 1-5 and further charts the apparatus equivalents thereof. A single additional paragraph has also been added to claim element 1[a] stating:

The Google Pixel 4 has internal storage that stores notifications for different events. Examples of events include alarms, countdown timers, phone calls, playing media, and ambient display, which are associated with notifications including for example audible alarms, ringers, media volume, and textual notifications whose characteristics may be changed in response to detecting movement by radar by dismissing the alarm, reducing the alarm volume, changing media and/or displaying the text.

Regards,
Andre

