# EXHIBIT 31

https://support.google.com/googlenest/answer/10388741?hl=en | Go
Case 6:20-cv-00585-ADA Document 108-10 Filed 05/20/22 Page 2 of 2
4 captures
1 Mar 2022 – 22 Mar 2022
FEB / MAR 22 2022 / APR
2021 / 2022 / 2023
About this capture

# Google Nest Help

Describe your issue

**Help Center**  **Community**  Google Nest

Speakers and Displays | Nest Thermostat | Cameras and Doorbell | Locks and Alarm Systems | Smoke Alarms | Wi-Fi | Subscriptions and Se...

Get started › Google Nest Hub (2nd gen) › Motion Sense on Nest Hub

To get the most out of Google Home, choose your Help Center: U.S. Help Center, U.K Help Center, Canada Help Center, Australia Help Center.

## Motion Sense on Nest Hub

If you have a Nest Hub (2nd gen) with Motion Sense turned on, you can turn on gestures to do actions quickly with your display. You can also turn on Sleep Sensing to track your sleep and give you personalized insights and tips, so you wake up well rested and refreshed.

Motion Sense uses low-energy radar to detect movement like breathing and gestures. It is powered by Soli.

Learn more about Soli.

Motion Sense isn't a camera. When it is on and active no distinguishable images of a person's body or face are generated or used for Sleep Sensing or gesture detection.

### Turn Motion Sense on or off

On Nest Hub (2nd gen), you can turn Motion Sense on or off to start or stop detecting movement. **Note:** Motion Sense needs to be on to perform Quick Gestures and Sleep Sensing.

1. From the bottom of your Nest Hub (2nd gen) display, swipe up.
2. Tap Settings ⚙ › Motion Sense ⚙.

Give feedback about this article

Was this helpful?  **Yes**   **No**

### Google Nest Hub (2nd gen)

- Sleep Sensing on Nest Hub (2nd gen)
- Review your sleep and wellness
- Change Sleep Sensing settings
- Sleep Sensing Preview information
- Fix Sleep Sensing issues
- Sleep Sensing FAQ
- Motion Sense on Nest Hub

### Have a question?

Get an answer from an expert on the Google Home Help Forum.

## Need more help?

Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there

©2022 Google - Privacy Policy - Terms of Service    English