# EXHIBIT 34

# **Etheridge Law Group, PLLC**

2600 East Southlake Blvd
Suite 120 / 324
Southlake, TX 76092

December 8, 2021

*Via Email* to: Counsel for Google

**Re:    WSOU Investments LLC v. Google LLC, Nos. 20-584 (W.D. Texas)**

Counsel,

In advance of the parties' December 10 meet and confer, please confirm that Google has produced or will promptly produce all documents relating to incorporation of Soli in Google products other than Pixel 4, such as Google's Pixel Watch.

If Google is unwilling to produce this information, please be prepared to discuss this at the meet and confer.


Best regards,

*/s/ Jim Etheridge*
Jim Etheridge