# EXHIBIT 37

The Wayback Machine - https://web.archive.org/web/20220223202957/https://atap.google.com/soli/

You are the only interface you need.



# Wave hello to Soli.

Soli is a miniature radar that understands human motions at various scales: from the tap of your finger to the movements of your body.

# One powerful chip.

 









### 360° sensing

Soli understands movement from all angles.

### Low power

Soli is always sensing to detect movement at a low power.

### Smart detection

Soli detects objects and motion through various materials for seamless interaction.

### Private

Soli is not a camera and doesn't capture any visual images.

# Interaction that feels human.

Our goal is to make relationships with technology more human. As humans, we understand each other intuitively, often without saying a single word. When you walk behind someone, they hold the door open for you. When you reach for something, they hand it to you. And when you happily raise your hand towards a friend, they reciprocate with a high five.

Being able to understand each other without words heightens our ability to connect, communicate and go about our lives with ease. What if we could experience a similar ease of connection and communication when we interact with technology?

# The language of nonverbal communication.

Soli aims to understand the nuances of human movements so that we can use our natural body language and gestures as a form of input. We created an interaction framework that groups human movements according to levels of proximity and engagement between the user and Soli: aware, engaged and active. The framework is based on regular human nonverbal communication models.



**01**  **02**  **03**

## Aware

Soli is aware of your presence.

## Engaged

Soli anticipates when you want to interact.

## Active

Soli actively recognizes and responds to your gestures.

# A library of movements.

The Soli movement library consists of units of interaction which can be used to build complex interactive experiences that go beyond touch and voice.

 Aware

Soli is aware of the location of the people in

its sensing area, just like you're aware of someone entering the room you're in.



Presence



Multi-User Presence



Sit



Engaged



Active



Home

Technology

Sandbox

Soli

# Introducing Motion Sense™



Soli radar



Our team has introduced the Soli chip, platform and interaction model to the Pixel 4 phone. The Soli sensor is located at the top of the phone, creating an interactive hemisphere that can sense and understand movements around the phone[1].

Pixel 4 will be the first device with Soli, powering Motion Sense which allows you to skip songs, snooze alarms and silence phone calls, without touching your phone.

These capabilities are just the start, and just as Soli technology improves over time, Motion Sense will evolve as well. Motion Sense will be available in select countries[2].

# Experience Motion Sense.





GOOGLE ATAP

POKÉMON

USTWO

# Soli Sandbox

Set your ideas in motion with Soli Sandbox. The Soli Sandbox app connects your web based prototypes with Soli interactions on Pixel 4.[3] Download the app and get started with the simple tutorial today. Please note that the Soli Sandbox app does not enable creating Android apps.



LEARN MORE

# Wave Hello

Get to know the newest Pokémon, Grookey, Scorbunny, and Sobble, from Pokémon Sword and Pokémon Shield video games — as well as a few favorites — in a new interactive way with Motion Sense™. Wave above your phone to say hello to Pikachu, reach and pet Eevee, swipe above the phone to fire up Scorbunny, and more. Or have them journey alongside you all day on your Pixel 4's wallpaper!



# Headed South

Headed South is an experience that introduces Pixel's new touchless interface to users in a playful and engaging way. Through your journey, learn, practice and master the use of Motion Sense gestures to gather a flock of birds and fly South to escape the storm.



# Get updates about Soli

Get the latest updates and news on Project Soli. You can unsubscribe following instructions in the emails

Select affiliation

Email

☐ I accept the Terms and Conditions and acknowledge that my information will be used in accordance with Google's Privacy Policy.

**GET UPDATES**

**Pages**
Home
Technology
Sandbox
Sandbox Handbook
Sandbox Prototypes

**Links**
Privacy
Terms
About Google

**Social**
Twitter
Instagram
YouTube

[1] Pixel 4's Soli implementation does not include all capabilities and interactions described here

[2] Soli functionality only available on Pixel 4 and only in the US, Canada, Singapore, Australia, Taiwan, Japan and most European countries. For more information see g.co/pixel/motionsense.

[3] Soli Sandbox is only available on Pixel 4 and only in the United States, Canada, Germany, Spain, Italy, Netherlands, United Kingdom, Ireland, Denmark, France, Taiwan, Japan, and Singapore. For more information see g.co/pixel/motionsense.

©2019 Pokémon. TM, ® Nintendo



Privacy　Terms