# EXHIBIT 39





Products

# Products and experiences.

























## Stay in the know.
Get the latest updates and news on Project Soli.

Email address

☐ I accept the Terms and Conditions and acknowledge that my information will be used in accordance with Google's Privacy Policy.

Sign up

 Soli

Twitter
Instagram
YouTube

About Google
Privacy
Terms

Google

1 Pixel 4's Soli implementation does not include all capabilities and interactions described here.
2 Soli functionality is only available on Pixel 4 and only in the US, Canada, Singapore, Australia, Taiwan, Japan and most European countries. For more information see g.co/pixel/motionsense.
3 Soli Sandbox is only available on Pixel 4 and only in the United States, Canada, Germany, Spain, Italy, Netherlands, United Kingdom, Ireland, Denmark, France, Taiwan, Japan, and Singapore. For more information see g.co/pixel/motionsense. ©2019 Pokémon. TM, ® Nintendo
4 Google Nest Hub requires a Wi-Fi network, a nearby electrical outlet, and a compatible (Android, iOS) mobile device. Minimum OS requirements are available at g.co/home/req. iOS is a trademark of Cisco and is used under license.
5 Sleep Sensing requires a subscription service. Learn more at g.co/sleepsensing/preview. Sleep Sensing features are subject to your permissions and settings. They use motion, sound, and other device sensor data to work and require placing the device close to the bed and calibrating the device for your sleeping position. Google Assistant, Google Fit app and other Google apps may be required for full functionality. Google Assistant requires a Google Account.
6 Device placement and nearby people, pets, or noises can cause inaccurate readings.
7 Sleep Sensing feature is not intended to diagnose, cure, mitigate, prevent or treat any disease or condition. Consult your healthcare professional for questions about your health.