# EXHIBIT 42

# Joseph Abraham

| | |
|---|---|
| **From:** | Jennifer Babcock |
| **Sent:** | Friday, April 1, 2022 9:13 PM |
| **To:** | tastitt@JonesDay.com; tglanier@JonesDay.com; mikejones@potterminton.com |
| **Cc:** | wsougoogle@potterminton.com; WSOU-Google@jonesday.com; 20-580@cases.warrenlex.com; WSOU Google WDTX; CA-BrazosTrials@carterarnett.com; caribou@matters.warrenlex.com; Greg@swclaw.com; mark@swclaw.com; Melissa@swclaw.com; Chris@swclaw.com |
| **Subject:** | WSOU v. Google - Brazos's Amended Final Infringement Contentions (20-cv-572, 20-cv-580) |

Counsel:

Brazos's Amended Final Infringement Contentions in Cases Nos. 20-cv-572 and -580, including supporting exhibits containing confidential source code material and redlines against Brazos's Final Infringement Contentions, are available for download at this link:  Download Link

Please advise if you encounter any technical difficulties.

Best,
Jennifer

