# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | Case No. 6:20-cv-572-ADA<br>Case No. 6:20-cv-580-ADA<br>Case No. 6:20-cv-584-ADA<br>Case No. 6:20-cv-585-ADA |
| Plaintiff, | § § | |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |
| | § | JURY TRIAL DEMANDED |

**INDEX OF NON-CONFIDENTIAL DOCUMENTS TO DEFENDANT GOOGLE LLC'S OPPOSITION TO BRAZOS' OPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPALINT AND SERVE AMENDED INFRINGEMENT CONTENTIONS**

The following documents are publicly filed as exhibits to the above-referenced sealed document:

Exhibits 5-9, 18-20, 22, 23, 28-37 and 40-42.

Date: June 3, 2022

Respectfully submitted,

*/s/ Tharan Gregory Lanier with permission by Michael E. Jones*
Tharan Gregory Lanier (pro hac vice)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett (Texas Bar No. 24074372)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile

{A07/07713/0107/W1781099.1 }

mikejones@potterminton.com
shaunhassett@potterminton.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Michael A. Lavine
**Jones Day**
555 California Street
26th Floor
San Francisco, California 94104
+1 (415) 626-3939
mlavine@jonesday.com

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679) (*pro hac vice*)
Erika Warren (California Bar No. 295570)
Francesca Miki Shima Germinario (California Bar No. 326208)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com

*Attorneys for Defendant Google LLC*