# EXHIBIT 32



Check out the Oppo Ambassador Program Highlights and WIN!

NEWS                    FORUMS                    DEVICES                    TOPICS                    BEST POSTS

# Windows 11    # Galaxy Fold 3    # Galaxy Z Flip 3    # Android 13    # Galaxy S22 Plus    # OnePlus 10 Pro    # Pixel 6 Pro



📰    📅 March 16, 2021 1:13pm    💬 Comment    👤 Brandon Russell

## Google's new Nest Hub features sleep tracking and Soli motion gestures

G oogle has introduced a new Nest Hub — the smart display that can control your entire home — and this time it features one notable ~~improvement~~ sleep tracking. The saying "snooze, you lose," but with the Nest Hub (202~~1~~ Soli technology.

The new Nest Hub features a refined design, faster pro~~cessor~~ based on the same audio technology as [Nest Audio](#) and



Close ⊗

Skip Ad





Introducing the second-gen Nest Hub from Google

With a new Sleep Sensing feature powered by Google's Soli radar technology, the Nest Hub can analyze how a person closest to the device is sleeping based on their movement and breathing. The device will also know when you experience disturbances like coughing and snoring, and it can also track how light and temperature changes affect your s[...] so you can play or pause content at any time by tappin[...] can also do this to snooze alarms.)

Sleep Sensing will provide you with a daily summary of [...] understands your schedule, provides personalized sugg[...]

Close ⊗



Skip Ad

"Compiled after several nights of analysis, these suggestions point out notable aspects of your sleep, educate you on why they're important and provide suggestions to improve," Google said.



Like the last Nest Hub, the new model doesn't come with a camera, and the Sleep Sensing feature is opt-in. Google said there's also a visual indicator on the display every time Sleep Sensing is collecting information. Because there's no camera, the technology that senses movement cannot detect specific bodies and faces. Google said audio data like coughing and snoring are processed on the device, so they're never sent to the company.

The new Nest Hub has also received some visual upgra
around the screen so it sits flush with the frame, and th
sand, and mist. The LCD is still 7 inches with a resolutic
smart display comes equipped with a third microphone

Close ⊗



Skip Ad

Soli originally debuted in the Pixel 4 but was quickly abandoned in the Pixel 5. The technology was then cleverly implemented into the Nest Thermostat and is now a critical part of the new Nest Hub. Google clearly believes the motion-sensing technology makes the most sense in smart home devices.

The new Nest Hub retails for $99 and ships on March 30. You can preorder it now in the U.S., Canada, U.K., Germany, France, and Australia.

🏷 Tags ◀ Google ◀ Google Nest Hub

XDA » News Brief » Google's new Nest Hub features sleep tracking and Soli motion gestures

## ABOUT AUTHOR



### Brandon Russell

Brandon's love of technology can be traced back to his childhood, when he would obsessively watch Back to the Future. Since then he's followed the industry and its many innovations, from handheld consoles to powerful smartphones. He's still waiting on a hoverboard.

We are reader supported. External links may earn us a commission.

Close ⊗



Skip Ad



**0 Comments**      **XDA-Developers**      🔒 **Disqus' Privacy Policy**      1 **Login** ▾

♡ **Favorite**          🐦 Tweet          f Share          Sort by Best ▾

Start the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

✉ Subscribe      D Add Disqus to your siteAdd DisqusAdd      ⚠ **Do Not Sell My Data**

# LATEST XDA NEWS

### HP Spectre x360 13.5 (2022) vs MacBook Air: What's the best premium laptop?
🕐 May 27, 2022

### Samsung's rugged Galaxy XCover 6 Pro spotted on Go
🕐 May 27, 2022

Google reportedly working on built-in snore and coug



Close ⊗

Skip Ad



**OnePlus Nord 2 gets OxygenOS 12 Open Beta 2 with May 2022 patches, Fortnite crash fix, and more**

🕐 May 27, 2022



**Play Store app listings start showing a new 'Compatibility for your active devices' section**

🕐 May 27, 2022



XDA Developers was founded by developers, for developers. It is now a valua

Are you a developer? | Terms of Service

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

More info

Contact   Advertise   About   Suggest Content   Security   Privacy Policy

Useful Links

Best Android Phones   How to Root   Best Laptops   Tutorials

*Copyright © XDA*

Close ⊗



Skip Ad