# EXHIBIT 34

The Wayback Machine - https://web.archive.org/web/20190511161038/https://support.google.com/google-ads/answer/1722043?hl=en

**Help Center**   Community

## Target ads to geographic locations

Google Ads location targeting allows your ads to appear in the geographic locations that you choose: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising on the areas where you'll find the right customers, and restrict it in areas where you won't. This specific type of targeting could help increase your **return on investment (ROI)** as a result.

When it comes to advertising on Google Ads, consider the real estate adage: "Location, location, location!" Regardless of how great your ad is, it probably won't perform as well if it doesn't appear in the right places. Reach your customers where they are and where your business can serve them by using Google Ads location targeting. You can set and then adjust your location targeting settings at any time.

## Targeting the right locations for your business

Get guidance on choosing the location targets that are most appropriate for your business.

Compare location target types: countries, areas within a country, or radius

Tips for choosing the right locations for your business

## Set up location targeting

Click an option below for location targeting instructions. Keep in mind that *available location target types vary by country*.

*Suggested time for task: 5-7 minutes*

> **Note:** Google Ads only permits targeting for locations that adhere to minimum privacy thresholds where minimum area and minimum user counts are met. If your desired location target does not adhere to these privacy thresholds, then you will not be able to target it in the Google Ads interface.

How to reach audiences in entire countries

How to reach audiences in areas within a country

Set location targeting for multiple campaigns at once

How to target a radius around a location

## Advanced: Targeting multiple locations in bulk

Google Ads allows you to add a bulk list of up to 1000 location targets at a time, rather than adding each location one-by-one. We also offer tools for bulk editing. Click an option below to find out more.

How to add multiple location targets in bulk

How to target multiple locations across campaigns

Other bulk editing options

### Related links

- Exclude ads from selected geographic locations
- About advanced location options

- About language targeting
- Refine your location targeting

## Was this article helpful?

Yes   No

## Choose where and when ads appear

- About language targeting
- **Target ads to geographic locations**
- Exclude ads from geographic locations
- About advanced location options
- About ad reach
- About targeting geographic locations
- Location target types by country
- Refine your location targeting
- Target customers near an address with location extensions

### Register to watch Google Marketing Live

Uncover the latest digital marketing innovations from Google Marketing Live.

Register now

English