# EXHIBIT 35


Google

The Keyword | Latest stories | Product updates | Company news

Subscribe

GOOGLE TV

# Google TV: Entertainment you love, with help from Google

Sep 30, 2020 · 4 min read

**Shalini Govilpai**
Senior Director, Google TV

Share

1:08

## Meet our new devices

Nest Audio, new Pixels, and Chromecast with Google TV bring together the best of Google to deliver helpful experiences to you.

Learn more

In today's golden age of television, there are seemingly limitless options for you to enjoy at home—that binge-worthy show, the big game or the latest blockbuster movie. But with more choices than ever, it can take a long time just to find something to watch. That's why we made Google TV—a new entertainment experience designed to help you easily browse and discover what to watch—available first on the new Chromecast with Google TV.

## An experience that's

## tailored for you

The new Google TV experience brings together movies, shows, live TV and more from across your apps and subscriptions and organizes them just for you. To build this, we studied the different ways people discover media—from searching for a specific title to browsing by genre—and created an experience that helps you find what to watch. We also made improvements to Google's Knowledge Graph, which is part of how we better understand and organize your media into topics and genres, from movies about space travel to reality shows about cooking. You'll also see titles that are trending on Google Search, so you can always find something timely and relevant.

Searching is as easy as asking Google. Whether you're looking to "find action movies" or "show me sci-fi adventure TV shows," just ask Google to see results from across your favorite apps, like Disney+, france.tv, HBO Max, Netflix, Peacock[1], Rakuten Viki and YouTube, among others.



Google TV helps you search and discover movies and shows from across your subscriptions.

With so much content to choose from, you might need help keeping track of what to watch. Google TV's Watchlist gives you one easy place to bookmark movies and shows you want to save for later. You can even add to your Watchlist from Google Search on your phone or laptop, and it will be waiting on your TV when you get home.



Save movies, shows and Live TV to

your Watchlist for later.

## What's playing on Live TV

Ever switch back and forth between your streaming content and your live content to find something to watch? With Google TV, you'll see recommendations for both in one place so you'll never miss the big game, breaking news or a reality show finale. The Live tab shows you what's airing now and what's playing next, all just a click away.



Access the YouTube TV channel guide directly in the Live tab.

Live TV integration is available now with a YouTube TV membership in the U.S., which includes more than 85 channels, a DVR with unlimited

storage space and more. Integration with more live TV providers is coming soon.

## A little help from Google

With Google TV, the biggest screen in your home is now more helpful. Ask Google about the weather, sports scores and more, and get answers right on your TV. You can even view and control your compatible connected home devices with just your voice. Simply press and hold the Google Assistant remote button and say "Show me the front door" to see your security camera feed.

When you aren't watching TV, ambient mode lets you connect to Google Photos so you can showcase images of your favorite people and places on your home's biggest screen. Google TV is also compatible with more than 6,500 apps built for Android TV OS so you can access your favorites across gaming, fitness, education, music and more. Support for Stadia is coming in the first half of 2021.

## Available on the new Chromecast with Google TV

The all-new Chromecast with Google TV comes with a remote and plugs right into your TV's HDMI port, so you can watch your favorite content in up to 4K HDR. Starting today in the U.S., Chromecast with Google TV is available for $49.99 in three colors: Snow, Sunrise and Sky. We will be bringing Chromecast with Google TV to more countries by the end of the year.

Starting in 2021, Google TV will also be available on televisions from Sony and other Android TV OS partners.

Last but not least, we know that your TV isn't the only place for watching entertainment. To make it easy to discover and enjoy your entertainment no matter where you go, Google TV will also be available via the new Google TV app, which will begin rolling out today to Android mobile devices in the U.S. as an update to the Google Play Movies & TV app.

¹Google TV search and discover functionality for Peacock content will be available soon.

MORE FROM THIS COLLECTION

# Our newest lineup of helpful devices

Our newest products bring together the best of Google's hardware, software and AI to deliver helpful experiences built around you.

VIEW ALL 6 ARTICLES ➔

POSTED IN: Google TV

Chromecast

# Related stories





make the most of the
 app

Kim  -  Jun 01, 2022

GOOGLE TV

Watch With Me on Google TV
Day's watchlist

By Ashley Lu  -  May 04, 2022

