# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, LLC<br><br>    Defendant | Case No. 6:20-cv-00572-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED EXTENSION OF TIME

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development ("Brazos") hereby notifies the Court of its agreement with Defendant Google, LLC to extend the time for Brazos to file its reply brief in support of Brazos's Opposed Motion for Leave to File an Amended Complaint and Serve Amended Infringement Contentions until June 13, 2022.

This extension is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Date: June 10, 2022

Respectfully submitted,

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
T: 737-234-0201
Email: joseph.abraham@foliolaw.com
Email: timothy.dewberry@foliolaw.com

1

Cliff Win, CA Bar No. 270517
Steven Skelley, WA Bar No. 53017
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel:    (206) 880-1802
Email: cliff.win@foliolaw.com
Email: steve.skelley@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Tel.: (254) 651-3690
Fax: (254) 651-3689
greg@swclaw.com
mark@swclaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Joseph M. Abraham*
Joseph M. Abraham
