IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, ) ) ) | Case No. 6:20-cv-00572-ADA |
| ) | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, ) ) | Case No. 6:20-cv-00584-ADA |
| v. ) ) | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC ) ) | **JURY TRIAL DEMANDED** |
| *Defendant*. ) ) | |

**JOINT MOTION TO SUBMIT SUPPLEMENTAL EXHIBIT**

On May 20, 2022, Brazos filed its Opposed Motion for Leave to File an Amended Complaint and Serve Amended Infringement Contentions (ECF No. 107). Brazos attached a set of redlines as Exhibit 6 thereto. ECF. No. 107-5.[1] On June 3, 2022, Google filed its Opposition to Brazos's Motion for Leave to File an Amended Complaint and Serve Amended Infringement Contentions. ECF No. 111. Google attached its own redlines of Brazos's infringement contentions as Exhibit 12. ECF No. 111-7.[2]

To aid the Court's consideration of the parties' substantive dispute, the parties have conferred regarding the competing redlines, and have agreed upon the attached redline comparison as accurately reflecting Brazos's proposed amendments. The parties respectfully request that the

---

[1] Brazos filed its Motion for Leave to Amend in each of the four captions above. Unless otherwise noted, docket citations herein correspond to Case No. 6:20-cv-00585-ADA.

[2] *See also* ECF Nos. 104-5, 107-7, and 112-7 in case no. 6:20-cv-00572-ADA; ECF Nos. 103-5, 107-7, and 111-7 in case no. 6:20-cv-580-ADA; ECF Nos. 92-5, 95-7, and 100-7 in case no. 6:20-cv-00584-ADA; and ECF Nos. 107-5, 111-7, and 115-7 in case no. 6:20-cv-00585-ADA.

Court allow the parties to jointly submit the attached proposed supplemental exhibit as Joint Exhibit 1 in connection with Brazos' motion in the four captions above and agree that the parties' previous exhibits detailing Brazos's proposed amendments need not be addressed by the Court.

Date:   August 3, 2022

Respectfully submitted,

/s/ Joseph M. Abraham
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
T: 737-234-0201
Email: joseph.abraham@foliolaw.com
Email: timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Steven Skelley, WA Bar No. 53017
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cliff.win@foliolaw.com
Email: steve.skelley@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Tel.: (254) 651-3690
Fax: (254) 651-3689
greg@swclaw.com
mark@swclaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

/s/ Michael E. Jones
Michael E. Jones (Texas Bar No. 10929400)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com

Tharan Gregory Lanier
(California Bar No. 138784) *(pro hac vice)*
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

        Michael A. Lavine
        **Jones Day**
        555 California Street
        26th Floor
        San Francisco, California 94104
        +1 (415) 626-3939
        mlavine@jonesday.com

        Matthew S. Warren
        Jennifer A. Kash
        Erika H. Warren
        Francesca M. S. Germinario
        **Warren Lex LLP**
        2261 Market Street, No. 606
        San Francisco, California, 94114
        +1 (415) 895-2940
        +1 (415) 895-2964 facsimile
        20-580@cases.warrenlex.com
        20-585@cases.warrenlex.com

        *Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

        */s/ Joseph M. Abraham*
        Joseph M. Abraham

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this motion. The parties agreed to the relief herein requested.

        */s/ Joseph M. Abraham*
        Joseph M. Abraham