United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Abraham, Joseph M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, August 15, 2022 |
| Re: | 06:20-CV-00585-ADA / Doc # 122 / Filed On: 08/15/2022 11:59 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Please refer to the Order Governing Proceedings in Patent Cases. Proposed Orders should not contain the word proposed in the title. The Motion will stay on the case as filed, but please file a corrected order as an Attachment to doc 122.