IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC<br><br>    *Defendant*. | Case No. 6:20-cv-00572-ADA<br><br>Case No. 6:20-cv-00580-ADA<br><br>Case No. 6:20-cv-00584-ADA<br><br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

The Court ORDERS that the following modified schedule will govern deadlines up to and including the trial of these matters and hereby vacates all prior scheduling orders and deadlines in this matter:

| Event | Brazos Proposed Date | Google Proposed Date |
|---|---|---|
| <u>Final Infringement Contentions</u> | Wed. Aug. 3, 2022 | <u>Wednesday, August 3, 2022</u> |
| <u>Final Invalidity Contentions and Core Technical Production</u> | Wed. Sept. 28, 2022 | <u>Wednesday, September 28, 2022</u> |
| <u>Parties exchange claim terms for construction.</u> | Wed. Oct. 12, 2022 | <u>Wednesday, October 12, 2022</u> |

| Event | Brazos Proposed Date | Google Proposed Date |
|---|---|---|
| Parties exchange proposed claim constructions. | Wed. Oct. 26, 2022 | Wednesday, October 26, 2022 |
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. | Wed. Nov. 2, 2022 | Wednesday, November 2, 2022 |
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. | Wed. Nov. 9, 2022 | Wednesday, November 9, 2022 |
| Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. | Wed. Nov. 16, 2022 | Wednesday, November 16, 2022 |
| Plaintiff files Responsive claim construction brief. | Wed. Nov. 30, 2022 | Wednesday, December 7, 2022 |
| Defendant files Reply claim construction brief. Parties to jointly email the law clerks (see OGP at 1) to confirm their Markman date. | Wed. Dec. 7, 2022 | Wednesday, December 21, 2022 |
| Plaintiff files a Sur-Reply claim construction brief. | Wed. Dec. 14, 2022 | Wednesday, January 4, 2023 |
| Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). | Wed. Dec. 21, 2022 | Monday, January 9, 2023 |

| Event | Brazos Proposed Date | Google Proposed Date |
|---|---|---|
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | N/A | Wednesday, January 11, 2023 |
| *Markman* Hearing | Wed. Jan. 11, 2023 | Wednesday, January 18, 2023 |
| First of two narrowing conferences | N/A | Wednesday, February 1, 2023 |
| Close of Fact Discovery. | Wed. Feb. 8, 2023 | Wednesday, March 1, 2023 |
| Opening Expert Reports. | Wed. Feb. 15, 2023 | Wednesday, March 8, 2023 |
| Rebuttal Expert Reports. | Wed. Mar. 15, 2023 | Wednesday, April 5, 2023 |
| Close of Expert Discovery. | Mon. Apr. 3, 2023 | Wednesday, April 26, 2023 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | Fri. Apr. 7, 2023 | Wednesday, May 3, 2023 |
| Dispositive motion deadline and Daubert motion deadline.  See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | Mon. Apr. 10, 2023 | Wednesday, May 10, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | Mon. Apr. 17, 2023 | Wednesday, May 24, 2023 |

| Event | Brazos Proposed Date | Google Proposed Date |
|---|---|---|
| Serve objections to pretrial disclosures/rebuttal disclosures. | Mon. May 1, 2023 | Wednesday, June 7, 2023 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and dates. | Mon. May 8, 2023 | Wednesday, June 14, 2023 |
| Serve objections to rebuttal disclosures and file motions in limine. | Mon. May 8, 2023 | Wednesday, June 14, 2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | Mon. May 15, 2023 | Wednesday, June 21, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | Mon. May 22, 2023 | Wednesday, June 28, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | Wed. May 31, 2023 | Friday, July 7, 2023 |
| [Proposed] Final Pretrial Conference (subject to the Court's convenience). | Mon. June 5, 2023 | Wednesday, July 12, 2023 |
| [Proposed] Jury Selection/Trial (subject to the Court's convenience). | Mon. June 26, 2023 | Monday, August 7, 2023 |

SIGNED this \_\_\_\_ day of _____ 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE