IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING & DEVELOPMENT,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:20-cv-00572-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Melissa S. Ruiz of the law firm STECKLER WAYNE CHERRY & LOVE, PLLC, is appearing as additional counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development. Ms. Ruiz hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon her as follows:

Steckler Wayne Cherry & Love, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: melissa@swclaw.com

Dated: November 7, 2022                    /s/ Melissa S. Ruiz
                                                        Melissa S. Ruiz
                                                        Texas Bar No. 24128097
                                                        USPTO Reg. No. 77,169
                                                        melissa@swclaw.com
                                                        Steckler Wayne Cherry & Love, PLLC
                                                        8416 Old McGregor Road
                                                        Waco, Texas 76712
                                                        Telephone No.: (254) 651-3690
                                                        Facsimile No.: (254) 651-3689

                                                        *Attorney for WSOU Investments, LLC*
                                                        *d/b/a Brazos Licensing & Development*


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served on all counsel of record through the Court's electronic filing system on November 7, 2022.

                                                                  /s/ Melissa S. Ruiz
                                                                  Melissa S. Ruiz