# EXHIBIT 3



# What is IPTV?

IPTV, or Internet Protocol television, is a relatively new and still evolving technology that AT&T is using to deliver TV service. AT&T is the only national service provider to offer a 100-percent IP-based TV service, AT&T U-verse$^{SM}$ TV. IP technology means that your TV, PC, home phone and wireless devices can be integrated to all work together, giving you unmatched features, more control and more personalization.

## Internet Protocol

Think of Internet Protocol as a "language" that devices use to communicate over a computer network. IP is not the same thing as the Internet. Rather, it's the same language used by the Internet. IP technology allows information to be sent and received over any broadband or network connection.





When all of your devices and services — now including your TV — speak the same language, they are able to easily work together in new ways. Program your DVR from your PC or wireless phone… Display personalized content and applications from the Internet on your TV…Even view your home phone's incoming call log on your TV screen.

## Why IPTV is Different Than Cable Technology

IPTV is a different, improved technology than "traditional" cable or satellite TV, and it allows for more flexibility within the network. IPTV enables two-way interactivity, versus a traditional, one-way cable or satellite broadcast network. The two-way IPTV network means viewers have more options to interact, personalize and control their viewing experience.

IP technology also allows for more flexibility within your home network. With IP, all of the U-verse receivers in your home — no matter which room they are in — are connected on the same high-speed home network. This lets you watch shows recorded from your DVR on any TV in the house. You can also connect gaming consoles, laptops and other devices to your home network using the Ethernet port on the back of your set-top box.

## How IPTV is Different Than Internet Video



Watching U-verse TV is different than streaming videos over the public Internet. With U-verse TV, programming is carried over our managed network, which allows us to control video quality and the reliability of your service. Best-effort Internet video can be subject to delays due to lower bandwidth, high traffic or poor connection quality.

Because IP lets your TV communicate with other services, it can bring integrated broadband content and features to your TV screen. For example, AT&T Online Photos from Flickr gives you the ability to view personal photos that you've uploaded to flickr.com right on your TV.

## What's Next for IPTV?

Our U-verse features are only a glimpse of what is possible with IP. This new, advanced technology is still evolving, and because of our two-way IP network, we're able to roll out enhancements quickly and easily, without any hassle for customers. That's one of the greatest benefits of our IP platform. IP is the future for your TV, and there's much more ahead.

© 2009 AT&T Intellectual Property. All rights reserved. Geographic and service restrictions apply to U-verse. Call or go to www.uverse.att.com to see if you qualify. Customizing options require AT&T U-verse High Speed Internet Service. Wireless remote access requires WAP 2.0-compliant cell phone or other handheld device. Total Home DVR feature requires additional U-verse receivers for each additional TV at $7 a month.

GOOG-WSOU572-CC-000449