# EXHIBIT 5

# AT&T U-verse



## AT&T U-verse℠ Timeline
AT&T expanding its fiber-optics network deeper into neighborhoods to bring IP-based services to millions of consumers.



**June 22, 2004**
SBC Communications Inc. announces key advances in developing a network capable of delivering a new generation of integrated digital TV, high-speed Internet access and voice over IP service.

**Jan. 6, 2005**
SBC announces U-verse will be the brand for the company's suite of IP-based products and services.

**March 31, 2005**
SBC announces a $195 million, multi-year contract with Scientific-Atlanta to provide IP-based video equipment.

**Aug. 18, 2005**
SBC announces contracts have been awarded to Scientific Atlanta and Motorola to deliver next-generation IP set-top boxes that will enable customers to access TV programming, video-on-demand, interactive applications and other features.

June 2004    July    Aug.    Sept.    Oct.    Nov.    Dec.    **2005**    Jan.    Feb.    March    April    May    June    July    Aug.    Sept.    **Oct. 2005** ▶

**Oct. 20, 2004**
SBC announces a five-year, approximately $1.7 billion primary supplier agreement with Alcatel to provide network equipment and video system integration services for Project Lightspeed.

**Nov. 17, 2004**
SBC announces an agreement with Microsoft Corp. to provide next-generation television services using the new Microsoft TV Internet Protocol Television (IPTV) Edition software platform.

**May 4, 2005**
SBC announces a multi-million dollar, multi-year contract with Amdocs to provide a range of services to ensure the best possible customer service, as well as its IP convergence solution.

**Oct. 18, 2005**
SBC announces an agreement with Lucent Technologies to provide a comprehensive IP Multimedia Subsystem (IMS) platform to help integrate wireline and wireless services in new and powerful ways, and deliver anytime, anywhere access to a "grand slam" of next-generation IP services.

GOOG-WSOU572-CC-000372

# AT&T U-verse



## AT&T U-verse℠ Timeline, continued

**June 21, 2006**
AT&T announces an agreement to build a FTTP network to deliver the AT&T U-verse suite of services to a 20,000-home master-planned community near Houston.

**June 22, 2006**
In the wake of a positive ruling on IP video by the Connecticut Department of Public Utility Control, AT&T Connecticut outlines its plan to invest more than $336 million to expand DSL availability and build the network that will provide the company's new suite of U-verse services.

**Nov. 3, 2005**
SBC concludes a two-month technical field trial of IP-based services, which successfully demonstrated that the technology works in a real-world environment.

**Dec. 9, 2005**
AT&T announces a $43 million, one-year contract has been awarded to 2Wire to deliver new IP-based residential gateways for the AT&T U-verse suite of services.

**Feb. 13, 2006**
AT&T announces an agreement to build a fiber to the premises (FTTP) network at the Kiley Ranch development in northern Nevada.

**May 31, 2006**
Citing the passage of HB 1279 as the catalyst, AT&T Indiana declares its intent to invest $250 million to deliver next-generation video and broadband services to Hoosiers.

**Nov. 2005 | Dec. | 2006 | Jan. | Feb. | March | April | May | June | July 2006**

**Nov. 17, 2005**
Citing the passage of landmark state video legislation, SBC Texas announces a planned $800 million investment in IP video and high-speed Internet access technology for the state.

**Nov. 18, 2005**
SBC Communications Inc. closes its acquisition of AT&T Corp., and adopts the AT&T name.

**December 2005**
AT&T starts a controlled market entry of U-verse services in San Antonio neighborhoods.

**May 8, 2006**
Speaking at the Detroit Economic Club, AT&T Chairman and CEO Edward E. Whitacre affirms the company's intent to make U-verse services available – within three years – to more than 5.5 million low-income households as part of its initial build in 41 Project Lightspeed markets, making them among the first in the nation to receive these new IP-enabled video services.

**May 26, 2006**
AT&T unveils an initial investment commitment of approximately $247 million in Kansas to support the first phoase of fiber network upgrades, following the passage of the Kansas Video Competition Act.

**June 2006**
AT&T starts the commercial launch of U-verse services in San Antonio.

GOOG-WSOU572-CC-000373