# EXHIBIT 12



GOOG-WSOU572-CC-000374

# A Dictionary of the
# Internet

Darrel Ince

OXFORD
UNIVERSITY PRESS

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York

Athens Auckland Bangkok Bogotá Buenos Aires Calcutta
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris São Paulo Shanghai Singapore Taipei Tokyo Toronto Warsaw

with associated companies in Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Darrel Ince 2001

Database right Oxford University Press (maker)

First published 2001

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 0-19-280286-0

1 3 5 7 9 10 8 6 4 2

Printed by TJ International
Padstow, Cornwall

Preface

Dictionary

Appendix 1 C
Appendix 2 P
Appendix 3 P
            E

GOOG-WSOU572-CC-000376

36 37 **Broadband Integrated Services Digital Network**

ATEWAY PROTOCOL.
m that carries out some
r periodic task for a user.
ks include finding email
or SPAMMING programs,
/EB PAGE statistics,
pdates for a user when
 change, EMAIL
nd maliciously sending a
ny NEWSGROUP that it
 See also CANCELBOT,
r, NEWS BOT, and
T BOT. Bots are similar to
eed there is no hard and
 determining whether a
a bot or an agent. The
f the word is unclear.
tions place it as a
orm of the word 'robot'
breviation for 'Box o'
s
**tion** Being a
 for a MODERATED
 can be a very time-
task. In order to help
k BOTS have been
vhich filter out irrelevant
newsgroups. The
sing such devices is
t moderation.
omeone who employs a
nternet: for example, a
alyst who uses a bot to
-date news on certain
ares.
t happens when CHAT
a CHAT ROOM and start
ablish some dominance;
results in the normal
room deserting.
n an EMAIL cannot be
error message is sent to
hich usually includes
f the message: the
 said to have bounced.
number of reasons for

bounces occurring, including hardware faults and the recipient's email account having been deleted.

**bounce message** The message that is transmitted to the sender of an EMAIL when it cannot be delivered to its recipient: for example, when the recipient's email address has been deleted. The message contains some indication of why delivery did not occur and data on the route that the message took. See also BOUNCE and ROUTER DROPPINGS.

**bowl** A typographical term used to describe the curved line that encloses or partially encloses a space in letter. The letter 'a', for example, contains a bowl. LINKS

**bozo filter** A FILTER used in connection with an EMAIL PROGRAM or a NEWSREADER which filters mail or POSTINGS from users whose contributions or mailings you would prefer not to read. Such a filter either deletes the emails or places them in a special FOLDER. Such a collection of users is known as a BOZO LIST or B LIST.

**bozo list** A list of users whose contributions to a NEWSGROUP or whose EMAILS you do not want to read. A FILTER uses such a list to delete postings and emails or places them in a special directory.

**bozotic** Adjective used to describe stupid or ludicrous behaviour such as CROSS-POSTING to a large number of NEWSGROUPS. It is derived from Bozo the clown, a famous circus performer. See also BOZO FILTER and BOZO LIST.

**bps** Abbreviation for BITS PER SECOND.

**BRB** Abbreviation for Be Right Back used in CHAT ROOMS. Used when a participant wishes to take a short break.

**breath of life packet** A PACKET which is sent to any of the computers in an ETHERNET which have CRASHed. The purpose of the packet is to resuscitate and restart the malfunctioning computers.

**BRI** See BASIC RATE INTERFACE.

**brick and mortar company** A term used in ECOMMERCE documents to describe a conventional company which does not use network technology for dealing with customers, preferring to meet them face to face in a shop or in an office. See also CLICKS AND MORTAR.

**bridge** A hardware device which allows data to flow between two networks, usually LOCAL AREA NETWORKS. It examines the destination address of data that flows through it and forwards it to the network that it bridges if the address matches. If it does not, then the data is sent to other networks which contain bridges so that they can check whether the data is intended for them. LINKS

**bridge page** Another name for a GATEWAY PAGE.

**British Computer Society** The premier British professional organization for computing personnel.

**broadband** A term derived from the telephone world where it refers to any signal higher than 4 kHz. However, in the computing world the term is usually used to describe any cable network which employs analogue transmission.

**Broadband Integrated Services Digital Network** A technology for WIDE AREA NETWORKS which provide a sufficient bandwidth for those applications which have, in the past, swamped conventional networks:

GOOG-WSOU572-CC-000377

known as the CONSULTATIVE COMMITTEE FOR INTERNATIONAL TELEPHONE AND TELEGRAPH. LINKS

**International Trading in Arms Regulations** The US regulations that prevented highly secure cryptographic technology from being exported from the United States. It categorized cryptography software as an armament. Conditions have relaxed on export since the early part of 2000 with only a handful of countries being prevented from receiving cryptography technology. See EXPORT GRADE SECURITY and DOMESTIC GRADE SECURITY.

**internaut** An expert user of the Internet.

**internesia** The state an Internet user is in when he or she cannot remember the location of a piece of information on the net.

**Internet** The Internet is a network which consists of a number of other networks connected together using the TCP-IP set of PROTOCOLS. A major part of the Internet is the WORLD WIDE WEB: a collection of documents interlinked by means of HYPERLINKS. The most popular technologies used in the Internet are EMAIL, the FILE TRANSFER PROTOCOL, and the World Wide Web. See also INTERNET HISTORY, INTERNET STATISTICS, INTERNET STANDARD, INTERNET LAYERED ARCHITECTURE, INTERNET SOCIETY, INTERNET SERVICE PROVIDER, and INTERNET LAYER.

**Internet access provider** Synonymous with INTERNET SERVICE PROVIDER. Gradually the term is being used less and less in this context and is being used to describe companies who sell high-speed Internet access as a wholesaler to both Internet service providers and other organizations such as companies. Often abbreviated to IAP.

**Internet Activities Board** The previous name of the INTERNET ARCHITECTURE BOARD, a body which is charged with maintaining the openness of the Internet.

**Internet advertising** The process whereby a product or service is made visible to users of the Internet, usually via BANNER ADVERTS placed on WEB PAGES. Such adverts are often negotiated by an INTERNET ADVERTISING BUREAU or may form part of an ADVERT AUCTION. The Web site on which the adverts are placed is normally paid a fixed amount when a visitor either clicks on the banner advert to take them to the advertiser's site, or when a purchase is made after the banner advert has been clicked; the amount paid for the former is usually very small. The monitoring of the use of banner adverts and the payment process is often carried out by an intermediary company known as a PURCHASE INTERMEDIARY or a CLICK INTERMEDIARY. There are other forms of advertising on the Internet: for example, the use of SPAM or NEWSGROUPS devoted to commercial announcements. However, the bulk of the advertising associated with the Internet is that associated with banner adverts. LINKS

**Internet advertising bureau** A company that negotiates the placing of BANNER ADVERTS on WEB PAGES. In functional terms they differ little from their print and other media equivalents although, in technical terms, where negotiations involve many thousands more adverts which

**Internet PCA Registration Authority** An organization operated by the INTERNET SOCIETY which administers the granting of certificates to various bodies known as a POLICY CERTIFICATION AUTHORITY. These authorities, in turn, issue security certificates to individual organizations which are known as a CERTIFICATE AUTHORITY. Hence the Internet PCA Registration Authority lies at the top of the pyramid which is concerned with the granting of SECURITY CERTIFICATES.

**Internet piracy** The theft and reuse of entities found on the Internet. These include VIDEO CLIPS, GRAPHIC IMAGES, and text. It is also the term that is used to describe the wholesale theft of WEB SITES where an illicit organization copies an existing site and places a new HOME PAGE for the site as part of a criminal enterprise. In general the unauthorized use of Internet media is as much a crime as the unauthorized use of any other media. See INTERNET COPYRIGHT.

**Internet pornography** The storage and sale of pornographic still and moving images on the Internet, usually on the WORLD WIDE WEB. Internet pornography was the first ECOMMERCE application that was a financial success. Even as early as the 1980s, when the Internet was only populated by a relatively small number of academics, government staff, pornographers, and their customers, there were a number of thriving FILE TRANSFER PROTOCOL sites which sold pornographic images. Internet pornography businesses have always been in the forefront in terms of employing new technology such as VIDEO STREAMING and new businesses models; indeed many commentators have ascribed the success of advanced technologies to the demands placed on them by pornographers.

**Internet Protocol** A protocol which forms part of TCP-IP. Its function is to carry out the transport of data packets collected together by the TRANSMISSION CONTROL PROTOCOL (TCP) to a destination computer. It also carries out this function for data collected together by the UNRELIABLE DATAGRAM PROTOCOL. It is usually abbreviated to IP.

**Internet Protocol Address** Often known as the IP address. This is a unique 32-bit address which identifies a computer and the SUBNETWORK in which it resides. Most users see this address as a series of four integers separated by full stops, a notation known as DOTTED QUAD NOTATION. The address is used by the TCP-IP protocols to correctly send a collection of DATAGRAMS to a destination computer identified by its Internet Protocol address. There are four formats for this address according to the size of the SUBNETWORK involved and whether MULTICASTING is used. See also INTERNET PROTOCOL VERSION 6. LINK

**Internet Protocol datagram header** Data that is placed in a DATAGRAM which provides important information used by the protocols that make up TCP-IP: for example, the header contains the sending address of the computer that initiated the datagram and the destination computer which is due to

egister DOMAIN NAMES
ompanies and
NK
he process of
ARCH ENGINE that a
or WEB SITE has been
dual search engines
ich can be accessed to
egistration process;
is to carry out
CH ENGINE SUBMISSION.

rm A FORM found on
in ECOMMERCE site
to provide
ich can be
sed to identify them.
also used to store
a visitor, such as
, which is used in
egistration forms are
I in conjunction with
hich stores a COOKIE.
anization responsible
OMAIN NAMES for the
TERNET PROTOCOL

asionally used in
aning 'hello again'.
base A DATABASE in
idual records are
ther into a table.
base technology is
technology for
e of data required in
lications. For
line bookseller stores
book that it sells in a
ase, with each record
individual book.
YPERLINK in an WEB
ot include the full
ination document
e URL part of the
ation document is
respect to the folder

in which it is contained. The
advantage to doing this is that
relatively linked pages are much
more immune to changes in the
structure of a WEB SITE and require
less change when, for example, a
folder is moved.

**relay rape** The process of illegally
using a MAIL SERVER to send SPAM.

**relevance feedback** A feature of
some SEARCH ENGINES such as
SEARCHKING which allows the user to
communicate to the search engine
that a particular document was
relevant. This information is then
used to search for further
documents. It was originally used in
the WIDE AREA INFORMATION SERVERS.

**relevancy algorithm** An
ALGORITHM used by a SEARCH ENGINE
to decide whether a particular WEB
PAGE is relevant to a SEARCH QUERY
that has been typed in by the user.
Such algorithms are highly secret:
revealing their details would mean
that developers who submit their
Web pages to a search algorithm
would tailor their pages to be
prominently displayed when a query
is made. LINKS

**religious war** An argument, which
usually takes place in a NEWSGROUP,
in which the participants take
violent, uncompromising positions.
A typical religious war is that
between the proponents of
Microsoft's Windows operating
system and non-Windows systems
such as LINUX.

**remote access** Access to a network
by a user who is not directly
connected to the network. This form
of access is usually implemented via
some form of DIAL-UP ACCESS.

**remote access concentrator** A
system usually used by an INTERNET

SERVICE PROVIDER to provide REMOTE
ACCESS to their SERVERS. See also
DIAL-UP ACCESS.

**remote access server** A SERVER
which acts as a FRONT END to a
network. It provides an access point
to users of the network who use
DIAL-UP ACCESS and effectively acts
as a very powerful switch.

**remote execution service** A
service found on TCP-IP networks
which allows users to execute
programs on another computer
without incurring the overheads
associated with facilities such as
TELNET. It is often abbreviated to
REX.

**Remote Method Invocation** A
DISTRIBUTED OBJECT technology
associated with the JAVA
programming language. It enables
an object written in Java to
communicate with another Java
object on another computer. The
objects that communicate must be
programmed in Java; this is in
contrast to CORBA, another
distributed object technology, where
the objects can be developed in a
variety of programming languages.
Remote Method Invocation
technology does not use an
INTERFACE DEFINITION LANGUAGE. The
term is often abbreviated to RMI.
LINKS

**remote network monitor** A device,
possibly a special-purpose piece of
hardware or a computer, which
collects information about network
traffic.

**remote procedure call** A
technology that enables a
programmer to write program code
which, when executed on one
computer, results in the execution of
other code on another computer to

GOOG-WSOU572-CC-000380