# EXHIBIT 17



**ITU-T**

# International Telecommunication Union

# IPTV Delivery Architecture

## Dr. Simon T Jones
## BT
## Chief IPTV Architect

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075680



ITU-T

## IPTV Definition

o IPTV is defined as

- Multimedia services:

  – Television / video / audio / text / graphics / data

- Delivered over managed IP based networks providing appropriate

  – QoS / QoE, security, interactivity and reliability.

o Key features of IPTV

- Supportable by NGN
- Bi-directional networks
- Real time and non-real time service delivery

GOOG-WSOU572-00075681



# IPTV Concept & Roles



GOOG-WSOU572-00075682



**ITU-T**

## IPTV Roles [Domains]

- o Content Provider
  - Owner of content
  - Delivers contents as: Streams, Files, Tapes ...
- o Service Provider
  - Provides IPTV Service
  - Ingests and protects IPTV content
- o Network Provider
  - Delivers streams from Service Provider to Customer
- o Customer
  - Selects and consumes content
  - Pay bills

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075683



**International Telecommunication Union**

ITU-T

# Derive Requirements from Service Outlines

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075684



# Linear TV with Local PVR



**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075685



**ITU-T**

## Linear TV with Local PVR

o Multicast distribution
- Very low error rate, low latency transmission
  − Potential need for network and application layer FEC
- Multicast control in LAN and WAN
o QoS in Network
- Ensure IPTV traffic not disrupted by other traffic
  − WAN Traffic prioritisation
  − Admission control, especially for Access Network
o Local Storage in IPTV Terminal
- PVR, Trick play (Fwd, Rew, Slow …)
o TV Service
- User and subscription management

GOOG-WSOU572-00075686



# Content on Demand



GOOG-WSOU572-00075687



## Content on Demand

**ITU-T**

o Unicast distribution
- • Very low error rate, low latency transmission
    - — Error Correction by
        - o Network and application layer FEC
        - o Retransmission
o QoS in Network
- • Ensure IPTV traffic not disrupted by other traffic
    - — WAN Traffic prioritisation
    - — Admission control, especially for Access Network
o CoD Service
- • User and subscription management
- • CoD management and control server

GOOG-WSOU572-00075688



# Pre-delivered Content on Demand

**ITU-T**



GOOG-WSOU572-00075689



**ITU-T**

## Pre-delivered Content on Demand

o Delivery Options
- Unicast
  - Error free reception by protocol
o Network Control
- Limited or no Admission Control or QoS
o Local Storage
- Delivery and Trick play (Fwd, Rew, Slow …)
o CoD Service
- User and subscription management
- CoD management and control server

ITU-T IPTV Global Technical Workshop
Seoul, Korea, 12-13 October 2006

GOOG-WSOU572-00075690



# Hybrid: Online and Off-air Delivery



GOOG-WSOU572-00075691



**ITU-T**

## Hybrid: Online and Off-air Delivery

o Online Requirements
- As per Content On Demand

o Off-Air
- Local Terrestrial or Satellite Receiver
- Local Storage in IPTV Terminal
  - PVR, Trick play (Fwd, Rew, Slow …)

o Service Requirements
- As per Linear TV and CoD

GOOG-WSOU572-00075692



**ITU-T**

## Service Operational Requirements

o Customer Domain
- Network connection with LAN QoS
- IPTV Terminal
  - Set Top Box connected to a TV
  - Soft-client on PC or Games Console

o Service Provider Domain
- Operational and Business support systems
  - CRM, Fulfilment, Assurance, Configuration, Billing, …
- IPTV Application
  - Content identification, selection, purchase, …

o Content Provider Domain
- Production, Contract Management, Encoding, …

GOOG-WSOU572-00075693



**ITU-T**

## Common Network Requirements

o Network Transport
- Multicast streams – one to many
- Unicast streams – one to one
- Point to point IP connectivity

o Network Authentication
- Normally provided by Home gateway

o Network Upstream & Downstream Control
- Admission Control
- Traffic Prioritisation

o Network Session
- Multicast – long duration, maintained across channel changes
- Unicast – duration same as content

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075694



# International Telecommunication Union

# Add Detail to Domain Model

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

RESTRICTED -- ATTORNEYS' EYES ONLY

GOOG-WSOU572-00075695



**ITU-T**

# IPTV Functional Components

**Customer**

Home Gateway    STB    Display    PC & Browser    Telephone

**Content Provider**

Streaming    DRM    CRM    Billing    Profile    Identity    Management    Portal

**Service Provider**

**Network Provider**

Access    QoS    Switch    Metro    Core    Control    Management

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075696



**ITU-T**

## IPTV Functional Components

- o Customer
  - Home gateway, Set Top Box, Display, PC, Phones
- o Content Provider
  - Content: Files & Off-air streams
- o Service Provider
  - Streaming, Digital Rights Management (DRM), Service Portal
  - Customer Relationship Management (CRM), Billing
  - Customer Profiles, Customer Identity, Service Management
- o Network Provider
  - Management, Control & Quality of service
  - Transport: Fixed (DSL, Fibre, Cable), Mobile

GOOG-WSOU572-00075697



# IPTV Domains and Sub-Domains

**ITU-T**

**Customer**

*Home Network*

*Home Devices*

**Content Provider**

*Execution*

*Management*

**Service Provider**

*Content*

**Network Provider**

*Control*

*Access*

*Metro*

*Core*

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075698



**ITU-T**

## IPTV Domains and Sub-Domains

o Customer
  - Home Network
  - Home Devices
o Service Provider
  - Service Management
  - Service Execution
  - Content Processing, Management & Streaming
o Network Provider
  - Control & Management
  - Transport: Core, Metro & Access
o Content Provider

ITU-T IPTV Global Technical Workshop
Seoul, Korea, 12-13 October 2006

GOOG-WSOU572-00075699



**ITU-T**

# IPTV Functions

ITU-T IPTV Global Technical Workshop
Seoul, Korea, 12-13 October 2006

GOOG-WSOU572-00075700



# International Telecommunication Union

**ITU-T**

# Consider Delivery Over Real Network Architecture

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075701



**ITU-T**

# Typical Network Hierarchy

Super Head End

Video Hub Office

Video Serving Office

Aggregation

Access

**Core**

**Backhaul**

**Access**

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075702



# Approaching Network Hierarchy

GOOG-WSOU572-00075703



**ITU-T**

# IPTV to NGN Mapping

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075704



**ITU-T**

## NGN Support of IPTV Requirements    1

o Network Transport
- Multicast streams – Supported by NGN: IGMP & UDP
- Unicast streams – Supported by NGN: TCP or UDP

o Network Authentication
- Home gateway to NACF with DHCP / PPPoE

o Network Downstream Control
- Admission Control – Supported by NGN: RACF
- Traffic Prioritisation – Supported by NGN: MPLS

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075705



**NGN Support of IPTV Requirements    2**

ITU-T

o Application Authentication
  - Registration of IPTV Terminal to IPTV Application
o Multicast Session
  - Long lifetime (hours, days, …)
    – Maintained when IPTV Terminal is active
    – Not impacted by channel change
  - Initiated by IPTV Application
  - Downstream control
    – Access network via RACF
    – Metro & Core by capacity planning

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075706



**ITU-T**

## NGN Support of IPTV Requirements    3

o Unicast Session
- Shorter Lifetime (minutes, hours, …)
  - Maintained when Content is being streamed
- Initiated by:
  - Fixed line IPTV: IPTV Application
  - Mobile IPTV: IMS
- Downstream control
  - Access, Metro & Core via RACF

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075707



# International Telecommunication Union

ITU-T

## End

# V 1.0
# 2nd October 2006

**ITU-T IPTV Global Technical Workshop**
**Seoul, Korea, 12-13 October 2006**

GOOG-WSOU572-00075708