# EXHIBIT 22

**3 trial videos available.** Create an account to watch unlimited course videos.    Join for free

## IPTV and VoI    Share



**Networks: Friends, Money, and Bytes**    Enroll for Free
Princeton University
★★★★★ 4.7 (131 ratings) | 23K Students Enrolled

**This Course**    Video Transcript

You pick up your iPhone while waiting in line at a coffee shop. You google a not-so-famous actor, get linked to a Wikipedia entry listing his recent movies and popular YouTube clips of several of them. You check out user reviews on Amazon and pick one, download that movie on BitTorrent or stream that in Netflix. But suddenly the WiFi logo on your phone is gone and you're on 3G. Video quality starts to degrade, but you don't know if it's the server getting

SEE MORE ⌄

View Syllabus

### Reviews
★★★★★ 4.7 (131 ratings)



| | |
|---|---|
| 5 stars | 83.20% |
| 4 stars | 10.68% |
| 3 stars | 3.05% |
| 2 stars | 2.29% |
| 1 star | 0.76% |

PS
Mar 12, 2016
★★★★★
It is really a exceptional course which illustrates networking problems and answers with real life examples.

👍 Helpful?

M
Jan 31, 2016
★★★★★
thanks to get world class education at home, my name is Mutlu from turkey

👍 Helpful?

From the lesson
**Which Way to Watch Video on the Internet?**
We have seen that the Internet provides a "best effort" service. In this lecture, we will look at how it supports video distribution, which often imposes stringent demands on throughput and delay.

▶ Video on the Internet    9:33
▶ IPTV and VoI    13:48
▶ Video Compression    30:05



### Taught By





Mung Chiang
Professor



Christopher Brinton
Lecturer

Try the Course for **Free**

## Explore our Catalog

Join for free and get personalized recommendations, updates and offers.

Get Started

### Start or advance your career

- Google Data Analyst
- Google Project Management
- Google UX Design
- Google IT Support
- IBM Data Science
- IBM Data Analyst
- IBM Data Analytics with Excel and R
- IBM Cybersecurity Analyst
- Facebook Social Media Marketing
- IBM Full Stack Cloud Developer
- Salesforce Sales Development Representative
- Salesforce Sales Operations
- Soporte de Tecnologías de la Información de Google
- Certificado profesional de Suporte em TI do Google
- Google IT Automation with Python
- DeepLearning.AI Tensorflow
- Popular Cybersecurity Certifications
- Popular SQL Certifications
- Popular IT Certifications
- See all certificates

### Browse popular topics

- Free Courses
- Learn a Language
- Python
- Java
- Web Design
- SQL
- Cursos Gratis
- Microsoft Excel
- Project Management
- Cybersecurity
- Human Resources
- Data Science Free Courses
- Speaking English
- Content Writing
- Full Stack Web Development
- Artificial Intelligence
- C Programming
- Communication Skills
- Blockchain
- See all courses

### Upskill your team

- Skills for Data Science Teams
- Data Driven Decision Making
- Software Engineering Skills
- Soft Skills for Engineering Teams
- Management Skills
- Marketing Skills
- Skills for Sales Teams
- Product Manager Skills
- Skills for Finance
- Android Development Projects
- TensorFlow and Keras Projects
- Python for Everybody
- Deep Learning
- Excel Skills for Business
- Business Foundations
- Machine Learning
- AWS Fundamentals
- Data Engineering Foundations
- Data Analyst Skills
- Skills for UX Designers

### Earn a degree or certificate online

- MasterTrack® Certificates
- Professional Certificates
- University Certificates
- MBA & Business Degrees
- Data Science Degrees
- Computer Science Degrees
- Data Analytics Degrees
- Public Health Degrees
- Social Sciences Degrees
- Management Degrees
- Degrees from Top European Universities
- Master's Degrees
- Bachelor's Degrees
- Degrees with a Performance Pathway
- Bsc Courses
- What is a Bachelor's Degree?
- How Long Does a Master's Degree Take?
- Is an Online MBA Worth It?
- 7 Ways to Pay for Graduate School
- See all degrees

### Coursera

- About
- What We Offer
- Leadership
- Careers
- Catalog
- Coursera Plus
- Professional Certificates
- MasterTrack® Certificates
- Degrees
- For Enterprise

### Community

- Learners
- Partners
- Developers
- Beta Testers
- Translators
- Blog
- Tech Blog
- Teaching Center

### More

- Press
- Investors
- Terms
- Privacy
- Help
- Accessibility
- Contact
- Articles
- Directory
- Affiliates





For Government

For Campus

© 2021 Coursera Inc. All rights reserved.

