# EXHIBIT 23

# Video Exhibit on Flash Drive Being Provided Via FedEx to Court