# EXHIBIT 24

# NEWTON's TELECOM DICTIONARY

## 25th Anniversary Edition

*Harry Newton*



New York

**25th Anniversary Edition**

**NEWTON's TELECOM DICTIONARY**

copyright © 2009
Harry Newton email: Harry@HarryNewton.com
book site: www.NewtonsTelecomDictionary.net
personal web site: www.HarryNewton.com
investment web site: www.InSearchOfThePerfectInvestment.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
Flatiron Publishing
50 Central Park West New York, NY 10023
www.FlatironBooks.com



Printed by United Book Press
1807 White Head Road
Baltimore, MD 21207 1-800-726-0120
1-410-944-4044 Represented by Larry Davis

Distributed by National Bank Network (NBN)
4501 Forbes Boulevard, Suite 200
Lanham, MD 20706
Represented by Jeanne Kramer
Orders Phone toll-free 1-800-462-6420 Direct 1-717-794-3800
Fax 1-800.338.4550 custserv@nbnbooks.com

Steve Schoen, Contributing Editor
Gail Saari, Layout, Production and Cover Design

ISBN 13 digit Number 978-0-9793873-3-3
June 2009

Newton's Telecom Dictionary 25th Anniversary Edition June, 2009

**MMF** Multi-Mode Fiber. Due to its relatively thick inner core (25-200 microns) MMF allows light signals to travel in many modes (i.e., physical paths). Some portions of light pulses travel more or less down the center of the inner core; some disperse (i.e., spread out) and strike the edges of the core, at which point they are reflected back into the core by the cladding; and some actually enter the cladding and travel through it for a distance before they re-enter the core. Some paths are longer than others. The longer the path, the longer the time it takes to travel it. So, some portions of a light pulse arrive at the receiver before some other portions. This phenomenon of "modal dispersion" results in "pulse dispersion," which is the distortion, or smearing, of the individual pulses. There are two types of MMF: step-index fiber and graded-index fiber. MMF usage largely is restricted to application in LANs and FDDI (Fiber Distributed Data Interface), both of which are characterized by relatively short distances and relatively low speeds. Single Mode fiber (SMF), which has a thinner core, is used on long haul, high speed applications. See also FDDI, Graded-Index Fiber, SMF and Step-Index Fiber.

**MMFD** Abbreviation for micromicrofarad; one millionth of a farad, the unit of measuring capacitance.

**MMI** 1. Man Machine Interface.
2. Machine Machine Interface. The former is more common.

**MMIC** Microwave Monolithic Integrated Circuit.

**MMITS** Modular Multifunction Information Transfer System. Hiding behind something call the MMITS Forums is a group of people working to define software programmable radios. There are two areas of emphasis:

Handheld – working with being able to download software into cellular handsets so they can work with a variety of air interfaces.

Mobile – concentrating on military requirements initially, but looking at the needs of public safety (Police, Fire, etc.) for the future.

The basic idea is to bring PC concepts to the radio world by moving the Digital/Analog – Analog/Digital function very close to the antenna, and do all of the tuning, spread/despread, modulation/demodulation, etc with DSPs. www.mmitsforum.org.

**MMJ** A six wire modular jack with the locking tab shifted off to the right hand side. Used in the DEC wiring system.

**MML** Man Machine Language.

**MMoIP** 1. Multimedia over IP.
2. Multimedia mail over IP.

**MMR** Modified Modified Read data compression method used in newer Group 3 facsimile machines.

**MMS** 1. Material Management System.
2. Multimedia Messaging Service. A service that allows cell phone users (who are so equipped) to send pictures, movie clips, cartoons and other graphic materials from one cell phone to another. According to a press release from Singapore's SingTel's announcement of MMS: "With MMS, SingTel Mobile's postpaid customers can send photos and pictures with integrated text and voice clips from their MMS mobile phones to another mobile phone. Recipients will get an MMS message, if they are using MMS phones, or an SMS notification to retrieve the MMS message via the Internet or email. MMS messages can also be sent directly to email addresses."

**MMSI** See Maritime Mobile Ship Identity.

**MMSU** Modular Metallic Service Unit.

**MMTA** MultiMedia Telecommunications Association. The successor organization to NATA. MMTA was originally organized around five divisions – computer telephony integration, conferencing/collaboration and messaging, LAN/WAN internetworking, Voice/Multimedia and Wireless Communications. MMTA is on 202-296-9800. In November, 1996 MMTA announced its intent to merge with TIA, another Washington organization called Telecommunications Industry Association. On December 15, 1997 MMTA announced that it had been officially combined into the Telecommunications Industry Association. The combination of all these organizations reflected the fact that the telecommunications industry had become competitive, thus depriving many of Washington organizations of their reason for existing. See also www.tiaonline.org. See ACTAS and NATA.

**MMU** Memory Management Unit. Circuitry that manages the swapping of blocks of memory.

**MMUSIC** Multiparty Multimedia Session Control. A Working Group (WG) of the IETF (Internet Engineering Task Force), the MMUSIC is chartered to develop Internet standards track protocols to support Internet teleconferencing sessions. MMUSIC's current focus is on supporting loosely controlled conferences on the MBone, although the protocol are ensured to be general enough to be used in managing tightly-controlled conferences on any IP-based network. Among its accomplishments are the RFCs for Real-Time Stream Protocol (RTSP), Session Announcement Protocol (SAP), Session Description Protocol (SDP), Session Initiation Protocol (SIP), and Simple Conference Control Protocol (SCCP). See also SIP.

**MMVF** A format of rewritable DVD disc proposed by NEC. It stands for Multi Media Video File. For a longer explanation, see DVD-RAM and DVD.

**MNA** Multimedia Network Applications.

**MNA7** Multiple CCS7 Network Addresses.

**MNC** Mobile Network Code. A part of the IMSI (International Mobile Subscriber Identity) or LAI.

**mnemonic** From the Greek mnemonikos, a shorthand label or term that is easy to remember. A mnemonic is a symbolic representation of an address (e.g., ATL for Atlanta, or DLS for Dallas) or operation code (e.g., JMP for jump). Acronyms are a type of mnemonic; LASER, for instance, is shorthand for Light Amplification by Stimulated Emission of Radiation. See also Acronym.

**mnemonic dial plan** Pronounced "nemonic." A way of dialing using characters typed on the keyboard of a terminal. The word Mnemonic comes from the same roots as memory. It's a memory jogging way of remembering something, like a way to dial. See Mnemonic Prompts.

**mnemonic prompts** System commands represented by the appropriate alphabet letter rather than by a number, (for example, "P" to "Play", "A" to Answer"). See Mnemonic Dial Plan.

**MNLP** Mobile Network Location Protocol.

**MNP** 1. Microcom Networking Protocol.
2. Mobile Number Portability.

**MNP10-EC** Error correction protocol for awful communications environments, like cellular networks. Use of MNP10-EC helps prevent disruptive signal fading and reduces the number of dropped calls that occur when you're trying to send data over cell networks. See Microcom Networking Protocol for a greater explanation.

**MNRP** Mobile Network Registration Protocol.

**MO** See Magneto Optic Drive.

**moantone** An erotic ringtone for a mobile phone.

**Mobcasting** Mobile audio podcasting using a phone-in blogging service, such as AudioLink. See podcasting.

**mobi** A new top-level domain for websites whose content is customized for the small screens of mobile devices, like cellphones.

**mobile** In North America, the original term for a telephone that worked with cellular service was cell phone. In the rest of the world it was called a "mobile." Eventually America caught up and the industry is now preferring the term mobile to describe a cell phone. The technical term – i.e. what you find in the industry literature – is Mobile Station.

**Mobile 2.0** The next generation of mobile web services (see definition). It is used more specifically to refer to the adaptation of web 2.0 services for use on mobile devices. This means developing versions of social networking sites, wikis and user-generated content sites for mobile phones and PDAs.

**Mobile 3.0** A blanket term referring to future web services and apps for mobile devices such as cell phones. See Mobile 2.0.

**mobile ad hoc network** MANET. I haven't seen much in the way of actual products. But a 1999 IETF paper by S. Corson of the University of Maryland and J. Macker of the Naval Research Laboratory contained the following words: "The vision of mobile ad hoc networking is to support robust and efficient operation in mobile wireless networks by incorporating routing functionality into mobile nodes. Such networks are envisioned to have dynamic,

sometimes rapidly-changing, random, multihop topologies which are likely composed of relatively bandwidth-constrained wireless links. Within the Internet community, routing support for mobile hosts is presently being formulated as "mobile IP" technology. This is a technology to support nomadic host "roaming", where a roaming host may be connected through various means to the Internet other than its well known fixed-address domain space. The host may be directly physically connected to the fixed network on a foreign subnet, or be connected via a wireless link, dial-up line, etc. Supporting this form of host mobility (or nomadicity) requires address management, protocol interoperability enhancements and the like, but core network functions such as hop-by-hop routing still presently rely upon pre- existing routing protocols operating within the fixed network. In contrast, the goal of mobile ad hoc networking is to extend mobility into the realm of autonomous, mobile, wireless domains, where a set of nodes—which may be combined routers and hosts—themselves form the network routing infrastructure in an ad hoc fashion. The technology of Mobile Ad hoc Networking is somewhat synonymous with Mobile Packet Radio Networking (a term coined via during early military research in the 70's and 80's), Mobile Mesh Networking (a term that appeared in an article in The Economist magazine regarding the structure of future military networks) and Mobile, Multihop, Wireless Networking (perhaps the most accurate term, although a bit cumbersome). There is current and future need for dynamic ad hoc networking technology. The emerging field of mobile and nomadic computing, with its current emphasis on mobile IP operation, should gradually broaden and require highly-adaptive mobile networking technology to effectively manage multihop, ad hoc network clusters which can operate autonomously or, more than likely, be attached at some point(s) to the fixed Internet. Some applications of MANET technology could include industrial and commercial applications involving cooperative mobile data exchange. In addition, mesh-based mobile networks can be operated as robust, inexpensive alternatives or enhancements to cell-based mobile network infrastructures. There are also existing and future military networking requirements for robust, IP-compliant data services within mobile wireless communication networks [1]–many of these networks consist of highly-dynamic autonomous topology segments. Also, the developing technologies of "wearable" computing and communications may provide applications for MANET technology. When properly combined with satellite-based information delivery, MANET technology can provide an extremely flexible method for establishing communications for fire/safety/rescue operations or other scenarios requiring rapidly-deployable communications with survivable, efficient dynamic networking. There are likely other applications for MANET technology which are not presently realized or envisioned by the authors. It is, simply put, improved IP-based networking technology for dynamic, autonomous wireless networks."

**mobile advertising** 1. Ads delivered to wireless handsets. 2. Truckside advertising.

**Mobile Application Subsystems** MAS. That portion of a Mobile End Systems (M-ES) concerned with the provision of application services. The MAS contains the applications software that is independent of the CDPD network. In most cases, the includes network software.

**mobile attenuation** The power of the mobile phone can be adjusted (or attenuated) dynamically to one of seven discrete power levels (analog cellular). This is done so that when a mobile comes closer to a base receiver its power is reduced to prevent the chance of interfering with other mobiles operating on the same voice channel in another cell (co-channel interference). Additionally, this is even more important to portable units to keep the transmit power at a minimum to increase the talk usage time before the batteries expire.

**mobile banking** Think of your phone as your bank. Punch some buttons on it: You can pay for a haircut you've just had, you can pay for your groceries, you can borrow money, you can send money to your relatives in another country, you can pay your gas bills, you can check how much money you have in the bank – in fact do everything a wallet stuffed with bills, a bank account and an Internet connection could do for you. Imagine that you're poor, working in a foreign country (say a Pakistani in Kuwait) and want to send money to your relatives back home. Today you visit an informal "bank", pay an outrageous commission and your money is paid out at the other end by another member of that informal "bank." If both you and your relative own a mobile phone, you can transfer the money instantly and inform him of the transaction all in one fell swoop – at minimal expense. Mobile banking is happening today in places such as South Africa, Kenya, Zambia and Congo.

**mobile browser** A Web browser designed specifically for a mobile handheld communications device.

**mobile cellular phone** See Mobile.

**mobile cellular service** A fancy name for cellular phone service or cell phone service. See Cell, Cell Switching, Cellular Radio and IN.

**mobile code** Software obtained from a remote system, transferred across a network, and downloaded and executed on a local system without explicit installation or execution by the user(s) of the local system.

**mobile communications** Quite simply, the ability to communicate while moving. Wireless technologies like cordless telephony and cellular allow you to communicate on the go. Wired technologies, like copper wire and fiber optics, don't work if you might break the wire, or run out of wire. One of the great stories about mobile communications involves wires. According to William E. Kennard, FCC Chairman, and as included in a speech he made in 1998, the U.S. military faced a problem in 1907. The cavalry needed to communicate when on patrol. So, one horse soldier would ride behind the troops, unreeling wire along the ground. When a message needed to be sent back to the base camp, the soldier would jump off his horse, plant a metal stake in the ground, and send a message via Morse code. This process slowed the progress of the troop. Military engineers came up with a solution. They put a copper patch on the horse's skin. Since a horse always has one hoof on the ground, the circuit was complete. Therefore, the scouts could send a message while riding. (No mention is made of the effect on the horse.)

**mobile companion** A small computer that provides a full-size keyboard and screen, but requires a smartphone for data connectivity. It fits somewhere between a PDA (personal digital assistant) and a UMPC (ultra-mobile personal computer). A mobile companion lacks certain features and does not run full versions of standard software like Microsoft Office. The first mobile companion was the Palm Foleo.

**mobile controlled handoff** This means the decision to initiate a transfer or handoff from one cell to another cell is under the control of the mobile device. Used in CDPD.

**mobile coupon** A coupon delivered as a text message to a mobile phone. Proponents of mobile coupons say that coupons stored and carried in a mobile phone are cheaper to deliver than paper coupons and have higher redemption rates because they are less likely to be left at home; location-based coupons can be sent to customers in real-time, thereby stimulating impulse purchases; and their usage is more easily tracked and analyzed.

**mobile data** Mobile data is a generic term used to describe data communications through the air from and to field workers – from package deliverers, to car rental companies (to track cars), to field service personnel, to law enforcement officials checking license plates.

**Mobile Data Base Station** MDSB. Component of the CDPD network that provides data link relay functions for a set of radio channels serving a cell. An MDBS is located in each cell site, and its primary role is to relay data between Mobile End System (M-ES) and the Mobile Data Intermediate System (MD-IS). it is the stationary network component responsible for managing interactions across the airlink interface.

**Mobile Data Intermediate System** MD-IS. The CDPD network element that performs routing functions based in knowledge of the current location of the M-ES. Responsible for CDPD mobility management. A cellular radio term.

**Mobile Data Link Protocol** MDLP. The Link Layer protocol used in Cellular Digital Packet Data (CDPD). Provides Temporary Equipment Identifier (TEI) management, multiple frame operation, unidata transfers, exception

condition detection with selective reject recovery, etc.

**Mobile Digital Voice Channel** MDVC. The channel between a mobile phone and a cell site antenna in a digital cellular or PCS environment. The MDVC supports both voice and data transmission, although the allocated bandwidth is designed primarily to support voice. Signaling and control functions take place over separate channels set aside specifically for that purpose.

**mobile email** A mobile phone application that lets you send and receive email.

**Mobile End System** M-ES. An end system that accesses the CDPD network through the airlink interface. The device that allows mobile users to work in an untethered fashion while remaining connected to a data network. The system's physical position may change during data transmission. A cellular radio term.

**mobile entropy** My friend is a klutz. He claims that wherever he goes chaos follows. Hence mobile entropy.

**mobile fax** Fax reception and transmission over a cellular network.

**mobile form** A electronic data entry form on a mobile handheld device. Deliverymen, sales representatives, customer service agents, and other mobile workers use the form to retrieve and/or enter data while in the field. The data is either stored in the device for uploading later to a host system or is transmitted wirelessly to the system in real time.

**mobile home function** A Mobile Data Intermediate System, that (1) maintains an information database of the current serving area of each of its homed Mobile End Systems (M-ESs), and (2) operates a packet forwarding service for its homed M-ESs. A cellular radio term.

**mobile identification number** When the "SEND" key on a cellular phone is pressed, the phone transmits an origination message to the base station. This message includes the dialed digits and the identity of the calling cellular phone. The calling cellular phone is identified by its Mobile Identification Number (MIN), which is usually the same as its ten-digit phone number. See also ESN.

**Mobile IP** An emerging set of extensions to the Internet Protocol for packet data transmission, Mobile IP is intended to serve nomadic users connecting on a wireline, rather than a wireless, basis. Mobile IP is being developed by the IETF (Internet Engineering Task Force) to operate much like a highly secure and dynamic packet data communications version of a postal service forwarding address. The benefit is that the nomadic user will not have to continually change IP addresses and reinitialize sessions. The IETF (Internet Engineering Task Force) defines Mobile IP as enabling an IP device to roam across networks and geographies, while remaining constantly connected as if always attached to its home location _using_the_same_IP_address_ (emphasis supplied). It will work like this:

The mobile node will have one permanent address and another for location purposes and another for identifying it to other network nodes. Data will be transmitted to the permanent address, associated with the "home agent." When the nomadic node is traveling, the "home agent" will forward the data in care of the "foreign agent," the IP server serving the foreign subnet, through a process of encapsulating that data with another IP address contained in a data header preceding the original packet. Once the data packets are received by the foreign agent, the additional header will be removed through a process known as decapsulation. Should the node relocate yet another time, both the "home agent" and the previous foreign agent will be advised of that fact; thereby, inflight packets can be forwarded by the previous foreign agent to the new foreign agent through a process known as "smooth handoff." While there currently is no Mobile IP standard being developed for wireless mobility, Mobile IP promises to make life easier for users that roam from location to location within a multisite corporate enterprise. See also IP.

**mobile malware** Malicious software such as viruses, worms and Trojan horses that is specifically designed to infect wireless handsets, i.e. cell phones and PDAs that work as phone also.

**mobile marketing** The delivery of marketing messages to mobile handheld devices.

**Mobile Mesh Networking** See mobile ad hoc networking.

**mobile money transfer** MMT. The use of cell phones for electronic funds transfers. In MMT, the cell phone becomes an electronic wallet (e-wallet), capable of disbursing and receiving electronic cash (e-cash) via a variety of electronic means, most notably, via text messages. MMT is a big new booming business outside of the United States and will become even more so in the years ahead. Eventually MMT will become a big new booming business for mobile network operators (MNOs) in the United States when American MNOs realize what's going on in the rest of the world. Money transfer company Western Union has already gotten on board the MMT train and is signing deals with overseas MNOs to enable Western Union to transmit international remittances via its network to the MNOs for electronic forwarding to mobile subscribers in their countries.

**Mobile Multimedia Access Communication** See MMAC.

**Mobile, Multihop, Wireless Networking** See mobile ad hoc networking.

**mobile mounting kit** An optional cellular phone accessory that allows a transportable or portable to be connected to a vehicle's power supply and antenna lead, thereby boosting power and improving reception. Sometimes referred to as a car kit or car mounting kit. Some of these kits are very expensive. Check the price of the kit before you buy your phone.

**Mobile Network Location Protocol** MNLP. A cellular radio term. In the CDPD network, the MNLP is the protocol used between the Home Mobile Data Intermediate System (MD-IS) and the Serving MD-IS and it used to keep the Home MD-IS updated on the location of a Mobile End System (M-ES) (i.e. the location of the cell phone).

**Mobile Network Registration Protocol** MNRP. In the CDPD cellular radio network, protocol used between the Mobile End System (M-ES) and the Serving Mobile Data Intermediate System (MD-IS) to announce the M-ES's Network Entity Identifier (NEI) and to confirm the service provider's willingness to provide service.

**Mobile Number Portability** MNP is a set of processes by which you eventually might be able to change your cellular or other wireless service provider, and retain your telephone number. MNP essentially is the mobile wireless version of LNP (Local Number Portability). See LNP for lots more detail.

**Mobile Packet Radio Networking** See mobile ad hoc network.

**mobile payment sticker** A sticker with built-in electronics that can be affixed to any mobile device to enable the device to make contactless payments at a point-of-sale system that uses compatible near field communications (NFC) technology. The sticker is provided by the user's credit or debit card company and is associated specifically with the user's account. The sticker is meant for mobile devices that don't have built-in contactless payment technology.

**mobile payphone** A mobile phone used as a public payphone. It is common in developing countries, where many individuals cannot afford to buy their own mobile phone and pay monthly service fees. A mobile payphone operation usually is run by an individual instead of by a mobile phone company. This entrepreneur sets up a booth or a mat or chair under an umbrella alongside a street, or maybe he or she will ride a bicycle around the village, bringing the service to customers. In parts of West Africa, entrepreunerial women who run a mobile payphone operation are known as "umbrella ladies" on account of the umbrella-shaded operation they set up on a roadside. Sometimes they and their male counterparts are called "umbrella people." Other terms for mobile payphone are mobile phone kiosk, phone kiosk, public mobile phone, and village phone. The Grameen Foundation has played an instrumental role in providing startup financing for mobile payphone businesses in developing countries. See www.grameenfoundation.org for more information.

**mobile phone** Another name for a cellular phone. There are four main types of cellular phones – mobile (also called car phone), transportable, portable and personal. A mobile phone is attached to the vehicle, the vehicle's battery and has an external antenna. The mobile phone (the car phone) transmits

with a standard three watts of power. Mobile telephone service is provided from a broadcast point located within range of the moving vehicle. That range is called a "cell." The broadcast point in turn is connected to the public network so that calls can be completed to or from any stationary telephone, i.e. one connected to a land line. See Cellular and Car Phone.

**mobile phone forensics** The science of acquiring, preserving, examining, and analyzing digital evidence from a mobile phone in support of law enforcement, incident response, and other types of investigations.

**mobile phone jammer** A device which transmits radio waves at cell phone frequencies causing it to jam communications between cell phones and their base station. The main purpose of a mobile phone jammer is to stop cell phones from receiving phone calls. The first mobile phone jammer came out of Israel in the summer of 1999. Costing around $1000, the device allegedly shut off all phone calls coming into cell phones in a room. Customers for such devices include recording studios, cinemas and concert halls. There is some speculation that the device may be illegal. www.cguard.com.

**mobile phone-throwing world championship** An annual competition in Savonlinna, Finland, started in 2000, to see who can throw a mobile phone the farthest or with the best form. There are a variety of throwing events, by age group. Distance thrown determines the winner in some events. Style and aesthetics determine the winner in other events.

**mobile printer** A small printer designed for mobile workers who need to print receipts, photos, labels, and other small media from a notebook or netbook computer, cell phone, personal digital assistant, or digital camera. Measures three inches by five inches or even smaller, and weighs around eight ounces. Fits in a computer bag or briefcase. If it's wireless, better still. Comes with an AC adapter and a rechargeable lithium-ion battery.

**mobile projector** A small projector designed for mobile workers who need to create and deliver presentations. Fits in a computer bag or briefcase. If it's wireless, better still. Comes with an AC adapter and a rechargeable lithium-ion battery. See pico projector.

**mobile proximity payment** The use of a cell phone instead of a credit/debit card to pay for a purchase in a store. Examples include point and buy, text to buy, wave and pay. For more information on these payment methods, see the definitions of these terms.

**mobile serving function** MSF. A Mobile Data Intermediate System (MD-IS) function that (1) maintains an information database of the Mobile End Systems (M-ES) currently registered in the serving area, and (2) de-encapsulates forwarded packets from the MHF and routes them to the correct channel stream in a cell where the destined M-ES is located.

**mobile station** See Mobile.

**mobile station roaming number** See MSRN.

**mobile switching center** MSC. The location of the Digital Access and Cross-connect System (DACS) in a cellular telephone network.

**Mobile Telecommunications Sourcing Act** This law, signed by President Clinton on July 28, 2000 enables states to source cellular calls for tax purposes, only at the customers place of "primary use". For residential customers the place of primary use is their home address, while for business customers it is their primary business street address. The effect of the law is that if a cellular user has a home residence in State A, their place of primary use, but originates an interstate call in State B, only State A can assess sales tax on the call.

**mobile telematics** Sometimes just called telematics. It involves integrating wireless communications and (usually) location tracking devices (generally GPS) into automobiles. The best known example is GM's OnStar system, which automatically calls for assistance if the vehicle is in an accident. These systems can also perform such functions as remote engine diagnostics, tracking stolen vehicles, provide roadside assistance, etc. www.onstar.com.

**Mobile Telephone Exchange** MTX. The Northern Telecom term for MTSO (Mobile Telephone Switching Office).

**mobile terminated** The term used to describe a call where the destination of the call is a mobile (i.e. cellular) telephone.

**mobile unit** The cellular telephone equipment installed in a vehicle. It consists of a transceiver, control head, handset and antenna.

**Mobile Virtual Network Operator** See MVNO and MVNE.

**Mobile Virtual Network Operator Enabler** See MVNE and MVNO.

**Mobile Web Services** Internet (World Wide Web) services delivered by Internet sites adapted specifically for use by mobile devices like cell phones and PDAs. Some are standard websites like news or directory sites modified for ease of access and use on mobile platforms. Others are new programs created from conception to take advantage of the data-transmitting capabilities of mobile devices while recognizing the limitations of their small screens and keypads.

**mobileco** Another name for a cell phone provider, also called cellco.

**mobilink** A "unified" cellular phone service covering 83% of North America's population. It is a consortium of six Bell cellular operators and some Canadian cellular operators. The idea is simple. Anyone calling a subscriber of one of these companies would have his call automatically routed to the subscriber, no matter where in Mobilink that subscriber was. Before Mobilink, you had to know where the person was you wanted and then dial a bunch of complex codes to get to him.

**mobilize** 1. Port a desktop, mainframe, or minicomputer application to a mobile phone.

2. Enable a mobile phone to function as a client for a client-server application.

**mobisode** Original programming made specifically for mobile phones and devices with small video screens, such as Apple's iPod. Mobisodes are sometimes used as advertisements for television shows and movies.

**Mobitex** Mobitex is a packetized narrow-band data service, originally conceived by Swedish Telecom and further developed by Eritel, a joint venture of Swedish Telecom and Ericsson. The service is being offered in the United States by RAM Mobile Data/ Bell South. Base stations, which typically cover 5-15 mile radii, are arranged in a cellular-like fashion. The technical details of Mobitex, collectively referred to as the Mobitex Interface Specification or MIS, can be obtained from any operator of a public Mobitex network or from Ericsson directly. Mobitex is an open, non-proprietary system but the specification is copyrighted and is made available under a royalty-free license. The MIS is not in the public domain. All Mobitex networks operate in one of three frequency families: 80 MHz, 400 MHz, or 900 MHz. Frequencies and channels are generally assigned by a national government authority; each local operator can tell you the specific channel assignments for its country. There are 29 Mobitex networks around the world, in 22 countries on six continents. Some of the networks are operated publicly (that is, you may buy network service from the local operator) while others are owned and operated by companies for their own use and benefit.

**moblogging** The art of snapping a cell phone camera picture and instantly sending it to your blog for posting on the Internet.

**mobo** Slang for MOtherBOard.

**MOC** Mobile Originating Call. A cellular phone term. MOC refers to the central office where the outbound leg of a call begins. See also MTC.

**MoCA** Multimedia over Coax Alliance. An alliance of cable companies, telephone companies, networking gear manufacturers, and other industry players whose mission is to develop and promote specifications and certify interoperable products that enable distribution of multimedia content within the home using existing in-home coaxial cabling. MoCA also refers to the specifications developed by the alliance. MoCA-compliant products and services are now in early deployments and field trials.

**moccasin telegraph** A term used by Native Americans to refer to either (1) the delivery of messages from one camp or village or nation to the next by a runner on foot or (2) in modern times, the grapevine, as in "I heard it through the moccasin telegraph." A moccasin is a soft deerskin or leather shoe worn by Native Americans. See also mukluk telegraph.

**mocio-economics** See mociology.