# EXHIBIT 25

# A Dictionary of
# Media and Communication

FIRST EDITION

DANIEL CHANDLER
*and*
ROD MUNDAY

NEW ENGLAND INSTITUTE OF TECHNOLOGY LIBRARY

#468193476

OXFORD
UNIVERSITY PRESS

GOOG-WSOU584-PA-00005291



**OXFORD**
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 2011

The moral rights of the authors have been asserted

Database right Oxford University Press (maker)

First published 2011

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose the same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by SPI Publisher Services, Pondicherry, India
Printed in Great Britain
on acid-free paper by
Clays Ltd., St Ives plc

ISBN 978-0-19-956875-8

10 9 8 7 6 5 4 3 2 1

collages. The mixer also permits smooth transitions between feeds such as dissolves. *See* MULTICAMERA.

**MLS** *See* MEDIUM LONG SHOT.

**MMOG, MMORPG (massively multiplayer online game** or **online role playing game)** A *videogame in the form of a persistent two or three-dimensional graphical *virtual world in which users participate as *avatars, typically going on quests and joining up with teams of other players: examples include *Everquest*, *World of Warcraft*, and *Eve Online*. Compare MUVE.

**mobile (mobile phone)** A portable telephone using a *cellular radio system, so that users are no longer confined to a fixed spatial location as they were with fixed *telephones based on landlines. In the UK, before 1985 no one had a true mobile; by 2000 over half the population had one, and now almost everyone has one. Mobiles have transcended the conventional functions of voice telephony, incorporating functions such as *SMS text messaging, photography and video-recording, music and video playback, *PDA, and *internet-access (including *email and *web browsing). The mobile has become a key tool for the maintenance of *social networks and the shaping of social identity, especially among adolescents. Ling declares that 'it leads to the sharing of experiences and emotions more immediately than almost any other mediated form of contact, save *face-to-face interaction'. Mobiles have also contributed to the blurring of the *public and private spheres, as in relation to how *co-present others are handled. *See also* GENDERED TECHNOLOGIES; STRONG TIES; WEAK TIES.

**mobile communications** *See also* CELLULAR RADIO SYSTEM; NOMADIC AUDIENCES; PERSONAL DIGITAL ASSISTANT; TELEWORKING. 1. Broadly, any communications technology that is portable: for example, a battery-powered television, *WiFi-equipped laptop, cordless landline telephone, or outside broadcasting facility. 2. A device, network, or service that enables interpersonal communication over a distance between two or more parties: either because the user is mobile and has access to the service in a number of different locations or because the technology is portable and can be carried with the user; i.e. a walkie-talkie radio or *mobile phone.

(((●))) SEE WEB LINKS
• Mobile communication and mediated ritual

**mocap** *See* MOTION CAPTURE.

**mockumentary** A fictionalized *documentary, which can be comic, as in *This Is Spinal Tap* (1984), satirizing the conventions of documentary film-making, or serious, as in the famous radio adaptation of *War of the Worlds* (1938) where the verisimilitude of the documentary form brings an ironic sense of *realism to the presentation. *See also* DOCUMENTARY STYLE.

**modality** 1. **(sensory modality)** A *channel of sensory *perception, such as vision. 2. A particular *medium, such as speech or writing: *see also* MULTIMODALITY. 3. In *linguistics (*semantics, *grammar, *stylistics, *text linguistics), the

GOOG-WSOU584-PA-00005293