# EXHIBIT 26

ic.

ary

nary

d by

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
**Lexicographer**




IEEE PRESS




A JOHN WILEY & SONS, INC., PUBLICATION

Ref
TK9 .K39 2004
Kaplan, Steven M
Wiley electrical and
electronics engineering
dictionary

Withdrawn

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

***Library of Congress Cataloging-in-Publication Data is available.***

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

Withdrawn

PRE

This dictio
the many
available s
term is cu
ticles, repo
the terms a
vided con

The Intern
entities use
chance it v
by multipl
pretty goo
appear ma
dictionary
book, an e

There are
sired term
a word or
definition.

This dicti
Telecki, A
suggested
port and g

This dicti
Austria. M
perform n
him for ki

*Austria, E*
*October, 2*

up the pins when installing a

nts, devices, equipment, or ible, or which otherwise do For instance, to attempt to ble jack. 2. To not attain an value. For instance, to not circuits, or between a signal

ficient of reflection, reflec- r, reflectance, or reflectiv- : of a wave reflected from a ime wave incident upon the it delivered to a load whose source, to the current that load if its impedance were

ition in which the imped- ween a signal source and a ng the transfer of power.

ind the like which are in- 'or progress of a business ilure of a given computer n grinds a business to a

s into one or more prod- input signals to provide a multiple light beams to lifferent frequencies in a other frequencies, or to ilso, the result of such a ole audio input signals to esired blend. For exam- e instruments for a song, and effects for a sound- ombination. Also called

spelled **mix down**.

g both audio and data, one, and the audio, usu- ie remaining tracks. An led **mixed-mode CD-**

**d-mode CD.**

etting which combines For example, virtual al objects. Also called lity.

e, piece of equipment, erves to **mix (1)**. **2.** In at which the incoming ombined with the local termediate frequency. **or, or frequency con-** hich performs **mixes**.

also performs **mixes**

'hotographic Experts i which every frame PEG image.



**MKS system** Abbreviation of **meter-kilogram-second system**.

**MKSA system** Abbreviation of **meter-kilogram-second-ampere system**.

**ml** Abbreviation of **milliliter**.

**mL** 1. Abbreviation of **milliliter**. 2. Abbreviation of **millilambert**.

**mlm** Abbreviation of **millilumen**.

**Mlm** Abbreviation of **megalumen**.

**MLM** Abbreviation of **mailing list manager**.

**MLPPP** Abbreviation of **Multilink PPP**.

**MLS** Abbreviation of **microwave landing system**.

**mlx** Abbreviation of **millilux**.

**mm** Abbreviation of **millimeter**.

**Mm** Abbreviation of **megameter**.

**MM** Abbreviation of **multimedia messaging**.

**mm Band** In communications, a band of radio frequencies extending from 110.00 to 300.00 GHz, as established by the IEEE. This corresponds to wavelengths of approximately 2.7 mm to 1.0 mm, respectively.

**mm Hg** Abbreviation of **millimeters of mercury**.

**MMC** Same as **MultiMediaCard**.

**MMD** Abbreviation of **Multichannel Multipoint Distribution**.

**MMDS** Abbreviation of **Multichannel Multipoint Distribution Service**.

**mmf** Abbreviation of **magnetomotive force**.

**mmHg** Abbreviation of **millimeters of mercury**.

**MMIC** Abbreviation of **monolithic microwave IC**. An IC designed to work at microwave frequencies, and which is built upon a single semiconductor die, such as that composed of gallium arsenide.

**mmol** Abbreviation of **millimole**, or **millimol**.

**MMS** 1. Abbreviation of **multimedia messaging service**. 2. Abbreviation of **maritime mobile service**.

**MMU** Abbreviation of **memory management unit**.

**MMX** Abbreviation of **multimedia extensions**. Enhancements made to certain CPU chips to accelerate multimedia content.

$m_n$ Symbol for **neutron mass**, or **neutron rest mass**.

**mN** Abbreviation of **millinewton**.

**Mn** Chemical symbol for **manganese**.

**mnemonic** A rhyme, word, formula, or other device utilized as an aid in the memorization of something lengthier or complex. Mnemonics are used extensively in computers, especially in programming using a symbolic language.

**mnemonic code** Computer code, such as that used in assembly language or a symbolic language, which employs mnemonics as a memory aid. For instance, ADD to represent addition, CLR for clear, or SQR for square root.

**MNOS** Abbreviation of **metal-nitride-oxide semiconductor**. A semiconductor with two insulating layers, one of which is an oxide, such as silicon oxide, and the other a nitride, such as silicon nitride. Used, for instance, in EEPROMs.

**Mo** Chemical symbol for **molybdenum**.

**MO** 1. Abbreviation of **magneto-optical**, or **magneto-optic**. 2. Abbreviation of **master oscillator**.

**MO disc** Abbreviation of **magneto-optical disc**.

**MO disk** Abbreviation of **magneto-optical disk**.

**mobile** 1. That which can be readily moved from one location to another. 2. That which can be readily moved from one location to another while uninterruptedly maintaining proper operation. 3. That which can readily move from one location to another. For example, a mobile robot, or a fluid.

**mobile banking** Same as **m-banking**.

**mobile business** Same as **m-business**.

**mobile cellular communications** A telecommunications system in which mobile, usually portable, telephones are linked to a land telephone network via microwave radio-frequency signals. Individual cell sites provide coverage to a limited area, called a cell, while networks of cell sites provide coverage to large geographical areas. At any given point within the cellular network, the system decides which cell site can provide the best signal to a mobile unit, and as the unit moves, the signal is transferred to the next cell site with the best signal. Also called by various other names, including **mobile cellular telecommunications, mobile cellular telephony**, and **cellular communications**.

**mobile cellular phone** A mobile phone used for **mobile cellular communications**. Also called by various other names, including **mobile cellular radio telephone**, and **cellular telephone (1)**.

**mobile cellular radio** 1. Same as **mobile cellular communications**. 2. Same as **mobile cellular phone**.

**mobile cellular radio telephone** Same as **mobile cellular phone**.

**mobile cellular telecommunications** Same as **mobile cellular communications**.

**mobile cellular telephone** Same as **mobile cellular phone**.

**mobile cellular telephone system** Same as **mobile cellular communications**.

**mobile cellular telephony** Same as **mobile cellular communications**.

**mobile commerce** Same as **m-commerce**.

**mobile communications** The transmission of information between two or more points or entities, one or more of which is moving or able to move easily. Common examples include cellular communications, mobile services, and Internet access using PDAs. Also, the science dealing with such communications, including the modes, mechanisms, and media used for this purpose, and all efforts to advance this field. Also called **mobile telecommunications**.

**mobile computer** A computer which can be readily carried from one location to another. This term includes handheld and notebook computers, and may include other devices, such as properly equipped cellular phones.

**mobile computing** The use of **mobile computers**.

**mobile device** A device, such as a cell phone or PDA, utilized for mobile communications.

**Mobile Information Device Profile** Same as **MIDP**.

**mobile Internet** Internet access utilizing properly equipped **mobile devices**.

**Mobile Internet Protocol** Same as **Mobile IP**.

**Mobile IP** Abbreviation of **Mobile Internet Protocol**. A system which enables users to stay connected while moving through networks which use IP addresses different from their home network. Each mobile node is identified by its home IP address, and when in a different network's area, all data is forwarded to the user, care of the remote network. To be able to use this service users need to register with the foreign network, which also must support the same Mobile IP protocol. Also called **Mobile IP Protocol**.

**Mobile IP Protocol** Same as **Mobile IP**.

**mobile mail** Same as **m-mail**.

**mobile pager** A pocket-sized radio receiver or transceiver which serves to receive messages, and in some cases perform various other functions, such as retrieve email. These devices may emit a beep when informing of a new message. Some mobile pagers can also signal by other means, such as vibrations, or a blinking light. Also called **paging device, pager (1)**, or **beeper (2)**.

**mobile phone** Also called **mobile telephone**. **1.** A portable phone, especially a cellular phone, which allows a user to place and receive calls to or from any point within its coverage area. Cordless phones are usually excluded from this definition. **2.** A cellular telephone installed in a land vehicle, such as a car or truck. Such phones may or may not be removable from the vehicle, and usually have an external antenna. Also called **car phone (1)**. **3.** A hand-held cellular telephone which can be placed in a cradle in a land vehicle such as a car or truck. The cradle can serve to charge the phone, and many of them allow the user to engage in conversations without holding the phone. Also called **car phone (2)**.

**mobile phone service** Radiocommunication service for **mobile phones**. Also called **mobile telephone service**.

**mobile positioning** The use of a system, such as GPS, to keep track of the location of a cell phone, vehicle, fleet of cars, or the like.

**mobile positioning system** A system, such as GPS, utilized for **mobile positioning**. Its abbreviation is **MPS**.

**mobile processor** A CPU designed for use in mobile devices such as notebooks, PDAs, or cell phones.

**mobile radio service** Same as **mobile service**.

**mobile receiver** A communications receiver which can be readily moved from one location to another while maintaining proper operation.

**mobile robot** A robot equipped with a movable platform, a rolling mechanism, or mechanical legs, which allow it to move or travel, depending on the tasks it is meant to execute.

**mobile-satellite service** Radiocommunication service between **mobile stations**, utilizing one or more satellites. Also, communications links between said satellites. Its abbreviation is **MSS**.

**mobile service** Radiocommunication service between **mobile stations**. Also called **mobile radio service**.

**mobile station** A station whose location is not fixed. Such a station may be used while in motion, or during stops at any chosen site. A mobile station may be located on a land, water, or air vehicle. This contrasts with a **fixed station**, whose location does not change.

**mobile switching center** Same as **mobile telephone switching office**. Its abbreviation is **MSC**.

**mobile telecommunications** Same as **mobile communications**.

**mobile telephone** Same as **mobile phone**.

**mobile telephone service** Same as **mobile phone service**.

**mobile telephone switching office** A structure that houses the computers that monitor and control a mobile cellular communications system. It performs functions such as validating ESNs, establishing connections, tracking calls, arranging handoffs, and gathering billing information. Also called **mobile switching center**. Its abbreviation is **MTSO**.

**mobile transmitter** A communications transmitter which can be readily moved from one location to another while maintaining proper operation.

**mobility** The average drift velocity of charge carriers in a semiconductor material, per unit electric field. Also called **carrier mobility**, or **drift mobility**.

**mock-up** A non-operational model of a device, component, or piece of equipment which can be used, for instance for tests or demonstrations. Also spelled **mockup**.

**mockup** Same as **mock-up**.

**modal bandwidth** A measure of the information-carrying capacity of an optical fiber, expressed in units of MHz per kilometer.

**modal dispersion** A deprecated term for **multimode distortion**.

**modal distortion** Same as **multimode distortion**.

**mode** **1.** A manner, procedure, form, method, or way of using, operating, or functioning. **2.** One of multiple available operational states that can be selected from. Also, operation using such a mode. For instance, the use of a transceiver in reception mode. **3.** For a guided electromagnetic wave, one of the possible manners or patterns of oscillation, transmission, or propagation. Such waves can propagate in one of three principal modes, which are as transverse electric waves, transverse magnetic waves, or as transverse electromagnetic waves. Also called **transmission mode (1)**. **4.** Same as **mode of propagation**. **5.** A light path through an optical fiber. **6.** Within a group of numbers, series, or set, the value or item which most frequently occurs.

**mode changer** Same as **mode transducer**.

**mode coupling** In a waveguide, the transfer of energy between modes.

**mode field diameter** A measure of the optical power intensity across the end face of a single-mode fiber. Although most of the light is concentrated in the core of such a fiber, some light travels along the inner part of the cladding too. The diameter of the spot of light as it propagates is the mode field diameter. Its abbreviation is **MFD**.

**mode filter** In a waveguide, a device which lets the energy of one or more modes pass, while others are attenuated or rejected.

**mode of propagation** Also called **mode (4)**. **1.** The mode of propagation of electromagnetic waves in a waveguide. The principal modes are as transverse electric waves, transverse magnetic waves, or as transverse electromagnetic waves. **2.** The mode of propagation of electromagnetic waves. For instance, via a coaxial cable, optical fiber, waveguide, or atmospheric duct.

**mode transducer** In a waveguide, a device which changes one mode of propagation into another. Also called **mode transformer**, or **mode changer**.

**mode transformer** Same as **mode transducer**.

**model** **1.** An object which is built to represent a component, circuit, device, piece of equipment, system, or another object. It can serve, for instance, for illustration, demonstration, or study. **2.** A mathematical, physical, or conceptual representation utilized to help understand a component, circuit, device, piece of equipment, system, mechanism, process, or phenomenon. Such a representation may, for example, help understand a complex circuit or device through one or more analogies. **3.** A specific style or design of a component, circuit, device, piece of equipment, system.

**modeling** **1.** The creation of a **model**. **2.** The creation of a model with the assistance of a computer.

**modem** Acronym for **modulator-demodulator**. Also known as **demodulator-modulator**. **1.** A device which enables a computer to transmit and receive information over telephone lines. For transmission, a computer modulates a carrier signal so that it contains digital information in a form that can be transmitted over analog lines. It does the opposite for reception. Most modems feature data compression and error-correction. Also called **telephone modem**. **2.** Any signal-conversion device which combines the functions of a demodulator and modulator.

**modem bank** Same as **modem pool**.

**modem bonding** The combining of two telephone lines to form a single communications channel in which the transmission speed is doubled. Two modems are required in order to use this technology. For example, two 56 kilobits per second modems bonded in this manner provide a 112 kilobits per second connection. Also called **channel bonding (1)**, or **line bonding (1)**.

**modem eliminator** A device, such as a null modem cable, which enables computers to communicate with each other



without the use o
the distance betwe

**modem pool** A seri
via a single phon
to route calls to o
may be provided,
**dem bank**, or **mo**

**modem port** A cor
modem via a cabl

**modem server** Sam

**modem standard** A
to the exchange of

**moderator** A subs
beryllium, which i
neutrons. Also ca

**MODFET** Acrony
sistor. A field-eff
provides for high
**junction field eff
transistor**.

**modification** The
of one or more asp
of equipment,
configuration, fun
be made, for insta
simplify, test, mai
may vary or are
made. The term
involved.

**modifier key** A c
which is held dow
latter key a differ
alternate key in c
given function, de

**modify** To perform

**Modula-2** Abbrevi
gramming langua
such as support of

**Modula-3** Abbrevi
gramming languag
such as support of

**modular approach**
systems, program
prepared and self-
to form the final
developing and t
helps break down
manageable parts.
**lar technique**, **m**
or **building-block**

**modular connector**
**modular plug**.

**modular constructi**
equipment, or syst

**modular design** Sa

**modular jack** A co
ing contact with r
wires. Such a j
makes for easy co
communications n
standard telephon
and is used to pl
called **modular co**

**modular plug** A
**modular jack**. Al

**modular principle**