# EXHIBIT 27


IEEE 100
THE
AUTHORITATIVE
DICTIONARY
OF IEEE STANDARDS TERMS
SEVENTH EDITION
IEEE
Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2 SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
p. cm.
ISBN 0-7381-2601-2 (paperback : alk. paper)
1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21 00-050601

Conte
Introduc
How to U
Categori
Tradema
The Autl
Abstract
Non-IEE

*The Authorit*

)f a thyristor to

PC) 428-1981w

ervices for other ersonal gain, es- vertent or inten- computer virus, functions (e.g., tion of errors of e could result in nformation, un- service to legiti- A) 896.3-1993w

n.

adix notation.

ich the member dividual Virtual is possible for Group to attach 1) 802.1G-1996

vo or more elec-

IR) C95.1-1999

equency compo- o be reproduced AV) 201-1979w

he 1-state of the of the two pos- presence of the polarity indica- GSD) 91-1973s

eet-lighting sys- osed loops. *See* current distribu- (T&D/PE) [10]

contains two or $= X + N$, where an integer vari- C) 610.12-1990

onsists of com- l-mode interfer- C) C63.13-1991

ondensing (con- mits) Steam en- gh separate inlet steam pressures PG) 122-1985s

n that uses more

(C) [20], [85]

in which all digit ample, biquinary he radix 2 or 5, eration system; notation. *Con-* C) 1084-1986w

radix notation.

of a mixture of e temperature of e freezing. D/PE) 539-1990

ariables are rep- quantities, and crete) quantities. T) 1149.4-1999

g both a delaying aying the delay- d displaying the oscillograph. IM/HFIM) [40]



**mixed transaction** An address beat followed by any number or combination of data write and data read transfers to a single location using the single address transfer mode. This is terminated by the appropriate style of end beat. (C/MM) 896.1-1987s

**mixed type** *See:* mixed mode.

**mixer (A) (data transmission)** In a sound transmission, recording or reproducing system, a device having two or more inputs, usually adjustable, and a common output, which operates to combine linearly in a desired proportion the separate input signals to produce an output signal. **(B) (data transmission)** The stage in a heterodyne receiver in which the incoming signal is modulated with the signal from the local oscillator to produce the intermediate-frequency signal. **(C) (data transmission)** A process of intermingling of data traffic flowing between concentration and expansion stages. (PE) 599-1985

**mixer tube** An electron tube that performs only the frequency-conversion function of a heterodyne conversion transducer when it is supplied with voltage or power from an external oscillator. (ED) 161-1971w

**mixing ratio** (of water vapor) The ratio of the mass of water vapor to the mass of dry air in a given volume of air. This ratio is generally expressed in grams per kilogram. (AP/PROP) 211-1997

**mixing rules** Various theoretical and often empirical models to predict the effective medium constitutive parameters. (AP/PROP) 211-1997

**mixing segment** A medium that may be connected to more than two Medium Dependent Interfaces (MDIs). (C/LM) 802.3-1998

**MKSA system of units** A system in which the basic units are the meter, kilogram, and second, and the ampere is a derived unit defined by assigning the magnitude $4\pi \times 10^{-7}$ to the rationalized magnetic constant (sometimes called the permeability of space). *Notes:* 1. At its meeting in 1950 the International Electrotechnical Commission recommended that the MKSA system be used only in the rationalized form. 2. The electrical units of this system were formerly called the practical electrical units. 3. If the MKSA system is used in the unrationalized form the magnetic constant is $10^{-7}$ henry/meter and the electric constant is $10^7/c^2$ farads/meter. Here $c$, the speed of light, is approximately $3 \times 10^8$ meters/second. 4. In this system, dimensional analysis is customarily used with the four independent (basic) dimensions: mass, length, time, current. (Std100) 270-1966w

**MLHG** *See:* multiline hunt group.

**M-L ratio** *See:* metallic longitudinal induction ratio.

**MLS** *See:* microwave landing system.

**MMI** *See:* man-machine interface; user interface.

**MMU** *See:* memory management unit.

**mnemonic (1) (test, measurement, and diagnostic equipment)** Assisting or intending to assist a human memory and understanding. Thus a mnemonic term is usually an abbreviation, that is easy to remember; for example, mpy for multiply and acc for accumulator. (MIL) [2]
**(2)** An abbreviation or other shortened keyboard notation that is used to substitute for a more complicated action, such as selecting an object or performing an operation on it. (C) 1295-1993w

**mnemonic code (test, measurement, and diagnostic equipment)** A pseudo code in which information, usually instructions, is represented by symbols or characters which are readily identified with the information. (MIL) [2]

**mnemonic symbol (software)** A symbol chosen to assist the human memory, for example, an abbreviation such as "mpy" for "multiply." (C/SE) 729-1983s

**MNOS** Acronym for metal nitride oxide semiconductor. (ED) 641-1987w

**MNOS transistor** *See:* metal-nitride-oxide-semiconductor transistor.

**m:n relationship*** *See:* many-to-many relationship.
* Deprecated.

**mobile (x-ray)** Equipment mounted on a permanent base with wheels and/or casters for moving while completely assembled. (NEC/NESC) [86]

**mobile communication system** Combinations of interrelated devices capable of transmitting intelligence between two or more spatially separated radio stations, one or more of which shall be mobile. (VT) [37]

**mobile home** A factory-assembled structure or structures equipped with the necessary service connections and made so as to be readily movable as a unit or unit(s) without a permanent foundation. The phrase "without a permanent foundation" indicates that the support system is constructed with the intent that the mobile home placed thereon will be moved from time to time at the convenience of the owner. (NESC/NEC) [86]

**mobile home accessory building or structure** Any awning, cabana, ramada, storage cabinet, carport, fence, windbreak or porch established for the use of the occupant of the mobile home upon a mobile home lot. (NESC/NEC) [86]

**mobile home lot** A designated portion of a mobile home park designed for the accommodation of one mobile home and its accessory buildings or structures for the exclusive use of its occupants. (NESC/NEC) [86]

**mobile home park** A contiguous parcel of land which is used for the accommodation of occupied mobile homes. (NESC/NEC) [86]

**mobile home service equipment** The equipment containing the disconnecting means, overcurrent protective devices, and receptacles or other means for connecting a mobile home feeder assembly. (NESC/NEC) [86]

**mobile radio service** Radio service between a radio station at a fixed location and one or more mobile stations, or between mobile stations. *See also:* radio transmission. (EEC/PE) [119]

**mobile station (1)** A radio station designed for installation in a vehicle and normally operated when in motion. *See also:* mobile communication system. (COM/VT) [37]
**(2)** A type of station that uses network communications while in motion. (C/LM) 8802-11-1999

**mobile substation equipment** Substation equipment mounted and readily movable as a system of transportable devices. (PE/SUB) 1268-1997

**mobile telemetering** Electric telemetering between points that may have relative motion, where the use of interconnecting wires is precluded. *Note:* Space radio is usually employed as an intermediate means for mobile telemetering, but radio may also be used for telemetering between fixed points. *See also:* telemetering. (EEC/PE) [119]

**mobile telephone system (automatic channel access)** A mobile telephone system capable of operation on a plurality of frequency channels with automatic selection at either the base station or any mobile station of an idle channel when communication is desired. *See also:* mobile communication system. (VT) [37]

**mobile transformer** Transformers that are usually mounted on trailers for easy transport to temporarily replace stationary transformers taken out of service because of failure or maintenance. (PE/TR) 1276-1997

**mobile transmitter** A radio transmitter designed for installation in a vessel, vehicle, or aircraft, and normally operated while in motion. *See also:* radio transmitter. (AP/ANT) 145-1983s

**mobile unit substation** A unit substation mounted and readily movable as a unit on a transportable device. (SWG/PE) C37.100-1992

**mobility** *See:* drift mobility.

**mobility, Hall** *See:* Hall mobility.

**mobility spectrum** The distribution of ions as a function of mobility. Historically, ions have been classified by mobility