# EXHIBIT 28

# New Oxford American Dictionary

### THIRD EDITION

*Edited by*

Angus Stevenson

Christine A. Lindberg

FIRST EDITION

Elizabeth J. Jewell

Frank Abate

**OXFORD**
UNIVERSITY PRESS



# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Copyright © 2010 by Oxford University Press

First edition 2001
Second edition 2005
Third edition 2010

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved.  No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The Library of Congress Cataloging-in-Publication Data

Data available

ISBN 978-0-19-539288-3

1  3  5  7  9  8  6  4  2

Printed in the United States of America
on acid-free paper

1536233313150735

GOOG-WSOU584-PA-00005288

**mixed num·ber** ▶ n. a number consisting of an integer and a proper fraction.

**mixed-race** ▶ adj. denoting or relating to people whose parents or ancestors are from different ethnic backgrounds: *mixed-race children* | *a mixed-race neighborhood.*

**mixed-up** ▶ adj. informal (of a person) suffering from psychological or emotional problems: *a lonely, mixed-up teenager.*

**mix·er** /ˈmiksər/ ▶ n. 1 [often with modifier] a machine or device for mixing things, esp. an electrical appliance for mixing foods: *a food mixer.*
2 [with adj.] a person considered in terms of their ability to mix socially with others: *media people need to be good mixers.*
3 a social gathering where people can make new acquaintances.
4 a soft drink that can be mixed with alcohol.
5 (in sound recording and cinematography) a device for merging input signals to produce a combined output in the form of sound or pictures. ■ [often with modifier] a person who operates such a device: *a sound mixer.*

**Mix·mas·ter** /ˈmiksˌmastər/ ▶ n. trademark a type of electric food processor: figurative *he put together proposals, ideas, and advice in a kind of cerebral Mixmaster.* ■ (also **mixmaster**) informal a sound recording engineer or disc jockey who is an accomplished mixer of music.

**mix·ol·o·gist** /mikˈsäləjist/ ▶ n. informal a person who is skilled at mixing cocktails and other drinks.
– DERIVATIVES **mix·ol·o·gy** /-əjē/ n.

**Mix·o·lyd·i·an mode** /ˌmiksəˈlidēən/ ▶ n. Music the mode represented by the natural diatonic scale G–G (containing a minor 7th).
– ORIGIN late 16th cent.: *Mixolydian* from Greek *mixo-ludios* 'half-Lydian' + -AN.

**mixt** /mikst/ ▶ v. archaic past and past participle of MIX.

**mix·tape** /ˈmikstāp/ ▶ n. a compilation of favorite pieces of music, typically by different artists, recorded onto a cassette tape or other medium by an individual.

**Mix·tec** /ˈmēstek/ ▶ n. (pl. **same** or **Mixtecs**) 1 a member of an American Indian people of southern Mexico, noted for their skill in pottery and metallurgy.
2 the Otomanguean language of this people.
▶ adj. of or relating to the Mixtec or their language.
– ORIGIN Spanish, from Nahuatl *mixtecah* 'person from a cloudy place.'

**mix·ture** /ˈmikschər/ ▶ n. a substance made by mixing other substances together: *form the mixture into a manageable dough* | *shandy is a mixture of beer and lemonade.* ■ the process of mixing or being mixed. ■ (**a mixture of**) a combination of different qualities, things, or emotions in which the component elements are individually distinct: *she thumped the pillow with a mixture of anger and frustration* | *the old town is a mixture of narrow medieval streets and 18th-century architecture.* ■ a person regarded as a combination of qualities and attributes: *he was a curious mixture, an unpredictable man.* ■ Chemistry the product of the random distribution of one substance through another without any chemical reaction, as distinct from a compound. ■ the charge of gas or vapor mixed with air that is admitted to the cylinder of an internal combustion engine, esp. as regards the ratio of fuel to air: *newer pilots often leave their mixture rich during an entire flight.* ■ (also **mixture stop**) an organ stop in which each key sounds a group of small pipes of different pitches, giving a very bright tone.
– ORIGIN late Middle English: from French *mixture* or Latin *mixtura* (see MIXED).

**mix-up** (also **mixup**) ▶ n. informal a confusion of one thing with another, or a misunderstanding or mistake that results in confusion: *there's been a mix-up over the tickets.* ■ a combination of different things, esp. one whose result is inharmonious: *a ghastly mix-up of furniture styles.*

**Mi·zo** /ˈmēzō/ ▶ n. (pl. **same** or **Mizos**) 1 a member of a people inhabiting Mizoram.
2 the Tibeto-Burman language of this people. Also called LUSHAI.
▶ adj. of or relating to this people or their language.
– ORIGIN the name in Mizo, literally 'highlander,' from *mi-* 'person' + *zo* 'hill.'

**Mi·zo·ram** /məˈzôrəm/ ▶ n. a state in northeastern India that lies between Bangladesh and Burma (Myanmar); capital, Aizawl. Separated from Assam in 1972, it was administered as a Union Territory in India until 1986, when it became a state.

**mi·zu·na** /miˈzo͞onə/ (also **mizuna greens**) ▶ n. an oriental rape of a variety with finely cut leaves that are eaten as a salad vegetable. ● *Brassica rapa* var. *nipposinica*, family Brassicaceae.
– ORIGIN 1990s: from Japanese.

**miz·zen** /ˈmizən/ (also **mizen**) ▶ n. 1 (also **mizzenmast**) the mast aft of a ship's mainmast.
2 (also **mizzensail**) the lowest sail on a mizzenmast.
– ORIGIN late Middle English: from Italian *mezzana* 'mizzensail,' feminine (used as a noun) of *mezzano* 'middle,' from Latin *medianus* (see MEDIAN).

**miz·zle**¹ /ˈmizəl/ chiefly dialect ▶ n. light rain; drizzle.
▶ v. [no obj.] (**it mizzles, it is mizzling**, etc.) rain lightly: *it was mizzling steadily.*
– DERIVATIVES **miz·zly** /ˈmizlē/ adj.
– ORIGIN late Middle English (as a verb): probably a frequentative from the base of MIST; compare with Low German *miseln* and Dutch dialect *miezelen*.

**Mk** ▶ abbr. ■ the German mark. ■ the Gospel of Mark (in biblical references). ■ (followed by a numeral) Mark, used to denote a design or model of car, aircraft, or other machine: *a VW Golf Mk III.*

**mk.** ▶ abbr. ■ (pl. **mks.**) MARK² (sense 1). ■ markka.

**mks** ▶ abbr. meter-kilogram-second.

**mksA** (also **MKSA** or **mksa**) ▶ abbr. meter-kilogram-second-ampere.

**mkt.** ▶ abbr. market.

**mktg.** ▶ abbr. marketing.

**ml** ▶ abbr. ■ mile(s). ■ milliliter(s).

**MLA** ▶ abbr. ■ Member of the Legislative Assembly. ■ Modern Language Association (of America).

**MLB** ▶ abbr. major league baseball.

**MLC** ▶ abbr. Member of the Legislative Council.

**MLD** ▶ abbr. ■ minimum lethal dose. ■ moderate learning difficulties: [as adj.] *a school for MLD pupils.*

**MLF** ▶ abbr. multilateral nuclear force.

**MLitt** ▶ abbr. Master of Letters: *Susan Williams, MLitt.*
– ORIGIN from Latin *Magister Litterarum*.

**Mlle** ▶ abbr. (pl. **Mlles**) Mademoiselle.

**MLR** ▶ abbr. Finance minimum lending rate, influenced by the overnight rate established by the Federal Reserve.

**MLS** ▶ abbr. ■ Master of Library Science. ■ Multiple Listing Service, an organization that holds computerized listings of US real estate offered for sale. ■ Major League Soccer.

**MLW** ▶ abbr. (of the tide) mean low water.

**MM** ▶ abbr. Messieurs.

**mm** ▶ abbr. millimeter(s).

**Mme** ▶ abbr. (pl. **Mmes**) Madame.

**m.m.f.** ▶ abbr. magnetomotive force.

**MMPI** ▶ abbr. Minnesota Multiphasic Personality Inventory.

**MMR** ▶ abbr. measles, mumps, and rubella, a vaccination given to small children.

**MMS** ▶ abbr. Multimedia Messaging Service, a system that enables cellular phones to send and receive pictures and sound clips as well as text messages.

**MMus** ▶ abbr. Master of Music.

**MN** ▶ abbr. Minnesota (in official postal use).

**Mn** ▶ symbol the chemical element manganese.

**MNA** ▶ abbr. (in Canada) Member of the National Assembly (of Quebec).

**mne·mon·ic** /nəˈmänik/ ▶ n. a device such as a pattern of letters, ideas, or associations that assists in remembering something.
▶ adj. aiding or designed to aid the memory. ■ of or relating to the power of memory.
– DERIVATIVES **mne·mon·i·cal·ly** /-ik(ə)lē/ adv.
– ORIGIN mid 18th cent. (as an adjective): via medieval Latin from Greek *mnēmonikos*, from *mnēmōn* 'mindful.'

**mne·mon·ics** /nəˈmäniks/ ▶ plural n. [usu. treated as sing.] the study and development of systems for improving and assisting the memory.

**Mne·mos·y·ne** /nəˈmäsənē, -ˈmäz-/ Greek Mythology the Greek goddess of memory, and the mother of the Muses by Zeus.
– ORIGIN from Greek *mnēmosunē*, literally 'memory.'

**mngr.** ▶ abbr. manager.

**MO** ▶ abbr. ■ Computing (of a disk or disk drive) magneto-optical. ■ Medical Officer. ■ Missouri (in official postal use). ■ modus operandi. ■ money order.

**Mo** ▶ symbol the chemical element molybdenum.

**mo** /mō/ ▶ n. [in sing.] informal, chiefly Brit. a short period of time: *hang on a mo!*
– ORIGIN late 19th cent.: abbreviation of MOMENT.

**mo.** ▶ abbr. month.

**-mo** ▶ suffix forming nouns denoting a book size by the number of leaves into which a sheet of paper has been folded: *twelvemo.*
– ORIGIN from the final syllable of Latin ordinal numbers such as *duodecimo* (masculine ablative singular).

**mo·a** /ˈmōə/ ▶ n. a large, extinct, flightless bird resembling the emu, formerly found in New Zealand. ● Family Dinornithidae: several genera and species; *Dinornis maximus* was the tallest known bird, with a height of about 10 feet (3 m), but *Megalapteryx didinus*, which may have survived until the early 19th century, was much smaller.
– ORIGIN mid 19th cent.: from Maori.

**Mo·ab** /ˈmōˌab/ the ancient kingdom of the Moabites, east of the Dead Sea.

**Mo·ab·ite** /ˈmōəˌbīt/ ▶ n. a member of a Semitic people living in Moab in biblical times, traditionally descended from Lot.
▶ adj. of or relating to Moab or its people.

**moan** /mōn/ ▶ n. a long, low sound made by a person expressing physical or mental suffering or sexual pleasure: *she gave a low moan of despair.* ■ a sound resembling this, esp. one made by the wind: *the moan of the wind in the chimneys.* ■ informal a complaint that is perceived as trivial and not taken seriously by others: *there were moans about the car's feeble ventilation.*
▶ v. [no obj.] make a long, low sound expressing physical or mental suffering or sexual pleasure: *just then their patient moaned and opened his eyes* | [with direct speech] *"Oh God," I moaned.* ■ (of a thing) make a sound resembling this: *the foghorn moaned at intervals.* ■ [reporting verb] informal complain or grumble, typically about something trivial: [no obj.] *he joked and moaned about members of his family* | [with clause] *my husband moans that I'm not as slim as when we first met.* ■ literary lament.
– DERIVATIVES **moan·er** n., **moan·ful** /-fəl/ adj.
– ORIGIN Middle English (in the sense 'complaint or lamentation'): of unknown origin.

**moat** /mōt/ ▶ n. a deep, wide ditch surrounding a castle, fort, or town, typically filled with water and intended as a defense against attack.
▶ v. [with obj.] (often as adj. **moated**) surround (a place) with a moat: *a moated castle.*
– ORIGIN late Middle English: from Old French *mote* 'mound.'

**mob** /mäb/ ▶ n. a large crowd of people, esp. one that is disorderly and intent on causing trouble or violence: *a mob of protesters.* ■ (usu. **the Mob**) the Mafia or a similar criminal organization. ■ (**the mob**) the ordinary people: *the age-old fear that the mob may organize to destroy the last vestiges of civilized life.*
▶ v. (**mobs, mobbing, mobbed**) [with obj.] crowd around (someone) in an unruly and excitable way in order to admire or attack them: *he was mobbed by autograph hunters.* ■ (of a group of birds or mammals) surround and attack (a predator or other source of threat) in order to drive it off. ■ crowd into (a building or place): *an unruly crowd mobbed the White House during an inaugural reception.*
– DERIVATIVES **mob·ber** n.
– ORIGIN late 17th cent.: abbreviation of archaic *mobile*, short for Latin *mobile vulgus* 'excitable crowd.'

**mob·cap** /ˈmäbˌkap/ ▶ n. a large soft hat covering all of the hair and typically having a decorative frill, worn indoors by women in the 18th and early 19th centuries.
– ORIGIN mid 18th cent.: *mob*, variant of obsolete *mab* 'slut.' The word *mob* was first used in the sense 'prostitute' (mid to late 17th cent.), later denoting a negligee (mid 17th cent. to mid 18th cent)

**Mo·bile** /mōˈbēl, ˈmōˌbēl/ an industrial city and port on the coast of southern Alabama; pop. 191,022 (est. 2008). It is situated at the head of Mobile Bay, an inlet of the Gulf of Mexico.

**mo·bile** ▶ adj. /ˈmōbəl, -ˌbīl/ 1 ==able to move or be moved freely or easily: *he has a major weight problem and is not very mobile* | *highly mobile international capital.*== ■ (of the face or its features) indicating feelings with fluid and expressive movements: *her mobile features working overtime to register shock and disapproval.* ■ (of a store, library, or other service) accommodated in a vehicle so as to travel around and serve various places. ■ (of a military or police unit) equipped and prepared to move quickly to any place it is needed: *mobile army combat units.*
2 of or relating to cellular phones, handheld computers, and similar technology: *the next generation of mobile networks* | *a mobile device.*
3 able or willing to move easily or freely between occupations, places of residence, or social classes: *an increasingly mobile and polarized society.*

**mo·bile home** ▶ n. a large house trailer that is parked in one particular place and used as a permanent living accommodation.

**mo·bile phone** (also **mobile telephone**) ▶ n. another term for CELLULAR PHONE.

**mo·bile sculp·ture** ▶ n. a sculpture with moving parts.

**mo·bil·i·ty** /mōˈbilətē/ ▶ n. the ability to move or be moved freely and easily: *this exercise helps retain mobility in the damaged joints.* ■ the ability to move between different levels in society or employment: *industrialization would open up increasing chances of social mobility.*

**mo·bi·lize** /ˈmōbəˌlīz/ ▶ v. [with obj.] **1** (of a country or its government) prepare and organize (troops) for active service: *the government mobilized regular forces, reservists, and militia* | [no obj.] *Russia is in no position to mobilize any time soon.* ■ organize and encourage (people) to act in a concerted way in order to bring about a particular political objective: *he used the press to mobilize support for his party.* ■ bring (resources) into use in order to achieve a particular goal: *at sea we will mobilize any amount of resources to undertake a rescue.*
**2** make (something) movable or capable of movement: *doing yoga stretches to mobilize compacted joints.* ■ make (a substance) able to be transported by or as a liquid: *acid rain mobilizes the aluminum in forest soils.*
– DERIVATIVES **mo·bi·liz·a·ble** adj., **mo·bi·li·za·tion** /ˌmōbələˈzāSHən/ n., **mo·bi·liz·er** n.
– ORIGIN mid 19th cent.: from French *mobiliser*, from *mobile* (see MOBILE).

**Mö·bi·us strip** /ˈmōbēəs/ ▶ n. a surface with one continuous side formed by joining the ends of a rectangular strip after twisting one end through 180°.
– ORIGIN early 20th cent.: named after August F. Möbius (1790–1868), German mathematician.


Möbius strip

**mo·blog** /ˈmōˌbläg/ ▶ n. a weblog whose content originates from mobile phones and other portable wireless devices.
– DERIVATIVES **mo·blog·ger** n., **mo·blog·ging** n.
– ORIGIN early 21st cent.: blend of MOBILE and WEBLOG.

**mob·oc·ra·cy** /mäˈbäkrəsē/ ▶ n. (pl. **mobocracies**) rule or domination by the masses.

**mob rule** ▶ n. control of a political situation by those outside the conventional or lawful realm, typically involving violence and intimidation.

**mob·ster** /ˈmäbstər/ ▶ n. informal a member of a group of violent criminals; a gangster.

**Mo·bu·tu** /mōˈbo͞oto͞o/, Sese Seko (1930–97), Zairean statesman; president 1965–97; born *Joseph-Désiré Mobutu*. Seizing power in a military coup in 1965, he retained control despite opposition until 1997, when he was finally forced to stand down.

**Mobutu Se·se Se·ko, Lake** Zairean name for Lake Albert (see ALBERT, LAKE).

**moc** /mäk/ ▶ n. informal short for MOCCASIN.

**mo·cap** /ˈmōˌkap/ ▶ n. motion capture.

**moc·ca·sin** /ˈmäkəsən/ ▶ n. **1** a soft leather slipper or shoe, strictly one without a separate heel, having the sole turned up on all sides and sewn to the upper in a simple gathered seam, in a style originating among North American Indians.
**2** a venomous American pit viper. ● Genus *Agkistrodon*, family Viperidae: several species, in particular the **water moccasin** (see COTTONMOUTH) and the **highland moccasin** (see COPPERHEAD).
– ORIGIN early 17th cent.: from Virginia Algonquian *mockasin*. The word is also found in other American Indian languages.

**moc·ca·sin flow·er** ▶ n. another term for PINK LADY'S-SLIPPER (see LADY'S-SLIPPER).

**moc·ca·sin tel·e·graph** ▶ n. Canadian term for BUSH TELEGRAPH.

**mo·cha** /ˈmōkə/ ▶ n. **1** a fine quality coffee. ■ a drink or flavoring made with or in imitation of this, typically with chocolate added. ■ a dark brown color.
**2** a soft kind of leather made from sheepskin.
– ORIGIN late 18th cent.: named after *Mocha*, a port on the Red Sea, from where the coffee and leather were first shipped.

**mo·chac·ci·no** /ˌmōkəˈCHēnō/ ▶ n. (pl. **mochaccinos**) a cappuccino containing chocolate flavoring.
– ORIGIN 1990s: blend of *mocha* and *cappuccino*.

**Mo·che** /ˈmōCHā/ ▶ n. Archaeology a pre-Inca culture that flourished on the coast of Peru in the 1st to 7th centuries AD.
– ORIGIN from the name of an archaeological site on the northwest coast of Peru.

**mo·chi** /ˈmōCHē/ ▶ n. a short-grained, sweet, glutinous rice with a high starch content, used in Japanese cooking.
– ORIGIN Japanese.

**Mo·chi·ca** /mōˈCHēkə/ ▶ n. (pl. **same**) **1** a member of the Moche people.
**2** the language of this people.
▶ adj. of or relating to this people or their language.
– ORIGIN Spanish; compare with MOCHE.

**mock** /mäk/ ▶ v. [with obj.] tease or laugh at in a scornful or contemptuous manner: *he mocks them as Washington insiders.* ■ make (something) seem laughably unreal or impossible: *at Christmas, arguments and friction mock our pretense of peace.* ■ mimic (someone or something) scornfully or contemptuously.
▶ adj. [attrib.] not authentic or real, but without the intention to deceive: *a mock-Georgian red brick house | Jim threw up his hands in mock horror.* ■ (of an examination, battle, etc.) arranged for training or practice, or performed as a demonstration: *Dukakis will have a mock debate with Barnett.*
▶ n. dated an object of derision: *he has become the mock of all his contemporaries.*
– DERIVATIVES **mock·a·ble** adj., **mock·er** n.
– ORIGIN late Middle English: from Old French *mocquer* 'deride.'

**mock·er·y** /ˈmäk(ə)rē/ ▶ n. (pl. **mockeries**) derision; ridicule: *stung by her mockery, Frankie hung his head.* ■ [in sing.] an absurd misrepresentation or imitation of something: *after a mockery of a trial in London, he was executed.* ■ archaic ludicrously futile action: *in her bitterness she felt that all rejoicing was mockery.*
– PHRASES **make a mockery of** make (something) seem foolish or absurd: *new technology is making a mockery of our outdated laws.*
– ORIGIN late Middle English: from Old French *moquerie*, from *mocquer* 'to deride.'

**mock-he·ro·ic** ▶ adj. (of a literary work or its style) imitating the style of heroic literature in order to satirize an unheroic subject.
▶ n. (often as **mock heroics**) a burlesque imitation of the heroic character or literary style.

**mock·ing** /ˈmäkiNG/ ▶ adj. making fun of someone or something in a cruel way; derisive: *the mocking hostility in his voice made her wince.*
– DERIVATIVES **mock·ing·ly** adv.

**mock·ing·bird** /ˈmäkiNGˌbərd/ ▶ n. a long-tailed thrushlike songbird with grayish plumage, found mainly in tropical America and noted for its mimicry of the calls and songs of other birds. ● Family Mimidae (the **mockingbird family**): three genera and several species, esp. the **northern mockingbird** (*Mimus polyglottos*) of North America. The mockingbird family also includes the catbirds, thrashers, and tremblers.


northern mockingbird

**mock moon** ▶ n. informal term for PARASELENE.

**mock or·ange** ▶ n. a bushy shrub of north temperate regions that is cultivated for its strongly scented white flowers whose perfume resembles orange blossom. ● Genus *Philadelphus*, family Hydrangeaceae (formerly Philadelphaceae): several species and hybrids, in particular *P. coronarius*.

**mock sun** ▶ n. informal term for PARHELION.

**mock·tail** ▶ n. a nonalcoholic drink consisting of a mixture of fruit juices or other soft drinks.
– ORIGIN 1930s: blend of MOCK (adjective) and COCKTAIL.

**mock tur·tle·neck** ▶ n. a neck for a knit garment similar to a funnel neck but shorter and typically not as loose.

**mock tur·tle soup** ▶ n. imitation turtle soup made from a calf's head.

**mock·u·men·ta·ry** (also **mocumentary**) /ˌmäkyəˈment(ə)rē/ ▶ n. (pl. **mockumentaries**) a motion picture or television program that takes the form of a serious documentary in order to satirize its subject.
– DERIVATIVES **mock·u·men·tar·i·an** /ˌmäkyəmenˈte(ə)rēən/ n.
– ORIGIN 1960s: blend of *mock* and (*doc*)*umentary*.

**mock-up** (also **mockup**) ▶ n. a model or replica of a machine or structure, used for instructional or experimental purposes. ■ an arrangement of text and pictures to be printed: *a mock-up of the following day's front page.*

**mod¹** /mäd/ ▶ adj. informal modern.
▶ n. Brit. (esp. in the early 1960s) a young person of a subculture characterized by stylish dress, the riding of motor scooters, and a liking for soul music.
– ORIGIN abbreviation of MODERN or MODERNIST.

**mod²** ▶ prep. Mathematics another term for MODULO.

**mod³** ▶ informal n. a modification: *a couple of minor mods to the wheels will ease the installation of the tires.*
▶ v. (**mods**, **modding**, **modded**) [with obj.] make modifications to; modify: *both the single-player and multiplayer games can be modded.*
– DERIVATIVES **mod·der** /ˈmädər/ n.

**mod.** ■ abbr. ■ moderate. ■ Music moderato. ■ modern.

**mod·a·cryl·ic** /ˌmädəˈkrilik/ ▶ adj. of or denoting a synthetic textile fiber made from a polymer containing a high proportion of units derived from acrylonitrile.
▶ n. a textile fiber of this kind.
– ORIGIN 1950s: from *modified* (past participle of MODIFY) + ACRYLIC.

**mod·al** /ˈmōdl/ ▶ adj. **1** of or relating to mode or form as opposed to substance.
**2** Grammar of or denoting the mood of a verb. ■ relating to a modal verb.
**3** Statistics of or relating to a mode; occurring most frequently in a sample or population.
**4** Music of or denoting music using melodies or harmonies based on modes other than the ordinary major and minor scales.
**5** Logic (of a proposition) in which the predicate is affirmed of the subject with some qualification, or which involves the affirmation of possibility, impossibility, necessity, or contingency.
▶ n. a modal word or construction.
– DERIVATIVES **mod·al·ly** /ˈmōdl-ē/ adv.
– ORIGIN mid 16th cent. (sense 5 of the adjective): from medieval Latin *modalis*, from Latin *modus* (see MODE).

**mod·al·ism** /ˈmōdlˌizəm/ ▶ n. **1** Theology the doctrine that the persons of the Trinity represent only three modes or aspects of the divine revelation, not distinct and coexisting persons in the divine nature.
**2** Music the use of modal melodies and harmonies.
– DERIVATIVES **mod·al·ist** n. & adj.

**mo·dal·i·ty** /mōˈdalitē/ ▶ n. (pl. **modalities**) **1** modal quality: *the harmony had a touch of modality.*
**2** a particular mode in which something exists or is experienced or expressed. ■ a particular method or procedure: *traditional modalities of representing time and space.* ■ a particular form of sensory perception: *the visual and auditory modalities.* ■ (in medicine, particularly homeopathy) a symptom or pattern that aids in diagnosis: *The modality of "worse with activity" is associated with Rhus Tox.*
– ORIGIN early 17th cent.: from medieval Latin *modalitas*, from *modalis* (see MODAL).

**mod·al verb** ▶ n. Grammar an auxiliary verb that expresses necessity or possibility. English modal verbs include *must*, *shall*, *will*, *should*, *would*, *can*, *could*, *may*, and *might*. See also AUXILIARY VERB.

**mode** /mōd/ ▶ n. **1** a way or manner in which something occurs or is experienced, expressed, or done: *his preferred mode of travel was a kayak | differences between language modes, namely speech and writing.* ■ an option allowing a change in the method of operation of a device, esp. a camera: *a camcorder in automatic mode.* ■ Computing a way

PRONUNCIATION KEY  ə *ago*, *up*;  ər *over*, *fur*,  a *hat*;  ā *ate*;  ä *car*;  e *let*;  ē *see*;  i *fit*;  ī *by*;  NG *sing*;  ō *go*;  ô *law*, *for*;  oi *toy*;  o͝o *good*;  o͞o *goo*;  ou *out*;  TH *thin*;  <u>TH</u> *then*;  ZH *vision*

GOOG-WSOU584-PA-00005290