# EXHIBIT 29

# *The* American Heritage® College Dictionary

## FOURTH EDITION



Houghton Mifflin Harcourt
Boston • New York

GOOG-WSOU584-PA-00005281

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2010, 2007, 2004, 2002 Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Harcourt, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-547-24766-3
ISBN-13: 978-0-618-19604-3 (deluxe binding)

Visit our website: www.hmhbooks.com

The American Heritage college dictionary.-- 4th ed.
    p.cm.
  Based on the fourth ed. of the American Heritage
  dictionary.
  ISBN 0-618-09848-8 (thumb edge) --
  ISBN 0-618-19604-8 (deluxe binding)
   1. English language--Dictionaries. 2. Americanisms. I
  Houghton Mifflin Company. II. American Heritage
  dictionary.

PE1628 .A6227 2002
423--dc21

                                            2001039826

Manufactured in the United States of America

Case 6:20-cv-00585-ADA   Document 127-29   Filed 11/16/22   Page 4 of 4

**mixed bag**

**Mobutu Sese Seko**



**moat**
Caerphilly Castle, Wales



**mobcap**
detail of a portrait of
Hannah Bull Thompson,
1824, by Ammi Phillips
(1788?–1865)



**Möbius strip**

two or more races or breeds. **b.** Crossbred.
**mixed bag** *n.* A collection of dissimilar things; an assortment.
**mixed doubles** *pl.n.* (*used with a sing. verb*) A game of doubles played with one man and one woman on each term.
**mixed drink** *n.* A drink made of liquor combined with other in-gredients, usu. shaken or stirred before serving.
**mixed grill** *n.* A dish consisting of a variety of broiled meats and vegetables.
**mixed marriage** *n.* Marriage between persons of different races or religions.
**mixed media** *pl.n.* (*used with a sing. verb*) **1.** A technique involv-ing the use of two or more artistic media, such as painting and collage, combined in a single composition. **2.** The combined use of media, such as television, radio, print, and the Internet, as for advertising or publicity. —**mixed′-me′di•a** (mĭkst′mē′dē-ə) *adj.*
**mixed metaphor** *n.* A succession of incongruous metaphors, as in *The negotiator played his cards to the hilt.*
**mixed nerve** *n.* A nerve that contains both sensory and motor fi-bers.
**mixed number** *n.* A number, such as 7¼, consisting of an inte-ger and a fraction or decimal.
**mixed-up** (mĭkst′ŭp′) *adj. Informal* In a state of confusion.
**mix•er** (mĭk′sər) *n.* **1.** One that mixes: *a mixer of cement.* **2.** A so-ciable person. **3.** An informal party where people can get ac-quainted. **4.** A device that blends or mixes substances or ingredi-ents, esp. by mechanical agitation. **5.** A nonalcoholic beverage, such as soda water, used in mixed drinks. **6.** *Electronics* **a.** One who mixes the audio components of a recording. **b.** A device used in mixing.
**mix•ol•o•gy** (mĭk-sŏl′ə-jē) *n.* The study or skill of preparing mixed drinks. —**mix•ol′o•gist** *n.*
**mixt** (mĭkst) *v. Archaic* A past tense and a past participle of **mix.**
**Mix•tec** (mēs′tĕk) *n., pl.* **Mixtec** or **-tecs 1a.** A member of a Mes-oamerican Indian people of southern Mexico whose civilization was overthrown by the Aztecs in the 16th century. **b.** A modern-day descendant of this people. **2.** The language of this people. [Sp. < Nahuatl *mixtecatl*, inhabitant of Mixtecapán, a province of the Mexican empire.]
**mix•ture** (mĭks′chər) *n.* **1a.** The act or process of mixing. **b.** The condition of being mixed. **2.** Something produced by mixing. **3.** One that consists of diverse elements: *a mixture of sun and clouds.* **4.** A fabric made of different kinds of thread or yarn. **5.** *Chemis-try* A composition of two or more substances that are not chemi-cally combined with each other and are capable of being sepa-rated. [ME < OFr. < Lat. *mixtūra* < *mixtus,* p. part. of *miscēre,* to mix. See **meik-** in App.]

**SYNONYMS** *mixture, blend, admixture, compound, composite, amalgam* These nouns refer to a combination produced by mix-ing. *Mixture* has the widest application: "*He showed a curious mixture of eagerness and terror*" (Francis Parkman). *Blend* and *amalgam* imply that the original components have lost their dis-tinctness: *The novel is a fascinating blend of romance and realism. The comedian's act was an amalgam of incisive wit and unceasing good humor. Admixture* suggests that one of the components is dissimilar to the others: *The essential oil in the perfume contains a large admixture of alcohol.* A *compound* constitutes a new and independent entity: *The school's program is a compound of schol-arship and athleticism.* A *composite* has components that may re-tain part of their identities: *The suite is a composite of themes for various parts of the opera.*

**mix-up** also **mix•up** (mĭks′ŭp′) *n.* **1.** A state or an instance of confusion; a muddle. **2.** *Informal* A fight or melee.
**Mi•ya•za•ki** (mē-yä′zä-kē, mē′yä-zä′kē) A city of SE Kyushu, Japan, SE of Kumamoto. Pop. 293,590.
**Mi•zar** (mī′zär′) *n.* The double star in the middle of the handle of the Big Dipper. [Ar. *mi'zar,* cloak, Mizar < *'azara,* to surround.]
**miz•zen** or **miz•en** (mĭz′ən) *n. Nautical* **1.** A fore-and-aft sail set on the mizzenmast. **2.** A mizzenmast. [ME *mesan* < OFr. *misaine,* OSpan. *mezana* or OItal. *mezzana,* all ult. < Lat. *mediānus,* of the middle < *medius,* middle. See **medhyo-** in App.] —**miz′zen** *adj.*
**miz•zen•mast** or **miz•en•mast** (mĭz′ən-məst, -măst′) *n.* The third mast or the mast aft of a mainmast on a ship having three or more masts.
**miz•zle¹** (mĭz′əl) *intr.v.* **-zled, -zling, -zles** To rain in fine mist-like droplets; drizzle. ❖ *n.* A mistlike rain; a drizzle. [ME *misellen;* prob. akin to Du. dialectal *mieselen.*] —**miz′zly** *adv.*
**miz•zle²** (mĭz′əl) *intr.v.* **-zled, -zling, -zles** *Chiefly British Slang* To make a sudden departure. [?]
**Mk** *abbr. Bible* Mark
**mks** *abbr.* meter-kilogram-second
**mL** also **ml** *abbr.* milliliter
**Ml** *abbr. Bible* Malachi
**MLA** *abbr.* Modern Language Association
**MLD** *abbr.* **1.** median lethal dose **2.** minimum lethal dose
**Mlle.** *abbr.* Mademoiselle
**Mlles.** *abbr.* Mesdemoiselles
**MLS** *abbr.* Master of Library Science
**MLW** *abbr.* mean low water

**M.M.** *abbr.* Messieurs
**Mme.** *abbr.* Madame
**Mmes.** *abbr.* Mesdames
**mmf** *abbr.* magnetomotive force
**Mn** The symbol for the element **manganese.**
**MN** *abbr.* **1.** magnetic north **2.** Minnesota
**mne•mon•ic** (nĭ-mŏn′ĭk) *adj.* Relating to, assisting, or intended to assist the memory. ❖ *n.* A device, such as a rhyme, used to aid memory. [Gk. *mnēmonikos* < *mnēmon, mnēmon-,* mindful. See **men-¹** in App.] —**mne•mon′i•cal•ly** *adv.*
**mne•mon•ics** (nĭ-mŏn′ĭks) *n.* (*used with a sing. verb*) A system to develop or improve the memory.
**Mne•mos•y•ne** (nĭ-mŏs′ə-nē, -mŏz′-) *n. Greek Mythology* The goddess of memory and mother of the Muses. [Gk. *Mnēmosunē* < *mnēmosunē,* memory < *mnēmē.* See **men-¹** in App.]
**Mo** The symbol for the element **molybdenum.**
**MO** *abbr.* **1.** mail order **2.** medical officer **3.** also **Mo.** Missouri **4.** modus operandi **5.** money order
**mo.** *abbr.* month
**-mo** *suff.* Used after numerals to indicate the number of leaves a sheet of paper is folded into: *twelvemo.* [< (DUODECI)MO.]
**mo•a** (mō′ə) *n.* Any of various extinct flightless ostrichlike birds of the family Dinornithidae of New Zealand. [Maori.]
**Mo•ab** (mō′ăb) An ancient kingdom E of the Dead Sea in pres-ent-day SW Jordan; first settled c. 13th cent. B.C.
**Mo•ab•ite** (mō′ə-bīt′) *n.* **1.** A native or inhabitant of Moab. **2.** The Semitic language of Moab. —**Mo′a•bite′, Mo′a•bit′ish** *adj.*
**moan** (mōn) *n.* **1a.** A low, sustained mournful cry, usu. indicative of sorrow or pain. **b.** A similar sound. **2.** Lamentation. ❖ *v.* **moaned, moan•ing, moans** —*intr.* **1a.** To utter a moan or moans. **b.** To make a sound resembling a moan. **2.** To complain, lament, or grieve: *moans about his youth.* —*tr.* **1.** To bewail or be-moan. **2.** To utter with moans or a moan. [ME *mone* < OE *\*mān.*]
**moat** (mōt) *n.* **1.** A deep wide ditch, usu. filled with water, typi-cally surrounding a fortification as a protection against assault. **2.** A ditch similar to one surrounding a fortification. ❖ *tr.v.* **moat•ed, moat•ing, moats** To surround with or as if with a moat. [ME *mote,* mound, moat < OFr., mound, or Med.Lat. *mota.*]
**mob** (mŏb) *n.* **1.** A large disorderly crowd or throng. **2.** The mass of common people; the populace. **3.** *Informal* **a.** An organized gang of criminals; a crime syndicate. **b.** often **Mob** Organized crime: *has links to the Mob.* **4.** An indiscriminate or loosely associ-ated group of persons or things. **5.** *Australian* A flock or herd of animals. ❖ *tr.v.* **mobbed, mob•bing, mobs 1.** To crowd around and jostle or annoy, esp. in anger or excessive enthusiasm. **2.** To crowd into. **3.** To attack in large numbers; overwhelm. [Short for *mobile* < Lat. *mōbile (vulgus),* fickle (crowd), neut. of *mōbilis.* See MOBILE.] —**mob′bish** *adj.* —**mob′bish•ly** *adv.*
**mob•cap** (mŏb′kăp′) *n.* A large high frilly cap with a full crown, worn indoors by women in the 18th and early 19th centuries. [Prob. *mob,* mobcap (poss. < Du. *mopmuts,* cap : obsolete Du. *mop-,* to cover up + *muts,* cap) + CAP¹.]
**mo•bile** (mō′bəl, -bēl′, -bīl′) *adj.* **1.** Capable of moving or of being moved readily from place to place. **2a.** Capable of moving or changing quickly from one state or condition to another. **b.** Fluid; unstable. **3a.** Marked by the easy intermixing of different social groups. **b.** Moving relatively easily from one social class or level to another. **c.** Tending to travel and relocate frequently. **4.** Flowing freely; fluid: *a mobile liquid.* ❖ *n.* (mō′bēl′) A sculpture of carefully equilibrated parts that move, esp. in air currents. [ME < OFr. < Lat. *mōbilis* < *\*movibilis* < *movēre,* to move.]
**Mo•bile** (mō-bēl′, mō′bēl′) A city of SW AL at the mouth of the Mobile River, c. 61 km (38 mi), on the N shore of **Mobile Bay,** an arm of the Gulf of Mexico; founded c. 1710. Pop. 198,915.
**mo•bile home** (mō′bəl, -bēl′, -bīl′) *n.* A large trailer fitted with parts for connection to utilities and used as a residence.
**mobile telephone** also **mobile phone** *n.* See **cellular tele-phone.**
**mo•bil•i•ty** (mō-bĭl′ĭ-tē) *n.* **1.** The quality or state of being mo-bile. **2.** The movement of people, as from one social group, class, or level to another.
**mo•bi•lize** (mō′bə-līz′) *v.* **-lized, -liz•ing, -liz•es** —*tr.* **1.** To make mobile or capable of movement. **2a.** To assemble, prepare, or put into operation for or as if for war: *mobilize the snowplows.* **b.** To assemble, marshal, or coordinate for a purpose. —*intr.* To become prepared for or as if for war. —**mo′bi•li•za′tion** (-lī-zā′shən) *n.*
**Mö•bi•us strip** (mœ′bē-əs, mā′-, mō′-) *n.* A continuous one-sided surface formed from a rectangular strip by rotating one end 180° and attaching it to the other end. [After August Ferdinand *Möbius* (1790–1868), German mathematician.]
**mob•oc•ra•cy** (mŏb-ŏk′rə-sē) *n., pl.* **-cies 1.** Political control by a mob. **2.** The mass of common people as the source of political control. —**mob′o•crat** (mŏb′ə-krăt′) *n.* —**mob′o•crat′ic, mob′o•crat′i•cal** *adj.*
**mob•ster** (mŏb′stər) *n. Informal* A member of a criminal gang or crime syndicate.
**Mo•bu•to Lake** (mə-boo′tō, mō-) See Lake **Albert.**
**Mobutu Se•se Se•ko** (sā′sā sā′kō) Orig. Joseph Désiré Mobutu.

GOOG-WSOU584-PA-00005283