# EXHIBIT 30

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2006 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.  cm.
  Includes index.
  ISBN-13: 978-0-87779-807-1  (Laminated unindexed : alk. paper)
  ISBN-10: 0-87779-807-9  (Laminated unindexed : alk. paper)
  ISBN-13: 978-0-87779-808-8  (Jacketed hardcover unindexed : alk. paper)
  ISBN-10: 0-87779-808-7  (Jacketed hardcover unindexed : alk. paper)
  ISBN-13: 978-0-87779-809-5  (Jacketed hardcover with CD-ROM : alk. paper)
  ISBN-10: 0-87779-809-5  (Jacketed hardcover with CD-ROM : alk. paper)
  ISBN-13: 978-0-87779-810-1  (Leatherlook with CD-ROM : alk. paper)
  ISBN-10: 0-87779-810-9  (Leatherlook with CD-ROM : alk. paper)
  ISBN-13: 978-0-87779-813-2  (Canadian)
  ISBN-10: 0-87779-813-3  (Canadian)
  ISBN-13: 978-0-87779-814-9  (International)
  ISBN-10: 0-87779-814-1  (International)
  1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                                     2003003674
                                                  CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

789TT:QWV0605

¹**mne·mon·ic** \ni-'mä-nik\ *adj* [Gk *mnēmonikos*, fr. *mnēmōn* mindful, fr. *mimnēskesthai* to remember — more at MIND] (1753)   1 : assisting or intended to assist memory; *also* : of or relating to mnemonics   2 : of or relating to memory — **mne·mon·i·cal·ly** \-ni-k(ə-)lē\ *adv*
²**mnemonic** *n* (1858) : a mnemonic device or code
**mne·mon·ics** \ni-'mä-niks\ *n pl but sing in constr* (ca. 1721) : a technique of improving the memory
**Mne·mos·y·ne** \ni-'mä-sə-nē, -zə-\ *n* [L, fr. Gk *Mnēmosynē*] (1582) : the Greek goddess of memory and mother of the Muses by Zeus
**mo** *abbr* month
¹**Mo** *abbr*   1 Missouri   2 Monday
²**Mo** *symbol* molybdenum
**MO** \'em-'ō\ *n, often not cap* (1952) : MODUS OPERANDI
**MO** *abbr*   1 mail order   2 medical officer   3 Missouri   4 money order
**-mo** *n suffix* [duodeci*mo*] — after numerals or their names to indicate the number of leaves made by folding a sheet of paper ⟨sixteen*mo*⟩ ⟨16*mo*⟩
**moa** \'mō-ə\ *n* [Maori] (1842) : any of various usu. very large extinct flightless birds of New Zealand of a ratite order (Dinornithiformes) including one (*Dinornis giganteus* of the family Dinornithidae) nearly 12 feet (3.7 meters) in height
**Mo·ab·ite** \'mō-ə-,bīt\ *n* [ME, fr. LL *Moabita, Moabites*, fr. Gk *Mōabitēs*, fr. *Mōab* Moab, ancient kingdom in Syria] (14c) : a member of an ancient Semitic people related to the Hebrews — **Moabite** *or* **Mo·ab·it·ish** \-,bī-tish\ *adj*
¹**moan** \'mōn\ *n* [ME *mone*, fr. OE \**mān*] (13c)   1 : LAMENTATION, COMPLAINT   2 : a low prolonged sound of pain or of grief
²**moan** *vi* (14c)   1 : to bewail audibly : LAMENT   2 : to utter with moans ~ *vi*   1 : LAMENT, COMPLAIN   2 a : to make a moan : GROAN   b : to emit a sound resembling a moan ⟨the wind ~ed in the trees⟩ — **moan·er** *n*
**moat** \'mōt\ *n* [ME *mote*, fr. AF *mote, motte* mound, moat] (14c)   1 : a deep and wide trench around the rampart of a fortified place (as a castle) usu. filled with water   2 : a channel resembling a moat (as about a seamount or for confinement of animals in a zoo) — **moat·ed** \'mō-təd\ *adj* — **moat·like** \-,līk\ *adj*
¹**mob** \'mäb\ *n* [L *mobile vulgus* vacillating crowd] (1688)   1 a : a large or disorderly crowd; *esp* : one bent on riotous or destructive action   2 : the lower classes of a community : MASSES, RABBLE   3 *chiefly Austral* : a flock, drove, or herd of animals   4 : a criminal set : GANG; *esp, often cap* : MAFIA   5 *chiefly Brit* : a group of people : CROWD   *syn* see CROWD — **mob·bish** \'mä-bish\ *adj*
²**mob** *vt* **mobbed; mob·bing** (1709)   1 : to crowd about and attack or annoy ⟨*mobbed* by autograph hunters⟩ ⟨a crow *mobbed* by songbirds⟩   2 : to crowd into or around ⟨customers ~ the stores on sale days⟩
**mob·cap** \'mäb-,kap\ *n* [*mob* woman's cap + *cap*] (1795) : a woman's fancy indoor cap made with a high full crown and often tied under the chin
**mo·be pearl** *or* **mo·bé pearl** \'mō-,bā-, -,mō-\ *n, often cap M* [alter. of *mabe*] (1955) : MABE
¹**mo·bile** \'mō-bəl, -,bī-əl *also* -,bēl\ *adj* [ME *mobyll*, fr. AF *moble*, fr. L *mobilis*, fr. *movēre* to move] (15c)   1 : capable of moving or being moved : MOVABLE ⟨a ~ missile launcher⟩   2 a : changeable in appearance, mood, or purpose ⟨a ~ face⟩   b : ADAPTABLE, VERSATILE   3 : MIGRATORY   4 a : characterized by the mixing of social groups   b : having the opportunity for or undergoing a shift in status within the hierarchical social levels of a society ⟨socially ~ workers⟩   5 : marked by the use of vehicles for transportation ⟨~ warfare⟩   6 : of or relating to a mobile   7 : CELLULAR 3 ⟨a ~ phone⟩ — **mo·bil·i·ty** \mō-'bi-lə-tē\ *n*
²**mo·bile** \'mō-,bēl\ *n* (1937) : a construction or sculpture frequently of wire and sheet metal shapes with parts that can be set in motion by air currents; *also* : a similar structure (as of paper or plastic) suspended so that it moves in a current of air
**-mobile** *n comb form* [*automobile*]   1 : motorized vehicle ⟨snow*mobile*⟩   2 : automotive vehicle bringing services to the public ⟨blood*mobile*⟩ ⟨book*mobile*⟩
**mobile home** *n* (1940) : a dwelling structure built on a steel chassis and fitted with wheels that is intended to be hauled to a usu. permanent site — compare MOTOR HOME
**mo·bi·lise** *chiefly Brit var of* MOBILIZE
**mo·bi·li·za·tion** \,mō-bə-lə-'zā-shən\ *n* (1799)   1 : the act of mobilizing   2 : the state of being mobilized
**mo·bi·lize** \'mō-bə-,līz\ *vb* **-lized; -liz·ing** *vt* (1838)   1 a : to put into movement or circulation ⟨~ financial assets⟩   b : to release (something stored in the organism) for bodily use   2 a : to assemble and make ready for war duty   b : to marshal (as resources) for action ⟨~ support for a proposal⟩ ~ *vi* : to undergo mobilization
**Mö·bi·us strip** \'mœ-bē-əs-, 'mā(r)-, 'mō-\ *n* [August F. *Möbius* †1868 Ger. mathematician] (1904) : a one-sided surface that is constructed from a rectangle by holding one end fixed, rotating the opposite end through 180 degrees, and joining it to the first end

Möbius strip

**mo·bled** \'mä-bəld\ *adj* [pp. of *moble* to muffle, freq. of *mob* to muffle, of unknown origin] (ca. 1601) : being wrapped or muffled in or as if in a hood
**mob·oc·ra·cy** \mä-'bä-krə-sē\ *n* (1754)   1 : rule by the mob   2 : the mob as a ruling class — **mob·o·crat** \'mä-bə-,krat\ *n* — **mob·o·crat·ic** \,mä-bə-'kra-tik\ *adj*
**mob·ster** \'mäb-stər\ *n* (1917) : a member of a criminal gang
**moc** \'mäk\ *n* (1948) : MOCCASIN 1
**moc·ca·sin** \'mä-kə-sən\ *n* [Virginia Algonquian *mockasin*] (ca. 1612)   1 a : a soft leather heelless shoe or boot with the sole brought up the sides of the foot and over the toes where it is joined with a puckered seam to a U-shaped piece lying on top of the foot   b : a regular shoe having a seam on the forepart of the vamp imitating the seam of a moccasin   2 a : WATER MOCCASIN   b : a snake (as of the genus *Natrix*) resembling a water moccasin
**moccasin flower** *n* (1680) : any of several lady's slippers (genus *Cypripedium*; *esp* : a once common woodland orchid (*C. acaule*) of eastern No. America with pink or white moccasin-shaped flowers

**mo·cha** \'mō-kə\ *n* [*Mocha*, Yemen] (1773)   1 a (1) : a superior Arabian coffee consisting of small green or yellowish beans   (2) : a coffee of superior quality   b : a flavoring made of a strong coffee infusion or of a mixture of cocoa or chocolate with coffee   2 : a pliable suede-finished glove leather from African sheepskins   3 : a dark chocolate-brown color
¹**mock** \'mäk, 'mȯk\ *vb* [ME, fr. *moker*] *vt* (15c)   1 : to treat with contempt or ridicule : DERIDE   2 : to disappoint the hopes of : DEFY, CHALLENGE   4 a : to imitate (as a mannerism) closely : MIMIC   b : to mimic in sport or derision ~ *vi* : JEER, SCOFF   *syn* see RIDICULE, COPY — **mock·er** *n* — **mock·ing·ly** \'mä-kiŋ-lē, 'mȯ-\ *adv*
²**mock** *n* (15c)   1 : an act of ridicule or derision : JEER   2 : one that is an object of derision or scorn   3 : MOCKERY   4 a : an act of imitation   b : something made as an imitation
³**mock** *adj* (1548) : of, relating to, or having the character of an imitation : SIMULATED, FEIGNED ⟨the ~ solemnity of the parody⟩
⁴**mock** *adv* (ca. 1619)   1 : in an insincere or counterfeit manner — usu. used in combination ⟨*mock*-serious⟩
**mock·ery** \'mä-k(ə-)rē, 'mȯ-\ *n, pl* **-er·ies** (15c)   1 : insulting or contemptuous action or speech : DERISION   2 : a subject of laughter, derision, or sport   3 a : a counterfeit appearance : IMITATION   b : an insincere, contemptible, or impertinent imitation ⟨makes a ~ of justice⟩   4 : something ridiculously or impudently unsuitable
¹**mock–he·ro·ic** \,mäk-hi-'rō-ik, ,mȯk-\ *adj* (ca. 1712) : ridiculing or burlesquing heroic style, character, or action ⟨a ~ poem⟩ — **mock–he·ro·i·cal·ly** \-i-k(ə-)lē\ *adv*
²**mock–heroic** *n* (1728) : a mock-heroic composition — called also *mock-epic*
**mock·ing·bird** \'mä-kiŋ-,bərd, 'mȯ-\ *n* (1676) : a common grayish No. American bird (*Mimus polyglottos*) related to the thrashers that is remarkable for its exact imitations of the notes of other birds
**mock orange** *n* (1731)   1 : any of a genus (*Philadelphus*) of ornamental shrubs of which several are widely grown for their showy white flowers and that is either placed in the saxifrage or hydrangea families or in a family (Philadelphaceae) of its own — called also *philadelphus*, *syringa*   2 : any of several usu. shrubby plants considered to resemble the orange
**mock turtleneck** *n* (1966)   1 : a collar that is lower and usu. looser than a turtleneck and is not turned over   2 : a garment with a mock turtleneck
**mock turtle soup** *n* (1783) : a soup made of meat (as calf's head or veal), wine, and spices in imitation of green turtle soup
**mock·u·men·ta·ry** \,mä-kyə-'men-tə-rē, -'men-trē\ *n, pl* **-ries** [blend of *mock* and *documentary*] (1984) : a facetious or satirical work (as a film) presented in the style of a documentary
**mock–up** \'mäk-,əp, 'mȯk-\ *n* (1920)   1 : a full-sized structural model built to scale chiefly for study, testing, or display   2 : a working sample (as of a magazine) for reviewing format, layout, or content
¹**mod** \'mäd\ *n* [prob. fr. ²*mod*] (1960) : one who wears mod clothes
²**mod** *adj* [short for *modern*] (1968)   1 : of, relating to, or being the characteristic style of 1960s British youth culture   2 : HIP, TRENDY
³**mod** *abbr*   1 moderate   2 modification; modified   3 modulo; modulus
**mod·acryl·ic fiber** \,mä-də-'kri-lik-\ *n* [*modified acrylic*] (1960) : any of various synthetic textile fibers that are long-chain polymers composed of 35 to 85 percent by weight of acrylonitrile units
**mod·al** \'mō-d⁰l\ *adj* [ML *modalis*, fr. L *modus*] (1569)   1 : of or relating to modality in logic   2 : containing provisions as to the mode of procedure or the manner of taking effect — used of a contract or legacy   3 : of or relating to a musical mode   4 : of or relating to structure as opposed to substance   5 : of, relating to, or constituting a grammatical form or category characteristically indicating predication of an action or state in some manner other than as a simple fact   6 : of or relating to a statistical mode — **mod·al·ly** \-d⁰l-ē\ *adv*
**modal auxiliary** *n* (ca. 1904) : an auxiliary verb (as *can, must, might, may*) that is characteristically used with a verb of predication and expresses a modal modification and that in English differs formally from other verbs in lacking *-s* and *-ing* forms
**mo·dal·i·ty** \mō-'da-lə-tē\ *n, pl* **-ties** (1545)   1 a : the quality or state of being modal   b : a modal quality or attribute : FORM   2 : the classification of logical propositions according to their asserting or denying the possibility, impossibility, contingency, or necessity of their content   3 : one of the main avenues of sensation (as vision)   4 : a usu. physical therapeutic agency
**mod con** \,mäd-'kän\ *n* [fr. *mod. con.*, abbr. for *modern convenience*] (1934) *chiefly Brit* : a modern convenience — usu. used in pl.
¹**mode** \'mōd\ *n* [ME *moede*, fr. L *modus* measure, manner, musical mode — more at METE] (14c)   1 a : an arrangement of the eight diatonic notes or tones of an octave according to one of several fixed schemes of their intervals   b : a rhythmical scheme (as in 13th and 14th century music)   2 : ²MOOD 2   3 [LL *modus*, fr. L] : ²MOOD 1   b : the modal form of the assertion or denial of a logical proposition   4 a : a particular form or variety of something ⟨flying and other ~s of transport⟩   b : a form or manner of expression : STYLE   5 : a possible, customary, or preferred way of doing something (explained in the usual solemn ~⟩   6 a : a manifestation, form, or arrangement of being; *specif* : a particular form or manifestation of an underlying substance   b : a particular functioning arrangement or condition : STATUS ⟨a spacecraft in reentry ~⟩ ⟨a computer operating in parallel ~⟩   7 a : the most frequent value of a set of data   b : a value of a random variable for which a function of probabilities defined on it achieves a relative maximum   8 : any of various stationary vibration patterns of which an elastic body or oscillatory system is capable ⟨the vibration ~s of an airplane propeller blade⟩ ⟨the vibrational ~s of a molecule⟩   *syn* see METHOD
²**mode** *n* [F, fr. L *modus*] (ca. 1645) : a prevailing fashion or style (as of dress or behavior)   *syn* see FASHION

\ə\ abut  \ʹ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̲h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision, beige  \k, ⁿ, œ, ᴜᴇ, ᵫ\ *see* Guide to Pronunciation

GOOG-WSOU584-PA-00005274