# EXHIBIT E

PATENT                                                      Atty Docket No. 1004289.583US

                                    17

Claims:

1.  A method comprising:

    storing an association between a user notification and an event;

    detecting the event by an apparatus;

    detecting movement of an external object in a range outside the apparatus in response to the detected event; and

    determining characteristics of the user notification based on the step of detecting movement.

2.  A method of claim 1, further comprising:

    detecting direction of the movement of the external object.

3.  A method of claim 2, wherein the direction of the movement of the external object is detected to be one of the following: approaching and moving away.

4.  A method of claim 1, wherein the event is selected from a group consisting of:

    an incoming call;

    an incoming mail;

    a received short message;

    a calendar alarm;

    a missed call;

    an unread short message; and

    an updated news feed.

5.  A method of claim 1, wherein the user notification is selected from a group consisting of:

    a sound signal;

    a vibration signal;

    a light signal; and

    a text displayed on a display of the apparatus.

PATENT                                                                Atty Docket No. 1004289.583US

18

6.   A method of claim 5, characteristics of the user notification is selected from a group consisting of:

   a volume of the sound signal;
   a strength of the vibration signal;
   an availability of the light signal; and
   an availability of the text displayed.

7.   A method of claim 1, wherein

   the event is an incoming call to the apparatus;
   the user notification is a ringing tone;
   the characteristics of the user notification is a volume of the ringing tone; and the method further comprising:

      decreasing the volume of the ringing tone in response to the detected approaching movement of the external object in the range outside the apparatus.

8.   A method of claim 7, further comprising:

   extending time for diverting the incoming call to a voicemail of the user in response to the detected approaching movement of the external object in the range outside the apparatus.

9.   A method of claim 7, further comprising:

   displaying caller identification on a display of the apparatus in response to the detected approaching movement of the external object in the range outside the apparatus.

10.  A method of claim 1, further comprising:

   in response to not detecting movement of the external object in the range outside the apparatus, increasing the range for detecting movement.

11.  A method of claim 1, further comprising:

   detecting movement of the apparatus in response to the detected event.

PATENT                                                              Atty Docket No. 1004289.583US

19

12. A method of claim 11, further comprising:

determining the range outside the apparatus in response to the detected movement of the apparatus.

5   13. An apparatus comprising:

a movement detector configured to detect movement of an external object in a range outside the apparatus;

at least one processor; and

at least one memory including computer program code, the at least one
10   memory and the computer program code being configured to, with the at least one processor, cause the apparatus at least to perform:

store an association between a user notification and an event;

detect the event;

detect the movement of the external object in response to the
15   detected event; and

determine characteristics of the user notification based on the step of detecting movement.

14. The apparatus of claim 13, wherein the at least one memory and the
20   computer program code are configured to, with the at least one processor, cause the apparatus to further perform:

detect direction of the movement of the external object.

15. The apparatus of claim 13, wherein the event is selected from a group
25   consisting of:

an incoming call;

an incoming mail;

a received short message;

a calendar alarm;
30   a missed call;

an unread short message; and

an updated news feed.

PATENT  Atty Docket No. 1004289.583US

20

16. The apparatus of claim 13, wherein the user notification is selected from a group consisting of:

    a sound signal;

    a vibration signal;

    a light signal; and

    a text displayed on a display of the apparatus.

17. The apparatus of claim 16, wherein the characteristics of the user notification is selected from a group consisting of:

    a volume of the sound signal;

    a strength of the vibration signal;

    an availability of the light signal; and

    an availability of the text displayed.

18. A computer program embodied on a computer readable medium comprising computer executable program code which, when executed by at least one processor of an apparatus, causes the apparatus to:

    store an association between a user notification and an event;

    detect the event;

    detect the movement of the external object in response to the detected event; and

    determine characteristics of the user notification based on the step of detecting movement.