# EXHIBIT G

Docket No. <u>1004289.583US (4208-4619)</u>

U.S. Serial No. 13/107,090

**<u>IN THE CLAIMS</u>:**

1.	(Currently Amended)  A method comprising:

storing, in a <u>mobile communications device</u> ~~telephone~~, an association between a user notification alert and an event occurring at the <u>mobile communications device</u> ~~telephone~~;

detecting the event by the <u>mobile communications device</u> ~~telephone~~ and triggering the associated user notification alert;

in response to the detecting of the event, detecting by the <u>mobile communications device</u> ~~telephone~~, using radar, movement of an external object in a range outside the <u>mobile communications device</u> ~~telephone~~; and

changing characteristics of the user notification alert based on the step of detecting movement.

2.	(Original)  A method of claim 1, further comprising:

detecting direction of the movement of the external object.

3.	(Original)  A method of claim 2, wherein the direction of the movement of the external object is detected to be one of the following: approaching and moving away.

4.	(Original)  A method of claim 1, wherein the event is selected from a group consisting of:
an incoming call;
an incoming mail;
a received short message;
a calendar alarm;
a missed call;
an unread short message; and
an updated news feed.

5.	(Original)  A method of claim 1, wherein the user notification is selected from a group consisting of:
a sound signal;

2

Docket No. 1004289.583US (4208-4619)

U.S. Serial No. 13/107,090

    a vibration signal;

    a light signal; and

    a text displayed on a display of the apparatus.

6.    (Original)  A method of claim 5, characteristics of the user notification is selected from a group consisting of:

    a volume of the sound signal;

    a strength of the vibration signal;

    an availability of the light signal; and

    an availability of the text displayed.

7.    (Original)  A method of claim 1, wherein

    the event is an incoming call to the apparatus;

    the user notification is a ringing tone;

    the characteristics of the user notification is a volume of the ringing tone; and the method further comprising:

    decreasing the volume of the ringing tone in response to the detected approaching movement of the external object in the range outside the apparatus.

8.    (Original)  A method of claim 7, further comprising:

    extending time for diverting the incoming call to a voicemail of the user in response to the detected approaching movement of the external object in the range outside the apparatus.

9.    (Original)  A method of claim 7, further comprising:

    displaying caller identification on a display of the apparatus in response to the detected approaching movement of the external object in the range outside the apparatus.

10.    (Original)  A method of claim 1, further comprising:

    in response to not detecting movement of the external object in the range outside the apparatus, increasing the range for detecting movement.

11.	(Original)  A method of claim 1, further comprising:

detecting movement of the apparatus in response to the detected event.

12.	(Original)  A method of claim 11, further comprising:

determining the range outside the apparatus in response to the detected movement of the apparatus.

13.	(Currently Amended)  An apparatus comprising:

a movement detector, the movement detector comprising a radar equipped <u>mobile communications device</u> <s>telephone</s> configured to detect movement of an external object in a range outside the <u>mobile communications device</u> <s>telephone</s>;

at least one processor; and

at least one memory including computer program code, the at least one memory and the computer program code being configured to, with the at least one processor, cause the radar equipped <u>mobile communications device</u> <s>telephone</s> at least to perform:

storing an association between a user notification and an event;

detecting the event and triggering the associated user notification;

detecting the movement of the external object in response to the detected event; and

changing characteristics of the user notification based on the step of the radar equipped <u>mobile communications device</u> <s>telephone</s> detecting movement of the external object.

14.	(Original)  The apparatus of claim 13, wherein the at least one memory and the computer program code are configured to, with the at least one processor, cause the apparatus to further perform:

detect direction of the movement of the external object.

15.	(Original) The apparatus of claim 13, wherein the event is selected from a group consisting of:

an incoming call;

an incoming mail;

Docket No. <u>1004289.583US (4208-4619)</u>

U.S. Serial No. 13/107,090

  a received short message;

  a calendar alarm;

  a missed call;

  an unread short message; and

  an updated news feed.

16. (Original) The apparatus of claim 13, wherein the user notification is selected from a group consisting of:

  a sound signal;

  a vibration signal;

  a light signal; and

  a text displayed on a display of the apparatus.

17. (Original) The apparatus of claim 16, wherein the characteristics of the user notification is selected from a group consisting of:

  a volume of the sound signal;

  a strength of the vibration signal;

  an availability of the light signal; and

  an availability of the text displayed.

18. (Currently Amended) A computer program embodied on a non-transitory computer readable medium comprising computer executable program code which, when executed by at least one processor of an apparatus, comprising a radar equipped <u>mobile communications device</u> ~~telephone~~, causes the processor in the radar equipped <u>mobile communications device</u> ~~telephone~~ to:

  store an association between a user notification and a detected event;

  process the detected event and trigger the associated user notification corresponding to the detected event;

  process a detected movement of an external object outside the radar equipped <u>mobile communications device</u> ~~telephone~~ in response to the detected event; and

5

36807v.1

U.S. Serial No. 13/107,090 — Docket No. <u>1004289.583US (4208-4619)</u>

change characteristics of the user notification based on the step of processing the detected movement.

36807v.1