# EXHIBIT H

# HarryNewton

Harry@HarryNewton.com

Click on this l**ogo** to go to Harry's daily investment site >>>





**Harry Newton**

Harry Newton is a writer, consultant, investor and public speaker. Newton writes a daily web blog called ***In Search of the Perfect Investment.*** The column focuses on investment trends and new technology. Click on the logo above to go to the site.

In an earlier life, Newton and his partner, Gerry Friesen co-founded seven monthly magazines – **Call Center, Computer Telephony, Imaging, LAN (**later changed to **Network Magazine), Teleconnect, Telecom Gear** and **Technology Investor.** They also co-founded immensely successful conventions / trade shows **Call Center Demo** and **Computer Telephony Conference and Exposition,** which, in its last year under their control, attracted 26,000 people. They also published over 40 books on networking, imaging, telecom and computer telephony. In September, 1997, Friesen and Newton sold their publishing company to Miller Freeman (now part of United Business Media.) It was the fourth largest media deal of that year.



**Buy your own copy of *Newton's Telecom Dictionary, 32nd Edition,* at a 30%+ discount from Amazon**

Newton also writes the best-selling ***Newton's Telecom Dictionary -- The Dictionary of Telecommunications, Networking and The Internet***, now in its 32nd edition -- 1510 pages and published most recently in January, 2022. Each day Newton and his editors add the newest terms, expand, update and improve the existing terms. The dictionary now contains definitions for 33,889 terms. It has sold over 835.000 copies. It has become the industry's "bible" and been favorably reviewed by the telecom, computing and general press:

   "A must-read." -- ***Interactive Wee***the technical world." -- ***The New York Times***
   "An essential resource." -- ***PC Magazine***
   "We rate this essential resource publication w***k***
   "A page-turner that invites use." -- ***IEEE***
   "A fixture on the desks of many who deal with ith 5 stars. If you are involved in IT, communications, cabling, or facilities management, you don't want to leave home without it." -- ***Frank Bisbee***
   "Your dictionary has kept me from NOT looking like an idiot several times, and I have years of experience in telecom. -- ***John Balazik***
   ***"****When our inimitable Harry celebrates his 100th birthday (you're all invited), his biggest legacy will be Newton's Telecom Dictionary in probably the 60th edition by then. By all means suggest any up-and-coming telecomers have a copy of the dictionary at their desk****."** -- **Ray Horak**

*Amazon gave* ***Newton's Telecom Dictionary*** its top five stars

*The New York Times* wrote **a nice review of the dictionary**.

**Barnes & Noble** had an outsider review the dictionary. **Click here**.