# EXHIBIT I

Free shipping. Simple returns. Holiday shopping has never been easier.  Shop now.



   

# Nest Hub (2nd gen)

Overview    Tech Specs    Compare

Sleep Sensing

$49.99 $99.99
Free shipping†

Buy

## A look inside Nest Hub (2nd gen).



## Tech Specs

### Dimensions & Weight

4.7 in H · 7.0 in W

### Colors

Chalk · Charcoal · Sand · Mist

### Display

7-inch touchscreen

### Speaker & Mics

Full-range speaker · 3 mics

## Sensors

Soli · Ambient EQ · Temp

## Ports

DC power jack

## Power

15W power adapter

## Connectivity

Wi-Fi · Bluetooth · Thread[1]

## Processor

ARM CPU with ML hardware engine

## Sustainability

The enclosure is made from 54% recycled plastic.[2]

## Languages

Language support

## What's in the box

Power adapter

Quick Start Guide

Privacy card

Safety and warranty booklet

## Requirements

Nearby electrical outlet

Wi-Fi network

Compatible mobile device (minimum OS requirements are available at g.co/nesthub/req )

[1] Functionality not yet available.

[2] Enclosure consists of fabric, housing, foot and a few small parts.

[†] All orders that ship free use the lowest-cost option unless otherwise noted.

[*] Limited time offer. US residents only. Unless otherwise allowed, this offer cannot be combined with other offers. Offer is non-transferable and not valid for cash or cash equivalent. Void where prohibited.

Placing an order

Shipping options

Tracking a package

Country availability

Repairs

Installation

Ideas & Info

Help Center

Contact Us

Financing

Device recycling

Sustainability

Gift returns

Refurbished

Trade-in

Pixel for Business

Locations



Privacy          Google Nest Commitment to Privacy          Sales Terms          Terms of Service          Careers