# EXHIBIT J



Gadgets    Latest Articles    About Us

# How Much Do Laptops Weigh? (11 Brands Checked)

Laptops / By Ian Derrick

The weight of a laptop can be determined by the manufacturer's specification.

However, because of a myriad of factors, including design, portability, features and functionality, some laptops are heavier than others.

Other laptops, however, are much lighter with cutting-edge technology to compete in the market.

## Here's What You Need To Know About The Weight Of Laptops

**The average weight of modern laptops ranges between 2 and 8 pounds. Home, office and professional laptops generally weigh less than**

## ABOUT US

Techpro Helpers is here to easily and conveniently answer your questions about everything Tech- in one place.

## LEGAL INFORMATION

As a reader-supported site we sometimes earn

**gaming laptops, although this trend is changing fast.**

Research and development have helped many manufacturers redesign their devices using lighter but more potent components, ending up with lighter devices that lose nothing in terms of performance.

Depending on your specific needs, you may choose a heavier, more functional laptop over a lightweight one. You can always find something that suits your unique conditions, regardless of weight. In many cases, you can swap out heavier components for lighter ones if you need to.

## Table of Contents

1. Here's What You Need To Know About The Weight Of Laptops
2. Razer Laptops
3. Samsung Laptops
4. Alienware Laptops
5. MSI Laptops
6. Acer Laptops
7. HP Laptops
8. Lenovo Laptops
9. Dell Laptops

commissions when referring to stores.

As an Amazon Associate I earn from qualifying purchases.

10. Apple Laptops
11. Asus Laptops
12. Microsoft Laptops
13. Final Thoughts
14. Sources



# Razer Laptops

**Razer laptops have varying designs and each laptop comes with a different weight.** Razer manufactures professional, creator and gaming laptops, which serve unique needs for each respective user group.

Below are some of the best-selling Razer laptops and their respective weight.

| Best Selling Razer Laptops | Weight in Lbs |
|---|---|
| Razer Blade 15 – Advanced Model | 4.40 pounds |
| Razer Blade 14 | 3.92 pounds |
| Razer Blade 15 – Base Model | 4.60 pounds |
| Razer Blade Stealth 13 | 3.11 pounds |
| Razer Blade Pro 17 | 6.06 pounds |

## Samsung Laptops

**Samsung laptops, just like other laptop brands, differ in weight. Customer preferences partly influence this variation, and it can also work as a design feature.**

Many Samsung laptops have sleek designs, outstanding performance and easy portability.

Check out this table below for some of the best-selling Samsung laptops in the market alongside their weights:

| Best Selling Samsung Laptops | Weight in Lbs |
|---|---|
| Samsung Galaxy Book Flex 2 Alpha | 2.60 pounds |
| Samsung Galaxy Book Pro | Wi-Fi – 1.92 pounds<br>LTE – 1.94 pounds |
| Samsung Galaxy Book Pro 360 | Wi-Fi – 2.30 pounds<br>5G – 2.4 pounds |
| Samsung Galaxy Chromebook 2 | 2.70 pounds |
| Galaxy Book Go | 3.20 pounds |

# Alienware Laptops

**Even by gaming laptop standards, Alienware laptops are the heaviest. They break many records in both performance and durability.**

Alienware uses heavy materials and cutting-edge design features to keep these laptops at optimum

performance, especially when gaming.

As you'd expect, not all Alienware laptops weigh the same. Some are lighter than others.

| Best selling Alienware Laptops | Weight in Lbs |
|---|---|
| Alienware m17 R3 | Lowest Weight – 5.51 pounds<br>Maximum Weight – 6.55 pounds |
| Alienware m15 OLED | Starting Weight – 4.65 pounds<br>Maximum Weight – 5.5 pounds |
| Alienware m17 R4 | Starting Weight – 5.5 pounds<br>Maximum weight – 6.55 pounds |
| Alienware Area-51m | Entry Weight – 9.04 pounds<br>Upsell Weight – 10.4 pounds |

How Much Do Laptops Weigh? (11 Brands Checked)

Case 6:20-cv-00585-ADA    Document 128-10    Filed 12/07/22    Page 8 of 17

12/7/22, 1:26 PM

| Alienware m15 R4 | Starting Weight – 4.65 pounds  Maximum Weight – 5.5 pounds |

## MSI Laptops

**MSI laptops are lightweight contenders in the gaming world. Their devices use unique designs and premium components to produce some of the world's best gaming laptops.**

The MSI brand invests in more than just gaming laptops. They also make productivity and content creation devices with matching capabilities and features.

Below find a list of their best-selling laptops and their weight:

| Best selling MSI Laptops | Weight in Lbs |
|---|---|
| MSI GF63 Thin | 4.1 pounds |
| MSI GT75 Titan | 10.05 pounds |
| MSI PS63 Modern | 3.53 pounds |

How Much Do Laptops Weigh? (11 Brands Checked)

Case 6:20-cv-00585-ADA    Document 128-10    Filed 12/07/22    Page 9 of 17

12/7/22, 1:26 PM

| | |
|---|---|
| MSI GV62 | 4.85 pounds |
| MSI GS65 Stealth Thin | 4.15 pounds |

## Acer Laptops

**Acer boasts of having one of the world's lightest laptops. Most of their laptops weigh under 7 pounds, except for the Acer Predator 21X that weighs 18 lbs.**

Despite using thin profiles, these laptops pack monstrous processors and features that make them blazing fast, even for office work.

Take a look at some of their recent laptops and their weights:

| Best Selling Acer Laptops | Weight in Lbs |
|---|---|
| Acer Swift 3 | 4.14 pounds |
| Acer Swift 5 | 2.20 pounds |
| Acer Chromebook Spin 713 | 4.15 pounds |
| Acer Triton 300SE | 3.8 pounds |
| | |

| | |
|---|---|
| Acer Nitro 5 | 5.07 pounds |

## HP Laptops

**HP laptops, as you'd expect, can weigh as much as or more than other laptops. Just like other laptop brands, some HP laptops have extra components that make them heavier. Others use a larger build because of their unique purposes.**

Depending on some components and material used for the housing, these laptop's weights will vary.

Check out how the best-selling HP laptops weigh:

| Best Selling HP laptops | Weight in Lbs |
|---|---|
| HP Envy 13 | 2.88 pounds |
| HP Elitebook x360 13 | 2.2 pounds |
| HP Omen | 5.4 pounds |
| HP Zbook Create G7 | Lowest weight – 4.3 pounds |

| HP Spectre x360 13 | 2.8 pounds |

## Lenovo Laptops

**Launching the ThinkPad X1 Nano put Lenovo among brands with the lightest laptops. That's quite prestigious, especially because thinner laptops lose little functionality.**

Lenovo also produces lightweight laptops with better portability than most brands in the market.

Here are some of their best-selling units:

| Best Selling Lenovo laptops | Weight in Lb |
| --- | --- |
| Lenovo ThinkPad X1 Extreme | Non-touchscreen option – 3.75 pounds Touchscreen model – 4.04 pounds |
| Lenovo ThinkPad X1 Carbon (Gen 9) | 2.49 pounds |
| Lenovo Yoga 9i 15 | 4.41 pounds |
| Lenovo ThinkPad X13 | |

| | |
|---|---|
| (AMD) | 2.48 pounds |
| Lenovo ThinkPad X1 Nano | 1.99 pounds |
| Lenovo Legion 5i 17 | 5.5 pounds |

# Dell Laptops

**Dell keeps the weight of their laptops lean throughout. They use innovative components and stylish designs to produce some breathtaking laptops you can find.**

Dell produces gaming laptops under their Alienware brand. Besides that, they produce high-quality professional laptops and laptops for creators.

Here are some of their best-selling pieces and their respective weights.

| Best Selling Dell Laptops | Weight in Lbs |
|---|---|
| Dell XPS 13 | Non-touchscreen – 2.64 pounds<br>Touchscreen Model – 2.8 |

| | |
|---|---|
| | pounds |
| Dell Inspiron 15 3000 | 3.12 pounds |
| Dell Inspiron 14 7000 | 3.22 pounds |
| Dell G7 17 | Lowest Weight – 5.51 pounds<br>Maximum Weight – 6.55 pounds |
| Dell XPS 15 | Lowest Weight – 3.99 pounds (56Whr battery)<br>4.22 pounds (86 Whr battery)<br>4.42 pounds (4K touchscreen with 86WHr battery)<br>4.31 pounds (OLED touchscreen and 86WHr battery) |

## Apple Laptops

**Apple laptops are the kings of lightweight laptops. Their modern MacBooks weigh anywhere between 2.7lbs and above. This design helps them maintain their portability while delivering excellent productivity and**

How Much Do Laptops Weigh? (14 Brands Checked)

Case 6:20-cv-00585-ADA    Document 128-10    Filed 12/07/22    Page 14 of 17

12/7/22, 1:26 PM

**unmatched style**.

Below are the three of their top-selling laptops and the weight of each unit:

| Best selling Apple Laptops | Weight in Lbs |
|---|---|
| Apple MacBook Pro 13.3" | 3.0 pounds |
| Apple MacBook Air 13.3" (M1) | 2.8 pounds |
| Apple MacBook Pro 16" 9th Gen | 4.3 pounds |

## Asus Laptops

**Most Asus laptops weigh 2lbs and over. Despite their relatively lightweight, they still perform on par with some of the meanest gaming laptops in the industry.**

They're also an excellent selection for content creators, avid gamers and professionals in the workplace.

Below are some of their best selling laptops with their respective weights:

| Best selling Asus Laptops | Weight in Lbs |
|---|---|
| Asus ZenBook Pro 14" | 3.52 pounds |
| Asus ROG Zephyrus G14 | 3.5 pounds |
| Asus Zenbook 13 OLED | 2.5 pounds |
| Asus ZenBook Pro Duo 15" | 5.4 pounds |
| Asus ROG Strix G15 Advantage Edition | 5.4 pounds |

# Microsoft Laptops

**Microsoft laptops, alongside Samsung, Asus and Acer laptops, top the list of the lightest laptops available. They use the innovative technology of 2-in-1 devices to keep their devices competitive and functional, especially for creatives.**

Many Microsoft devices are lightweight and portable, especially for digital nomads.

Below are the weights of their three most selling devices in the laptop category.

| Best selling Microsoft Laptops | Weight in Lbs |
|---|---|
| Surface Laptop 4 13.5″ | 2.84 pounds |
| Surface Pro 7 2-in-1 | I3 Model – 1.70 poundsI5 Model – 1.74 pounds |
| Surface Laptop Go | 2.45 pounds |

# Final Thoughts

All these laptop brands have some of the world's most powerful laptops, capable of ripping through intense tasks with ease. Many of them have impressive performance capabilities and can withstand moderate impacts.

If you're looking for a lightweight laptop, your possibilities are endless. However, ensure you find a neat balance between performance, function, weight, build materials and portability.

# Sources

https://www.laptopmag.com/best-asus-laptops

https://www.dell.com/

https://www.asus.com/us/

https://www.apple.com/

https://www.microsoft.com/en-us/surface/devices/surface-laptop-4/tech-specs

← Previous Post          Next Post →

Terms and Conditions     Privacy Policy     Contact Us

Copyright © 2022 TechproHelpers.com