# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § § | |
| vs. | § § | NO:  WA:20-CV-00585-ADA |
| GOOGLE LLC | § § | |

## ORDER SETTING MARKMAN AND MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN AND MOTIONS HEARING by Zoom on February 16, 2023 at 09:30 AM.

IT IS SO ORDERED this 22nd day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE