IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00572-ADA |
| Plaintiff, | Case No. 6:20-cv-00580-ADA |
| v. | Case No. 6:20-cv-00584-ADA |
| GOOGLE, LLC | Case No. 6:20-cv-00585-ADA |
| Defendant | **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND CLAIM CONSTRUCTION SCHEDULE

On December 22, 2022, the Court entered an Order resetting the *Markman* hearing in the above-captioned cases from the previously-calendared date of January 18, 2023 to February 16, 2023. *See, e.g.*, Case No. 2:20-cv-00572-ADA, ECF Nos. 130, 137.

In light of the additional month before the *Markman* hearing occurs, and to accommodate the year-end holidays, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development ("Brazos") respectfully requests that the Court briefly extend select deadlines relating to the final stages of claim construction, as follows:

- Brazos's deadline to file its surreply claim construction brief, from January 4 to January 11 (seven days);

- The parties' deadline to submit the Joint Claim Construction Statement, from January 9 to January 13 (four days); and

- The parties' deadline to submit optional technical tutorials, from January 11 to January 18 (seven days).

Brazos has conferred with counsel for Defendant Google, who does not oppose.

This adjournment is not expected to change the date for any hearing or the trial.

1

Date: December 23, 2022                                  Respectfully submitted,

**FOLIO LAW GROUP PLLC**

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX Bar No. 24088879
Timothy Dewberry, TX Bar No. 24090074
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com

Cliff Win, Jr., CA Bar No. 270517
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel:    (206) 880-1802
cliff.win@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Tel.: (254) 651-3690
Fax: (254) 651-3689
greg@swclaw.com
mark@swclaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
