IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) | Case No. 6:20-cv-00572-ADA |
| Plaintiff, | ) ) ) | Case No. 6:20-cv-00580-ADA |
| v. | ) ) ) | Case No. 6:20-cv-00584-ADA |
| GOOGLE, LLC | ) ) ) | Case No. 6:20-cv-00585-ADA |
| Defendant | ) ) ) | **JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND CLAIM CONSTRUCTION SCHEDULE**

This matter came before the Court on Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development's ("Brazos") Unopposed Motion to Extend the Claim Construction Schedule. Having considered the Motion, this Court ORDERS that the Motion be granted, and that claim-construction-related deadlines be reset as follows:

1. The deadline for Plaintiff Brazos to file its surreply claim construction brief is reset to January 11, 2023.

2. The deadline for the parties to submit the Joint Claim Construction Statement is reset to January 13, 2023.

3. The deadline for the parties to submit optional technical tutorials is reset to January 18, 2023.

DATED this ___ day of _____, 20____.

                                                                                                                              _____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE