# EXHIBIT M

# Pixel phone hardware tech specs

Check out the tech specs for Pixel phones. If you're interested in buying a Pixel phone, visit the [Google Store ↗](#).

## Pixel 7 phones (2022)

Pixel 7 Pro

Pixel 7

## Pixel 6a phone (2022)

Pixel 6a

## Pixel 6 phones (2021)

Pixel 6 Pro

Pixel 6

## Pixel 5a (5G) phone (2021)

Pixel 5a (5G)

## Pixel 5 phone (2020)

Pixel 5

## Pixel 4a phones (2020)

Pixel 4a (5G)

Pixel 4a

## Pixel 4 phones (2019)

Pixel 4

| | |
|---|---|
| **Operating system** | Android 10 (Q) |
| **Display** | • Fullscreen 5.7'' (144.7 mm) display<br>• FHD+ flexible OLED at 444 ppi<br>• 19:9<br>• Ambient EQ<br>• Smooth Display (up to 90 Hz[1])<br>• Corning® Gorilla® Glass 5<br>• Always-on display<br>• Now Playing<br><br>**Characteristics**<br><br>• 100,000:1 super contrast ratio<br>• Full 24-bit depth or 16.77 million colors<br>• True black level<br>• HDR Support (UHDA certification) |
| **Dimensions and Weight[2]** | • 68.8 x 147.1 x 8.2 mm<br>• 2.7 x 5.7 x 0.3 inches<br>• 162 g |
| **Battery** | • 2800 mAh<br>• 18 W/2 A USB Type C charger<br>• 18 W fast charging[3]<br>• Qi-certified wireless charging |
| **Memory and Storage** | • 6 GB LPDDR4x<br>• 64 GB or 128 GB[4] |
| **Processors** | • Qualcomm Snapdragon 855<br>• 2.84 GHz + 1.78 GHz, 64-bit Octa-Core<br>• Adreno 640<br>• Titan M Security Module[5]<br>• Pixel Neural Core™ |
| **Rear Camera** | **16 MP**<br><br>• 1.0 µm pixel width<br>• Autofocus with phase detection<br>• Optical + electronic image stabilization<br>• Spectral + flicker sensor<br>• ƒ/2.4 aperture<br>• 52° field of view |

|  | |
|---|---|
|  | **12.2 MP**<br>• 1.4 μm pixel width<br>• Autofocus with dual pixel phase detection<br>• Optical + electronic image stabilization<br>• ƒ/1.7 aperture<br>• 77° field of view |
| **Front Camera** | • 8 MP<br>• 1.22 μm pixel width<br>• ƒ/2.0 aperture<br>• Fixed focus<br>• 90° field of view<br>• NIR (near-infrared) flood emitter<br>• NIR (near-infrared) dot projector<br>• 2 NIR (near-infrared) cameras |
| **Video** | **Rear Camera**<br>• 1080p @ 30 FPS, 60 FPS, 120 FPS<br>• 720p @ 240 FPS<br>• 4K @ 30 FPS<br><br>**Front Camera**<br>• 1080p @ 30 FPS |
| **Sensors** | • Active Edge™<br>• Proximity / Ambient light sensor<br>• Accelerometer / Gyrometer<br>• Magnetometer<br>• Barometer<br>• Android Sensor Hub<br>• Sharp and textured haptics<br>• Microphones<br>• Motion Sense™[6] |
| **Charging** | • USB-C™ 18 W adapter with USB-PD 2.0<br>• 18 W fast charging[7] |
| **External Buttons and Ports** | • USB Type-C™ 3.1 Gen 1<br>• Power button<br>• Volume controls |
| **SIMs** | • Single Nano SIM<br>• eSIM[8] |
| **Media & Audio** | • Stereo speakers |

| | |
|---|---|
| | - 3 microphones<br>- Noise suppression |
| **Wireless and Location** | - Wi-Fi 2.4 GHz + 5 GHz 802.11 a/b/g/n/ac 2x2 MIMO<br>- Bluetooth 5.0 + LE (HD codecs: AptX, AptX HD, LDAC)<br>- NFC<br>- Google Cast<br>- Dual band (L1 + L5) and (E1 + E5a)<br>**US**<br>- GPS9, GLONASS, Galileo[9]<br>**ROW**<br>- GPS9, GLONASS, BeiDou, Galileo[9] |
| **Network[10]** | - Up to 5xCA, LAA, DL 4x4 MIMO,<br>- CAT 18 up to 1.2 Gbps download, CAT 13 150 Mbps upload<br>**North America & Taiwan:** Models G020I<br>- GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br>- UMTS/HSPA+/HSDPA: Bands 1/2/4/5/8<br>- CDMA EVDO Rev A: BC0/BC1/BC10<br>- LTE: Bands 1/2/3/4/5/7/8/12/13/14/17/18/19/20/25/26/28/29/30/38/39/40/41/46/48/66/71<br>- eSIM[11]<br>**Rest of the World:** Models G020M<br>- GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br>- UMTS/HSPA+/HSDPA: Bands 1/2/4/5/8<br>- LTE: Bands B1/2/3/4/5/7/8/12/13/17/20/25/26/28/32/38/39/40/41/66/71<br>- eSIM[11]<br>**Japan:** Models G020N<br>- GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br>- UMTS/HSPA+/HSDPA: Bands 1/2/4/5/6/8/19<br>- LTE: Bands 1/2/3/4/5/7/8/12/13/17/18/19/20/21/25/26/28/38/39/40/41/42/66<br>- Felica<br>- eSIM[11] |
| **Colors** | - Just Black<br>- Clearly White<br>- Oh So Orange |
| **In box** | **US, CA, UK, DE, IT, ES, IE, SG, TW, JP**<br>- 18 W USB-C™ power adapter<br>- 1 m USB-C to USB-C cable (USB 2.0)<br>- Quick Start Guide |

|  | |
|---|---|
| | - Quick Switch Adapter<br>- SIM tool<br>**FR, AU**<br>- 18 W USB-C™ power adapter<br>- 1 m USB-C to USB-C cable (USB 2.0)<br>- Quick Start Guide<br>- Quick Switch Adapter<br>- SIM tool<br>- Pixel USB-C earbuds |
| **Hearing Aid Compatibility** | - M3/T4 HAC Rating<br>- Google's devices meet the hearing aid compatibility (HAC) requirements set by the FCC. See g.co/pixel/hac. |
| **Security and OS Updates** | - Minimum 3 years of OS and security updates[12] |
| **Materials** | - Aluminum frame + matte finish hybrid coating<br>- Corning® Gorilla® Glass 5 on the front<br>- Soft touch or polished glass (Corning® Gorilla® Glass 5) on the back<br>- IP68 dust and water protection[13] |
| **AR/VR** | ARCore |
| **Warranty** | **US, CA, SG, JP, TW**<br>- 1 year<br>**UK, DE, FR, ES, IE, IT, AU**<br>- 2 years |

## Notes

[1] Not available for all apps or content. Display automatically adjusts to optimize for best viewing and battery performance.

[2] Size and weight vary by configuration and manufacturing process.

[3] Charging rates are based upon use of the included charger. Actual results may vary.

[4] Storage specifications refer to capacity before formatting. Actual formatted capacity will be less.

[5] See g.co/pixel/security for additional security information.

[6] Not functional in Japan. Motion Sense is functional in the US, Canada, Singapore, Australia, Taiwan, and most European countries. Not all phone features are controlled by Motion Sense. For more information see g.co/pixel/motionsense.

[7] Charging rates are based upon use of the included charger. Actual results may vary.

[8] eSIM enabled only for AU, CA, DE, ES, GB, JP, TW, and US. See your carrier for details.

[9] Dual band (L1 + L5) and (E1 + E5a).

[10] Pixel 4 and 4 XL sold in Google Store are unlocked phones and work on major carrier networks. In the US, Pixel 4 and 4 XL are compatible with all GSM-based networks and CDMA-based networks.

[11] eSIM enabled only for AU, CA, DE, ES, GB, JP, TW, and US. See your carrier for details.

[12] Android version updates for at least 3 years from when the device first became available on the U.S. Google Store. See g.co/pixel/updates for details.

[13] Pixel 4 and Pixel 4 XL have a water protection rating of IPx8 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 4 XL

## Pixel 3a phones (2019)

Pixel 3a

Pixel 3a XL

## Pixel 3 phones (2018)

Pixel 3

Pixel 3 XL

## Pixel 2 phones (2017)

Pixel 2

Pixel 2 XL

## Pixel phones (2016)

Pixel

Pixel XL

## Need more help?

Sign in for additional support options to quickly solve your issue

Sign in