AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| WSOU Investments LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:20-cv-00585-ADA |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development.

Date: 01/11/2023

/s/ Maclain Wells
*Attorney's signature*

C. Maclain Wells, CA Bar No. 221609
*Printed name and bar number*

Folio Law Group PLLC
1200 Westlake Ave N., Ste. 809
Seattle, WA 98109
*Address*

maclain@foliolaw.com
*E-mail address*

(206) 880-1802
*Telephone number*

*FAX number*

Print    Save As...    Reset