# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § § § § | Civil Case No. 6:20-cv-585-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER APPOINTING COMMISSIONERS TO TAKE EVIDENCE PURSUANT TO CHAPTER II, ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

The Court, having reviewed the Joint Motion for Appointment of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (ECF No. _____), and supporting papers submitted by WSOU Investments, LLC d/b/a Brazos License and Development ("Brazos") and Google LLC ("Google"),

**HEREBY ORDERS THAT:**

1) The Joint Motion (ECF No. ___) is GRANTED;

2) Pursuant to Article 17 of the Hague Convention, Olivier Buff (the "Swiss Commissioner"), Greg Lanier, Sasha Mayergoyz; Tracy Stitt, Rita Yoon, Michael Lavine, Edwin Garcia, Matt Warren, Jen Kash, and Erika Warren on behalf of Google and Joseph M. Abraham, Timothy Dewberry, Cliff Win, Jr., Alden Lee, Gregory P. Love, Mark D. Siegmund, and Melissa S. Ruiz on behalf of Brazos (together, the "Commissioners") are duly appointed, pending the approval of the Swiss Federal Office

of Justice ("FOJ"), as commissioners to take evidence in the above-captioned action, specifically in connection with the deposition of Brandon Ervin;

3) This signed Order will be given to the counsel for the parties and the Swiss Commissioner who is directed to file it together with the necessary application for authorization from the relevant Swiss authorities within five (5) business days of the date of this order;

4) Neither this Order, nor the terms of the Court's Request (which is incorporated into this Order) shall restrict the scope of discovery otherwise permissible under the Federal Rules of Civil Procedure.

5) Neither this Order, nor the terms of the Court's Request (which is incorporated into this Order) shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, or protections that may apply to evidence under the laws of Switzerland or the United States.

IT IS SO ORDERED

SIGNED: _____      _____
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE