| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  2-21-23 |
| 1. Article Addressed to:<br><br>Michael E. Jones<br>**Potter Minton**<br>102 North College, Ste 900<br>Tyler, TN 75702 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7008 1830 0004 6036 7119 |

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

UNITED STATES POSTAL SERVICE
NORTH TEXAS TX 750
FEB 2023 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
FEB 23 2023
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, U.S. District Court
800 Franklin Ave., Room 380
Waco, TX 76701

6:20cv585

1-193—60 38 - 1 3A