Tracy A. Stitt – list of court admissions:

United States Court of Appeals for the Federal Circuit- November 9, 2016
United States Court of Appeals for the Ninth Circuit - March 2, 2010
United States District Court for the Northern District of Ohio - March 30, 2007
United States District Court for the Southern District of Ohio - October 29, 2009
United States District Court for the Eastern District of Texas - November 29, 2011
United States District Court for the Northern District of Illinois - March 17, 2012
United States District Court for Colorado - March 11, 2013
United States District Court for the Eastern District of Wisconsin- September 23, 2016

Tracy A. Stitt - previous pro hac vice admissions in this district:

6:20cv572 on March 22, 2021
6:20cv573 on March 22, 2021
6:20cv574 on March 22, 2021
6:20cv575 on March 22, 2021
6:20cv576 on March 22, 2021
6:20cv577 on March 22, 2021
6:20cv578 on March 22, 2021
6:20cv579 on March 22, 2021
6:20cv581 on March 22, 2021
6:20cv582 on March 22, 2021
6:20cv584 on March 22, 2021
6:21cv569 on October 25, 2022
6:21cv530 on November 4, 2022