UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS LLC, D/B/A
BRAZOS LICENSING AND
vs.                                                                    Case No.: 6:20cv585-ADA

GOOGLE LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _Tracy Ann Stitt_, counsel for _Google LLC_, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _Tracy Ann Stitt_ may appear on behalf of _Google LLC_ in the above case.

IT IS FURTHER ORDERED that _Tracy Ann Stitt_, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _February_, 20____.

Please Choose Judge