9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones

Mailing address: 102 North College, Suite 900

City, State, Zip Code: Tyler, TX 75702

Telephone: 903-525-2239

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tracy Ann Stitt to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tracy Ann Stitt
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 10th day of February, 2023.

Tracy Ann Stitt
[printed name of Applicant]

[signature of Applicant]