UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments LLC

vs.

Google LLC

Case No.: 6:20-cv-00585-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Daniele San Román, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) JONES DAY with offices at:

   Mailing address: 51 Louisiana Avenue, N.W.
   City, State, Zip Code: Washington, D.C. 20001
   Telephone: 202-879-3939   Facsimile: 202-626-1700

2. Since 2019, Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia. Applicant's bar license number is 1673021.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Court of Appeals for the Federal Cir. | 10/3/2022 |
   |  |  |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:20-cv-00894-ADA    on the 1   day of April          , 2021  .
   Number: 6:20-cv-01080-ADA    on the 1   day of April          , 2021  .
   Number: _____       on the ___ day of _____, _____  .

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   In 2022, my D.C. bar membership was temporarily suspended due to an inadvertent failure to timely pay dues. The dues were promptly paid as soon as the oversight was discovered, and the D.C. bar membership was promptly reinstated. I have not otherwise been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones

Mailing address: Potter Minton, 102 North College, Suite 900

City, State, Zip Code: Tyler, TX 75702

Telephone: (903) 597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Daniele San Román to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Daniele San Román
[printed name of Applicant]

*Daniele San Román*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 29 day of March, 2023.

Daniele San Román
[printed name of Applicant]

*Daniele San Román*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU Investments LLC

vs.                                     Case No.: 6:20-cv-00585-ADA

Google LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Daniele San Román, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Daniele San Román may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Daniele San Román, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE