UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investment, LLC

vs.                                            Case No.: 6:20-cv-585

GOOGLE, LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Walter Mostowy, counsel for Google, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Walter Mostowy may appear on behalf of Google, LLC in the above case.

IT IS FURTHER ORDERED that Walter Mostowy, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20____.

_____
Please Choose Judge