**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| | ) | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) | Case No. 6:20-cv-00572-ADA |
| | ) | |
| | ) | Case No. 6:20-cv-00580-ADA |
| *Plaintiff,* | ) | |
| | ) | Case No. 6:20-cv-00584-ADA |
| v. | ) | |
| | ) | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| *Defendant.* | ) | |
| | ) | |

## JOINT MOTION TO ENTER AMENDED SCHEDULING ORDER

On May 4, 2023, the Court informed the parties via email that the Court was no longer available to conduct trial on the July 31, 2023, date previously scheduled in this matter. The Court then proposed to reset trial to one of the weeks of July 24, August 7, or August 14, and directed the parties to meet and confer. The parties have duly met and conferred since the Court's order. Between the several experts involved in these cases and counsel's other scheduling commitments, the parties are unfortunately unavailable for any of the three weeks proposed by the Court.

But the parties have determined that the week of August 21 should accommodate all involved persons' respective conflicts. The parties thus request that the Court consider resetting trial to a date outside the options originally proposed, and to that end file this Joint Motion to Enter an Amended Scheduling Order. The parties' agreed proposed amended case schedule is attached.

The parties further advise the Court of additional scheduling-related discussions, stemming from these four cases' involvement of four unrelated patent families, subject technologies, accused

1

products, damages models, and testifying experts. Barring a trial of far greater duration than the Court typically orders, it will be nearly impossible to effectively educate a jury on four distinct sets of issues in the span of a single trial.

To that end, the parties propose that the date indicated for trial below be designated for the 580 and 585 Cases, and that the 572 and 584 Cases be tentatively set for trial approximately 6-10 weeks thereafter. In the event that the Court's pretrial rulings render one or both of the 580 and 585 Cases unable to proceed to trial, then the parties will submit a revised proposal shortly after the final pretrial conference concerning which two cases shall be tried on the first trial date.

The parties stand ready to appear should that assist the Court.

Date: May 12, 2023

Respectfully submitted,

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
       timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Alexandra Fellowes, CA Bar. No. 261929
C. Maclain Wells, CA Bar No. 221609
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cliff.win@foliolaw.com
       alexandra.fellowes@foliolaw.com
       maclain@foliolaw.com

*/s/ Michael E. Jones*
Michael E. Jones (Texas Bar No. 10929400)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com

Tharan Gregory Lanier
(California Bar No. 138784) *(pro hac vice)*
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
Melissa S. Ruiz
State Bar No. 24128097
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: glove@cjsjlaw.com
          msiegmund@cjsjlaw.com
          mruiz@cjsjlaw.com


*Attorneys for Plaintiff WSOU Investments, LLC*
*d/b/a Brazos Licensing & Development*

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Michael A. Lavine
**Jones Day**
555 California Street
26th Floor
San Francisco, California 94104
+1 (415) 626-3939
mlavine@jonesday.com

Matthew S. Warren
Jennifer A. Kash
Erika H. Warren
Francesca M. S. Germinario
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com
20-585@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this motion, and the parties are agreed.

*/s/ Joseph M. Abraham*
Joseph M. Abraham