**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, ) ) ) | Case No. 6:20-cv-00572-ADA |
| ) | Case No. 6:20-cv-00580-ADA |
| *Plaintiff,* ) ) | Case No. 6:20-cv-00584-ADA |
| v. ) ) | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC ) ) | **JURY TRIAL DEMANDED** |
| *Defendant.* ) ) | |

## AMENDED SCHEDULING ORDER

The Court ORDERS that the following modified schedule will govern deadlines up to and including the trial of these matters and hereby vacates all prior scheduling orders and deadlines in this matter:

| Event | Date |
|---|---|
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | Wed. May 31, 2023 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | Fri. June 2, 2023 |
| Close of Expert Discovery. | Fri. June 2, 2023 |
| Dispositive motion deadline and Daubert motion deadline. See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | Fri. June 9, 2023 |

| Event | Date |
|-------|------|
| Serve objections to pretrial disclosures/rebuttal disclosures. | Wed. June 14, 2023 |
| Serve objections to rebuttal disclosures and file motions in limine. | Wed. June 21, 2023 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and dates. | Wed. June 21, 2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | Wed. June 28, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | Fri. July 7, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | Fri. July 14, 2023 |
| [Proposed] Final Pretrial Conference (subject to the Court's convenience). | Week of July 24, 2023 |
| [Proposed] Jury Selection/Trial #1 (subject to the Court's convenience). | Mon. Aug. 21, 2023 |
| [Proposed] Jury Selection/Trial #2 (subject to the Court's convenience). | To follow by approximately 6-10 weeks |

SIGNED this ____ day of _____ 2023.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE