# EXHIBIT 4

The Wayback Machine - http://web.archive.org/web/20180329023618/https://www.att.com/shop/wireless/devices/cellphones.html





AT&T Phone or AT&T Phone-International from a selection of certain smartphones.

**AT&T NEXT OR AT&T NEXT EVERY YEAR:** Credit approval required. For smartphones only. **Tax on sales price due at sale.** Requires 0% APR monthly installment agreement and eligible service. Divides sales price into monthly installments. **AT&T Next:** 30-month agreement with trade-in to upgrade when 80% of sales price is paid off. **AT&T Next Every Year:** 24-month agreement with trade-in to upgrade when 50% of sales price is paid off. **$0 down: Requires well-qualified credit.** Limit as low as 2 smartphones at $0 down. **Down payment:** May be required and depends on a variety of factors. Down payment if required will be either 30% of sales price or a dollar amount ranging from currently $0 to $600 (**amount subject to change, and may be higher**). You may choose to pay more upfront. Remainder of sales price is divided into 30 or 24 monthly installments. **Service:** Eligible postpaid voice and data service (minimum $45 per month after AutoPay and Paperless billing discount for new customers. Pay $55 per month until discount starts within 2 bills. Existing customers can add to eligible current plans which may be less) is required and extra. **If service is cancelled, remaining installment agreement balance is due. Examples:** $749.99 sales price on AT&T Next (30-month) with $0 down is $25 per month, with $225 down is $17.50 per month, or with $600 down is $5 per month. On AT&T Next Every Year (24-month) with $0 down is $31.25 per month, with $225 down (30%) is $21.88 per month, or with $600 down is $6.25 per month. **Activation or upgrade fee:** Up to $45/line. No upgrade fee for line with a smartphone purchased on an installment agreement prior to August 1, 2015. **Waiver of fee subject to change. Restocking Fee:** Up to $45. **Limits:** Purchase limit applies. Eligibility, device, line and financing limits & other restr's apply. **Upgrade with eligible trade-in:** Requires payment of percentage of sales price (50% or 80%), account in good standing, trade-in of financed device (or one of the same make and model) in good physical and fully functional condition through the AT&T Next or AT&T Next Every Year trade-in program (excludes AT&T trade-in program where you receive an instant credit or AT&T promotion card), and purchase of new eligible smartphone with qualified wireless service. After upgrade, unbilled installments are waived. See **att.com/next (http://web.archive.org/web/20180329023618/http://att.com/next)** and your Retail Installment Agreement for full details.

**GENERAL WIRELESS SERVICE: Subject to wireless customer agreement (att.com/wca (http://web.archive.org/web/20180329023618/http://att.com/wca)** ). Services are not for resale. **Deposit:** May be required. **Limits:** Purchase and line limits apply. Prices vary by location. Credit approval, fees, monthly and other charges, usage, eligibility and other restrictions per line may apply. See **att.com/additionalcharges (http://web.archive.org/web/20180329023618/http://att.com/additionalcharges)** for more details on other charges. **Pricing and terms are subject to change and may be modified or terminated at any time without notice.** Coverage and service are not available everywhere. You get an off-net (roaming) usage allowance for each service. If you exceed the allowance, your services may be restricted or terminated. Other restrictions apply and may result in service termination. For info on AT&T network management policies see **att.com/broadbandinfo (http://web.archive.org/web/20180329023618/http://att.com/broadbandinfo)** .

Wireless Home Phone device is not a cellphone, it's a base unit to which standard landline phone equipment is connected. Voice services only. 2-year contract required.

**AT&T Video Call:** Not available in all areas. **Usage and Charges:** Each Video Call uses both voice and data (unless on Wi-Fi). The voice portion counts towards voice minutes and video portion counts as data usage under your existing wireless rate plan. **Requirements:** All parties to a Video Call must be AT&T postpaid wireless customers with Video Call-capable devices and located within AT&T HD Voice coverage. Device selection is limited at this time. Unless disabled, Video Call capability is displayed to other AT&T Video Call-capable customers. **Wi-Fi:** Once started or received on the mobile network, Video Calls automatically switch to Wi-Fi if your device accesses an available Wi-Fi Internet connection. An AT&T wireless network connection is still required even while on Wi-Fi. Voice and data charges do not apply to Video Call over Wi-Fi. If you move in or out of Wi-Fi coverage while using Video Call, your call will disconnect unless you have AT&T HD Voice coverage. **Incompatible Services and Features:** AT&T Video Call requires an account that is set up for HD Voice. HD Voice is incompatible with AT&T Smart Limits, Office Direct and OfficeReach. Visit **att.com/hdvoice (http://web.archive.org/web/20180329023618/https://www.att.com/shop/wireless/features/hd-voice.html)** for more information. For more details on AT&T Video Call, see the **AT&T Video Call FAQ (http://web.archive.org/web/20180329023618/https://www.att.com/shop/wireless/features/video-calling.html)** .

**FREE Express Shipping:** Postpaid orders will be processed and shipped subject to credit approval, inventory availability, and validation of a proper shipping address and other information. Orders received after 4 p.m. CT will be processed the next business day. Inventory, credit, or other issues may delay shipment. No holiday, Saturday, or Sunday delivery. Shipping policy is subject to change. Please note: It may take up to 24 hours to process your order if there are any issues with the credit approval process and/or the shipping address validation process. This 24-hours period is not included in the delivery time and should be taken into account in your order placement timing. Delivery signatures may be required. Priority Shipments to Puerto Rico and the U.S. Virgin Islands may take more than 2 business days. Actual delivery date may also be affected by government processing.

**Samsung Gear S2 Classic Bundle:** While supplies last. Online only. Smartphone: Must buy new Samsung Galaxy smartphone (excludes Certified Like-New/Pre-Owned) on AT&T Next or AT&T Next Every Year installment agreement with eligible postpaid monthly service (voice and data). If service is canceled, remaining installment agreement balance (up to $915) is due. Down payment may be required. Tax due at sale. See att.com/next for details. Watch: Requires a new 2-year wireless service agreement with qualified postpaid data service (add to select existing plans for $10/month, or minimum $40/month on a new eligible plan). Requires Samsung account, pairing with compatible smartphone (sold separately) with 1.4GB RAM and Android 4.4+ and Samsung Gear app. For compatible smartphones, please visit: www.samsung.com/gearS2. Early Termination Fee (att.com/equipmentETF): After 14 days, up to $150 on watch. Bundle: Items must be purchased together. Online Restrictions: If upgrading to a new smartphone on att.com, bundle pricing not available. Please visit store. Device Limits/Exclusions: Purchase limits apply. Return/Restocking Fee: If return smartphone within 14 days without watch, will owe $349.99 discount. If return within 14 days, up to $45 restocking fee also may apply.

**GENERAL WIRELESS SVC: Subject to Wireless Customer Agreement (att.com/wca (http://web.archive.org/web/20180329023618/https://www.att.com/wca)** ). Services not for resale. **Deposit:** may be required per line. **Activation/Upgrade Fee:** Up to $45/line. **Early Termination Fee (att.com/equipmentETF (http://web.archive.org/web/20180329023618/https://www.wireless.att.com/learn/articles-resources/early-term-fees.jsp)** ): For pricing with 2-year agreement requirement, after 14 days, up to $150. **Return/Restocking:** Must return within 14 days. Restocking fee up to $45 each; 10% of purchase price for accessories $200 and over. **Limits:** Purchase limits apply & prices vary by location. Prices, discounts, and offers, may not be stackable. Credit approval, other fees & charges per line apply. **Other Monthly Charges/Line:** May include taxes, fed. & state universal svc charges, Reg. Cost Recovery Charge (up to $1.25), gross receipts surcharge, Admin. Fee, & other gov't assessments which are not gov't req'd charges. See **att.com/additionalcharges (http://web.archive.org/web/20180329023618/https://www.att.com/additionalcharges)** for details. **Pricing & terms subject to change & may be modified or terminated at any time without notice.** Coverage and service not available everywhere. You get an off-net (roaming) usage allowance for each service. If you exceed the allowance, your services may be restricted or terminated. Usage, and other restrictions apply & may result in service termination. AT&T service is subject to AT&T network management policies (See **att.com/broadbandinfo (http://web.archive.org/web/20180329023618/https://www.broadbandinfo.com)** for details).

For full service terms & conditions, visit **att.com/wirelessterms**



For full service terms & conditions, visit att.com/wirelessterms (http://web.archive.org/web/20180329023618/https://www.att.com/wirelessterms).

*Ends 3/30/18. Select cases and screen protectors for the Samsung Galaxy S9 and S9+ only. Must purchase eligible device in same transaction as eligible case or screen protectors. No other discounts apply. Offers may not be combinable with all offers/discounts/credits. Limit 1 discounted case/screen protector per device purchased. Limit 4 per customer. Subject to change. Restrictions apply.

**Wireless Legal Site** (http://web.archive.org/web/20180329023618/http://www.att.com/wirelesslegal). | **Wireless Customer Agreement** | **Cell Phone Records Security** (http://web.archive.org/web/20180329023618/http://www.att.com/gen/public-affairs?pid=13030). | **Other Monthly Charges** | **Plan Terms** | **Online Pricing** | **Returns Policy & Early Termination Fee** | **Additional Messaging & Data Charges** (http://web.archive.org/web/20180329023618/http://www.wireless.att.com/learn/articles-resources/wireless-legal-charges.jsp). | **Shipping Information**

⊙ Find a store (http://web.archive.org/web/20180329023618/https://m.att.com/stores/)

📅 Make a store appointment (http://web.archive.org/web/20180329023618/https://m.att.com/mRAS/start.rt)

📶 Coverage maps (http://web.archive.org/web/20180329023618/https://www.att.com/coverage/)

🏢 Business customers (http://web.archive.org/web/20180329023618/https://www.att.com/gen/general?pid=11627)

About AT&T (http://web.archive.org/web/20180329023618/https://about.att.com/category/all_news.html)

Contact us (http://web.archive.org/web/20180329023618/https://www.att.com/contactus/)

Feedback 🔗 (http://web.archive.org/web/20180329023618/https://secure.opinionlab.com/ccc01/o.asp?id=fXJtjaWr)

Ver en español

🐦 (http://web.archive.org/web/20180329023618/https://twitter.com/att)   f (http://web.archive.org/web/20180329023618/https://www.facebook.com/ATT)
📷 (http://web.archive.org/web/20180329023618/https://www.instagram.com/att/)   in (http://web.archive.org/web/20180329023618/https://www.linkedin.com/company/at&t)

💬 Community forums (http://web.archive.org/web/20180329023618/https://forums.att.com/)

Legal policy center (http://web.archive.org/web/20180329023618/https://m.att.com/shoprivacy-policy-center.html) | Privacy policy (http://web.archive.org/web/20180329023618/https://www.att.com/gen-mobile/privacy-policy?pid=2506) | Terms of use (http://web.archive.org/web/20180329023618/https://www.att.com/gen-mobile/general?pid=11561)

Broadband details (http://web.archive.org/web/20180329023618/https://www.att.com/gen/public-affairs?pid=20879) | Advertising choices 🔗 (http://web.archive.org/web/20180329023618/http://www.att.com/intercept) | Accessibility (http://web.archive.org/web/20180329023618/https://m.att.com/shopmobaccessibility.html)

Site map (http://web.archive.org/web/20180329023618/https://www.att.com/sitemap/)

©2018 AT&T Intellectual Property. (http://web.archive.org/web/20180329023618/https://www.att.com/gen/privacy-policy?pid=2587) All rights reserved.

TRUSTe
Certified Privacy
Powered by TrustArc