# EXHIBIT 5

Sign in

Home    Shop    Cell Phones    Samsung    Samsung Galaxy Note9

Get a $200 credit when you purchase a Galaxy S8 Active, S9, S9+ or Note9 and trade in an eligible smartphone.    See offer details.

# Samsung Galaxy Note9

4.7 | 151 reviews

Top

Continue

Pick up in store today | Check availability

## People also bought

Apple iPhone XS Max

4.5 | 206 reviews

Apple iPhone XR

4.6 | 115 reviews

Samsung Galaxy Note9

4.7 | 150 reviews

Samsung Galaxy S9+

4.5 | 398 reviews

## Key features

All-day battery

Store more, delete less

Largest Infinity Display ever

Mightier S Pen

## The new super powerful Note











Case 6:20-cv-00585-ADA   Document 161-2   Filed 06/05/23   Page 6 of 18



*Video simulated for illustration purposes.

©2018 Epic Games, Inc. Epic Games, Fortnite, and their logos are trademarks or registered trademarks of Epic Games in the USA (REG. US. Pat & Tm. Off.) and elsewhere. All rights reserved.

 Battle your way through Fortnite on the high-performing Galaxy Note9 and enjoy exclusive in-game items.[4]

CAMERA

## Timeless

**Adapts like the human eye for spectacular shots, day or night.[5]**

The revolutionary Dual Aperture lens that self-adapts between f/1.5 and f/2.4 apertures depending on available light, so you get beautiful photos in any light.



| f/2.4 aperture mode | f/1.5 aperture mode |
|---|---|
| In the daylight, the lens shifts to f/2.4 mode to help your picture come out sharp. | If it's dark, the lens opens to f/1.5 mode to pull in light for a bright and clear photo. |



# Galaxy Note9

CA residents: **WARNING.** See Proposition 65 notice

# Specifications

Manual and tutorial

Expand All

Dimensions +

Display +

Camera & Video +

Battery +

Processor +

| | |
|---|---|
| Memory | + |
| Operating System | + |
| Wireless Technology | + |
| Apps | − |

Preloaded apps from AT&T;

AT&T; Call Protect, AT&T; Device Help, AT&T; DriveMode®, AT&T; Mobile Security, AT&T; ProTech[SM], AT&T; Setup & Transfer, AT&T; Smart Limits [SM], AT&T; Smart Wi-Fi, AT&T; Visual Voicemail, DIRECTV, Mobile Services Manager

Preloaded apps from Samsung

Game Launcher, PENUP, S Health™, Samsung Galaxy Apps, Samsung Gear, Samsung KNOX™ (KNOX mode), Samsung Notes, Samsung Pay, Samsung+, Samsung Smart Switch, Secure Folder, SmartThings

Additional apps

Amazon® Shopping, Facebook®, Google Pay, Google Play™ Store, Google Drive™, Google Duo, Google Maps™, Google Photos™, Google Play™ Movies & TV, Google Play™ Music

myAT&T;

Provides fast, easy account access virtually anywhere, anytime

Web browser

Internet, Google Chrome™

| | |
|---|---|
| Sensors | + |
| Messaging & email | + |
| Music | + |
| Accessibility | + |
| Sustainability | + |

## Samsung Galaxy Note9 Reviews

★★★★★ 4.7 | 151 reviews

130 out of 142 (92%) reviewers recommend this product

b: Authentic Reviews

| Search topics and reviews 🔍 | 151 Reviews | 126 Questions | 153 Answers |
|---|---|---|---|

**Reviews**                                                    Write a review

**Rating snapshot**

Select a row below to filter reviews

| | | |
|---|---|---|
| 5★ | ▬▬▬▬▬▬▬▬▬▬ | 124 |
| 4★ | ▬ | 13 |
| 3★ | ▪ | 8 |
| 2★ | ▪ | 5 |
| 1★ | | 1 |

**Average customer ratings**

| | | |
|---|---|---|
| Overall | ★★★★★ | 4.7 |
| Design | ▬▬▬▬▬ | 4.8 |
| Features | ▬▬▬▬▬ | 4.8 |
| Performance | ▬▬▬▬▬ | 4.8 |

1–4 of 151 reviews      ❓      Sort by: Most relevant ▼      ☰

★★★★★ **Jinthebay** · 4 months ago

**Awesome Upgrade**

I upgraded from an S7 edge and not boy am I glad I waited for the note 9. Yes it is a big phone but I can handle it just fine. It has a beautiful bright display. Battery life is very good. Like really. It is. The Dolby dual speakers make such a difference in sound quality. The AKG earbuds that come with the phone sound phenomenal. The best I've personally ever heard from any other buds. The only negative I would say about the phone is that it's thick and pretty hefty. Other than that it's perfect. I've had it since the 24th and I can't put it down.

✓ Yes, I recommend this product.

**Design**
▬▬▬▬▬

**Features**
▬▬▬▬▬

**Performance**
▬▬▬▬▬



Originally posted on Samsung Galaxy Note9 - 128GB - Lavender Purple

Helpful?   Yes · 89   No · 23   Report

★★★★★ **Cindybn** · 15 days ago

**Better than the iPhone**

Love this phone from size to the pen from storage to photo quality, this phone takes pictures so nice on dim and night time something that mu old pop e was lacking, keeps me organized even more and with the s pen I can right notes and on pictures get Autographs, plus I tested it with my friend who has the new iPhone and mine took better pictures, if your a picture lover and like vlogging and or love being organized this phone is for you , highly recommend if your deciding between iPhone and this one and storage enough said and no need for ear buds comes with it and fast charging oh and battery for me long lasting, best phone out there so far very pleased

Design

Features

Performance

 Yes,  I recommend this product.

Helpful?   Yes · 3    No · 0    Report

---

★★★★★  Cghost31 · 4 months ago

**Beast of a phone! Never going back to iPhone**

512gb storage 8gb ram spen best screen on the market fast wireless charging fast charging iris scanner fingerprint scanner etc etc etc. This phone has every feature you could want in a smart phone with an all day battery while being waterproof. Call it what you want but you would be crazy to buy any other phone that doesn't do everything this phone does. The features list is so long and you will find most features are features that actually are useful not gimmicky. I'm done talking about it. Go buy some other trash and be left wanting more I'll enjoy the best phone of 2018 with my vr and best rated screen on a smartphone.

Design

Features

Performance

 Yes,  I recommend this product.

Helpful?   Yes · 82    No · 19    Report

---

★★★★★  EGonse80 · 4 months ago

**Love It!!!**

My first Note was the Note 4. That was a great device for it's time. I still see a few people using them here and there. Had the iPhone 7 before upgrading to this beast. First impressions had me in an OMG moment. This device is huge. It's like carrying a tablet in my hands. Screen is huge, bright, crystal clear, and vibrant. I miss having an android device and a Note device at that. The customization is virtually endless. Functionality is great for me as I have big sausage fingers. Battery life is awesome and this thing charges lightning fast. 0 to about 50% in slightly less than 30 minutes. I'm a moderate to heavy user. Take it off the charger around 9am and still have about 35 - 40% by 10 PM. Don't see myself getting tired of this device for a good while.

Design

Features

Performance

 Yes,  I recommend this product.

Helpful?   Yes · 59    No · 7    Report

---

1–4 of 151 reviews    ◀   ▶

**Samsung Galaxy Note9 Questions & Answers**

# Questions

Ask a question

1–10 of 126 questions          Sort by: Most helpful answers ▼

**Vaan Ryu** · 4 months ago

Is it possible to install your own MicroSD card for use & storage expansion?

**5 answers**

Answer this question

**AngPV** · 4 months ago

Yes if u can fit it alone or with adaptors and then IMPORTANTLY, GO INTO SETTINGS AND FIND SD card settings and see if ur device allows reformatting the SD. But it will be wiped clean possiblly so trade or copy ur files.

Helpful?   Yes · 35   No · 7   Report

**Product FAQs** · 5 months ago

All the pictures I've seen has the S-Pen on the outside of the phone. Does the pen fit inside the phone?

**5 answers**

Answer this question

**MeCo2** · 5 months ago

Yes, the S Pen fits inside the phone. It also charges inside the phone. A 40 second charge lasts 30 minutes.

Helpful?   Yes · 107   No · 10   Report

**rawrshesays** · 4 months ago

What type of USB charging cable will the Samsung Note 9 use?

**4 answers**

Answer this question

**phonewhiz123** · 4 months ago

The Note9 uses a USB-C cable, which comes included in the box.

Helpful?   Yes · 35   No · 2   Report

**U da man** · 5 months ago                                                                                                  **4**

What accessories are att offering with the phone promotional wise Headphones Fortnite skin | answers

**Answer this question**

**SmartphoneGuru628** · 5 months ago

AT&T has nothing to do with this promotion, it is being offered solely by Samsung and Epic Games. The promotion, though vague in terms of redemption, states that anyone that pre-orders the phone can validate and redeem through the Shop Samsung app once they receive the phone.

Helpful?   Yes · 8   No · 10   Report

---

**Mike43725** · 4 months ago

**Does the note 9 come with a screen protector?**

**3 answers**

**Answer this question**

**DavidATT** · 4 months ago

Hi Mike43725,

It does not, but the screen is made out of gorilla glass.

David, AT&T Community Specialist

Helpful?   Yes · 29   No · 5   Report

---

**Product FAQs** · 5 months ago

**Is a wireless charger included with the Note9?**

**3 answers**

**Answer this question**

**Fredyisai** · 5 months ago

Not including you have to buy separate

Helpful?   Yes · 23   No · 4   Report

---

**rickstools** · 2 months ago

**does it have a head phone jack**

**2 answers**

**Answer this question**

**ATTChrisCS** · 2 months ago

Hi @rickstools,

It sure does. You can use your favorite headset.

ChrisZ, AT&T Community Specialist

Helpful?    Yes · 4    No · 0    Report

**MassCOFG** · 3 months ago

**2 answers**

**Will the Note9 be IPv6 compatible and will ATT support it on this phone? Will this make the hotspot more compatible with multiplayer gaming offering an open NAT?**

Originally posted on Samsung Galaxy Note9 - 128GB - Lavender Purple

Answer this question

**ChrisZZ** · 3 months ago

Hi @MassCOFG,

Yes, it is compatible with IPv6 sites. This device does not have router functions to set up UPnP and not recommended for gamming. The Nighthawk Mobile Hotspot does support UPnP.

ChrisZ, AT&T Community Specialist

Helpful?    Yes · 3    No · 1    Report

**Beautykillerbeth** · 3 months ago

**2 answers**

**Does the s pen come with the phone or do you have to buy it extra as an accessory or is that option for people who want an extra s pen?**

Answer this question

**Tallfallenangel** · 3 months ago

Comes with and fits in phone

Helpful?    Yes · 5    No · 1    Report

**junebug66** · 4 months ago

**2 answers**

**are there any differences between the 128 and 512 (other than memory)?**

Answer this question

**ChrisZZ** · 4 months ago

Hi @junebug66,

Great question. There is a difference in Ram, 6GB or 8GB.

ChrisZ, AT&T Community Specialist

Helpful?   Yes · 16   No · 4   Report

1–10 of 126 questions   ◀   ▶

# In the box

Samsung Galaxy Note9

Quick Start Guide

Wall/USB charger

USB connector

Stereo headset

SIM card


Terms and Conditions

# People also viewed

| Samsung Galaxy Note9 | Apple iPhone XR | Apple iPhone XS Max | Samsung Galaxy |
|---|---|---|---|
| 4.7 | 150 reviews | 4.6 | 115 reviews | 4.5 | 206 reviews | 4.3 | 244 re |

1 Based on average battery life under typical usage conditions. Actual battery life depends on factors such as network, features selected, frequency of calls, and voice, data, and other application-usage patterns. Results may vary.

2 Avail. in select channels.

3 Faster capability in comparison to any other smartphone without a Cat.18 modem. Subject to carrier capability and offerings. Check with carrier.

4 Fortnite is supported on select devices: Galaxy Note9, Galaxy Tab S4, Galaxy S9/S9+, Galaxy Note8, Galaxy Note FE, Galaxy S8/S8+, Galaxy S7, Galaxy S7 edge.

5 The Dual Aperture supports f/1.5 and f/2.4 mode. Dual Aperture is installed on the camera.

© 2018 Samsung Electronics America, Inc. Samsung, and Galaxy Note are registered trademarks of Samsung Electronics Co., Ltd. Screen images simulated. All other brand, product, and service names and logos are marks and/or registered trademark of their respective owners.

4G LTE not available everywhere. LTE is a trademark of ETSI.

All talk, data, and standby times depend on network configuration.

All marks contained herein are the property of their respective owners.

Service provided by AT&T Mobility.

**AT&T NEXT OR AT&T NEXT EVERY YEAR: Credit approval required.** For smartphones only. **Tax on sales price due at sale.** Requires 0% APR monthly installment agreement and eligible service. Divides sales price into monthly installments. **AT&T Next:** 30-month agreement with trade-in to upgrade when 80% of sales price is paid off. **AT&T Next Every Year:** 24-month agreement with trade-in to upgrade when 50% of sales price is paid off. **$0 down: Requires well-qualified credit.** Limit as low as 1 smartphone at $0 down. **Down payment:** May be required and depends on a variety of factors. Down payment if required will be either 30% of sales price or a dollar amount ranging from currently $100 to $600 **(amount subject to change and may be higher).** You may choose to pay more upfront. Remainder of sales price is divided into 30 or 24 monthly installments. **Service:** Eligible postpaid voice and data service (minimum $50 per month after AutoPay and Paperless billing discount for new customers. Pay $60 per month until discount starts within 2 bills. Existing customers can add to eligible current plans which may be less) is required and extra. **If service is cancelled, remaining installment agreement balance is due. Examples:** $749.99 sales price on AT&T Next (30-month) with $0 down is $25 per month, with $225 down (30%) is $17.50 per month, or with $600 down is $5 per month. On AT&T Next Every Year (24-month) with $0 down is $31.25 per month, with $225 down (30%) is $21.88 per month, or with $600 down is $6.25 per month. **Activation or upgrade fee:** Up to $45/line. **Restocking Fee:** Up to $45. **Limits:** Purchase limit applies. Eligibility, device, line and financing limits & other restr's apply. **Upgrade with eligible trade-in:** Requires payment of percentage of sales price (50% or 80%), account in good standing, trade-in of financed device (or one of the same make and model) in good physical and fully functional condition through the AT&T Next or AT&T Next Every Year trade-in program (excludes AT&T trade-in program where you receive an instant credit or AT&T promotion card), and purchase of new eligible smartphone with qualified wireless service. After upgrade, unbilled installments are waived. See att.com/next and your Retail Installment Agreement for full details.

**GEN. WIRELESS SVC: Subj. to Wireless Customer Agmt (att.com/wca).** Credit approval required. Svcs not for resale. **Deposit:** May apply. **Limits:** Purch. & line limits apply. Prices may vary by location. Taxes, fees, monthly, other charges, usage, speed, coverage & other restr's apply per line. See att.com/additionalcharges for details on fees & charges. **Promotions, terms & restr's subject to change & may be modified or terminated at any time without notice.** International and domestic off-net data may be at 2G speeds. AT&T service is subject to

AT&T network management policies. See att.com/broadbandinfo for details

Case 6:20-cv-00585-ADA   Document 161-2   Filed 06/05/23   Page 18 of 18

**FREE Express Shipping:** Postpaid orders will be processed and shipped subject to credit approval, inventory availability, and validation of a proper shipping address and other information. Orders received after 4 p.m. CT will be processed the next business day. Inventory, credit, or other issues may delay shipment. No holiday, Saturday, or Sunday processing or delivery. Shipping policy is subject to change. Please note: It may take up to 24 hours to process your order if there are any issues with the credit approval process and/or the shipping address validation process. This 24-hour period is not included in the delivery time and should be taken into account in your order placement timing. Delivery signatures may be required. Priority Shipments to Puerto Rico and the U.S. Virgin Islands may take more than 2 business days. Actual delivery date may also be affected by government processing, unforeseen weather, and shipping carrier delays. Learn more about AT&T shipping options at att.com/shop/wireless/free-shipping.html.

1. Item name: Samsung Galaxy Note9
2. UPC: 887276284316
3. SKU: 6767B

Wireless Legal Site | Wireless Customer Agreement | Cell Phone Records Security | Other Monthly Charges | Plan Terms | Online Pricing | Returns Policy & Early Termination Fee | Additional Messaging & Data Charges | Shipping Information

Find a store

Make a store appointment

Coverage maps

Learn about 5G

About AT&T

Contact us

Feedback

Ver en español

Community forums

Legal policy center

Broadband details

Site map

Privacy policy

Advertising choices

Terms of use

Accessibility

©2018 AT&T Intellectual Property. All rights reserved.

