IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | Case No. 6:20-cv-585-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

**ORDER GRANTING GOOGLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT UNDER 35 USC § 287**

Before the Court is Google's Motion for Summary Judgment Under 35 USC § 287 filed by defendant Google LLC ("Google"). Google requested partial summary judgment limiting pre-suit damages based on WSOU Investments, LLC d/b/a Brazos Licensing & Development, LLC ("WSOU")'s failure to comply with the marking requirements of § 287.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that summary judgment is entered that WSOU is not entitled to pre-suit damages in this matter.

**SIGNED** on this _____ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

– 1 –