# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | )<br>)<br>) |
| Plaintiff, | ) Case No. 6:20-cv-00580-ADA<br>) Case No. 6:20-cv-00585-ADA |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| GOOGLE, LLC | ) |
| Defendant | ) |

## ORDER GRANTING BRAZOS LICENSING & DEVELOPMENT'S MOTION FOR SUMMARY JUDGMENT CONCERNING GOOGLE'S AFFIRMATIVE DEFENSES

This matter came before the Court on Plaintiff Brazos Licensing & Development's Motion for Summary Judgment Concerning Google's Affirmative Defenses.

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be granted.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE