# EXHIBIT 6

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE WESTERN DISTRICT OF TEXAS
 3                        WACO DIVISION
 4
                                     )
 5     WSOU INVESTMENTS, LLC          )
       d/b/a, BRAZOS LICENSING AND)
 6     DEVELOPMENT                    )
                                     )
 7                     Plaintiff, )
                                     )  Case No.
 8          vs.                  )  6:20-cv-585-ADA
                                     )
 9     GOOGLE LLC,                    )
                                     )
10                     Defendant. )
11
12
13     _____
14
15       VIDEOTAPED DEPOSITION OF DR. TODOR COOKLEV
16                   Zoom Videoconference
17                     May 12, 2023
18                        Volume I
19
20
21     Reported by:
       KAYLA M. KNOWLES
22     CSR No. 14071
23     Job No. 5916878
24
25
```

Page 1

```
1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
2                        WACO DIVISION
3                                  )
     WSOU INVESTMENTS, LLC         )
4    d/b/a, BRAZOS LICENSING AND)
     DEVELOPMENT                   )
5                                  )
                 Plaintiff, )
6                                  )  Case No.
             vs.                   )  6:20-cv-585-ADA
7                                  )
     GOOGLE LLC,                   )
8                                  )
                 Defendant. )
9
10

     _____

11
12
13         Videotaped deposition of DR. TODOR COOKLEV,
14   Volume I, taken on behalf of Defendant, through Zoom
15   Videoconference, beginning at 9:11 p.m., and ending
16   at 4:50 p.m., on Friday, May 12, 2023, before Kayla
17   Knowles, Certified Shorthand Reporter No. 14071.
18
19
20
21
22
23
24
25
```

Page  2

```
 1      APPEARANCES:
 2      For Plaintiff:
 3        FOLIO LAW GROUP PLLC
          By:  CLIFF WIN, JR., Attorney at Law
 4        1200 Westlake Avenue N, Suite 809
          Seattle, Washington 98109-3590
 5        (415) 340-2035
          cliff.win@foliolaw.com
 6
 7      For Defendants:
 8        WARREN LEX LLP
          By:  ERIKA WARREN, Attorney at Law
 9        By:  SACHLI BALAZADEH-NAYERI, Attorney at Law
          2261 Market Street, No. 606
10        San Francisco, California, 94114
          (415) 895-2940
11        20-580@cases.warrenlex.com
12
        Also Present:
13
          Jefree Anderson, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page  3

1                               INDEX

2      WITNESS

3      DR. TODOR COOKLEV

4      Volume I

5

        EXAMINATION                                    PAGE

6
                        EXAMINATION BY MS. WARREN        7

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page  4

```
 1        Q    And when I say "the 961 Patent" today, you
 2   will understand that I'm referring to this patent,
 3   which is 8737961; right?
 4        A    Yes.
 5        Q    Have you reviewed this patent?           09:28:17
 6        A    Yes.
 7        Q    How long did you spend reviewing the
 8   961 Patent?
 9        A    I do not remember exactly how much time I
10   spent reviewing, but I reviewed it a number of       09:28:47
11   times.
12        Q    Do you think you spent more than one hour
13   reviewing the patent?
14        A    Yes.
15        Q    More than two hours?                    09:29:05
16        A    Yes.
17        Q    More than three hours?
18        A    Yes.
19        Q    I guess I'll keep going.
20             More than four?                         09:29:20
21        A    Yes.
22        Q    Okay.  I think that's good.
23             And you have rendered opinions regarding
24   the validity of the 961 Patent in this case; is that
25   correct?                                           09:29:28
```

Page 13

1    requires a particular number or that it requires

2    more than one.  No, there's no particular

3    requirement for that.

4    BY MS. WARREN:

5        Q    So going back to the difference between a    11:39:32

6    primary stationary state and a primary set of

7    stationary states, are you using those terms

8    interchangeably, or do they have different meanings?

9            MR. WIN:  Objection.  Form.

10           THE WITNESS:  I -- I will switch now to    11:39:57

11   Exhibit 2.  And just for the record, I have been

12   using the electronic copy of my report here.  Just a

13   second.

14   BY MS. WARREN:

15       Q    Just to clarify for a clean record on this,    11:40:19

16   when you say "the electric copy," you mean the copy

17   that has been marked today as Exhibit 2?

18       A    Yes, that's correct.

19       Q    Wonderful.

20       A    Primary stationary state is a stationary    11:40:49

21   state that belongs to the primary set of stationary

22   states.

23       Q    Okay.  And in the passage that you were

24   reading from -- let me actually read directly from

25   it so I'm not misquoting.  Will you go back to    11:41:24

Page 61

1     11B, and these are the figures that are referenced

2     in that Column 23?

3         A    Yes.

4         Q    You can see those figures.  Okay.

5              So looking at these figures -- hang on just   12:11:44

6     a moment.  Some scrolling going on here.  No, up

7     one.

8              Okay.  Are you able to tell me in these

9     figures which states are among the primary set of

10    stationary states?                                     12:12:05

11        A    I'm looking at Exhibit 2.  This is my

12    report.

13        Q    I'm sorry.  Exhibit 1 is the 961 Patent;

14    right?

15        A    Yes.  I am looking -- now I am looking at    12:12:22

16    my report.

17        Q    Okay.  Yes, if you would please turn to

18    Exhibit 1.  I was going to talk with you about

19    Figures 11A and 11B.

20        A    Okay.  I'm there.                             12:12:38

21        Q    Great.  Looking at Figures 11A and 11B, are

22    you able to tell me, of these figures, which of the

23    states are among the primary set of stationary

24    states?

25              MR. WIN:  Objection.  Form.                  12:13:02

Page 69

1        THE WITNESS:  Figure 11A and 11B, they're

2    not intended to show the primary stationary states.

3    They are graphs of the cumulative distribution

4    functions of the most frequent stationary states

5    corresponding to GSM cells and Wi-Fi access points        12:15:03

6    on the cell towers -- cell towers and access points.

7    So Figures 11A and 11B, they're not intended to show

8    the primary stationary states.

9        (Reporter clarification.)

10   BY MS. WARREN:                                             12:15:43

11       Q    Do Figures 11A and 11B show the most

12   frequent states?

13            MR. WIN:  Objection.  Form.

14            THE WITNESS:  The "most frequent"?

15   BY MS. WARREN:                                             12:16:12

16       Q    Yes.

17       A    They do, yes.

18       Q    Let's go back down to Column 23.  Let me

19   know when you get there.

20       A    I'm at Column 23.                                 12:16:21

21       Q    Okay.  And this column also talks about

22   some of the tables that are sort of in line.

23   They're not figures; they're sort of tables within

24   the patent.  So the first one that I want to look at

25   together is Table 6.  Do you see that table?           12:16:36

Page 70

```
 1           A     I do.

 2           Q     Okay.  And so Table 6, if I'm looking at it

 3      correctly, shows the total number of stationary

 4      states for the three different users.  Is that how

 5      you read this table?                          12:16:56

 6           A     Yes.

 7           Q     And so for User 1, it looks like there are

 8      either 46 or 86 states, depending on which type of

 9      signal we're looking at; is that correct?

10           A     Yes.                               12:17:17

11           Q     Which of these 46 or 86 stationary states

12      for User 1 are the primary set of stationary states?

13           A     Well, it seems to me your question is -- to

14      the extent that it's relevant to infringement, I did

15      not perform this analysis; so if the question is    12:18:20

16      related to how does -- how does the system operate,

17      then I did not perform this analysis.

18           Q     So are you able to tell, looking at

19      Table 6, which states are among the primary set of

20      stationary states?                           12:19:05

21           A     Only from Table 6.  Well, no.  Table 6

22      gives the total number of stationary states, and --

23      but now, if we -- we were talking before the break.

24                 Column 8, in an active embodiment, the user

25      is prompted or polled for input.             12:19:43

                                                      Page 71
```

```
 1              (Reporter clarification.)

 2              THE WITNESS:  I believe the time interval

 3     is two months or -- we can look at the figures -- or

 4     close to two months.

 5     BY MS. WARREN:                                12:26:22

 6         Q    So when we looked at Figures 11A and 11B

 7     together just a few minutes ago and I asked which of

 8     these states are the primary set of stationary

 9     states, you were not able to tell me which of those

10     states were a member of the set.  Is that still      12:26:34

11     true?

12              MR. WIN:  Objection.  Misstates testimony.

13              THE WITNESS:  Counsel, I think this does --

14     this is not completely accurate, that Figures 11A

15     and 11B are not intended to show the stationary      12:27:07

16     states that belong to the primary set.  But they

17     show the most frequent stationary states, again, in

18     this -- in this example.

19     BY MS. WARREN:

20         Q    Understood.                              12:27:24

21              And so the most frequent -- I'm sorry.  Go

22     ahead.

23         A    So they -- the most frequent stationary

24     state, it could belong to the primary set.  I mean,

25     all of the most frequent stationary states could      12:27:52
```

Page 74

1             THE WITNESS:  Well, what I mean is the

2       patent mentions active mode.

3             (Reporter clarification.)

4       BY MS. WARREN:

5          Q    So in passive mode, there is an additional    12:35:57

6       step where, based on content, the system can

7       determine whether or not a stationary state is a

8       member of the primary set of stationary states?

9          A    That could be additional information that

10      the system takes into account, yes.                   12:36:36

11         Q    If you wanted to implement this embodiment,

12      this passive mode, how would you do it?

13             MR. WIN:  Objection.  Form.

14             THE WITNESS:  In this precise question, as

15      asked, it is -- it is infringement-related because    12:37:01

16      you're asking me now how would I implement, and the

17      specification provides sufficient guidance.

18             (Reporter clarification.)

19      BY MS. WARREN:

20         Q    And so my question -- oh, sorry.              12:37:39

21         A    Yeah, the specification provides sufficient

22      guidance, how a person of ordinary skill in the art

23      would implement the invention, but I have not

24      performed a detailed analysis from this perspective.

25      I did not have the task to sit down and implement it  12:38:07

                                                     Page 78

```
 1      or consider if an implementation -- to be able to

 2      tell you right now.

 3          Q    I'm certainly not asking whether you have

 4      implemented this particular embodiment.

 5              What I'm asking is:  If you wanted to        12:38:28

 6      implement this embodiment, would you be able to do

 7      so?

 8              MR. WIN:  Objection.  Incomplete

 9      hypothetical.

10              THE WITNESS:  If I wanted?  Yes, the        12:38:41

11      specification provides sufficient guidance.

12      BY MS. WARREN:

13          Q    Great.  Where is that guidance?

14              MR. WIN:  Objection.  Form.

15              THE WITNESS:  Exactly the passages we have  12:39:03

16      been reading.

17      BY MS. WARREN:

18          Q    So the passages that we have been reading

19      would enable you as a person of skill in the art to

20      perform the additional step of, based on content,   12:39:16

21      determining whether or not a stationary state is a

22      member of the primary set of stationary states.  Is

23      that your opinion?

24              MR. WIN:  Objection.  Form.

25              THE WITNESS:  I think it's sufficient        12:39:31
```

Page 79

1    is what is important.

2           (Reporter clarification.)

3    BY MS. WARREN:

4      Q    Are you --

5      A    In -- in this example.                    12:45:44

6      Q    Understood.  And I agree that this is an

7    example.  I'm trying to explore whether you, as a

8    person of skill, would be able to implement this

9    example, and so far what I understand is a person of

10   skill could take this data into account, but I want   12:46:00

11   to understand what it is that they would take into

12   account.

13           MR. WIN:  Objection to the form.

14           THE WITNESS:  To the extent that I

15   understand your question, the question -- answering   12:46:22

16   the question requires -- requires work and --

17   detailed work that I did not do to be able to

18   answer.

19   BY MS. WARREN:

20     Q    What kind of work would you need to do to    12:46:46

21   be able to perform this embodiment?

22           MR. WIN:  Objection.  Form.

23           THE WITNESS:  It is implementation work.

24   BY MS. WARREN:

25     Q    So you can't tell me what you would take    12:47:09

                                          Page 82

1      into account to determine whether a stationary state

2      should be a member of the primary set of stationary

3      states?

4              MR. WIN:  Objection.  Form.

5              THE WITNESS:  I'm not sure I agree with      12:47:23

6      this.  Here in Column 8 -- a passive mode and an

7      active mode are described in Column 8.

8              (Reporter clarification.)

9              THE WITNESS:  And according to the passive

10     mode, a server can listen to the content pushed out   12:48:07

11     from the device.  And based on this content, the

12     information can be derived.

13             In the active mode, the user is prompted or

14     polled to derive -- there are two examples.  And the

15     initial driver for this is when the system believes   12:48:35

16     that a stationary state is of some importance.

17     BY MS. WARREN:

18        Q   So I have two separate questions in

19     response to what you just said.  The first one is:

20     To clarify, I understand that passive and active      12:48:56

21     mode are two different things.  In the passive mode,

22     when the system is listening to content pushed out

23     from the device, what content informs whether or not

24     a particular stationary state is a member of the

25     primary set?                                          12:49:20

Page 83

1       A    Any type of content that pushed out from

2    the device could be used, it seems to me.  What

3    exactly is a set, I did not analyze this.  But any

4    type of content.

5       Q    And what about that content would tell you    12:50:13

6    whether the stationary state is a member of the

7    primary set of stationary states or not?

8       A    Now, any type of content can be used for

9    this.

10      Q    Can be used for what?                         12:51:11

11      A    Can be used to derive additional

12   information.

13      Q    What additional information would you need

14   to determine whether a particular stationary state

15   is a member of the primary set of stationary states?  12:51:38

16      A    According to the passive modes, for

17   example, what is pushed out from the mobile device.

18      Q    So there's no specific category of

19   information that you think is particularly important

20   to collect in order to determine whether or not a      12:52:38

21   particular stationary state is a member of the

22   primary set?

23      A    Yeah, any type of content can be used.

24      Q    Let's say you got a step count from the

25   mobile device.  Could that content be used to          12:53:11

Page 84

 1     determine whether or not a stationary state was a

 2     member of the primary set?

 3          A    I have not considered that.  I need more

 4     time to analyze this.

 5          Q    When you say "any type of content," can you    12:53:30

 6     give me an example of the type of content that could

 7     be used to determine a primary set -- I'm sorry --

 8     to determine whether a stationary state is a member

 9     of the primary set?

10               MR. WIN:  Objection.  Form.                     12:53:54

11               THE WITNESS:  I did not consider this to be

12     able to answer.

13               (Reporter clarification.)

14     BY MS. WARREN:

15          Q    So you are unable to provide any example of    12:54:28

16     the type of content that could be used to determine

17     whether a stationary state is a member of the

18     primary set of stationary states?

19               MR. WIN:  Objection.  Misstates testimony.

20               THE WITNESS:  I concluded that this             12:54:43

21     provides sufficient guidance, and a person of skill

22     can decide what content is appropriate to be used.

23     But I have not considered specifically the question

24     that you asked.

25     ///

                                                    Page 85

```
 1     example; or in the active mode, the user is prompted

 2     or polled for information, and the user can

 3     confirm -- and the user can confirm that yeah,

 4     this -- this is among the most frequent stationary

 5     states, is a member of the primary set.              01:04:45

 6         Q    So this brings me back to my second

 7     question in response to one of your earlier answers,

 8     which is to say:  You have now repeated that this

 9     is -- this is to confirm that it's among the most

10     frequent stationary states; do you mean that the     01:05:07

11     system does not know before this confirmation

12     whether this is among the most frequent stationary

13     states?

14             MR. WIN:  Objection.  Misstates testimony.

15             THE WITNESS:  I'll just -- before the         01:05:20

16     confirmation, the system knows -- well, that's what

17     it says.  The -- these embodiments prompt the user

18     to confirm different location tags when the system

19     believes the user is in a stationary state of some

20     importance; so the system already knows that this    01:05:59

21     stationary state is among the most frequent

22     stationary states.

23     BY MS. WARREN:

24         Q    And when the system knows that this

25     stationary state is among the most frequent          01:06:24
```

Page 90

1    stationary states, does the system already know that

2    that state is a member of the primary set?

3              MR. WIN:  Objection.  Form.

4              THE WITNESS:  Just so you're -- the way I

5    understand the question is, just based on a                    01:06:53

6    stationary state being among the most frequent

7    stationary states, is this sufficient to make that

8    stationary state a member of the primary set?

9    BY MS. WARREN:

10        Q     Yes, that's a fair rephrasing.                       01:07:24

11        A     Yes, I think the answer is that's not

12   sufficient, and something more is needed.  It's not

13   sufficient that it's just among the most frequent

14   stationary states, and here is -- in Column 8 is

15   this "more."                                                    01:07:49

16        Q     Okay.  And so that's -- that's where I'm

17   trying to get at.  In the passive example, what is

18   that "more"?  You said it's any type of -- I don't

19   want to -- I don't want to misstate -- content, but

20   it's some other kind of content -- based on content,           01:08:05

21   and you said any kind of content would do, and so I

22   am trying to understand how is that content used to

23   determine that "something more"?

24        A     Well, it's not that any kind of content

25   would do, but any type of content could do.                    01:08:25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Maybe -- maybe I misspoke or wasn't quite accurate.

2    I don't mean to say that any type of content would

3    be useful, but any type of content could be useful.

4        Q    And when you've received the content, how

5    would you use that content to determine whether or      01:08:55

6    not that "something more" is met?

7        A    In the passive modes, based on the content,

8    additional information can be derived.

9        Q    And is deriving additional information

10   itself that "something more"?                           01:10:33

11       A    The additional information could be "more."

12       Q    It could be?

13       A    It could be.

14       Q    How would the additional information

15   determine whether or not the stationary state --        01:10:58

16   which we've already agreed is a member of the most

17   frequent states; right?   How would the additional

18   information determine whether or not that state is,

19   in fact, a member of the primary set?

20       A    Maybe to confirm -- maybe one way is it        01:11:14

21   will confirm that it's a -- it will confirm that,

22   based on the state being among the most frequent

23   stationary states, and based on this additional

24   information, it will confirm that yeah, this is a

25   member of the primary set.                              01:12:37

Page 92

```
 1    example.  It seems to me that any type of content --
 2    the type of content that we've been talking about,
 3    that any type would be -- could be used here, and I
 4    did not consider specific examples.
 5    BY MS. WARREN:                                    01:17:03
 6        Q    If any type of content could be used, would
 7    any type of content confirm that a particular
 8    stationary state is a member of the primary set?
 9            MR. WIN:  Objection.  Form.
10            THE WITNESS:  I -- no.  I think the answer   01:17:20
11    to your question is no.
12    BY MS. WARREN:
13        Q    Okay.  Let me -- are there any other
14    examples that we have not yet discussed of how a
15    person of skill in the art would understand how to   01:17:50
16    implement the determining of a primary set of
17    stationary states?
18        A    In general, there is an additional step
19    to -- after determining that a stationary state is
20    among the most frequent stationary states.  So as    01:18:34
21    far as what this additional step could involve,
22    these are -- these are certainly some examples of --
23    I'm just -- I don't know that I can agree right now
24    that these are all the examples.
25        Q    Can you think of --                         01:19:13
```

Page 95

```
 1                (Speaking simultaneously.)
 2        BY MS. WARREN:
 3            Q    Oh, sorry.
 4            A    Yes, sorry.  There could be some -- there
 5        could be some other examples.                    01:19:25
 6            Q    When you say "there could be some other
 7        examples," are you talking about the patent
 8        specification?
 9            A    Yes.
10            Q    But you can't point me to any of those    01:19:45
11        examples now?
12            A    Yeah, not right now.
13            Q    Okay.  So I want to ask about Figure 2C,
14        which is in Exhibit 1.
15            A    Figure --                               01:20:54
16            Q    2C, like cat.
17            A    Oh, okay.  Yeah, I -- I see Figure 2C, yes.
18            Q    Okay.  So in your report, which is
19        Exhibit 2 -- and I'm sorry for making you jump
20        around like this -- in your paragraph 40, you write  01:21:09
21        that there is a stationary set data structure.
22            A    Right.  I do -- I do remember this.
23            Q    Okay.  In your paragraph 40, it says that,
24        "The patent uses the symbol capital Z to denote both
25        the number of stationary states and the set of      01:21:43
```

Page 96

```
 1        stationary state limitation we've been discussing;

 2        is that right?

 3            A    Based on my recollection, yes, that's

 4        correct.

 5            Q    Okay.                                02:33:14

 6            A    The limitation appears -- well, obviously,

 7        this limitation appears in Plaintiff Claim 1,

 8        appears in Claim 11.  But the dependent Claims 4 and

 9        5 and maybe those that depend from Claim 11, they

10        have some similar limitations, but just -- there may 02:33:39

11        be a position stated that was decided, and -- so

12        there are some other -- maybe there are some

13        additional details, but at least Claims 1 and 11 it

14        is that limitation.

15            Q    Okay.  So why don't we start with just    02:33:58

16        Claims 1 and 11.  I think that's a fair -- a fair

17        point.  So let me ask it cleanly, just so I have it.

18                 With respect to Claims 1 and 11, your

19        report doesn't provide any opinions as to whether

20        the prior art discloses any of the claim limitations 02:34:14

21        other than 1.3, which we had defined as the primary

22        set of state limitation we've been discussing; is

23        that right?

24            A    Yes.

25            Q    So in this portion of your report, you're  02:34:29
```

Page 108

```
 1    respect to the Phillips reference; is that right?

 2        A    Yes.

 3        Q    Okay.  And here in paragraph 167 -- I can

 4    pull up the Phillips -- I'll ask the question first,

 5    and then we can pull up the reference together.   03:08:48

 6             Is it your opinion that the location

 7    history of a particular user is not a primary set of

 8    stationary states?

 9        A    Oh, the location history?

10        Q    Yeah.                                     03:09:08

11        A    Yeah, I -- I don't think it is.

12        Q    So in Phillips, why don't we -- why don't

13    we pull that up.  So -- sorry.  I'm trying to get

14    through -- we have a lot of references.  Why don't

15    we go ahead and mark this one, and if you can tell   03:09:33

16    me the exhibit number, that would be great.

17             (Exhibit No. 6 marked for identification.)

18    BY MS. WARREN:

19        Q    Okay.  So looking at Exhibit 6 -- and let

20    me make sure that you've got it.                    03:09:46

21        A    Just a second.

22        Q    Sure.

23        A    I'm downloading Phillips.

24        Q    Sure.

25        A    Now I've opened Phillips.                  03:10:03
```

                                                    Page 122

```
 1        Q     Okay.  Let's go to Column 4 at 24.

 2        A     Column 4, I'm there.

 3        Q     And at the end of this section, it says --

 4   wait.  Sorry.  Can you flip over for me?

 5             "The analysis engine may provide the        03:10:31

 6   ability to view location history or analyze location

 7   history."

 8             Is it your opinion that the ability to view

 9   location history or analyze location history is not

10   a primary set of stationary states?                    03:10:46

11        A     No, I don't see how this could be for --

12   ability is ability.  This is the ability to view

13   location history or analyze location history.  The

14   location history is not a primary set; so I don't

15   see here a primary set.                                03:11:27

16        Q     What about -- why don't we turn to

17   Column 6.  Sorry.  I am looking at two screens at

18   once; so if I'm waving my head around at you, that's

19   why.  I'm just trying to look on the bigger screen.

20             So in Column 6, we have the location of      03:11:50

21   user -- I'm sorry.  Figure 30, it's saying it's a

22   detailed display of the location information for one

23   particular user, and if we -- you can go ahead and

24   take a look at that, and we can look at that figure

25   together.                                              03:12:11
```

Page 123

```
1          A    Okay.  I mean, I -- I do see that that's

2     what Phillips says about Figure 30.

3          Q    And so this -- this figure where it shows,

4     sort of, locations for Jeff, I think it says really

5     teeny tiny up there that's not a primary set of        03:12:38

6     stationary states?

7          A    No.

8          Q    Let's go to Column 26, and I am looking at

9     line 46; so we're actually at the bottom over here.

10         A    Which column?                                 03:13:16

11         Q    46 to 51.  Oh, yeah, it's down here.  26 --

12    oh, that was the -- this is still Figure 30.

13              Okay.  So then we don't have to worry about

14    that one.  What about the total number of places

15    visited?  Phillips discloses that you can identify    03:13:34

16    the total number of places that are visited by a

17    particular user.  Does that not meet the primary

18    set?

19              MR. WIN:  Objection to form.

20              THE WITNESS:  No.  No, it doesn't.           03:13:54

21    BY MS. WARREN:

22         Q    Okay.  Maybe let's -- I'm just trying to be

23    conscious of time.  Well, okay.  Why don't we spend

24    just a couple of minutes on another reference, and

25    then I think we probably owe you a break after that.  03:14:25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1        states, and we had gotten to a point where I think

2        we had agreed that simply determining whether a

3        state is in the most frequent states was not enough,

4        that there was something additional that was

5        required.  And then you added two additional          03:48:08

6        somethings later on in your testimony; the first one

7        you added was GPS, and the other one was duration

8        and probability.  Do you remember that?

9            A    I do.

10           Q    So let's talk first about GPS, and really    03:48:27

11       where I think we should start is, if you have --

12       strike that.

13               If the system has already determined that a

14       stationary state is a most frequent stationary

15       state, something more is required; right?             03:48:47

16           A    Yes.  Something is -- I mean, something

17       more is required, yes.

18           Q    And when you say that GPS could be used,

19       what do you mean?

20           A    Well, these are examples of what could be    03:49:12

21       additional things.  I'm not saying necessarily you

22       have to use GPS, but you could use GPS.

23           Q    Okay.  Understood.

24           A    Or the system -- the system could use GPS.

25           Q    And how could the system use GPS to          03:49:35
```

                                                       Page 135

```
 1    question?

 2         Q    I just asked, is it in the set?

 3              MR. WIN:  Objection.  Form.

 4              THE WITNESS:  Very likely, it is.

 5    BY MS. WARREN:                                    04:09:14

 6         Q    Why?

 7         A    Because it hits more than 50 percent of the

 8    probability.

 9         Q    And so the level of confidence is what

10    leads to your determination that this is within the  04:09:35

11    set -- the primary set of stationary states?

12         A    This is one thing that -- is the example

13    you take into account, yes.

14         Q    So we looked at Table 6 together earlier,

15    and I asked you which of the 46 or 86 stationary    04:10:06

16    states for User 1 is within the primary set of

17    stationary states, and I think, at that time, you

18    said you did not know.  Do you know now?

19              MR. WIN:  Objection.  Form.

20              THE WITNESS:  Table 6 should show the total  04:10:25

21    number of -- what it intended to show, which ones of

22    these are in the primary set.

23    BY MS. WARREN:

24         Q    Okay.  So the total number of stationary

25    states is not the primary set of stationary states;  04:11:26
```

                                              Page 143

1    right?

2         A    Yes.

3         Q    And then what about Table 9?  Table 9 is

4    titled "Number of stationary states" -- no.  Go

5    up -- "Number of Stationary States to Account for      04:11:38

6    95 Percent of Stationary Time."  I'm sorry.  That's

7    Table 7.  Sorry.  That was Table 7.  I just said the

8    wrong number.  It's on the right-hand side in

9    Column 24.

10        A    Yes, yes, I found it.                         04:11:54

11        Q    And so which of these states for User 1 are

12   in the primary set of stationary states?

13        A    Well, it could be that all of these are in

14   primary set.

15        Q    It could be, or it is?                        04:12:28

16        A    It could be.

17        Q    Is there a reason why you can't tell me

18   that it is?

19             MR. WIN:  Objection.  Form.

20             THE WITNESS:  Because stationary states      04:13:04

21   that account for 95 percent of stationary time is

22   not the only consideration in determining a primary

23   set.

24   BY MS. WARREN:

25        Q    Can you scroll to Table 9?                    04:13:29

                                              Page 144

```
1          A    Table 9?

2          Q    Yeah, so -- sorry.  I was talking to

3     Sachli, but you too.

4               So for Table 9, this one is titled

5     "Location Context for Stationary States By Various     04:13:41

6     Approaches."  And here, if I understand correctly,

7     the specification is comparing the experiments on

8     eyeLock, which is the system described in the

9     specification, with two other preexisting systems;

10    right?                                                 04:14:02

11         A    Yes.

12         Q    Which of the states in Table 9 are the

13    primary set of stationary states?

14         A    Well, this doesn't show all the

15    considerations that go into determination of the       04:15:09

16    primary set.

17         Q    So looking at Table 9, you can't tell me

18    which of these states is within the primary set?

19              MR. WIN:  Objection.  Form.

20              THE WITNESS:  It doesn't show all the         04:15:34

21    considerations of -- it could be that -- some of

22    them, it could be that -- all of them.  It doesn't

23    show this.

24    BY MS. WARREN:

25         Q    Okay.  Let's --                               04:15:56
```

                                                    Page 145

1    BY MS. WARREN:

2        Q    Did you find 104?  It's long.  It's on

3    page 10.  Starts on 9.

4        A    So one second.  I -- let me -- Exhibit 8?

5        Q    Yes, that's right.  Exhibit 8, which should    04:18:09

6    be the Westerinen reference.

7        A    I downloaded -- I'm looking at Westerinen.

8        Q    And to be clear, you've reviewed Westerinen

9    before; right?

10       A    Yes, I have.  It is for -- it is during the    04:18:41

11   course of my work.

12       Q    Understood.  Meaning this is not your first

13   time reviewing it, I suppose?

14       A    Today is not the first time, of course.

15       Q    Okay.  So are you with me now at 104?         04:18:57

16       A    Yes.

17       Q    Okay.  In this section, I believe

18   Westerinen is explaining Figure 13, which it says

19   depicts a process for automatically generating a

20   labeling for a location or prompting a user to input    04:19:29

21   a label.  Do you see where it says that at the very

22   beginning of 104?

23       A    I do.

24       Q    So is it your opinion that automatically

25   generating a label for a location or prompting a        04:19:49

Page 147

1    user to input a label for a location does not meet

2    determining a primary set of stationary states?

3              MR. WIN:  Objection.  Form.

4              THE WITNESS:  Yes.

5    BY MS. WARREN:                                    04:20:52

6        Q    And just below -- it's actually on page 10.

7    Let me find you a line.  Oh, gosh.  There's no line

8    numbers.  Okay.  So --

9        A    Paragraph numbers.

10       Q    Yeah, it was just -- I'm sorry.  I was      04:21:10

11   trying to be more helpful than that, but all right.

12            So here we are.  It starts with, "In

13   another approach."  It's about -- it's at the fourth

14   line down on page 10 in paragraph 104.  It starts

15   with, "In another approach."  Do you see that?      04:21:26

16       A    Fourth line -- oh, yes.

17       Q    Yes.

18       A    I see it.

19       Q    Sorry.  Okay.

20            So here it says, "In another approach, the  04:21:34

21   mobile device automatically prompts the user to

22   provide a label for a particular location when the

23   location is visited frequently."  Do you see that?

24       A    I do.

25       Q    And so is it your opinion that             04:21:53

                                        Page 148

```
 1        automatically prompting the user to provide a label

 2        for a particular location when the location is

 3        visited frequently does not meet determining a

 4        primary set of stationary states?

 5                MR. WIN:  Objection.  Form.                    04:22:13

 6                THE WITNESS:  Yes, that is my opinion

 7        because the concept of primary set or an equivalent

 8        set -- so this concept is missing by Westerinen.

 9        There's a label, yes, and the label of the

10        particular location -- the --                         04:23:08

11                (Reporter clarification.)

12                THE WITNESS:  The label for a particular

13        location, when the location is visited frequently.

14        BY MS. WARREN:

15            Q    So is it -- okay.                             04:23:44

16                So it's your opinion that just storing

17        visited locations or the number of times a place is

18        visited over some period of time, that does not meet

19        determining a primary set of stationary states?

20            A    Sorry.  Are you talking about the same       04:24:08

21        paragraph of Westerinen?

22            Q    Yes.  So here it says -- actually, there's

23        more to this paragraph.  I suppose we can go through

24        it one by one.

25                After the portion we just read, it says, "A  04:24:18
```

Page 149

1    threshold number of times or for a threshold period

2    of time, including a minimum cumulative time over

3    multiple visits to the location and a minimum time

4    per visit."

5              So putting all of that together, keeping        04:24:35

6    all of this data regarding the frequency of visits,

7    the threshold number of times, and/or for a

8    threshold period of time, including a minimum

9    cumulative over multiple visits to the location,

10   that's not enough?                                        04:24:55

11       A    Well, these are --

12            (Reporter clarification.)

13            THE WITNESS:   Each of these are related.

14   But just like -- just like when the location is

15   visited frequently is related -- so each of these       04:25:32

16   are related, and what Westerinen says here is that

17   the mobile device automatically prompts the user to

18   provide the label.  But there is -- there is no set,

19   and -- there is no set.

20            (Reporter clarification.)                        04:26:26

21   BY MS. WARREN:

22       Q    So when you say that "there is no set," do

23   you mean that just storing the frequency or the

24   number of times that a mobile device has visited the

25   location does not meet this claim element?               04:26:46

Page 150

```
 1                    MR. WIN:  Objection.  Form.
 2                    THE WITNESS:  Excuse me.  Maybe it was a
 3         lot for me, or I -- but will you please repeat?
 4         BY MS. WARREN:
 5             Q    Yes.  So I can read it back.              04:27:04
 6                    When you say there's no set, do you mean
 7         that just storing the frequency or the number of
 8         times that a mobile device has visited a particular
 9         location does not meet this claim element?
10                    MR. WIN:  Objection.  Form.             04:27:25
11                    THE WITNESS:  Just storing the frequency of
12         the visits does not meet the claim element.
13         BY MS. WARREN:
14             Q    And what about where it says "a threshold
15         number of time"?  I think it means "times."  "A     04:27:50
16         threshold number of times and/or a threshold period
17         of times."  So here it's talking about the number of
18         times and the duration.  That's not enough either?
19             A    As far as the primary set, no.
20             Q    Okay.  Let's turn to paragraph 86.  Would  04:28:22
21         you move us to paragraph 86?  And Westerinen still,
22         and can you -- Exhibit 8.  Sorry.
23             A    I'm looking at paragraph 86.
24             Q    Okay.  And paragraph 86 says that patterns
25         can be determined, and here it says, "For example,  04:28:56
```

                                                    Page 151

```
1    locations which are visited repeatedly can be

2    determined by counting the number of times an

3    identifier of the location appears in the stored

4    data."  Do you see that?

5         A    I do.                              04:29:11

6         Q    Is determining which locations are visited

7    repeatedly by counting the number of times an

8    identifier of the location appears in the stored

9    data determining a primary set of stationary states?

10        A    No.                               04:29:34

11        Q    Let's spend just a couple more minutes on

12   Westerinen.  Your report -- paragraph 146.

13        A    146.

14        Q    Yes, that's right.  146 in your report,

15   which is still Exhibit 2.                   04:30:16

16             You say that Westerinen does not disclose a

17   transition state; right?

18        A    Yes.

19        Q    What is a transition state?

20        A    I think -- in paragraph 78 of my report, I  04:30:37

21   state, "Transition states are defined by a fixed

22   position time interval."

23             (Reporter clarification.)

24             THE WITNESS:  In parentheses, "tick," "an

25   initial stationary state and a final stationary      04:31:38
```

Page 152

1          I, DR. TODOR COOKLEV, do hereby declare

2     under penalty of perjury that I have read the

3     foregoing transcript, that I have made any

4     corrections as appear noted, in ink, initialed by

5     me, or attached hereto; that my testimony as

6     contained herein, as corrected, is true and correct.

7

8

9     EXECUTED this_____day of _____, 20___, at

10    _____,_____.
                                    (City)

11       (State)

12

13

14

15                          _____

                            DR. TODOR COOKLEV

16                          VOLUME I

17

18

19

20

21

22

23

24

25

                                              Page 160

1            I, the undersigned, a Certified Shorthand

2     Reporter of the State of California do hereby

3     certify:

4            That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were duly sworn; that a

8     verbatim record of the proceedings was made by me

9     using machine shorthand which was thereafter

10    transcribed under my direction; that the foregoing

11    transcript is an accurate transcription thereof.

12           I further certify I am neither financially

13    interested in the action nor a relative or employee

14    of any attorney or any of the parties.

15           IN WITNESS WHEREOF, I have this date

16    subscribed my name.

17

18           Dated:  May 26, 2023.

19

20

21

              KAYLA KNOWLES

22            CSR No. 14071

23

24

25

                                        Page 161

1    ERIKA WARREN, ESQ.

2    20-580@cases.warrenlex.com

3                                              MAY 26, 2023

4    RE:  WSOU INVESTMENTS, LLC vs. GOOGLE LLC

5    MAY 12, 2023, DR. TODOR COOKLEV, JOB NO. 5916787

6

7    The above-referenced transcript has been completed by

8    Veritext Legal Solutions and review of the transcript is being

9    handled as follows:

10

11   __  Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

12       to schedule a time to review the original transcript at

13       a Veritext office.

14

15   __  Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

16       Transcript - The witness should review the transcript and

17       make any necessary corrections on the errata pages included

18       below, notating the page and line number of the corrections.

19       The witness should then sign and date the errata and penalty

20       of perjury pages and return the completed pages to all

21       appearing counsel within the period of time determined at

22       the deposition or provided by the Code of Civil Procedure.

23

24

25

                                                Page 162

1    __   Waiving the CA Code of Civil Procedure per Stipulation of

2         Counsel - Original transcript to be released for signature

3         as determined at the deposition.

4

5    __   Signature Waived - Reading & Signature was waived at the

6         time of the deposition.

7

8    XX   Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

9         Transcript - The witness should review the transcript and

10        make any necessary corrections on the errata pages included

11        below, noting the page and line number of the corrections.

12        The witness should then sign and date the errata and penalty

13        of perjury pages and return the completed pages to all

14        appearing counsel within the period of time determined at

15        the deposition or provided by the Federal Rules.

16

17   __   Federal R&S Not Requested - Reading & Signature was not

18        requested before the completion of the deposition.

19

20

21

22

23

24

25

Page 163