IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | §<br>§<br>§<br>§   Case No. 6:20-cv-585 ADA<br>§<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§ |

**INDEX OF NON-CONFIDENTIAL DOCUMENTS TO GOOGLE'S MOTION TO STRIKE AND EXCLUDE CERTAIN OPINIONS OF TECHNICAL EXPERT DR TAMÁS BUDAVÁRI**

The following documents are publicly filed as attachments to the above-referenced sealed document:

1. Exhibits 1, 4 and 9
2. Order

Date: June 28, 2023

Respectfully submitted,

*/s/ T. Gregory Lanier*
T. Gregory Lanier (pro hac vice)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett (Texas Bar No. 24074372)
**Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile

    mikejones@potterminton.com
    shaunhassett@potterminton.com

    Tracy A. Stitt
    Edwin O. Garcia
    **Jones Day**
    51 Louisiana Avenue NW
    Washington, DC 20001
    +1 (202) 879-3641
    tastitt@jonesday.com
    edwingarcia@jonesday.com

    *Attorneys for Defendant Google LLC*