# EXHIBIT 4

**Transcript of WSOU's Tech Tutorial for the '961 Patent**

This tutorial provides an overview of the technology at issue in case number 6:20-cv-585 between Plaintiff Brazos licensing and development and defendant Google LLC as related to US Patent Number 8,737,961.

We'll start with a brief overview of the '961 patent and its relation to location-based services. The '961 Patent, which is directed to a method and apparatus for incrementally determining the location context of a mobile user, was filed on September 23rd, 2009, and granted on May 27th, 2014.

Service providers are often focused on how to improve customer engagement and marketing. Providers of services, including internet-based service providers and third party service providers such as app developers or retail businesses, may improve customer engagement by delivering content such as relevant ads, coupons, or other information to users in the right place at the right time. This can be accomplished by offering a particular service to a mobile user based on the user's current location.

For example, when a mobile user is near a Starbucks, advertisements for marketing notifications related to Starbucks may be delivered to that user in the form of SMS push notifications that might influence the user's engagement. In this example, the user's receipt of a digital coupon might result in an additional sale for Starbucks.

Continuing with this example, the location-based service provider—here, Starbucks—receives location information of the mobile user at a certain time. Based on the determination that the user is near or at a location of interest, like a Starbucks store, it delivers the ad or recommendation service to the user. A location-based service approach obviously requires the determination of a user's current location. A user's location information can be determined via various signal sources around the user's mobile device. For example, a mobile device may see or receive signal information from sources around it such as cellular base stations or Wi-Fi access points.

Further, location information can also be determined from the global positioning system, or GPS. Geofencing is the use of received location information to create a virtual geographic area within certain boundaries. Geofencing is used to determine when a mobile device enters or leaves that geographic area. At its simplest, that virtual geographic area may be determined from map coordinates, such as longitude and latitude and a given radius. A location-based service provider can determine whether the mobile device is moving outside a geofence boundary or is remaining stationary within the geofence boundary at a particular time from examining the signal data that it receives from the mobile device. That signal data may include geographic data about the signal sources around that mobile device at a given time.

Here you can see one of the claims asserted in this case, claim 1 of the '961 patent. The following example illustrates how geofencing-based services are delivered in the context of the '961 patent.

The mobile device sends signal data to the location-based service provider. The location-based service provider determines that the mobile device is not moving outside a specified area from observing the signal data for different times within a duration. The location-based service provider increments a count that is associated with the specified area. The location-based service

1

provider determines whenever the device enters a specified area that has an associated frequently incremented count. The location-based service provider then pushes the location-based service such as a marketing notification.