# EXHIBIT 9

# Geofencing

- **Geofencing** is the use of location information to create a virtual geographic boundary, enabling system to trigger a response when a mobile device enters or leaves a specified virtual geographic area.
- The location-based service provider can determine whether the mobile device is moving outside a specified area or not based on the received signal data.




7