IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT | § § § § | CIVIL ACTION NO. 6:20-cv-585[ADA] |
| v. | § § | |
| GOOGLE LLC | § § | |

**ORDER GRANTING GOOGLE LLC'S MOTION TO STRIKE AND EXCLUDE THE NEW INFRINGEMENT THEORIES UNRELATED TO PLAINITFF'S INFRINGEMENT CONTENTIONS OF WSOU'S TECHNICAL EXPERT DR. TAMÁS BUDAVÁRI**

Before the Court is Google's Motion to Strike and Exclude the New Infringement Theories Unrelated to Plaintiff's Infringement Contentions of WSOU's Technical Expert Dr. Tamás Budavári. After consideration of said motion, the Court finds that it is well-taken and should be GRANTED.

**SIGNED** on this _____ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE