# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) ) Case No. 6:20-cv-00585-ADA |
| Plaintiff, | ) ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| GOOGLE, LLC | ) ) |
| Defendant | ) ) ) |

## ORDER DENYING GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 8,737,961

This matter came before the Court on Defendant Google, LLC's Motion for Summary Judgment of Invalidity of U.S. Patent No. 8,737,961. (Dkt. 168).

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be denied.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE