# EXHIBIT C

PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20-cv-00585-ADA

WSOU Investments LLC v. Google LLC
Assigned to: Judge Alan D Albright
Cause: 35:271 Patent Infringement

Date Filed: 06/29/2020
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**WSOU Investments LLC**
*doing business as*
Brazos Licensing and Development

represented by **Alden K. Lee**
Folio Law Group PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
(206) 880-1802
Email: alden.lee@foliolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cliff Win , Jr.**
Folio Law Group PLLC
1200 Westlake Ave. N.
Ste. 809
Seattle, WA 98109
415-810-6754
Email: cliff.win@foliolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Crawford Maclain Wells**
Folio Law Group PLLC
California
2376 Pacific Ave.
San Francisco, CA 94115
415-562-8632
Email: maclain@foliolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Leon Carter**
Carter Arnett PLLC
8150 N. Central Expressway

| | | |
|---|---|---|
| | | pleading, motion, or other submission is required, an executed copy of the proposed pleading, motion, or other submission shall be filed as an exhibit to the motion for leave. This was not done for 120 Joint MOTION TO SUBMIT SUPPLEMENTAL EXHIBIT, and, in the event that the Motion to Supplement is denied, the sealed document at 121 will be stricken. Please plan to adhere to local rules in future filings (lad) (Entered: 08/03/2022) |
| 08/03/2022 | | Text Order GRANTING 107 Sealed Motion entered by Judge Alan D Albright. This matter came before the Court on Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development (Brazos)s Opposed Motion for Leave to File an Amended Complaint and Serve Amended Infringement Contentions. Having considered the Motion and supporting documents, this Court ORDERS that the motion be granted. Brazos is further granted leave to serve Defendant Google, LLC with its Amended Infringement Contentions. Given the Courts Order Granting Leave to File an Amended Complaint and Serve Amended Infringement Contentions, the hearing currently set for Thursday, August 4 is HEREBY CANCELLED. The parties are FURTHER ORDERED to meet and confer to narrow the outstanding discovery issues and submit an updated chart to the Court. The parties are FURTHER ORDERED to meet and confer to jointly propose a new schedule that opens discovery and extends the trial date to 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JGlc) (Entered: 08/03/2022) |
| 08/15/2022 | 122 | Joint MOTION for Entry of Scheduling Order Deadlines by WSOU Investments LLC. (Attachments: # 1 Proposed Order)(Abraham, Joseph) (Entered: 08/15/2022) |
| 08/15/2022 | 123 | DEFICIENCY NOTICE: re 122 Joint MOTION for Entry of Scheduling Order Deadlines (lad) (Entered: 08/15/2022) |
| 08/15/2022 | 124 | Proposed Order *(Corrected)* to 122 Joint MOTION for Entry of Scheduling Order Deadlines by WSOU Investments LLC. (Abraham, Joseph) (Entered: 08/15/2022) |
| 09/16/2022 | | Parties shall comply with Judge Albright's updated standing orders available by clicking the included hyperlinks.<br><br>The updated orders are as follows:<br>1. Standing Order Governing Proceedings Patent Cases,<br>2. Amended Standing Order On Pretrial Procedures and Requirements in Civil Cases.<br>(bot4) (Entered: 09/17/2022) |
| 09/20/2022 | 125 | ORDER GRANTING 122 Motion for Entry of Scheduling Order. Markman Hearing set for 1/18/2023 09:00 AM before Judge Alan D Albright, Dispositive/Daubert Motions due by 5/10/2023, Pretrial Conference set for 7/12/2023 before Judge Alan D Albright, Jury Selection set for 7/31/2023 before Judge Jeffrey C. Manske, Jury Trial set for 7/31/2023 before Judge Alan D Albright, Signed by Judge Alan D Albright. (lad) (Entered: 09/20/2022) |
| 09/20/2022 | | Text Order MOOTING 120 Joint Motion to Submit Supplemental Exhibit. On August 3, 2022, the Court granted 107 Sealed Motion, rendering this motion MOOT. Entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (EKlc) (Entered: 09/20/2022) |