# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC<br><br>Defendant | Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 8,737,961

This matter came before the Court on Defendant Google, LLC's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,737,961. (Dkt. 171).

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be denied.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE