<u>"CORRECTED" CERTIFICATE OF SERVICE</u>

I certify that the Plaintiff's Opposition to Defendant's Motion to Exclude Opinions and Testimony of Plaintiff's Damages Expert Justin R. Blok was served on all counsel of record via electronic mail on July 26, 2023.

<u>/s/ Greg Love</u>
Greg Love
