# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§ Civil Case No. 6:20-cv-580-ADA<br>§ Civil Case No. 6:20-cv-585-ADA<br>§<br>§<br>§<br>§<br>§ |

## ATTACHMENT TO MOTIONS TO APPEAR PRO HAC VICE
## FOR ISRAEL SASHA MAYERGOYZ

This attachment to the Motion to Appear Pro Hac Vice for Israel Sasha Mayergoyz corrects the address to said motions. The correct address is follows:

JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, Illinois 60606

This is the only correction to Mr. Mayergoyz's Motions to Appear Pro Hac Vice in the above referenced matters.

*/s/ Shaun W. Hassett*
Shaun W. Hassett
SBN: 24074372
POTTER MINTON
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-531-3972
shaunhassett@potterminton.com
