IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>v.<br><br>GOOGLE LLC, | § § § § § § § § § Case No. 6:20-cv-585-ADA<br><br>JURY TRIAL DEMANDED |

### INDEX OF NON-CONFIDENTIAL DOCUMENTS TO DEFENDANT GOOGLE LLC'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF US PATENT NO. 8,737,961

The following documents are publicly filed as attachments to the above-referenced sealed reply:

1. Declaration of Sachli Balazadeh-Nayeri
2. Exhibit 10

Date: August 11, 2023

Respectfully submitted,

*/s/ Erika Warren, with permission by Shaun W. Hassett*

T. Gregory Lanier (pro hac vice)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett (Texas Bar No. 24074372)
**Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
shaunhassett@potterminton.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679)
Erika Warren (California Bar No. 295570)
Francesca Miki Shima Germinario (California Bar No. 326208)
Virginia G. Kain (California Bar No. 344545)
Sachli Balazadeh-Nayeri (California Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-585@cases.warrenlex.com

*Attorneys for Defendant Google LLC*