IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | Case No. 6:20-cv-585-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

## DECLARATION OF SACHLI BALAZADEH-NAYERI IN SUPPORT OF REPLY IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 8,737,961

I, Sachli Balazadeh-Nayeri, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and am an attorney at the law firm of Warren Lex LLP, counsel for Google LLC.  I am over the age of 18, have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition Transcript of Dr. Todor Cooklev, dated May 12, 2023, annotated with highlighting in accordance with the Court's Standing Order Governing Proceedings 4.3 § X.11.

3. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition Transcript of Dr. Tamás Budavári, dated May 25, 2023, annotated with highlighting in accordance with the Court's Standing Order Governing Proceedings 4.3 § X.11.  Exhibit 11

contains information designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 54); Google accordingly files it under seal.

4. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Expert Report of Dr. Tamás Budavári Regarding Infringement of U.S. Patent No. 8,737,961 by Google LLC, dated March 29, 2023. Exhibit 12 contains information designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" and "RESTRICTED - CONFIDENTIAL SOURCE CODE" under the Court's Protective Order (Docket No. 54); Google accordingly files it under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2023 in San Francisco, California.

_____
Sachli Balazadeh-Nayeri