# EXHIBIT 10

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE WESTERN DISTRICT OF TEXAS
 3                          WACO DIVISION
 4
                                          )
 5     WSOU INVESTMENTS, LLC              )
       d/b/a, BRAZOS LICENSING AND        )
 6     DEVELOPMENT                        )
                                          )
 7                       Plaintiff,       )
                                          )  Case No.
 8              vs.                       )  6:20-cv-585-ADA
                                          )
 9     GOOGLE LLC,                        )
                                          )
10                       Defendant.       )
11
12
13     _____
14
15          VIDEOTAPED DEPOSITION OF DR. TODOR COOKLEV
16                      Zoom Videoconference
17                         May 12, 2023
18                           Volume I
19
20
21     Reported by:
       KAYLA M. KNOWLES
22     CSR No. 14071
23     Job No. 5916878
24
25


                                                    Page 1
```

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF TEXAS
 2                          WACO DIVISION
 3                                     )
     WSOU INVESTMENTS, LLC              )
 4   d/b/a, BRAZOS LICENSING AND        )
     DEVELOPMENT                        )
 5                                      )
                     Plaintiff,         )
 6                                      )  Case No.
                 vs.                    )  6:20-cv-585-ADA
 7                                      )
     GOOGLE LLC,                        )
 8                                      )
                     Defendant.         )
 9
10
     _____
11
12
13           Videotaped deposition of DR. TODOR COOKLEV,
14   Volume I, taken on behalf of Defendant, through Zoom
15   Videoconference, beginning at 9:11 p.m., and ending
16   at 4:50 p.m., on Friday, May 12, 2023, before Kayla
17   Knowles, Certified Shorthand Reporter No. 14071.
18
19
20
21
22
23
24
25
                                                         Page 2
```

```
 1      APPEARANCES:
 2      For Plaintiff:
 3        FOLIO LAW GROUP PLLC
          By:  CLIFF WIN, JR., Attorney at Law
 4        1200 Westlake Avenue N, Suite 809
          Seattle, Washington 98109-3590
 5        (415) 340-2035
          cliff.win@foliolaw.com
 6
 7      For Defendants:
 8        WARREN LEX LLP
          By:  ERIKA WARREN, Attorney at Law
 9        By:  SACHLI BALAZADEH-NAYERI, Attorney at Law
          2261 Market Street, No. 606
10        San Francisco, California, 94114
          (415) 895-2940
11        20-580@cases.warrenlex.com
12
        Also Present:
13
          Jefree Anderson, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 3
```

1          THE WITNESS:  Well, what I mean is the
2    patent mentions active mode.
3          (Reporter clarification.)
4    BY MS. WARREN:
5       Q    So in passive mode, there is an additional          12:35:57
6    step where, based on content, the system can
7    determine whether or not a stationary state is a
8    member of the primary set of stationary states?
9       A    That could be additional information that
10   the system takes into account, yes.                         12:36:36
11      Q    If you wanted to implement this embodiment,
12   this passive mode, how would you do it?
13         MR. WIN:  Objection.  Form.
14         THE WITNESS:  In this precise question, as
15   asked, it is -- it is infringement-related because          12:37:01
16   you're asking me now how would I implement, and the
17   specification provides sufficient guidance.
18         (Reporter clarification.)
19   BY MS. WARREN:
20      Q    And so my question -- oh, sorry.                    12:37:39
21      A    Yeah, the specification provides sufficient
22   guidance, how a person of ordinary skill in the art
23   would implement the invention, but I have not
24   performed a detailed analysis from this perspective.
25   I did not have the task to sit down and implement it        12:38:07

Page 78

```
 1      into account to determine whether a stationary state
 2      should be a member of the primary set of stationary
 3      states?
 4              MR. WIN:  Objection.  Form.
 5              THE WITNESS:  I'm not sure I agree with          12:47:23
 6      this.  Here in Column 8 -- a passive mode and an
 7      active mode are described in Column 8.
 8              (Reporter clarification.)
 9              THE WITNESS:  And according to the passive
10      mode, a server can listen to the content pushed out    12:48:07
11      from the device.  And based on this content, the
12      information can be derived.
13              In the active mode, the user is prompted or
14      polled to derive -- there are two examples.  And the
15      initial driver for this is when the system believes    12:48:35
16      that a stationary state is of some importance.
17      BY MS. WARREN:
18          Q   So I have two separate questions in
19      response to what you just said.  The first one is:
20      To clarify, I understand that passive and active      12:48:56
21      mode are two different things.  In the passive mode,
22      when the system is listening to content pushed out
23      from the device, what content informs whether or not
24      a particular stationary state is a member of the
25      primary set?                                            12:49:20
```

Page 83

```
 1         A    Any type of content that pushed out from
 2    the device could be used, it seems to me.  What
 3    exactly is a set, I did not analyze this.  But any
 4    type of content.
 5         Q    And what about that content would tell you      12:50:13
 6    whether the stationary state is a member of the
 7    primary set of stationary states or not?
 8         A    Now, any type of content can be used for
 9    this.
10         Q    Can be used for what?                           12:51:11
11         A    Can be used to derive additional
12    information.
13         Q    What additional information would you need
14    to determine whether a particular stationary state
15    is a member of the primary set of stationary states?     12:51:38
16         A    According to the passive modes, for
17    example, what is pushed out from the mobile device.
18         Q    So there's no specific category of
19    information that you think is particularly important
20    to collect in order to determine whether or not a        12:52:38
21    particular stationary state is a member of the
22    primary set?
23         A    Yeah, any type of content can be used.
24         Q    Let's say you got a step count from the
25    mobile device.  Could that content be used to            12:53:11
```

Page 84

```
 1    example.  It seems to me that any type of content --
 2    the type of content that we've been talking about,
 3    that any type would be -- could be used here, and I
 4    did not consider specific examples.
 5    BY MS. WARREN:                                          01:17:03
 6        Q    If any type of content could be used, would
 7    any type of content confirm that a particular
 8    stationary state is a member of the primary set?
 9            MR. WIN:  Objection.  Form.
10            THE WITNESS:  I -- no.  I think the answer      01:17:20
11    to your question is no.
12    BY MS. WARREN:
13        Q    Okay.  Let me -- are there any other
14    examples that we have not yet discussed of how a
15    person of skill in the art would understand how to     01:17:50
16    implement the determining of a primary set of
17    stationary states?
18        A    In general, there is an additional step
19    to -- after determining that a stationary state is
20    among the most frequent stationary states.  So as      01:18:34
21    far as what this additional step could involve,
22    these are -- these are certainly some examples of --
23    I'm just -- I don't know that I can agree right now
24    that these are all the examples.
25        Q    Can you think of --                            01:19:13
```

Page 95

```
 1    associated address are within the primary set of
 2    stationary states?
 3            MR. WIN:  Objection.  Misstates testimony.
 4            THE WITNESS:  Whether all what?
 5    BY MS. WARREN:                                          03:59:30
 6        Q   Are all most frequent states that have an
 7    associated GPS location, like a street address,
 8    within the primary set of stationary states?
 9        A   I wouldn't say that.  I wouldn't say that
10    all of them have a GPS address.  But this is -- just   03:59:55
11    the GPS can provide further context.
12        Q   How does knowing the street address
13    determine whether something is or is not within the
14    primary set?
15            MR. WIN:  Objection to form.                    04:00:23
16            THE WITNESS:  It provides for the context.
17    Maybe one way is to verify that -- by verifying that
18    it is a valid address.  And this is one way.
19    BY MS. WARREN:
20        Q   So if a stationary state is a most frequent   04:00:55
21    stationary state and has a valid street address, is
22    that a member of the primary set of stationary
23    states?
24            MR. WIN:  Objection to form.
25            THE WITNESS:  It -- it could be.               04:01:11
```

Page 140

```
 1    user to input a label for a location does not meet
 2    determining a primary set of stationary states?
 3            MR. WIN:  Objection.  Form.
 4            THE WITNESS:  Yes.
 5    BY MS. WARREN:                                        04:20:52
 6       Q    And just below -- it's actually on page 10.
 7    Let me find you a line.  Oh, gosh.  There's no line
 8    numbers.  Okay.  So --
 9       A    Paragraph numbers.
10       Q    Yeah, it was just -- I'm sorry.  I was        04:21:10
11    trying to be more helpful than that, but all right.
12            So here we are.  It starts with, "In
13    another approach."  It's about -- it's at the fourth
14    line down on page 10 in paragraph 104.  It starts
15    with, "In another approach."  Do you see that?        04:21:26
16       A    Fourth line -- oh, yes.
17       Q    Yes.
18       A    I see it.
19       Q    Sorry.  Okay.
20            So here it says, "In another approach, the    04:21:34
21    mobile device automatically prompts the user to
22    provide a label for a particular location when the
23    location is visited frequently."  Do you see that?
24       A    I do.
25       Q    And so is it your opinion that                04:21:53
```

Page 148

```
 1      automatically prompting the user to provide a label
 2      for a particular location when the location is
 3      visited frequently does not meet determining a
 4      primary set of stationary states?
 5              MR. WIN:  Objection.  Form.                    04:22:13
 6              THE WITNESS:  Yes, that is my opinion
 7      because the concept of primary set or an equivalent
 8      set -- so this concept is missing by Westerinen.
 9      There's a label, yes, and the label of the
10      particular location -- the --                          04:23:08
11              (Reporter clarification.)
12              THE WITNESS:  The label for a particular
13      location, when the location is visited frequently.
14      BY MS. WARREN:
15          Q   So is it -- okay.                              04:23:44
16              So it's your opinion that just storing
17      visited locations or the number of times a place is
18      visited over some period of time, that does not meet
19      determining a primary set of stationary states?
20          A   Sorry.  Are you talking about the same         04:24:08
21      paragraph of Westerinen?
22          Q   Yes.  So here it says -- actually, there's
23      more to this paragraph.  I suppose we can go through
24      it one by one.
25              After the portion we just read, it says, "A   04:24:18
```

Page 149

1  threshold number of times or for a threshold period
2  of time, including a minimum cumulative time over
3  multiple visits to the location and a minimum time
4  per visit."
5          So putting all of that together, keeping                    04:24:35
6  all of this data regarding the frequency of visits,
7  the threshold number of times, and/or for a
8  threshold period of time, including a minimum
9  cumulative over multiple visits to the location,
10 that's not enough?                                                  04:24:55
11      A    Well, these are --
12          (Reporter clarification.)
13          THE WITNESS:  Each of these are related.
14 But just like -- just like when the location is
15 visited frequently is related -- so each of these                   04:25:32
16 are related, and what Westerinen says here is that
17 the mobile device automatically prompts the user to
18 provide the label.  But there is -- there is no set,
19 and -- there is no set.
20          (Reporter clarification.)                                  04:26:26
21 BY MS. WARREN:
22      Q    So when you say that "there is no set," do
23 you mean that just storing the frequency or the
24 number of times that a mobile device has visited the
25 location does not meet this claim element?                          04:26:46

```
1                I, DR. TODOR COOKLEV, do hereby declare
2       under penalty of perjury that I have read the
3       foregoing transcript, that I have made any
4       corrections as appear noted, in ink, initialed by
5       me, or attached hereto; that my testimony as
6       contained herein, as corrected, is true and correct.
7
8
9       EXECUTED this_____day of _____, 20____, at
10      _____,_____.
                                        (City)
11         (State)
12
13
14
15                                  _____
                                    DR. TODOR COOKLEV
16                                  VOLUME I
17
18
19
20
21
22
23
24
25
```

Page 160

1            I, the undersigned, a Certified Shorthand
2     Reporter of the State of California do hereby
3     certify:
4            That the foregoing proceedings were taken
5     before me at the time and place herein set forth;
6     that any witnesses in the foregoing proceedings,
7     prior to testifying, were duly sworn; that a
8     verbatim record of the proceedings was made by me
9     using machine shorthand which was thereafter
10    transcribed under my direction; that the foregoing
11    transcript is an accurate transcription thereof.
12           I further certify I am neither financially
13    interested in the action nor a relative or employee
14    of any attorney or any of the parties.
15           IN WITNESS WHEREOF, I have this date
16    subscribed my name.
17
18           Dated:  May 26, 2023.
19
20
21
                                KAYLA KNOWLES
22                              CSR No. 14071
23
24
25

Page 161