IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00572-ADA |
| | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, | |
| | Case No. 6:20-cv-00584-ADA |
| v. | |
| | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC, | |
| | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

**JOINT MOTION TO EXTEND PRETRIAL SUBMISSIONS DEADLINE**

Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development and Defendant Google LLC hereby jointly submit this Motion requesting an extension of the joint pretrial order and pretrial submissions (jury instructions, exhibit lists, discovery and deposition designations) deadline from August 16, 2023 to August 30, 2023.  In view of the Court's recent Order rescheduling the Pretrial Conference to from September 11, 2023 to September 18, 2023, and the additional time afforded therein, the parties respectfully submit that the requested extension would permit the parties additional time to meet and confer in an effort to minimize disputes presented to the Court in the joint pretrial order and pretrial submissions.  Nothing in this Motion affects any other deadlines pursuant to the Federal Rules of Civil Procedure, the Court's local rules, and the Court's Scheduling Orders (Case No. 6:20-cv-572, Dkt. 178; Case No: 6:20-cv-580, Dkt. 192; Case No. 6:20-cv-584, Dkt. 176; Case No. 6:20-cv-585, Dkt. 186).

| | |
|---|---|
| Date: August 14, 2023 | Respectfully submitted, |

| | |
|---|---|
| /s/ Alexandra Fellowes with permission, by Shaun W. Hassett | /s/ Shaun W. Hassett |
| Joseph M. Abraham, TX SB No. 24088879<br>Timothy Dewberry, TX Bar No. 24090074<br>**FOLIO LAW GROUP PLLC**<br>13492 Research Blvd., Suite 120, No. 177<br>Austin, TX 78750<br>Tel: 737-234-0201<br>Email: joseph.abraham@foliolaw.com<br>        timothy.dewberry@foliolaw.com | Michael E. Jones (State Bar No. 10929400)<br>mikejones@potterminton.com<br>Shaun W. Hassett  (State Bar No. 24074372)<br>shaunhassett@potterminton.com<br>**POTTER MINTON, P.C.**<br>102 North College, Suite 900<br>Tyler, Texas, 75702<br>(903) 597-8311<br>(903) 593-0846 facsimile |
| Cliff Win, CA Bar No. 270517<br>Alexandra Fellowes, CA Bar. No. 261929<br>C. Maclain Wells, CA Bar No. 221609<br>**FOLIO LAW GROUP PLLC**<br>1200 Westlake Ave. N., Ste. 809<br>Seattle, WA 98109<br>Tel: (206) 880-1802<br>Email: cliff.win@foliolaw.com<br>        alexandra.fellowes@foliolaw.com<br>        maclain@foliolaw.com | T. Gregory Lanier<br>(California Bar No. 138784) (*pro hac vice*)<br>tglanier@jonesday.com<br>Walter Mostowy<br>(California Bar No. 341454) (*pro hac vice*)<br>wmostowy@jonesday.com<br>**JONES DAY**<br>1755 Embarcadero Road<br>Palo Alto, California, 94303<br>(650) 739-3939<br>(650) 739-3900 facsimile |
| Gregory P. Love<br>State Bar No. 24013060<br>Mark D. Siegmund<br>State Bar No. 24117055<br>Melissa S. Ruiz<br>State Bar No. 24128097<br>**Cherry Johnson Siegmund James**<br>400 Austin Ave., Ste. 9th Floor<br>Waco, TX 76701<br>Tel: 254-732-2242<br>Email: glove@cjsjlaw.com<br>        msiegmund@cjsjlaw.com<br>        mruiz@cjsjlaw.com | Sasha Mayergoyz<br>(Illinois Bar No. 6271800) (*pro hac vice*)<br>smayergoyz@jonesday.com<br>**JONES DAY**<br>110 N. Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>(312) 782-3939<br>(312) 782-8585 facsimile |
| *Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development* | Tracy A. Stitt<br>(D.C. Bar No. 1015680) (*pro hac vice*)<br>tastitt@jonesday.com<br>Edwin O. Garcia<br>(Texas Bar No. 24097726) (*pro hac vice*)<br>edwingarcia@jonesday.com<br>Daniele San Román<br>(D.C. Bar No. 1673021) (*pro hac vice*)<br>dsanroman@jonesday.com<br>**JONES DAY** |

51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
(202) 626-1700 facsimile

Rita J. Yoon
(Illinois Bar No. 6298019) (*pro hac vice*)
ryoon@jonesday.com
Michael A. Lavine
(California Bar No. 321727) (*pro hac vice*)
mlavine@jonesday.com
**JONES DAY**
555 California Street 26th Floor
San Francisco, California 94104
(415) 626-3939
(415) 875-5700 facsimile

Matthew S. Warren
(California Bar No. 230565)
Jennifer A. Kash
 (California Bar No. 203679)
Erika Warren
(California Bar No. 295570)
Francesca Miki Shima Germinario
(California Bar No. 326208)
Virginia G. Kain (
California Bar No. 344545)
Sachli Balazadeh-Nayeri
(California Bar No. 341885)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com
***Attorneys for Defendant Google LLC***