UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments, LLC

vs.

Google LLC

Case No.: 6:20cv00585-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Edwin O. Garcia__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Google LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Jones Day__ with offices at:

   Mailing address: __51 Louisiana Avenue, N.W.__

   City, State, Zip Code: __Washington, D.C. 20001__

   Telephone: __(202) 879-3695__   Facsimile: __(202) 626-1700__

2. Since __May 2015__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__.

   Applicant's bar license number is __24097726__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Texas Supreme Court | November 6, 2015 |
   | U.S. Court of Appeals for Fed. Circuit | July 11, 2019 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-00572-ADA on the 23 day of March, 2021.

Number: 6:20-cv-00573-ADA on the 20 day of August, 2021.

Number: 6:20-cv-00574-ADA on the 20 day of August, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

**Additional Cases in this District Court to which
Edwin O. Garcia has previously applied to appear Pro Hac Vice**

Number: 6:20-cv-00575-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00576-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00577-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00578-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00579-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00581-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00582-ADA on the 20 day of August, 2021.
Number: 6:20-cv-00584-ADA on the 20 day of August, 2021.
Number: 6:21-cv-00569-ADA on the 31 day of May, 2022.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones of Potter Minton, P.C.

Mailing address: 102 North College, Suite 900

City, State, Zip Code: Tyler, TX 75702

Telephone: (903) 597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Edwin O. Garcia to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Edwin O. Garcia
[printed name of Applicant]

*Edwin Garcia*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of August 2023.

Edwin O. Garcia
[printed name of Applicant]

*Edwin Garcia*
[signature of Applicant]