# Ex. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00584-ADA |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | |
| *Defendant.* | |

**PLAINTIFF BRAZOS LICENSING & DEVELOPMENT'S TRIAL WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(a)(1) and the parties' June 7, 2023, proposed Amended Scheduling Order, Plaintiff Brazos Licensing & Development ("Plaintiff") serves this Trial Witness List for identification and categorization of trial witnesses. Plaintiff expressly reserves the right to revise or supplement this list. Plaintiff also reserves the right to call any witness identified on Defendant's witness list.

At this time, Plaintiff Brazos Licensing & Development identifies the following witnesses for trial, listed in the approximate order in which Plaintiff intends to call them and the estimated time for their examination pursuant to the Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases:

| Witness | (A) Will Call Live | (B) May Call Live | (C) Will Call by Deposition | (D) May Call by Deposition | Estimated Time (Minutes) |
|---|---|---|---|---|---|
| Craig Etchegoyen |  | X |  |  | 30 |
| Stu Shanus |  | X |  |  | 30 |
| Terhi Rautiainen |  | X |  |  | 30 |
| Ozer Teitelbaum |  | X |  |  | 15 |
| Andrew Felch |  |  |  | X | 20 |
| Marci Meingast |  |  |  | X | 20 |
| Brandon Barbello |  |  |  | X | 20 |
| Krishan Gupta |  |  |  | X | 20 |
| Dr. Jeremy Cooperstock | X |  |  |  | 120 |
| Matthew Gubiotti |  |  |  | X | 10 |
| Mark McMillan |  |  |  | X | 10 |
| Michael Maigret |  |  |  | X | 10 |
| Mark Alexander |  |  |  | X | 15 |
| Chase Perry | X |  |  |  | 100 |
| Google Company Witness |  | X |  |  | 60 |

Date: June 28, 2023                              Respectfully submitted,


                                                 */s/ Joseph M. Abraham*
                                                 Joseph M. Abraham, TX SB No. 24088879
                                                 Timothy Dewberry, TX Bar No. 24090074
                                                 **FOLIO LAW GROUP PLLC**
                                                 13492 Research Blvd., Suite 120, No. 177
                                                 Austin, TX 78750
                                                 Tel: 737-234-0201
                                                 Email: joseph.abraham@foliolaw.com
                                                        timothy.dewberry@foliolaw.com

                                                 Cliff Win, CA Bar No. 270517
                                                 Alexandra Fellowes, CA Bar. No. 261929
                                                 C. Maclain Wells, CA Bar No. 221609
                                                 Aaron Weisman, WA Bar No. 56724
                                                 **FOLIO LAW GROUP PLLC**
                                                 1200 Westlake Ave. N., Ste. 809
                                                 Seattle, WA 98109
                                                 Tel: (206) 880-1802
                                                 Email: cliff.win@foliolaw.com
                                                        alexandra.fellowes@foliolaw.com
                                                        maclain@foliolaw.com
                                                        aaron.weisman@foliolaw.com

                                                 Gregory P. Love
                                                 State Bar No. 24013060
                                                 Mark D. Siegmund
                                                 State Bar No. 24117055
                                                 Melissa S. Ruiz
                                                 State Bar No. 24128097
                                                 **Cherry Johnson Siegmund James**
                                                 400 Austin Ave., Ste. 9th Floor
                                                 Waco, TX 76701
                                                 Tel: 254-732-2242
                                                 Email: glove@cjsjlaw.com
                                                        msiegmund@cjsjlaw.com
                                                        mruiz@cjsjlaw.com


                                                 *Attorneys for Plaintiff WSOU Investments,
                                                 LLC d/b/a Brazos Licensing &
                                                 Development*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of June, 2023, I caused the foregoing to be served via email to all counsel of record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
