IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:20-cv-00572-ADA <br><br> Case No. 6:20-cv-00580-ADA <br><br> Case No. 6:20-cv-00584-ADA <br><br> Case No. 6:20-cv-00585-ADA <br><br> **JURY TRIAL DEMANDED** |
| *Plaintiff,* | | |
| v. | | |
| GOOGLE LLC, | | |
| *Defendant.* | | |

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development and Defendant Google LLC hereby jointly submit this Motion requesting an extension of the deadlines to submit (1) the joint pretrial order and pretrial submissions (jury instructions, exhibit lists, discovery and deposition designations) and (2) a joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in *Limine*. The parties respectfully request that the deadline of these events be extended from August 30, 2023 to September 5, 2023 to allow the parties additional time to meet and confer in an effort to minimize disputes presented to the Court in the joint pretrial order and pretrial submissions.

The parties' request is made via motion in view of the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines and that this request results in the extension of deadlines at least one month prior to the scheduled Final Pretrial Conference.

| | |
|---|---|
| Date: August 31, 2023 | Respectfully submitted, |

*/s/ Joseph M. Abraham*                                          */s/ Shaun W. Hassett*

| | |
|---|---|
| Joseph M. Abraham, TX SB No. 24088879<br>Timothy Dewberry, TX Bar No. 24090074<br>**FOLIO LAW GROUP PLLC**<br>13492 Research Blvd., Suite 120, No. 177<br>Austin, TX 78750<br>Tel: 737-234-0201<br>Email: joseph.abraham@foliolaw.com<br>           timothy.dewberry@foliolaw.com<br><br>Cliff Win, CA Bar No. 270517<br>Alexandra Fellowes, CA Bar. No. 261929<br>C. Maclain Wells, CA Bar No. 221609<br>**FOLIO LAW GROUP PLLC**<br>1200 Westlake Ave. N., Ste. 809<br>Seattle, WA 98109<br>Tel: (206) 880-1802<br>Email: cliff.win@foliolaw.com<br>           alexandra.fellowes@foliolaw.com<br>           maclain@foliolaw.com<br><br>Gregory P. Love<br>State Bar No. 24013060<br>Mark D. Siegmund<br>State Bar No. 24117055<br>Melissa S. Ruiz<br>State Bar No. 24128097<br>**Cherry Johnson Siegmund James**<br>400 Austin Ave., Ste. 9th Floor<br>Waco, TX 76701<br>Tel: 254-732-2242<br>Email: glove@cjsjlaw.com<br>           msiegmund@cjsjlaw.com<br>           mruiz@cjsjlaw.com<br><br><br>*Attorneys for Plaintiff WSOU Investments,*<br>*LLC d/b/a Brazos Licensing & Development* | Michael E. Jones (State Bar No. 10929400)<br>mikejones@potterminton.com<br>Shaun W. Hassett (State Bar No. 24074372)<br>shaunhassett@potterminton.com<br>**POTTER MINTON, P.C.**<br>102 North College, Suite 900<br>Tyler, Texas, 75702<br>(903) 597-8311<br>(903) 593-0846 facsimile<br><br>T. Gregory Lanier<br>(California Bar No. 138784) (*pro hac vice*)<br>tglanier@jonesday.com<br>Walter Mostowy<br>(California Bar No. 341454) (*pro hac vice*)<br>wmostowy@jonesday.com<br>**JONES DAY**<br>1755 Embarcadero Road<br>Palo Alto, California, 94303<br>(650) 739-3939<br>(650) 739-3900 facsimile<br><br>Sasha Mayergoyz<br>(Illinois Bar No. 6271800) (*pro hac vice*)<br>smayergoyz@jonesday.com<br>**JONES DAY**<br>110 N. Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>(312) 782-3939<br>(312) 782-8585 facsimile<br><br>Tracy A. Stitt<br>(D.C. Bar No. 1015680) (*pro hac vice*)<br>tastitt@jonesday.com<br>Edwin O. Garcia<br>(Texas Bar No. 24097726) (*pro hac vice*)<br>edwingarcia@jonesday.com<br>Daniele San Román<br>(D.C. Bar No. 1673021) (*pro hac vice*)<br>dsanroman@jonesday.com<br>**JONES DAY** |

51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
(202) 626-1700 facsimile

Rita J. Yoon
(Illinois Bar No. 6298019) (*pro hac vice*)
ryoon@jonesday.com
Michael A. Lavine
(California Bar No. 321727) (*pro hac vice*)
mlavine@jonesday.com
**JONES DAY**
555 California Street 26th Floor
San Francisco, California 94104
(415) 626-3939
(415) 875-5700 facsimile

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679)
Erika Warren (California Bar No. 295570)
Francesca Miki Shima Germinario (California Bar No. 326208)
Virginia G. Kain (California Bar No. 344545)
Sachli Balazadeh-Nayeri (California Bar No. 341885)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com
***Attorneys for Defendant Google LLC***