# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00572-ADA |
| | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, | |
| | Case No. 6:20-cv-00584-ADA |
| v. | |
| | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC, | |
| | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

## ORDER GRANTING EXTENSION OF TIME

The Parties' Joint Motion to Extend Pretrial Submissions Deadline is hereby GRANTED. Accordingly, the parties shall file (1) their joint pretrial order and pretrial submissions and (2) their joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in *Limine* on September 5, 2023.

IT IS SO ORDERED

**SIGNED** on this _____ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE