UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS INC

vs.                                                                 Case No.: 6:20cv-00585-ADA

Google LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Jennifer L. Swize__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Google LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Jones Day__ with offices at:

    Mailing address: 51 Louisiana Avenue, NW

    City, State, Zip Code: Washington, DC 20001-2113

    Telephone: 202-879-3939      Facsimile: 202-626-1700

2. Since __January 19, 2005__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __District of Columbia__. Applicant's bar license number is __490988__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Court of Appeals of Maryland | 12/19/2002 |
    | US Supreme Court | 04/19/2006 |
    | US Court of Appeals, 1st Circuit | 12/10/2005 |

Continued Response to Question 3:

| | |
|---|---|
| U.S. Court of Appeals, 4th Circuit | 06/03/2003 |
| U.S. Court of Appeals, 6th Circuit | 03/01/2005 |
| U.S. Court of Appeals, 7th Circuit | 09/15/2022 |
| U.S. Court of Appeals, DC Circuit | 04/30/2010 |
| U.S. Court of Appeals, Federal Circuit | 07/25/2005 |
| U.S. District Court for the District of Maryland | 05/30/2003 |
| U.S. District Court for the District of Columbia | 05/01/2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-00969-ADA  on the  25  day of October   2022.

Number: 6:21-cv-569-ADA  on the  18  day of January  , 2023.

Number: _____  on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones

Mailing address: 102 North College, Suite 900

City, State, Zip Code: Tyler, TX 75702

Telephone: 903-597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jennifer L. Swize to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jennifer L. Swize
[printed name of Applicant]

*Jennifer Swize*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 29 day of August, 2023.

Jennifer L. Swize
[printed name of Applicant]

*Jennifer Swize*
[signature of Applicant]