UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS INC

vs.   Case No.: 6:20cv-00585-ADA

Google LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by ____Jennifer L. Swize____, counsel for ____Google LLC____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and ____Jennifer L. Swize____ may appear on behalf of ____Google LLC____ in the above case.

IT IS FURTHER ORDERED that ____Jennifer L. Swize____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE