UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>          Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>          Defendant. | Civil Action No. 6:20-cv-00585-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Ryan C. Johnson of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PLLC hereby enters an appearance as additional counsel for Plaintiff in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Ryan C. Johnson at the law firm of CHERRY JOHNSON SIEGMUND JAMES, PLLC. Mr. Johnson's contact information is provided below:

CHERRY JOHSON SIEGMUND JAMES, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: rjohnson@cjsjlaw.com

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas   76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

BY:    /s/ *Ryan C. Johnson*
**RYAN C. JOHNSON**
State Bar No. 24048574
Email:  rjohnson@cjslaw.com

**ATTORNEY FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this the 31st day of August, 2023.

/s/ *Ryan C. Johnson*
RYAN C. JOHNSON