# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 6:20-cv-00572-ADA <br><br> Case No. 6:20-cv-00580-ADA <br><br> Case No. 6:20-cv-00584-ADA <br><br> Case No. 6:20-cv-00585-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING EXTENSION OF TIME

The Parties' Joint Motion to Extend Pretrial Submissions Deadline is hereby GRANTED. Accordingly, the parties shall file (1) their joint pretrial order and pretrial submissions and (2) their joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in *Limine* on September 5, 2023.

IT IS SO ORDERED

**SIGNED** on this 1st day of September, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE