IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT § <br> § Civil Case No. 6:20-cv-572-ADA <br> § Civil Case No. 6:20-cv-580-ADA <br> *Plaintiff,* § Civil Case No. 6:20-cv-584-ADA <br> v. § Civil Case No. 6:20-cv-585-ADA <br> § <br> GOOGLE LLC, § JURY TRIAL DEMANDED <br> § <br> *Defendant.* § <br> _____ § | |

### DEFENDANT GOOGLE LLC'S 35 U.S.C. § 282 NOTICE OF PRIOR ART

Pursuant to 35 U.S.C. § 282(c), Defendant Google LLC hereby provides notice that, at trial, it may rely on the following prior-art references and/or persons with knowledge regarding prior art for U.S. Patent Nos. 8,041,806 (Case No. 6:20-cv-572-ADA); 7,946,491 (Case No. 6:20-cv-580-ADA); 8,803,697 (Case No. 6:20-cv-584-ADA); and 8,737,961 (Case No. 6:20-cv-585-ADA) (the "Asserted Patents"). Google may also rely on the Asserted Patents' file histories, including all references cited therein, and related patents and their file histories. Google also incorporates by reference all information set forth in Google's expert reports served on Plaintiff WSOU Investments, LLC in the above-captioned matters, as well as Google's invalidity contentions, including all materials cited therein and exhibits, expert witness testimony, discovery responses, and trial exhibit and witness lists. Unless expressly indicated otherwise, all pages of the publications listed below are relevant prior art to the Asserted Patents. Google reserves the right to supplement this notice as appropriate, including the right to rely on additional prior art at trial for the purposes of showing the state of the art, providing technical background, and to respond to any positions taken by WSOU that were not disclosed during fact and expert discovery.

I.   PATENTS AND PATENT APPLICATION PUBLICATIONS

    A.   U.S. PATENT NO. 8,041,806 (CASE NO. 6:20-CV-572-ADA)

| Country | Patent/Publication No. | Issue/Publication Date | Title | Inventor Names | Current Assignee (U.S.) OR Applicant (Korea) |
|---|---|---|---|---|---|
| U.S. | 2006/0090184 | Apr. 27, 2006 | System and Method for Presenting Information | David Zito; Joseph Essas | Oath Inc. |
| U.S. | 10,181,135 | Jan. 15, 2019 | Method and Apparatus for Presenting Advertisements | Canhui Oh; J. Bradley Bridges; Charles R. Kalmanek; Raghvendra G. Savoor; Albert G. Greenberg; Stephen Sposato; Zhi Li; Jerold Osato; Alexandre Gerber; Oliver Spatscheck; Sun-Uk Park | AT&T Intellectual Property I, LP |
| U.S. | 2006/0195441 | Aug. 31, 2006 | System and Method for Delivering Content to Users on a Network | Luc Julia; James Behrens; Johan Le Nerriec | Qualcomm Atheros, Inc. |
| U.S. | 2002/0123928 | Sept. 5, 2002 | Targeting Ads to Subscribers Based on Privacy-Protected Subscriber Profiles | Charles A. Eldering; John A. Schlack; Herbert M. Lustig | Prime Research Alliance E, LLC |

1

B. **U.S. PATENT NO. 7,946,491 (CASE NO. 6:20-cv-580-ADA)**

| Country | Patent/Publication No. | Issue/Publication Date | Title | Inventor Names | Current Assignee (U.S.) OR Applicant (Korea) |
|---|---|---|---|---|---|
| U.S. | 7,607,581 | Oct. 27, 2009 | Digital Imaging-Based Code Symbol Reading System Permitting Modification of System Features and Functionalities | Anatoly Kotlarsky; Xiaoxun Zhu | Metrologic Instruments, Inc.; Meteor Holding Corp.; Omniplanar, Inc. |
| U.S. | 2005/0011957 | Jan. 20, 2005 | System and Method for Decoding and Analyzing Barcodes Using a Mobile Device | Olivier Attia; Prateek Shrivastava; Roman Zastepine; Avi Outmezguine | Scanbuy, Inc. |
| U.S. | 2005/0082370 | Apr. 21, 2005 | System and Method for Decoding Barcodes Using Digital Imaging Techniques | Didier Frantz; Prateek Shrivastava; Ashish Muni; Avi Outmezguine | Amalgamated Bank |
| U.S. | 2005/0103858 | May 19, 2005 | Hand-Supportable Imaging-Based Bar Code Symbol Reader Employing a Tri-Mode LED-Based Illumination Subsystem | Xiaoxun Zhu; Yong Liu; Ka Man Au; Rui Hou; Hongpeng Yu; Xi Tao; Liang Liu; Wenhua Zhang; Anatoly Kotlarsky; Sankar Ghosh; Michael Schnee; Pasqual Spatafore; Thomas Amundsen; Sung Byun; Mark Schmidt; | Metrologic Instruments, Inc.; Meteor Holding Corp.; Omniplanar, Inc. |

| Country | Patent/Publication No. | Issue/Publication Date | Title | Inventor Names | Current Assignee (U.S.) OR Applicant (Korea) |
|---|---|---|---|---|---|
| | | | | Garrett Russell; John Bonanno; C. Harry Knowles | |
| U.S. | 2002/0044689 | Apr. 18, 2002 | Apparatus and Method for Global and Local Feature Extraction from Digital Images | Alex Roustaei; Kevin Xiao; Wenji Xia | Symagery Microsystems, Inc. |
| U.S. | 5,834,749 | Nov. 10, 1998 | Optical Image Capture System for Reading Targets at Oblique Angles | Dennis A. Durbin | Intermec IP Corp. |

C. **U.S. PATENT NO. 8,737,961 (CASE NO. 6:20-CV-585-ADA)**

| Country | Patent/Publication No. | Issue/Publication Date | Title | Inventor Names | Current Assignee (U.S.) OR Applicant (Korea) |
|---|---|---|---|---|---|
| U.S. | 2010/0317371 | Dec. 16, 2010 | Context-Based Interaction Model for Mobile Devices | William J. Westerinen; Miller T. Abel; Charles J. Migos | Microsoft Technology Licensing, LLC |
| U.S. | 7,848,765 | Dec. 7, 2010 | Location-Based Services | Alan Phillips; Frank Schroth; Geoffrey M. Palmer; Stefan G. Zilinski; Allen P. Smith; Colin M. Cunningham, III | Paypal, Inc. |
| U.S. | 2004/0266457 | Dec. 30, 2004 | Wireless Location Gateway and Applications Therefor | Dennis J. Dupray | Mobile Maven LLC |
| U.S. | 2009/0005987 | Jan. 1, 2009 | Determining Locations of Interest Based on User Visits | Darren E. Vengroff; Oliver B. Downs | JPMorgan Chase Bank, N.A. |

4

    **D.**    **U.S. PATENT NO. 8,803,697 (CASE NO. 6:20-CV-584-ADA)**

| Country | Patent/Publication No. | Issue/Publication Date | Title | Inventor Names | Current Assignee (U.S.) OR Applicant (Korea) |
|---|---|---|---|---|---|
| U.S. | 2008/0134102 | June 5, 2008 | Method and System for Detecting Movement of an Object | Catrine Movold; Marten A. Jonsson; Lars D. Mauritzson; Gunnar Klinghult; Johanna L. Meiby | Sony Ericsson Mobile Communications AB |
| Korea | 10-2010-0024552 | Mar. 8, 2010 | Method for Controlling Audio Output and Input of Electronic Device Using User's Gesture | Joo-Min Kim | LG Electronics Inc. |
| U.S. | 9,335,825 | May 10, 2016 | Gesture Control | Terhi Tuulikki Rautiainen; Ping Hui; Risto Heikki Sakari Kaunisto; Ilari Aleksi Teikari; Jani Petri Juhani Ollikainen | OT WSOU Terrier Holdings, LLC |
| U.S. | 2008/0117094 | May 22, 2008 | Mobile Electronic Device Equipped with Radar | Mats Lindoff; Magnus Blomkvist | Sony Ericsson Mobile Communications AB |

II.     PRINTED PUBLICATIONS

   A.     U.S. PATENT NO. 8,041,806 (CASE NO. 6:20-CV-572-ADA)

| Author(s) | Title | Publication Information | Year |
|---|---|---|---|
| Young H. Cho & William Mangione-Smith | Deep Packet Filter with Dedicated Logic and Read Only Memories | 12th Annual IEEE Symposium on Field-Programmable Custom Computing Machines | 2004 |
| Young H. Cho & William Mangione-Smith | Programmable Hardware for Deep Packet Filtering on a Large Signature Set | First Watson Conference on Interaction Between Architecture, Circuits and Compilers | 2004 |
| Young H. Cho & William Mangione-Smith | A Pattern Matching Co-processor for Network Security | DAC 2005, | 2005 |

   B.     U.S. PATENT NO. 8,737,961 (CASE NO. 6:20-CV-585-ADA)

| Author(s) | Title | Publication Information | Year |
|---|---|---|---|
| Jeffrey Hightower; Sunny Consolvo; Anthony LaMarca; Ian Smith; Jeff Hughes | Learning and Recognizing the Places We Go | Beigl, M., Intille, S.S., Rekimoto, J., Tokuda, H. (eds.) UbiComp 2005. LNCS, vol. 3660, pp. 159-176. Springer-Verlag Berlin Heidelberg | 2005 |

## III. PRIOR-ART SYSTEMS[1]

### A. U.S. PATENT NO. 7,946,491 (CASE NO. 6:20-cv-580-ADA)

| System Name / Brand Name | Offer for Sale / Sale / Public Use Dates / Location | Entities with Knowledge About Offer for Sale / Sale / Public Use |
|---|---|---|
| Scanbuy System | No later than December 2005<br><br>Material regarding the Scanbuy system includes, but is not limited to, the following:<br><br>SCANBUY_WSOU00001;<br>SCANBUY_WSOU00013;<br>SCANBUY_WSOU00022;<br>SCANBUY_WSOU00033;<br>SCANBUY_WSOU00114;<br>SCANBUY_WSOU00571;<br>SCANBUY_WSOU00589;<br>SCANBUY_WSOU00600;<br>SCANBUY_WSOU00603;<br>SCANBUY_WSOU00621;<br>SCANBUY_WSOU00638;<br>SCANBUY_WSOU00664;<br>SCANBUY_WSOU00665;<br>SCANBUY_WSOU00668;<br>SCANBUY_WSOU00669;<br>SCANBUY_WSOU00671;<br>SCANBUY_WSOU00673; | Scanbuy, Inc.<br>Mr. Didier Frantz |

---

[1] Additional materials relating to the identified prior-art systems can be found in Google's Invalidity Contentions and expert reports of Dr. Dan Schonfeld and Dr. Gregory Welch.  Google reserves the right to rely on additional materials obtained through further investigation, including any additional information obtained from WSOU and/or third parties.

| System Name / Brand Name | Offer for Sale / Sale / Public Use Dates / Location | Entities with Knowledge About Offer for Sale / Sale / Public Use |
|---|---|---|
|  | GOOG-WSOU580-PA-00000886; GOOG-WSOU580-PA-00000887; GOOG-WSOU580-PA-00000891; GOOG-WSOU580-PA-00000919; and GOOG-WSOU580-PA-00000971-1071 |  |

**B.   U.S. PATENT NO. 8,737,961 (CASE NO. 6:20-CV-585-ADA)**

| System Name / Brand Name | Offer for Sale / Sale / Public Use Dates / Location | Entities with Knowledge About Offer for Sale / Sale / Public Use |
|---|---|---|
| BeaconPrint System | No later than December 2005<br><br>Material regarding the BeaconPrint system includes, but is not limited to, the following:<br><br>GOOG-WSOU585-PA-00000098; GOOG-WSOU585-PA-00000011; GOOG-WSOU585-PA-00000053; and GOOG-WSOU585-PA-00000468. | Jeffrey Hightower; Sunny Consolvo; Anthony LaMarca; Ian Smith; Jeff Hughes |

## IV.     KNOWLEDGEABLE PERSONS[2]

Google identifies the persons previously disclosed in, among other things, Google's initial disclosures, discovery responses, pleadings (including documents submitted therewith), invalidity contentions, and expert reports as persons having knowledge of prior art to or the state of the art relating to the asserted patents. Google incorporates by reference its trial witness list and disclosure in its entirety. While Google has specifically identified the individuals it believes will provide the most directly relevant information regarding invalidity of the asserted patents, the testimony of other fact and expert witnesses may be relevant to issues such as the state of the art and motivation to combine or modify.

---

[2] Google reserves the right to rely upon information from the inventors, authors, and assignees identified in the documents and products identified in this notice.

Date: September 1, 2023                              Respectfully submitted,

                                               */s/ Michael E. Jones*
                                               Michael E. Jones (State Bar No. 10929400)
                                               mikejones@potterminton.com
                                               Shaun W. Hassett  (State Bar No. 24074372)
                                               shaunhassett@potterminton.com
                                               **POTTER MINTON, P.C.**
                                               102 North College, Suite 900
                                               Tyler, Texas, 75702
                                               (903) 597-8311
                                               (903) 593-0846 facsimile

                                               T. Gregory Lanier
                                               (California Bar No. 138784) (*pro hac vice*)
                                               tglanier@jonesday.com
                                               Walter Mostowy
                                               (California Bar No. 341454) (*pro hac vice*)
                                               wmostowy@jonesday.com
                                               **JONES DAY**
                                               1755 Embarcadero Road
                                               Palo Alto, California, 94303
                                               (650) 739-3939
                                               (650) 739-3900 facsimile

                                               Sasha Mayergoyz
                                               (Illinois Bar No. 6271800) (*pro hac vice*)
                                               smayergoyz@jonesday.com
                                               **JONES DAY**
                                               110 N. Wacker Drive, Suite 4800
                                               Chicago, Illinois 60606
                                               (312) 782-3939
                                               (312) 782-8585 facsimile

                                               Tracy A. Stitt
                                               (D.C. Bar No. 1015680) (*pro hac vice*)
                                               tastitt@jonesday.com
                                               Jennifer L. Swize
                                               (D.C. Bar No. 490988) (*pro hac vice*)
                                               jswize@jonesday.com
                                               John R. Boulé III
                                               (California Bar No. 322929) (*pro hac vice*)
                                               jboule@jonesday.com
                                               Edwin O. Garcia
                                               (Texas Bar No. 24097726) (*pro hac vice*)

edwingarcia@jonesday.com
Daniele San Román
(D.C. Bar No. 1673021) (*pro hac vice*)
dsanroman@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
(202) 626-1700 facsimile

Rita J. Yoon
(Illinois Bar No. 6298019) (*pro hac vice*)
ryoon@jonesday.com
Michael A. Lavine
(California Bar No. 321727) (*pro hac vice*)
mlavine@jonesday.com
**JONES DAY**
555 California Street 26th Floor
San Francisco, California 94104
(415) 626-3939
(415) 875-5700 facsimile

Matthew S. Warren
(California Bar No. 230565)
matt@warrenlex.com
**WARREN LEX LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940
(415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

11