IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE, LLC<br><br>  Defendant | Case No. 6:20-cv-00572-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I caused to be filed the Joint Pretrial Order with the Clerk of Court using the CM/ECF system (Dkt. No. 242 in -585, Dkt. No. 220 in -584, Dkt. No. 228 in -572, and Dkt. No. 256 in -580) and served a copy to all counsel of record via email.

Dated: September 7, 2023

Respectfully submitted,

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX SB No. 24088879
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*