IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) | Case No. 6:20-cv-00572-ADA |
| | ) ) | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, | ) ) | Case No. 6:20-cv-00584-ADA |
| v. | ) ) | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC, | ) ) | **JURY TRIAL DEMANDED** |
| *Defendant*. | ) ) ) | |

**PLAINTIFF'S NOTICE OF REQUEST FOR
REAL TIME REPORTING AND DAILY TRANSCRIPT OF
TRIAL PROCEEDINGS**

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases (OGP 4.1), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby notifies the Court of its request for daily transcripts and real time reporting of the trial proceedings in this matter. A copy of this request is being provided via email to the Court Reporter, Kristie Davis, at kmdaviscsr@yahoo.com.

Date: September 8, 2023                                 Respectfully submitted,

                                                        */s/ Joseph M. Abraham*
                                                        Joseph M. Abraham, TX SB No. 24088879
                                                        Timothy Dewberry, TX Bar No. 24090074
                                                        **FOLIO LAW GROUP PLLC**
                                                        13492 Research Blvd., Suite 120, No. 177
                                                        Austin, TX 78750
                                                        Tel: 737-234-0201

Email: joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Alexandra Fellowes, CA Bar. No. 261929
C. Maclain Wells, CA Bar No. 221609
Alden Lee, CA Bar No. 257973 *(pro hac vice)*
Moses Xie, CA Bar No. 343007 *(pro hac vice)*
Aaron Weisman, WA Bar No. 56724 *(pro hac vice)*
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel:    (206) 880-1802
Email: cliff.win@foliolaw.com
alexandra.fellowes@foliolaw.com
maclain@foliolaw.com
alden.lee@foliolaw.com
moses.xie@foliolaw.com
aaron.weisman@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
Melissa S. Ruiz
State Bar No. 24128097
Craig D. Cherry
State Bar No. 24012419
Ryan C. Johnson
State Bar No. 24048574
Justin Wayne Allen
State Bar No. 24081977
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: glove@cjsjlaw.com
msiegmund@cjsjlaw.com
mruiz@cjsjlaw.com
ccherry@cjsjlaw.com
rjohnson@cjsjlaw.com
jallen@csjslaw.com

*Attorneys for Plaintiff WSOU Investments, LLC
d/b/a Brazos Licensing & Development*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
