# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00585-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Thursday, September 28, 2023 at 9:30 AM. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Monday, October 02, 2023 at 09:00 AM in District Courtroom #2, in the United States Courthouse, 800 Franklin Ave., Waco, TX 76701.

**SIGNED this 21st day of September, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE