UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS LLC §
§   CIVIL NO:
vs. §   WA:20-CV-00585-ADA
§
GOOGLE LLC §

## LIST OF WITNESSES

| FOR PLAINTIFF | | FOR DEFENDANT |
|---|---|---|
| 1. | Sheyanna Pietras | 1. |
| 2. | Yiming Ma | 2. |
| 3. | George Lewis via video deposition | 3. |
| 4. | David Feltenberger via video deposition | 4. |
| 5. | Nils Richard Ekwall via video deposition | 5. |
| 6. | Kalluri Eswar via video deposition | 6. |
| 7. | Tamas Budavari | 7. |
| 8. | Brandon Ervin via video deposition | 8. |
| 9. | Atanas Vlahov via video deposition | 9. |
| 10. | Justin Blok | 10. |
| 11. | | 11. |
| 12. | | 12. |
| 13. | | 13. |
| 14. | | 14. |
| 15. | | 15. |