IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT<br><br>　　　　　　*Plaintiff*,<br>　　v.<br>GOOGLE LLC,<br>　　　　　　*Defendant*.<br>_____ | §§§§§§§§§§§§§§<br><br>Civil Case No. 6:20-cv-585-ADA<br><br>**JURY TRIAL DEMANDED** |

## GOOGLE LLC'S NOTICE OF INTENT TO REQUEST REDACTIONS OF TRIAL TRANSCRIPTS FROM OCTOBER 2-4, 2023

Defendant Google LLC hereby gives notice that a Motion to Redact the Transcripts of the October 2, 3 and 4, 2023 Jury Trial will be submitted to the Court and Court Reporter on or before November 8, 2023. Jury trial in this matter was reported by Kristie M. Davis, Official Court Reporter for Judge Alan D. Albright.

Date: October 30, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Shaun W. Hassett*
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Jones (State Bar No. 10929400)
　　　　　　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　　　　　　Shaun W. Hassett (State Bar No. 24074372)
　　　　　　　　　　　　　　　　　　　　　　　shaunhassett@potterminton.com
　　　　　　　　　　　　　　　　　　　　　　　**POTTER MINTON, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　102 North College, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas, 75702
　　　　　　　　　　　　　　　　　　　　　　　(903) 597-8311
　　　　　　　　　　　　　　　　　　　　　　　(903) 593-0846 facsimile

　　　　　　　　　　　　　　　　　　　　　　　T. Gregory Lanier
　　　　　　　　　　　　　　　　　　　　　　　(California Bar No. 138784) (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　tglanier@jonesday.com

Walter Mostowy
(California Bar No. 341454) (*pro hac vice*)
wmostowy@jonesday.com
**JONES DAY**
1755 Embarcadero Road
Palo Alto, California, 94303
(650) 739-3939
(650) 739-3900 facsimile

Sasha Mayergoyz
(Illinois Bar No. 6271800) (*pro hac vice*)
smayergoyz@jonesday.com
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
(312) 782-3939
(312) 782-8585 facsimile

Tracy A. Stitt
(D.C. Bar No. 1015680) (*pro hac vice*)
tastitt@jonesday.com
John R. Boulé III
(California Bar No. 322929) (*pro hac vice*)
Edwin O. Garcia
(Texas Bar No. 24097726) (*pro hac vice*)
edwingarcia@jonesday.com
Daniele San Román
(D.C. Bar No. 1673021) (*pro hac vice*)
dsanroman@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
(202) 626-1700 facsimile

Rita J. Yoon
(Illinois Bar No. 6298019) (*pro hac vice*)
ryoon@jonesday.com
Michael A. Lavine
(California Bar No. 321727) (*pro hac vice*)
mlavine@jonesday.com
**JONES DAY**
555 California Street 26th Floor
San Francisco, California 94104
(415) 626-3939
(415) 875-5700 facsimile

                                          Matthew S. Warren
                                        (California Bar No. 230565)
                                        matt@warrenlex.com
                                        **WARREN LEX LLP**
                                        2261 Market Street, No. 606
                                        San Francisco, California, 94114
                                        (415) 895-2940
                                        (415) 895-2964 facsimile

                                        ***Attorneys for Defendant Google LLC***