United States District Court
Western District
Exhibits Log: 6:20-cv-585 WSOU V GOOGLE
6:20-cv-585 WSOU V GOOGLE, 10/2/2023

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
| --- | --- | --- | --- | --- |
| Pla-355 | GOOG-WSOU585-00068569 | No | 10/3/2023 10:51 AM | 10/3/2023 10:51 AM |
| Pla-364 | GOOG-WSOU585-00145547 | No | 10/3/2023 2:04 PM | 10/3/2023 2:04 PM |
| Pla-365 | GOOG-WSOU585-00146095 | No | 10/3/2023 11:28 AM | 10/3/2023 11:26 AM |
| Pla-397 | GOOG-WSOU585-00194935 | No | 10/3/2023 9:35 AM | 10/3/2023 9:35 AM |
| Pla-398 | GOOG-WSOU585-00220791 | No | 10/3/2023 9:36 AM | 10/3/2023 9:36 AM |
| Pla-399 | GOOG-WSOU585-00222347 | No | 10/3/2023 9:38 AM | 10/3/2023 9:38 AM |
| Pla-411 | GOOG-WSOU585-FIN-000017 | No | 10/3/2023 2:09 PM | 10/3/2023 2:09 PM |
| Pla-412 | GOOG-WSOU585-FIN-000051 | No | 10/3/2023 11:45 AM | 10/3/2023 11:45 AM |
| Pla-448 | BRAZOS-GOOALL-0012551 | No | 10/3/2023 9:29 AM | 10/3/2023 9:29 AM |
| Pla-449 | BRAZOS-GOOALL-0012552 | No | 10/3/2023 9:29 AM | 10/3/2023 9:29 AM |
| Pla-450 | BRAZOS-GOOALL-0012553 | No | 10/3/2023 9:29 AM | 10/3/2023 9:29 AM |
| Pla-451 | BRAZOS-GOOALL-0012554 | No | 10/3/2023 9:29 AM | 10/3/2023 9:29 AM |
| Pla-452 | BRAZOS-GOOALL-0012555 | No | 10/3/2023 9:30 AM | 10/3/2023 9:30 AM |
| Pla-486 | BRAZOS-GOOALL-0012546 | No | 10/3/2023 8:43 AM | 10/3/2023 8:43 AM |
| Pla-490 | GOOG-WSOU585-00139528v2 | No | 10/3/2023 10:56 AM | 10/3/2023 10:56 AM |
| Pla-491 | GOOG-WSOU585-00139523 | No | 10/3/2023 9:19 AM | 10/3/2023 9:19 AM |
| Pla-493 | GOOG-WSOU585-00227039 | No | 10/3/2023 9:00 AM | 10/3/2023 9:00 AM |
| Pla-643-A | 1BRAZOS-GOOALL-0013632 | No | 10/3/2023 2:22 PM | 10/3/2023 2:22 PM |
| Pla-643-B | 2BRAZOS-GOOALL-0013632 | No | 10/3/2023 4:00 PM | 10/3/2023 2:22 PM |
| Pla-788 | GOOG-WSOU585-FIN-000022 | No | 10/3/2023 2:15 PM | 10/3/2023 2:13 PM |
| Pla-904 | GOOG-WSOU585-PA-00000476 | No | 10/2/2023 2:51 PM | 10/2/2023 2:51 PM |
| Pla-905 | GOOG-WSOU585-FIN-000060v2 | No | 10/3/2023 2:10 PM | 10/3/2023 2:10 PM |
| Pla-906 | GOOG-WSOU585-FIN-000062v2 | No | 10/3/2023 2:10 PM | 10/3/2023 2:10 PM |
| Pla-907 | GOOG-WSOU585-FIN-000063v2 | No | 10/3/2023 2:15 PM | 10/3/2023 2:13 PM |
| Def-026 | WSOU GOOALL 0000407 WSOU GOOALL 0000408 | No | 10/2/2023 2:12 PM | 10/2/2023 2:11 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-027 | AQUA GOOALL 0000137 AQUA GOOALL 0000140 | No | 10/2/2023 2:21 PM | 10/2/2023 2:21 PM |
| Def-035 | WSOU GOOALL 0000390 WSOU GOOALL 0000406 | No | 10/2/2023 2:16 PM | 10/2/2023 2:16 PM |
| Def-044 | GOOG WSOU585 00004983 GOOG WSOU585 00004986 | No | 10/3/2023 11:55 AM | 10/3/2023 11:55 AM |
| Def-434 | AQUA-GoDeZtHP0000728v2 | No | 10/3/2023 11:55 AM | 10/3/2023 11:55 AM |
| Joint-54 | GOOG-WSOU585-00163315 | No | 10/3/2023 8:46 AM | 10/3/2023 8:46 AM |
| Joint-55 | GOOG-WSOU585-00164684 | No | 10/3/2023 9:07 AM | 10/3/2023 9:07 AM |
| Joint-56 | GOOG-WSOU585-00180717 | No | 10/3/2023 8:44 AM | 10/3/2023 8:44 AM |
| Joint-57 | GOOG-WSOU585-00181811 | No | 10/3/2023 8:45 AM | 10/3/2023 8:45 AM |
| Joint-58 | GOOG-WSOU585-00182172 | No | 10/3/2023 8:49 AM | 10/3/2023 8:49 AM |
| Joint-59 | GOOG-WSOU585-00182362 | No | 10/3/2023 9:01 AM | 10/3/2023 9:01 AM |
| Joint-65 | GOOG-WSOU585-00223296 | No | 10/2/2023 4:47 PM | 10/2/2023 4:47 PM |
| Joint-66 | GOOG-WSOU585-00223319 | No | 10/2/2023 4:48 PM | 10/2/2023 4:48 PM |
| Joint-90 | WSOU-585_8737961-0000308 | No | 10/2/2023 2:15 PM | 10/2/2023 2:15 PM |