Captured on  04/03/2023, 10:55 AM
URL:  https://store.google.com/magazine/compare_pixel?hl=en-US&toggle=0+Pixel+2+XL&toggle=1+Pixel&toggle=2+Pixel+XL

# Which Pixel phone is right for you?

| Pixel 2 XL | Pixel | Pixel XL |
|---|---|---|