# Which Pixel phone is right for you?

| Pixel 3a XL ▾ | Pixel 3 ▾ | Pixel 3 ▾ |
|---|---|---|