# Which Pixel phone is right for you?

| | Pixel 4 XL | Pixel 4 | Pixel 3a |
|---|---|---|---|