

Fresh deals are here. Celebrate spring with savings on products you love. Browse offers

# Which Pixel phone is right for you?

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|

**Available colors**

**Dimensions[1]**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| 5.7"h | 5.7"h | 6.1"h |
| 6.0"d | 5.8"d | 6.2"d |
| 2.8"w | 2.7"w | 2.9"w |

**Network[3]**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| 5G[2] | 4G | 5G[2] |

**Display**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Full-screen 6.0-inch (151 mm) display | Full-screen 5.8 in (148 mm) display | Full-screen 6.2-inch (158 mm) display |
| FHD+ (1080 x 2340) Flexible OLED at 432 ppi | FHD+ (1080 x 2340) OLED at 443 ppi | FHD+ (1080 x 2340) OLED at 413 ppi |
| 19.5:9 aspect ratio | 19.5:9 aspect ratio | 19.5:9 aspect ratio |
| Smooth Display (up to 90 Hz)[4] | — | — |
| Full 24-bit depth for 16 million colors | Full 24-bit depth for 16 million colors | Full 24-bit depth for 16 million colors |
| >1,000,000:1 contrast ratio | >100,000:1 contrast ratio | >100,000:1 contrast ratio |
| HDR support | HDR Support | HDR support |
| Corning® Gorilla® Glass 6 cover glass | Corning® Gorilla® Glass 3 cover glass | Corning® Gorilla® Glass 3 cover glass |
| Always-on display | Always-on display | Always-on display |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |

**Battery**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Typical 4080 mAh[5] | Typical 3140 mAh[5] | Typical 3885 mAh[5] |
| All-day battery[7] | All-day battery[7] | All-day battery[7] |
| Fast charging[6] | — | Up to 48 hours with Extreme Battery Saver[7] |
| Fast wireless charging[6] | Fast charging[6] | Fast charging[6] |
| — | — | — |
| Battery Share: Charge other devices wirelessly[8] | — | — |

**Design**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| — | Soft touch polycarbonate unibody | Soft touch polycarbonate unibody |
| — | — | — |
| IP68 water and dust resistance[9] | — | — |

**Memory and storage**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| 8 GB LPDDR4x RAM | 6 GB LPDDR4x RAM | 6 GB LPDDR4x RAM |
| 128 GB storage,[10] plus unlimited storage at high quality with Google Photos[11] | 128 GB storage,[10] plus unlimited storage at high quality with Google Photos[11] | 128 GB storage[10], plus unlimited storage at high quality with Google Photos[11] |

**Security**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Titan™ M security module | Titan™ M security module | Titan™ M security module |
| — | — | — |
| — | — | — |
| Pixel Imprint™ | Pixel Imprint™ | Pixel Imprint™ |
| — | — | — |

**Processors**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Qualcomm® Snapdragon™ 765G with Octa-Core | Qualcomm® Snapdragon™ 730G | Qualcomm® Snapdragon™ 765G with Octa-Core |
| Adreno 620 | Adreno 618 | Adreno 620 |

**Rear camera**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| **12.2 MP dual-pixel** | **12.2 MP dual-pixel** | **12.2 MP dual-pixel** |
| ƒ/1.7 aperture | ƒ/1.7 aperture | ƒ/1.7 aperture |
| Autofocus with dual pixel phase detection | Auto-focus with dual-pixel phase detection | Autofocus with dual pixel phase detection |
| Optical + electronic image stabilization | Optical + electronic image stabilization | Optical + electronic image stabilization |
| 77° field of view | 77° field of view | 77° field of view |
| 1.4 µm pixel width | 1.4 µm pixel width | 1.4 µm pixel width |
| **16 MP ultrawide[12]** | — | **16 MP ultrawide[12]** |
| ƒ/2.2 aperture | — | ƒ/2.2 aperture |
| 117° field of view[12] | — | 117° field of view[12] |
| 1.0 µm pixel width | — | 1.0 µm pixel width |
| Spectral + flicker sensor | — | Spectral + flicker sensor |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |

**Front camera**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| 8 MP | 8 MP | 8 MP |
| ƒ/2.0 aperture | f/2.0 aperture | ƒ/2.0 aperture |
| Fixed focus | Fixed focus | Fixed focus |
| 83° field of view | 84° field of view | 83° field of view |
| 1.12 µm pixel width | 1.12 µm pixel width | 1.12 µm pixel width |

**Camera features**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| — | — | — |
| — | — | — |
| Night Sight | Night Sight | Night Sight |
| Top Shot | Top Shot | Top Shot |
| Portrait Mode | Portrait Mode | Portrait Mode |
| Super Res Zoom | Super Res Zoom | Super Res Zoom |
| Motion Auto Focus | Motion Auto Focus | Motion Auto Focus |
| Live HDR+ | Live HDR+ | Live HDR+ |
| Frequent Faces | Frequent Faces | Frequent Faces |
| Dual exposure controls | Dual exposure controls | Dual exposure controls |
| Cinematic Pan | — | Cinematic Pan |
| Ultrawide Lens | — | Ultrawide Lens |
| Portrait Light | — | Portrait Light |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |
| — | — | — |

**Audio**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Stereo speakers | Stereo speakers | Stereo speakers |
| USB-C™ audio | USB-C™ audio | USB-C™ audio |
| — | 3.5 mm audio jack | 3.5 mm audio jack |

**Pixel Pass**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Not eligible | Not eligible | Not eligible |

**Operating system**

| Pixel 5 | Pixel 4a | Pixel 4a with 5G |
|---|---|---|
| Launched with Android 11 | Launched with Android 10 | Launched with Android 11 |

[1] Dimensions and weight vary by configuration and manufacturing process.

[2] Contact carrier for details. 5G service is carrier dependent. Learn more about 5G network compatibility.

[3] Requires a 5G data plan (sold separately). 5G service not available on all carrier networks or in all areas. Contact carrier for details. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. Some features not available in all areas. Data rates may apply. Learn more about 5G network compatibility.

[4] Not available for all apps or content. Display automatically adjusts to optimize for best viewing and battery performance.

[5] Estimate of typical capacity based upon testing and expected cell behavior.

[6] **Pixel 7 Pro and Pixel 7:** Fast wired charging rates (up to 21W on Pixel 7 and up to 23W on Pixel 7 Pro) are based upon use of the Google 30W USB-C® Charger plugged into a wall outlet. Actual results may be slower. Adapters sold separately. Charging speed based upon testing with device batteries drained to 1% and charged with Google 30W USB-C® Charger. Charging testing conducted by Google in mid-2022 on preproduction hardware and software using default settings with the device powered on. Charging speed depends upon many factors including usage during charging, battery age, and ambient temperature. Actual charging speed may be slower. Wireless charging rates up to 21W (Pixel 7) and up to 23W (Pixel 7 Pro) charging with Google Pixel Stand (2nd gen) (sold separately). Up to 12W with Qi-certified EPP chargers (sold separately). Actual results may be slower.

**Pixel 6a:** Wired charging rates up to 18W based on use of Google 30W USB-C® or Google 18W USB-C® Charger plugged into a wall outlet. Actual results may be slower. Adapters sold separately. Compatible with USB PD 3.0 PPS adapters.

**Pixel 5/Pixel 4a (5g):** Up to 12 W with Pixel 5 charging with Qi certified EPP charger (sold separately). Actual results may be slower. Qi-certified.

**Pixel 4a:** Up to 18W wired charging rates are based upon use of the included charger plugged into a wall outlet. Actual results may vary.

**Pixel 4 / Pixel 4 XL:** Up to 10 W with Pixel 4 or Pixel 4 XL charging with Pixel Stand (sold separately). Actual results may vary.

**Pixel 3a:** Up to 18W wired charging rates are based upon use of the included charger plugged into a wall outlet. Actual results may be slower.

**Pixel 3 / Pixel 3 XL:** Up to 10 W with Pixel 3 and Pixel 3 XL charging with Pixel Stand (sold separately). Actual results may vary.

**Pixel 2 / Pixel 2 XL:** Up to 18W wired charging rates are based upon use of the included charger plugged into a wall outlet. Actual results may be slower.

**Pixel / Pixel XL:** Up to 18W wired charging rates are based upon use of the included charger plugged into a wall outlet. Actual results may be slower.

[7] **Pixel 7 Pro and Pixel 7:** For "24-hour": Estimated battery life based on testing using a median Pixel user battery usage profile across a mix of talk, data, standby, and use of other features. Average battery life during testing was approximately 31 hours. Battery testing conducted on a major carrier network. For "Up to 72 hours": Estimated battery life based on testing using a median Pixel user battery usage profile across a mix of talk, data, standby, and use of limited other features that are default in Extreme Battery Saver mode (which disables various features including 5G connectivity). Battery testing conducted on a major carrier network. For both claims: Battery testing conducted in California in early 2022 on pre production hardware and software using default settings, except that, for the "up to 72 hour" claim only, Extreme Battery Saver mode was enabled. Battery life depends upon many factors and usage of certain features will decrease battery life. Actual battery life may be lower.

**Pixel 6a: For "24-hour":** Estimated battery life based on testing using a median Pixel user battery usage profile across a mix of talk, data, standby, and use of other features. Average battery life during testing was approximately 29 hours. Battery testing conducted using Sub-6 GHz non-standalone 5G (ENDC) connectivity. For "Up to 72 hours": Estimated battery life based on testing using a median Pixel user battery usage profile across a mix of talk, data, standby, and use of limited other features that are default in Extreme Battery Saver mode (which disables various features including 5G connectivity). Battery testing conducted on a major carrier network. For both claims: Battery testing conducted in California in early 2022 on pre-production hardware and software using default settings, except that, for the "up to 72 hour" claim only, Extreme Battery Saver mode was enabled. Battery life depends upon many factors and usage of certain features will decrease battery life. Actual battery life may be lower.

**Pixel 6 Pro and Pixel 6:** For "beyond 24 hours": Estimated battery life based on testing using a mix of talk, data, standby, and use of other features. Average battery life during testing was 34 hours. Battery life depends upon many factors and usage of certain features will decrease battery life. Battery testing conducted by a third party in California in mid 2021 on pre-production hardware and software, using default settings. Battery testing conducted using two major carrier networks using Sub-6 GHz non-standalone 5G (ENDC) connectivity. Actual battery life may be lower.

For "all-day": Maximum battery life based on testing using a mix of talk, data, standby, and use of other features. Testing conducted on two major carrier networks using Sub-6 GHz non-standalone 5G (ENDC) connectivity. For "Up to 48 hours / 2 days": Maximum battery life based on testing using a mix of talk, data, standby, and use of limited other features that are default in Extreme Battery Saver mode (which disables various features including 5G connectivity). Testing conducted on two major carrier networks. For both claims: Pixel 5a with 5G battery testing conducted by a third party in California in early 2021 on pre-production hardware and software using default settings, except that, for the "up to 48 hour/ 2 days claim" only, Extreme Battery Saver mode was enabled. Battery life depends upon many factors and usage of certain features will decrease battery life. Actual battery life may be lower.

**Pixel 5 and Pixel 4a (5g):** Maximum battery life based on testing using a mix of talk, data, standby, and use of other features. Battery life depends upon many factors and usage of certain features will decrease battery life. Pixel 4a (5G) and Pixel 5 battery testing conducted by a third party in California in mid 2020 on pre-production hardware and software, using default settings. Testing conducted on two major carrier networks using Sub-6 GHz non-standalone 5G (ENDC) connectivity. Actual battery life may be lower.

**Pixel 4a:** Approximate battery life based on a mix of talk, data, standby, and use of other features, with always on display off. An active display and other usage factors will decrease battery life. Pixel 4a battery testing conducted in Mountain View, California in early 2020 on pre-production hardware and software. Actual results may vary.

**Pixel 4 / Pixel 4 XL:** Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with Motion Sense off and always on display off. Use of Motion Sense, an active display or data usage will decrease battery life. Pixel 4 and 4 XL testing conducted in Mountain View, California in August 2019 on pre-production hardware and software. Actual results may vary.

**Pixel 3a and Pixel 3a XL:** Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with always on display off. An active display or data usage will decrease battery life. Actual results may vary.

**Pixel 3 and Pixel 3 XL:** Approximate battery life based on a mix of talk, data, standby and use of other features, with always on display off and mobile hotspot off. An active display or data usage will decrease battery life. Wired charging: rates are based on use of the included charger. Wireless charging: Up to 10 W with Pixel 3 and Pixel 3 XL charging with Pixel Stand (sold separately). Actual results may vary.

**Pixel 2 and Pixel 2 XL:** Approximate battery life based on a mix of talk, data, and standby use with always on display off. Requires use of included charger. An active display or data usage will decrease battery life. Actual results may vary, see website for details.

**Pixel and Pixel XL:** Battery use statistics are approximate and represent mixed use of talk, standby, web browsing, and other features, according to an average user profile as defined by Google. Uses that involve an active display or data usage will use battery more quickly, actual results may vary. Charging rates are based on use of the included USB Type-C 18W charger.

[8] Designed to charge Qi-certified devices. Use of reverse wireless charging significantly reduces Pixel battery life. Cases may interfere with charging and will reduce charging speed. Charge speeds may vary. Learn more about wireless charging.

[9] **Pixel 7 Pro and Pixel 7:** Designed to comply with water protection rating IPX8 under IEC standard 60529 when each device leaves the factory but device is not waterproof. The accessories are not water resistant. Water resistance is not a permanent condition, and diminishes or is lost over time due to normal wear and tear, device repair, disassembly or damage. Dropping your device may result in loss of water resistance. Liquid damage voids the warranty. See g.co/pixel/water.

Pixel 6a: Designed to comply with water protection rating IPX7 under IEC standard 60529 when each device leaves the factory but device is not waterproof. The accessories are not water resistant. Water resistance is not a permanent condition, and diminishes or is lost over time due to normal wear and tear, device repair, disassembly or damage. Dropping your device may result in loss of water resistance. Liquid damage voids the warranty. See g.co/pixel/water.

Pixel 5a with 5G has a water protection rating of IPX7 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 5: Pixel 5 has a water protection rating of IPX8 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 4 and Pixel 4 XL have a water protection rating of IPX8 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 3 and Pixel 3 XL have a water protection rating of IPX8 under IEC standard 60529. Charger and accessories are not water resistant.

Pixel 2 and Pixel 2 XL has a water protection rating of IP67 under IEC standard 60529. Charger and accessories are not water resistant.

[10] Storage specifications refer to capacity before formatting. Actual formatted capacity will be less.

[11] Pixel 5, Pixel 4a (5G), Pixel 4a, Pixel 4 and Pixel 4 XL: Google Photos offers unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account and internet connection. Data rates may apply. Learn more about uploading photos and videos.

Pixel 3a and Pixel 3a XL: Google Photos offers free unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account. Data rates may apply. Learn more about uploading photos and videos.

Pixel 3 and Pixel 3 XL: Free unlimited online original-quality storage for all photos and videos uploaded to Google Photos from Pixel 3 through 1/31/2022. Photos and videos uploaded before 1/31/2022 will remain free at original-quality. Requires Google Account. Data rates may apply. Learn more about uploading photos and videos.

Pixel 2 and Pixel 2 XL: Free, unlimited original-quality storage for photos and videos taken with Pixel through the end of 2020, and free, unlimited high-quality storage for photos taken with Pixel afterwards.

Pixel and Pixel XL: Unlimited original quality storage of photos/videos taken with your Pixel, high quality for all other photos/videos. Requires Google Account. Data rates may apply.

[12] Maximum resolution and field of view with RAW image files setting turned on. Setting is turned off by default. See g.co/pixel/photoediting for more information.

[13] Measured diagonally; dimension may vary by configuration and manufacturing process.

[14] Magic Eraser may not work on all image elements.

[15] HDR brightness measured at 100% on-pixel ratio. Peak Brightness measured at 5% on-pixel ratio.

[16] Coming soon. Restrictions apply. Some data is not transmitted through VPN. Not available in all countries. All other Google One membership benefits sold separately. Pixel VPN offering does not impact price or benefits of Google One Premium plan. Use of VPN may increase data costs depending on your plan. See g.co/pixel/vpn for details.

USB-Type C™ and USB-C™ are trademarks of USB Implementers Forum.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc.

Qualcomm is a trademark of Qualcomm Incorporated, registered in the United States and other countries, used with permission.

All other trademarks are property of their respective owners.

PLAINTIFF'S EXHIBIT
PTX-451
6:20-cv-572/580/584/585
PTX-451-0001

BRAZOS-GOOALL-0012554