Captured at: 04/03/2022, 11:36 AM
URL: https://store.google.com/magazine/compare_pixel?hl=en-US&toggle=6-Pixel+6-Pro&toggle=1+Pixel+6&toggle=2+Pixel+5a+with+5G

# Which Pixel phone is right for you?



| | Pixel 6 Pro | Pixel 6 | Pixel 5a with 5G |
|---|---|---|---|