Phones   Earbuds   Watches   Smart Home   Laptops   Accessories   Subscriptions   Offers

**Pixel 6 Pro**   Overview   Tech Specs   Compare   Ways to buy

From $809.10 $899 or $33.71 $37.46/month for 24 months
with 24 month 0% APR Google Store Financing*

**Buy**



Pixel 6 Pro: Under the hood.

6.5 in (163.9 mm)   6.7 in (170 mm)   3.0 in (75.9 mm)   0.4 in (8.9 mm)

## Three striking colors to choose from.



Cloudy White   Sorta Sunny   Stormy Black

## Tech Specs

**Display**

Full-screen 6.7-inch (170 mm) display 19.5:9 aspect ratio QHD+ (1440 x 3120) LTPO ...

**Dimensions and Weight[3]**

6.5 height x 3.0 width x 0.4 depth (inches) 163.9 height x 75.9 width x 8.9 depth (m...

**Battery and Charging**

24-hour+ battery life Up to 48-hour battery life with Extreme Battery Saver · Minimu...



PLAINTIFF EXHIBIT
**PTX-490**
6:20-cv-572/580/584/585

PTX-490-0001

GOOG-WSOU585-00139528

**Memory and Storage**

12 GB LPDDR5 RAM 128 GB / 256 GB / 512 GB UFS 3.1 storage

**Processors**

Google Tensor Titan M2™ security coprocessor

**Security and Updates**

End-to-end security designed by Google Multi-layer hardware security: Security co...

**Rear Camera**

50 MP Octa PD Quad Bayer wide camera 1.2 μm pixel width ƒ/1.85 aperture 82° field...

**Front Camera**

11.1 MP 1.22 μm pixel width ƒ/2.2 aperture Fixed focus 94° ultrawide field of view

**Camera Features**

Magic Eraser Motion Mode Real Tone™ Face Unblur Panorama Manual white balanci...

**Video**

Rear camera · 4K video recording at 30 FPS, 60 FPS 1080p video recording at 30 FP...

**Sensors**

Proximity sensor Ambient light sensor Accelerometer Gyrometer Magnetometer Bar...

**Buttons & Ports**

USB Type-C® 3.1 Gen 1 Power button Volume controls

**SIMs**

Dual SIM (Single Nano SIM and eSIM)

**Media & Audio**

Stereo speakers 3 microphones Noise suppression

**Connectivity & Location**

Wi-Fi 6 (802.11ax) and 6E (6GHz) with MIMO Bluetooth® v5.2 with dual antennas for ...

**Network[16]**

[5G Sub 6GHz] Model GLUOG GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz) ...

**Authentication**

Fingerprint Unlock with under-display fingerprint sensor Pattern, PIN, password

**Materials**

Scratch-resistant Corning® Gorilla® Glass Victus™ cover glass Edgeless Corning® Go...

**AR/VR**

AR Core

**Hearing Aid Compatibility**

M3/T4 HAC Rating Google's devices meet the hearing aid compatibility (HAC) requir...

**Warranty**

1 year

**What's in the box**

1 m USB-C to USB-C cable (USB 2.0)

Quick Start Guide

Quick Switch Adapter

SIM tool



## Compare Pixel phones.

Compare all

## Apps to enrich your life.
## Already on your phone.

| | | | | |
|---|---|---|---|---|
| Google Maps | YouTube | Gmail | Google Chrome | Google Photos |
| Recorder | Messages | Personal Safety | Google Calendar | Google Assistant |



## Find a payment plan
## that works for you.

See options

PTX-490-0003
GOOG-WSOU585-00139530



**Trade in your old phone for money back.**^Δ

[Learn more]

**Finance your Pixel.**^*

[Learn more]

**Preferred Care for added protection.**

[Learn more]

**Free shipping.**^†

[Learn more]

---

[1] Measured diagonally; dimension may vary by configuration and manufacturing process.

[2] Not available for all apps or content. Display automatically adjusts to optimize for best viewing and battery performance.

[3] Dimensions and weight vary by configuration and manufacturing process.

[4] For "24 hour": Maximum battery life based on testing using a mix of talk, data, standby, and use of other features. Battery testing conducted using two major carrier networks using Sub 6 GHz non standalone 5G (ENDC) connectivity. For "Up to 48 hours": Maximum battery life based on testing using a mix of talk, data, standby, and use of limited other features that are default in Extreme Battery Saver mode (which disables various features including 5G connectivity). Battery testing conducted using two major carrier networks. For both claims: Battery testing conducted by a third party in California in mid 2021 on pre-production hardware and software using default settings, except that, for the "up to 48 hour" claim only, Extreme Battery Saver mode was enabled. Battery life depends upon many factors and usage of certain features will decrease battery life. Actual battery life may be lower.

[5] Estimate of typical capacity based upon testing and expected cell behavior.

[6] Fast wired charging rates are based upon use of the Google 30W USB-C® Charger plugged into a wall outlet. Compatible with USB PD 3.0 PPS adapters. Actual results may be slower. Adapters sold separately. Charging speed based upon testing with device batteries drained to 1% and charged with Google 30W USB-C® Charger, sold separately. Charging testing conducted by Google in mid-2021 on pre-production hardware and software using default settings with the device powered on. Charging speed depends upon many factors including usage during charging, battery age, and ambient temperature. Actual charging speed may be slower.

[7] Wireless charging rates up to 21W (Pixel 6) and up to 23W (Pixel 6 Pro) charging with Google Pixel Stand (2nd gen) (sold separately). Up to 12W with Qi-certified EPP chargers (sold separately). Actual results may be slower.

[8] Designed to charge Qi-certified devices. Use of reverse wireless charging significantly reduces Pixel battery life. Cases may interfere with charging and will reduce charging speed. Charge speeds may vary. See g.co/pixel/wirelesscharging for more information.

[9] Storage specifications refer to capacity before formatting. Actual formatted capacity will be less.

[10] Pixel security updates for at least 5 years from when the device first became available on the Google Store in the U.S. Updates may also include feature drops and other software updates. See g.co/pixel/updates for more information.

[11] Maximum resolution and field of view with RAW image files setting turned on. Setting is turned off by default. See g.co/pixel/photoediting for more information.

[12] Not available for all camera apps or modes.

[13] Default camera app in 4K30 mode.

[14] Feature is carrier dependent. Not supported by all carriers or in all countries. Contact carrier for details.

[15] Requires compatible device. Accuracy dependent upon distance, orientation, signal obstruction and other factors. Not enabled at initial product release.

[16] Pixel 6 and Pixel 6 Pro work on major carrier networks. Contact carrier for details. 5G service is carrier dependent. See g.co/pixel/networkinfo.

[17] Requires a 5G data plan (sold separately). 5G service not available on all carrier networks or in all areas. Contact carrier for details. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. Some features not available in all areas. Data rates may apply. See g.co/pixel/networkinfo for info.

[18] Designed to comply with water protection rating IPX8 under IEC standard 60529 when each device leaves the factory but device is not waterproof. The accessories are not water resistant. Water resistance is not a permanent condition, and diminishes or is lost over time due to normal wear and tear, device repair, disassembly or damage. Dropping your device may result in loss of water resistance. Liquid damage voids the warranty. See g.co/pixel/water.

[19] Magic Eraser may not work on all image elements.

USB-C® is a trademark of USB Implementers Forum.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc.

^Δ Credit card refund only available if a Pixel phone is purchased. Phone trade-in value depends on the eligibility of the phone traded in. Phone trade-in credit will be issued as a refund back on the credit card used for the phone purchase at Google Store or in the form of Store Credit if the purchased phone has already been returned. Refund is based on (and paid after) phone received matching the description provided at time of estimate and will be issued to form of payment used for order. Phones sent for trade in must be received within 30 days of initiation of trade-in process, provided the purchased device has not been returned during that time.

^* **0% APR with equal monthly payments on phone purchases:** Google Store Financing is a credit card account issued and serviced solely by Synchrony Bank and can be used only for purchases at store.google.com. Credit card application decisions are made solely by Synchrony Bank. The estimated monthly payment shown on any phone purchase may be rounded up to the next whole dollar or may be shown rounded to the whole cent, but in either event only applies with the use of a Google Store Financing credit card account. See your billing statement for your actual equal monthly payment required, which will be rounded to the whole cent. If you make your payments by the due date each month, the monthly payment (adjusted for taxes, shipping and any other items purchased in the same sales transaction) should allow you to pay off the phone purchase within the number of months advertised if this balance is the only balance on your account during that time period. If you have other balances on your account, this monthly payment will be added to the monthly payment applicable to those balances. For new accounts: Phone purchases (any transaction that includes a phone) APR is 0.00%. All other (regular) purchase APR is 29.99%. Minimum interest charge is $2.00. APRs are accurate as of 08/01/20. Subject to credit approval.

^† All orders that ship free use the lowest-cost option unless otherwise noted.

^* **0% APR on Pixel Pass Purchase.** Google Store Financing is a credit card account issued and serviced solely by Synchrony Bank and can be used only for purchases at store.google.com. Credit card application decisions are made solely by Synchrony Bank. A Pixel Pass Purchase includes a Pixel and Preferred Care (a "Bundled Phone Purchase") and the Google services you select (a "Bundled Subscription Purchase"). The estimated monthly payments shown on the Bundled Phone Purchase is equal to the purchase amount divided by 24, rounded to the whole cent. The monthly payment for the Bundled Subscription Purchase is billed and due in total each month. See your Google Store Financing billing statement for your actual monthly payments required. If you make your payments by the due date each month, the monthly payments (adjusted for taxes and shipping) should allow you to pay off the Pixel Pass Purchase within the number of months advertised if these are the only balances on your account during that time period. If you have other balances on your account, these monthly payments will be added to the monthly payment applicable to those balances. For new accounts: Phone Purchase APR is 0.00%. All other (regular) purchase APR is 29.99%. Minimum interest charge is $2.00 APR's are accurate as of 01/01/20. Subject to credit approval.

Limited time offer. US residents only. Unless otherwise allowed, this offer cannot be combined with other offers. Offer is non-transferable and not valid for cash or cash equivalent. Void where prohibited.

---

| | |
|---|---|
| Placing an order | Help Center |
| Shipping options | Contact Us |
| Tracking a package | Financing |
| Country availability | Device recycling |
| Repairs | Sustainability |
| Installation | Gift returns |

PTX-490-0004

GOOG-WSOU585-00139531

Ideas & Info
Refurbished
Trade-in
Pixel for Business
Locations

United States   Privacy   Google Nest Commitment to Privacy   Sales Terms   Terms of Service   Careers

PTX-490-0005
GOOG-WSOU585-00139532