# Popular times, wait times, and visit duration

To help customers plan visits to your business, Google may show information such as popular times, live visit information, wait times, and typical visit duration. This data appears below your regular business information on Google Maps and Search.

## About visit data

To determine popular times, wait times, and visit duration, Google uses aggregated and anonymized data from users who have opted in to Google Location History. Popular times, wait times, and visit duration are shown for your business if it gets enough visits from these users. You can't manually add this information to your location, and it appears only if Google has sufficient visit data for your business.

Visit data may include:

- **Popular times graph**: This graph shows how busy your location typically is during different times of the day. Popular times are based on average popularity over the last few months. Popularity for any given hour is shown relative to the typical peak popularity for the business for the week. For example, in the image below, 8 PM–9 PM on Saturday is one of the more popular times of the week for this business.
- **Live visit data**: This data shows how active your location is right now. Live visit data is updated in real time and overlaid on the popular times graph. For example, in the image below, the highlighted section of the graph represents how active the location is right now compared to its usual level of activity.
- **Visit duration**: This data shows how much time customers typically spend at your location. Visit duration estimates are based on patterns of customer visits over the last several weeks.
- **Wait time estimates:** This data shows how long a customer would have to wait before they receive service during different times of the day. It also shows the peak wait time for each day of the week. The displayed wait time is based on patterns of customer visits over the last several weeks. Wait time estimation differs for different business types. For instance, a sit-down restaurant's wait time reflects how long customers wait before they are seated.



PLAINTIFF'S
EXHIBIT
PTX-493
6:20-cv-572/580/584/585

PTX-493-0001

GOOG-WSOU585-00227039



---

### Need more help?
Try these next steps:

#### Ask the Help Community
Get answers from community experts

#### Contact us
Tell us more and we'll help you get there

PTX-493-0002

GOOG-WSOU585-00227040