

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "WSOU INVESTMENTS, LLC", FILED IN THIS OFFICE ON THE TWENTY-FIFTH DAY OF JULY, A.D. 2017, AT 12:54 O`CLOCK P.M.



*Jeffrey W. Bullock, Secretary of State*

6491846  8100
SR# 20175399560

Authentication: 202947516
Date: 07-25-17

You may verify this certificate online at corp.delaware.gov/authver.shtml



Defendant's Exhibit
026

WSOU-GOOALL-0000407

D 026.0001

## STATE OF DELAWARE
## CERTIFICATE OF FORMATION
## OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is WSOU Investments, LLC

2. The Registered Office of the limited liability company in the State of Delaware is located at 16192 Coastal Highway (street), in the City of Lewes, Zip Code 19958. The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Harvard Business Services, Inc.

By: _____
         Authorized Person

Name: _____Martin Jannol_____
              Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:54 PM 07/25/2017
FILED 12:54 PM 07/25/2017
SR 20175399560 - File Number 6491846

WSOU-GOOALL-0000408

D 026.0002