# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT6111787
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| NOKIA TECHNOLOGIES OY | 08/22/2017 |

**RECEIVING PARTY DATA**

| Name: | WSOU INVESTMENTS LLC |
|---|---|
| Street Address: | 11150 SANTA MONICA BLVD. |
| Internal Address: | SUITE 1400 |
| City: | LOS ANGELES |
| State/Country: | CALIFORNIA |
| Postal Code: | 90025 |

**PROPERTY NUMBERS Total: 114**

| Property Type | Number |
|---|---|
| Patent Number: | 8223126 |
| Patent Number: | 8331493 |
| Patent Number: | 7889266 |
| Patent Number: | 9467530 |
| Patent Number: | 7684346 |
| Patent Number: | 8102882 |
| Patent Number: | 8019383 |
| Patent Number: | 8385517 |
| Patent Number: | 7996222 |
| Patent Number: | 7417620 |
| Patent Number: | 7403951 |
| Patent Number: | 8320924 |
| Patent Number: | 7359361 |
| Patent Number: | 7254399 |
| Patent Number: | 7511467 |
| Patent Number: | 8731914 |
| Patent Number: | 7821997 |
| Patent Number: | 7493030 |
| Patent Number: | 7398114 |

Defendant's Exhibit 035

506065072

PATENT
REEL: 052694 FRAME: 0303

WSOU-GOOALL-0000390

D 035.0001

| Property Type | Number |
|---|---|
| Patent Number: | 7072637 |
| Patent Number: | 6760015 |
| Patent Number: | 6728241 |
| Patent Number: | 7448080 |
| Patent Number: | 6788690 |
| Patent Number: | 7788098 |
| Patent Number: | 6535155 |
| Patent Number: | 7684753 |
| Patent Number: | 6910191 |
| Patent Number: | 8375411 |
| Patent Number: | 6707855 |
| Patent Number: | 7269449 |
| Patent Number: | 6630925 |
| Patent Number: | 6985137 |
| Patent Number: | 6927384 |
| Patent Number: | 6542436 |
| Patent Number: | 6907568 |
| Patent Number: | 7424299 |
| Patent Number: | 6675219 |
| Patent Number: | 6928410 |
| Patent Number: | 7725600 |
| Patent Number: | 6798773 |
| Patent Number: | 6737933 |
| Patent Number: | 6771619 |
| Patent Number: | 7376625 |
| Patent Number: | 8966377 |
| Patent Number: | 7941754 |
| Patent Number: | 8065429 |
| Patent Number: | 7751135 |
| Patent Number: | 8761709 |
| Patent Number: | 8195452 |
| Patent Number: | 8290516 |
| Patent Number: | 8401565 |
| Patent Number: | 8291052 |
| Patent Number: | 8761082 |
| Patent Number: | 8495749 |
| Patent Number: | 8856226 |
| Patent Number: | 8199939 |

| Property Type | Number |
|---|---|
| Patent Number: | 8892101 |
| Patent Number: | 8789204 |
| Patent Number: | 8335819 |
| Patent Number: | 8817626 |
| Patent Number: | 8724648 |
| Patent Number: | 8248997 |
| Patent Number: | 8737961 |
| Patent Number: | 8266551 |
| Patent Number: | 8489600 |
| Patent Number: | 8942638 |
| Patent Number: | 9144098 |
| Patent Number: | 8983763 |
| Patent Number: | 8351555 |
| Patent Number: | 9218605 |
| Patent Number: | 9245051 |
| Patent Number: | 8803697 |
| Patent Number: | 9055404 |
| Patent Number: | 9294883 |
| Patent Number: | 8914656 |
| Patent Number: | 8811207 |
| Patent Number: | 9307550 |
| Patent Number: | 9258354 |
| Patent Number: | 9398437 |
| Patent Number: | 8248941 |
| Patent Number: | 8724525 |
| Patent Number: | 8717966 |
| Patent Number: | 7126998 |
| Patent Number: | 7173961 |
| Patent Number: | 7006811 |
| Patent Number: | 7973823 |
| Patent Number: | 7991176 |
| Patent Number: | 7983309 |
| Patent Number: | 7870377 |
| Patent Number: | 8060913 |
| Patent Number: | 7937417 |
| Patent Number: | 7894823 |
| Patent Number: | 8045047 |
| Patent Number: | 8027288 |

| Property Type | Number |
|---|---|
| Patent Number: | 7254484 |
| Patent Number: | 7200418 |
| Patent Number: | 7197318 |
| Patent Number: | 8065408 |
| Patent Number: | 7146168 |
| Patent Number: | 7260074 |
| Patent Number: | 7280482 |
| Patent Number: | 7873011 |
| Patent Number: | 8032330 |
| Patent Number: | 9170649 |
| Patent Number: | 8010669 |
| Patent Number: | 9189256 |
| Patent Number: | 9047267 |
| Patent Number: | 8966090 |
| Patent Number: | 9117203 |
| Patent Number: | 9111255 |
| Patent Number: | 9055512 |
| Patent Number: | 9025775 |
| Patent Number: | 8923377 |

**CORRESPONDENCE DATA**

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 208-327-8900
Email: docketing@burdickpatents.com
Correspondent Name: SEAN D. BURDICK
Address Line 1: 2537 W. STATE STREET
Address Line 2: SUITE 220
Address Line 4: BOISE, IDAHO 83702

| NAME OF SUBMITTER: | SEAN D. BURDICK |
|---|---|
| SIGNATURE: | /Sean D. Burdick/ |
| DATE SIGNED: | 05/18/2020 |

**Total Attachments: 12**
source=20170822 Nokia Technologies Oy to WSOU#page1.tif
source=20170822 Nokia Technologies Oy to WSOU#page2.tif
source=20170822 Nokia Technologies Oy to WSOU#page3.tif
source=20170822 Nokia Technologies Oy to WSOU#page4.tif
source=20170822 Nokia Technologies Oy to WSOU#page5.tif
source=20170822 Nokia Technologies Oy to WSOU#page6.tif

PATENT
REEL: 052694 FRAME: 0306

WSOU-GOOALL-0000393

D 035.0004

```
source=20170822 Nokia Technologies Oy to WSOU#page7.tif
source=20170822 Nokia Technologies Oy to WSOU#page8.tif
source=20170822 Nokia Technologies Oy to WSOU#page9.tif
source=20170822 Nokia Technologies Oy to WSOU#page10.tif
source=20170822 Nokia Technologies Oy to WSOU#page11.tif
source=20170822 Nokia Technologies Oy to WSOU#page12.tif
```

# SCHEDULE J3:

# CONFIRMATION OF ASSIGNMENT

DATE:   August 22, 2017

**Nokia Technologies Oy,** a company validly organized and existing under the laws of Finland and having its principal address at Karakaari 7, 02610 Espoo, Finland, ("**Assignor**")

**WSOU Investments LLC**, a company validly organized under the laws of Delaware, having its principal address at 11150 Santa Monica Boulevard, Suite 1400 Los Angeles, CA 90025 ("**Assignee**").

I, the undersigned, representing above-named Assignor, hereby confirm as follows:

The Assignor was the owner of all rights in and to the patents identified in Exhibit A hereto (the "Assigned Patents").

On or about August 22, 2017, the Assignor assigned all rights in and to the Assigned Patents to the Assignee (the "Patent Assignment").

The Patent Assignment included, subject to all existing encumbrances (including without limitation, right and licenses of other parties), where, such existing encumbrances shall run with the Assigned Patents, the assignment to Assignee and its successors and onward assigns all right, title, and interest in and to the Assigned Patents, including without limitation all causes of action and other enforcement rights for damages, injunctive relief and any other remedies of any kind for past, current, and future infringement, subject to the terms, conditions and all existing encumbrances and which shall run with the Assigned Patents, to the extent such damages or relief hereinabove are not already paid, awarded or contractually owed to Assignor, its affiliates or any predecessor of Assignor or Assignor's affiliates.

This Confirmation of Assignment may be executed by the Parties in one or more counterparts, each of which when so executed shall be an original, but all such counterparts shall constitute one and the same instrument. Each Party intends that a facsimile of its signature printed from an unaltered scanned version of its original signature such as by a printer printing an unaltered Portable Document Format (PDF) file supplied by the Party be regarded as an original signature.

[signature page to follow]
[remainder of this page left intentionally blank]

EXECUTION COPY

IN WITNESS WHEREOF, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____
Name: Jukka Nihtilä
       Authorized Signatory
Title: 27 Sept, 2019
Date: _____

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____
Name: Merja Leväjärvi
       Authorized Signatory
Title: _____
Date: 27 Sept, 2019

ACKNOWLEDGED BY ASSIGNEE

ASSIGNEE:

WSOU INVESTMENTS LLC

By: _____
Name: _____
Title: _____
Date: _____

Page - 2

**IN WITNESS WHEREOF**, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____

Name: _____

Title: _____

Date: _____

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____

Name: _____

Title: _____

Date: _____

ACKNOWLEDGED BY ASSIGNEE

ASSIGNEE:

WSOU INVESTMENTS LLC

By: _____*Stuart Shanus*_____

Name: __Stuart Shanus__

Title: __President__

Date: __9/30/2019__

EXHIBIT A OF SCHEDULE J3 – ASSIGNED PATENTS IN CONFIRMATION OF ASSIGNMENT

| Family | Case Reference | Grant Number | Application Number | Publication Number | Issue Date | File Date | Title |
|---|---|---|---|---|---|---|---|
| 55083 | 55083-US-NP | 8223126 | 11/787474 | 20080259038 | 07/17/12 | 04/17/07 | IMPROVEMENT TO SECURITY KEYGUARD. |
| 73214 | 73214-US-NP | 8331493 | 12/875472 | 20120058758 | 12/11/12 | 09/03/10 | Bias Removal of Radio Link Quality Estimates |
| 52723 | 52723-US-NP | 7889266 | 11/598219 | 20080111910 | 02/15/11 | 11/10/06 | Smart Image Capture with Auto Focus Cameras |
| 52187 | 52187-US-NP | 9467530 | 11/279281 | 20070239867 | 10/11/16 | 04/11/06 | SYSTEM AND METHODS FOR SEAMLESS CONTENT SHARING |
| 54503 | 54503-US-NP | 7684346 | 11/647614 | 20080159163 | 03/23/10 | 12/29/06 | BATTERY SAVING METHOD FOR ALWAYS-ON CONNECTIONS |
| 46971 | 46971-US-NP | 8102882 | 11/415725 | 20070258352 | 01/24/12 | 05/02/06 | ORDERED LDPC CODED OFDM SYSTEM WITH ADAPTIVE POWER CONTROL WITH FIXED TRUNCATING RATIO IN MULTICARRIER COMMUNICATION |
| 56505 | 56505-US-NP | 8019383 | 11/624204 | 20080171567 | 09/13/11 | 01/17/07 | APPARATUS AND METHOD TO EXTEND DMR COVERAGE WITH POC |
| 53191 | 53191-US-NP | 8385517 | 11/468189 | 20080056454 | 02/26/13 | 08/29/06 | REPLY VIA ANOTHER CHANNEL |
| 56153 | 56153-US-NP | 7996222 | 11/536701 | 20080082333 | 08/09/11 | 09/29/06 | NOVEL METHOD FOR PROSODY CONVERSION |
| 43226 | 43226-US-NP | 7417620 | 10/832110 | 20050237314 | 08/26/08 | 04/26/04 | USING INVENTION NC19490 FOR HAPTICS PURPOSES E.G. AS A ROLLER BRAKE |
| 50901 | 50901-US-NP | 7403951 | 11/245859 | 20070083808 | 07/22/08 | 10/07/05 | A METHOD FOR MEASURING SVG DOCUMENT SIMILARITY BY REDUCING THE DOCUMENTS TO THEIR MINIMAL LOGICAL REPRESENTATIONS AND THEN ANALYZING USING TREE ISOMORPHISM TECHNIQUES |

PATENT
REEL: 052694 FRAME: 0311
WSOU-GOOALL-0000398
D 035.0009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 46783 | 46783-US-NP | 8320924 | 11/440531 | 20070275729 | 11/27/12 | 05/25/06 | A COORDINATED SCHEDULING METHOD FOR INTERFERENCE CONTROL WITHOUT INTER-CELL SIGNALLING |
| 45424 | 45424-US-NP | 7359361 | 10/978417 | 20060176860 | 04/15/08 | 11/02/04 | MODIFICATIONS FOR THE STREAM HANDLING OF THE MBOA MAC IMPLICIT DRP PROTOCOL |
| 45416 | 45416-US-NP | 7254399 | 10/961092 | 20060077939 | 08/07/07 | 10/12/04 | MODIFICATIONS FOR MBOA MAC DRP PROTOCOL |
| 49038 | 49038-US-NP | 7511467 | 11/250338 | 20070085525 | 03/31/09 | 10/14/05 | LIGHTNING DETECTION WITH (MODIFIED) STEREO FM RECEIVER |
| 50443 | 50443-US-NP | 8731914 | 11/274612 | 20070112562 | 05/20/14 | 11/15/05 | NOVEL METHOD FOR WINDING AUDIO CONTENT USING VOICE ACTIVITYDETECTION ALGORITHM |
| 45400 | 45400-US-NP | 7821997 | 11/080160 | 20060209762 | 10/26/10 | 03/15/05 | HANDOVER ARANGEMENT FOR DVB-H RECEIVER |
| 48724 | 48724-US-NP | 7493030 | 11/165992 | 20060291844 | 02/17/09 | 06/24/05 | ADAPTIVE OPTICAL PLANE FORMATION WITH ROLLING SHUTTER |
| 34813 | 34813-US-NP | 7398114 | 10/993078 | 20060111052 | 07/08/08 | 11/19/04 | MOBILE STATION BODY COMPRISED OF STACKED ELEMENTS |
| 35740 | 35740-US-NP | 7072637 | 10/199271 | 20040014440 | 07/04/06 | 07/18/02 | USING FILE ACCESS FREQUENCY TO MINIMIZE POWER CONSUMPTION BYOPTIMIZING LOCATION ON A ROTATING STORAGE MEDIUM |
| 35089 | 35089-US-CIP | 6760015 | 10/053531 | 20020080122 | 07/06/04 | 01/18/02 | DEVICE WITH A TWO-SIDED KEYBOARD INSERT |
| 28570 | 28570-US-NP | 6728241 | 10/083795 | 20030161305 | 04/27/04 | 02/27/02 | BOOLEAN PROTOCOL FILTERING |
| 25210 | 25210-GB-NP | 2364173 | 0016241.2 | 2364173 | 04/14/04 | 06/30/00 | 3 WAY SCROLL KEY (THIN) |
| 28881 | 28881-US-NP | 7448080 | 10/609011 | 20040268148 | 11/04/08 | 06/30/03 | METHOD FOR IMPLEMENTING SECURE CORPORATE COMMUNICATION |
| 31691 | 31691-CN-NP | 200510005 | 20051000511 | 1811669 | 04/18/12 | 01/28/05 | TWIN-BOX INPUT METHOD |

PATENT
REEL: 052694 FRAME: 0312

WSOU-GOOALL-0000399

D 035.0010

| 28578 | 28578-US-NP | 6788690 | 10/186026 | 20040001488 | 09/07/04 | 06/27/02 | PID SEARCH FILTERING |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 31653 | 31653-CN-NP | 200510058 | 200510058911 | 1838041 | 05/02/12 | 03/24/05 | STROKE FRONT-AND-END INPUT METHOD |
| 31630 | 31630-US-NP | 7788098 | 10/909462 | 20060025999 | 08/31/10 | 08/02/04 | TONE ESTIMATION FOR NAME |
| 32845 | 32845-US-NP | 6535155 | 09/892971 | 20030001764 | 03/18/03 | 06/27/01 | A METHOD AND CIRCUITRY FOR BREAKING THE TONES OF THE CYCLICDEM ALGORITHMS |
| 37402 | 37402-US-NP | 7684753 | 10/895816 | 20060019602 | 03/23/10 | 07/21/04 | METHOD FOR SELECTING TRANSMISSION PARAMETERS BASED ON AN UPPER BOUND TO THE TOTAL CHANNEL ENERGY |
| 34155 | 34155-US-NP | 6910191 | 09/985307 | 20030090524 | 06/21/05 | 11/02/01 | TV GUIDE USING NAVIBARS CROSS |
| 34124 | 34124-US-NP | 8375411 | 09/891380 | 20030005448 | 02/12/13 | 06/27/01 | EPG WITH REMINDER FUNCTION |
| 33168 | 33168-US-NP | 6707855 | 10/177648 | 20030235261 | 03/16/04 | 06/20/02 | A DIGITAL DELTA-SIGMA MODULATOR IN THE FRACTIONAL N SYNTHESIZER |
| 32885 | 32885-US-NP | 7269449 | 09/998849 | 20030078014 | 09/11/07 | 10/24/01 | PERSONALISATION OF KEYBOARD BY MEANS OF APPLICATION SPECIFICKEYMAT ON TOP OF EXISTING KEYBOARD CIRCUITY |
| 32363 | 32363-US-NP | 6630925 | 09/702539 | | 10/07/03 | 10/31/00 | DOUBLE-SIDED KEYBOARD UTILIZING A SINGLE DOME SHEET |
| 33201 | 33201-US-NP | 6985137 | 09/928929 | 20030034185 | 01/10/06 | 08/13/01 | TOUCH SCREEN LOCK TO DISABLE ACCIDENTAL INPUT |
| ###### | 33200-US-NP | 6927384 | 09/928967 | 20030034439 | 08/09/05 | 08/13/01 | HALIOS TOUCH PAD IN A WIRELESS TELECOMMUNICATION TERMINALL |
| 32303 | 32303-US-NP | 6542436 | 09/608090 | | 04/01/03 | 06/30/00 | ACOUSTICAL PROXIMITY DETECTION |
| 18656 | 18656-US-NP | 6907568 | 09/828763 | | 06/14/05 | 04/09/01 | A CARD TO RESTORE NETWORK OBJECTS OF ARBITRARY SIZE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23366 | 23366-US-NP | 7424299 | 09/658731 | | 09/09/08 | 09/11/00 | METHOD TO REDUCE THE NEED OF MEASUREMENTS IN A DYNAMIC CHANNEL ALLOCATION SYSTEM. |
| 24985 | 24985-FI-NP | 108582 | 20001017 | | 02/15/02 | 05/02/00 | SERIAL BUS CONTROLLED SMART KEYPAD ILLUMINATION |
| 27344 | 27344-US-NP | 6675219 | 09/431071 | | 01/06/04 | 11/01/99 | TECHNIQUE FOR IMPROVING THROUGHPUT OF A GATEWAY INTERFACE |
| 25460 | 25460-CN-NP | ZL991203 | 99120322.4 | 1288343 | 02/18/04 | 09/15/99 | SMART PINYIN INPUT |
| 18817 | 18817-US-NP | 6928410 | 09/707088 | | 08/09/05 | 11/06/00 | MUSICAL MODIFICATION OF JAPANESE SPEECH OUTPUT |
| 17686 | 17686-US-NP | 7725600 | 10/770881 | 20050172014 | 05/25/10 | 02/03/04 | ADDRESS MANAGEMENT IN A FLAT STRUCTURE MOBILE NETWORK |
| 17413 | 17413-US-NP | 6798773 | 09/987198 | 20030091021 | 09/28/04 | 11/13/01 | PHYSICALLY SCOPED MULTICAST IN MULTI-ACCESS WIRELESS NETWORKS |
| 15921 | 15921-US-NP | 6737933 | 10/047017 | 20030132814 | 05/18/04 | 01/15/02 | A CIRCUIT TOPOLOGY FOR LOW LOSS ATTENUATOR AND SWITCH CIRCUITS OPERATING AT MICROWAVE AND MILLIMETER WAVE FREQUENCIES |
| 15941 | 15941-US-NP | 6771619 | 09/782032 | 20020110110 | 08/03/04 | 02/14/01 | AUTOMATIC DETECTION AND MODIFICATION OF CHANNEL USAGE |
| 4216 | 04216-US-NP | 7376625 | 10/000645 | 20050005286 | 05/20/08 | 11/15/01 | ACTIVATING SW MODULES ON SELECTED RECEIVERS IN DVB BROADCASTENVIRONMENT |
| 72884 | 72884-US-NP | 8966377 | 12/860561 | 20120047443 | 02/24/15 | 08/20/10 | Endless Mobile Desktop |
| 61209 | 61209-US-NP | 7941754 | 11/770894 | 20090006609 | 05/10/11 | 06/29/07 | EMAIL DISTRIBUTION INDICATOR |
| 29634 | 29634-FR-EPA | 1152442 | 01660075.1 | 1152442 | 07/25/07 | 04/26/01 | KEYPAD DESIGN FOR LOW POWER KEY ILLUMINATION |
| 29634 | 29634-DE-EPA | 60129502 | 01660075.1 | 1152442 | 07/25/07 | 04/26/01 | KEYPAD DESIGN FOR LOW POWER KEY ILLUMINATION |
| 29634 | 29634-NL-EPA | 1152442 | 01660075.1 | 1152442 | 07/25/07 | 04/26/01 | KEYPAD DESIGN FOR LOW POWER KEY ILLUMINATION |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29634 | 29634-GB-EPA | 1152442 | 01660075.1 | 1152442 | 07/25/07 | 04/26/01 | KEYPAD DESIGN FOR LOW POWER KEY ILLUMINATION |
| 57041 | 57041-US-NP | 8065429 | 11/823660 | 20090004974 | 11/22/11 | 06/28/07 | SYSTEM AND METHOD FOR SUCCESS RATE IN SERVICES |
| 60248 | 60248-US-NP | 7751135 | 11/999254 | 20090141372 | 07/06/10 | 12/03/07 | Digital Camera Piezoelectric Bimorph Auto Focus motor drive |
| 50925 | 50925-US-PCT | 8761709 | 12/224710 | 20090023404 | 06/24/14 | 03/01/06 | OFDM RECEIVER WITH IMPROVED INTERFERENCE PERFORMANCE WITH OTHER TRANSCEIVER |
| 64856 | 64856-US-NP | 8195452 | 12/138084 | 20090313027 | 06/05/12 | 06/12/08 | Low bit-rate quantization tool for superwideband speech and audio codec |
| 70195 | 70195-US-NP | 8290516 | 12/571988 | 20110081922 | 10/16/12 | 10/01/09 | Using Cell Broadcast Service and Crowd sourcing for constructing location connectivity graphs |
| 63749 | 63749-US-NP | 8401565 | 12/125470 | 20090291664 | 03/19/13 | 05/22/08 | Delayed Emergency Position |
| 63995 | 63995-US-NP | 8291052 | 12/144726 | 20090319645 | 10/16/12 | 06/24/08 | Network and content aware information management in heterogeneous network environment |
| 62407 | 62407-US-NP | 8761082 | 12/070097 | 20090207894 | 06/24/14 | 02/14/08 | A Method of Distributed Synchronization and Estimation/Control in Cognitive Radio Networks |
| 66680 | 66680-US-NP | 8495749 | 12/355063 | 20100186090 | 07/23/13 | 01/16/09 | METHOD FOR USING DVB CPCM TO PROTECT PERSONAL CONTENT |
| 66867 | 66867-US-NP | 8856226 | 12/362956 | 20100199287 | 10/07/14 | 01/30/09 | Method to Link Electronic Business Cards to (Historical) Contextual Information on Mobile Devices |
| 66996 | 66996-US-NP | 8199939 | 12/321513 | 20100183174 | 06/12/12 | 01/21/09 | Structure of MEMS mircophone with sound port on the top of package |
| 70597 | 70597-US-NP | 8892101 | 12/623991 | 20110124340 | 11/18/14 | 11/23/09 | Qout assisted rescue handover |
| 71100 | 71100-US-NP | 8789204 | 12/645013 | 20110154130 | 07/22/14 | 12/22/09 | XSS solution with developer key - based access hardening |
| 70443 | 70443-US-NP | 8335819 | 12/651089 | 20110161403 | 12/18/12 | 12/31/09 | A method for client side persistency |
| 56984 | 56984-US-PCT | 8817626 | 12/530296 | 20100120467 | 08/26/14 | 03/08/07 | DVB-T2/H2 GSM INTEROPERABILITY SOLUTION |
| 70439 | 70439-US-NP | 8724648 | 12/570165 | 20110075684 | 05/13/14 | 09/30/09 | Control Signalling Design for LTE Backhaul Link |
| 70111 | 70111-US-NP | 8248997 | 12/542639 | 20110039574 | 08/21/12 | 08/17/09 | RSTD method for Improved RS Hearability in OTDOA |
| 69838 | 69838-US-NP | 8737961 | 12/565573 | 20110070863 | 05/27/14 | 09/23/09 | iLoc: A Computational Framework for Incremental Location-State Acquisition and Prediction based on Mobile Sensors |

PATENT
REEL: 052694 FRAME: 0315

WSOU-GOOALL-0000402

D 035.0013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72074 | 72074-US-NP | 8266551 | 12/813248 | 20110307841 | 09/11/12 | 06/10/10 | Granular reflective process migration based liquid user interface |
| 71803 | 71803-US-NP | 8489600 | 12/710990 | 20110208722 | 07/16/13 | 02/23/10 | Multi-phase probabilistic tagging for segmentation and summaries of media items |
| 61393 | 61393-US-PCT | 8942638 | 12/745406 | 20100311347 | 01/27/15 | 11/28/07 | Method for identifying people and objects appearing on a picture |
| 74340 | 74340-US-NP | 9144098 | 12/931973 | 20120207100 | 09/22/15 | 02/14/11 | REAL-TIME GAMING AND OTHER APPLICATIONS SUPPORT FOR D2D COMMUNICATIONS |
| 73840 | 73840-US-NP | 8983763 | 12/887947 | 20120072100 | 03/17/15 | 09/22/10 | A method and apparatus for map creation with multiple users |
| 74250 | 74250-US-NP | 8351555 | 13/020168 | 20120201285 | 01/08/13 | 02/03/11 | SINR Estimation for HSDPA MIMO receiver for the case of using S-CPICH as phase reference |
| 76128 | 76128-US-NP | 9218605 | 13/238334 | 20130073485 | 12/22/15 | 09/21/11 | Recommendation Service Framework for Dual-SIM/Multi-SIM devices |
| 76040 | 76040-US-NP | 9245051 | 13/237175 | 20130073583 | 01/26/16 | 09/20/11 | A method for merging and grouping detected multiple text regions for OCR preprocessing |
| 75394 | 75394-US-NP | 8803697 | 13/107090 | 20120286965 | 08/12/14 | 05/13/11 | Mobile radar assisted control for incoming calls |
| 78553 | 78553-US-NP | 9055404 | 13/476693 | 20130309972 | 06/09/15 | 05/21/12 | Wave to Share: Seamless Content Sharing and Transfer Through Proximity Sensing and Gesturing |
| 78243 | 78243-US-NP | 9294883 | 13/409404 | 20130231151 | 03/22/16 | 03/01/12 | More criteria to Probe Request and Response Exchange |
| 71012 | 71012-US-PCT | 8914656 | 13/517972 | 20120260111 | 12/16/14 | 12/23/09 | Energy accounting for mobile Web runtime |
| 76671 | 76671-US-NP | 8811207 | 13/284137 | 20130107816 | 08/19/14 | 10/28/11 | Methods for allocating Control Data to User Equipment |
| 71223 | 71223-US-PCT | 9307550 | 13/521349 | 20130012221 | 04/05/16 | 01/19/10 | eNB-controlled Centralized Resource Reuse for D2D and Cellular Users |
| 59013 | 59013-US-PCT | 9258354 | 13/881950 | 20140237083 | 02/09/16 | 10/31/11 | PROGRESSIVE MULTIMEDIA SYNCHRONIZATION SYNCHRONISATION MULTIMÉDIA PROGRESSIVE |
| 84769 | 84769-US-NP | 9398437 | 14/107250 | 20150172902 | 07/19/16 | 12/16/13 | NAN service discovery with BT LE device filtering and SID based device addresses |
| 88117 | 88117-DE-NP | 19916063 | 19916063.5 | | 07/13/00 | 04/09/99 | VERFAHREN UND FUNK-KOMMUNIKATIONSSYSTEM ZUR SYNCHRONISATION VON TEILNEHMERSTATIONEN |
| 88236 | 88236-US-NP | 8248941 | 12/012338 | 20090196177 | 08/21/12 | 02/01/08 | METHOD, APPARATUS AND COMPUTER PROGRAM FOR UPLINK SCHEDULING IN A NETWORK THAT EMPLOYS RELAY NODES |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88258 | 88258-US-NP | 8724525 | 12/204789 | 20100054172 | 05/13/14 | 09/04/08 | FRAME SYNCHRONIZATION USING BIDIRECTIONAL TRANSMIT AND RECEIVE ZONES |
| 88199 | 88199-CN-NP | 919951 | 20061013744 | 101170797 | 03/14/12 | 10/25/06 | Listen-and-help deployment for relay stations in wireless cellular systems |
| 88234 | 88234-US-NP | 8717966 | 12/071153 | 20090207778 | 05/06/14 | 02/15/08 | SYMMETRICAL COOPERATIVE DIVERSITY IN THE RELAY-ENABLED WIRELESS SYSTEMS |
| 17537 | 17537-US-DIV | 7126998 | 11/221511 | 20060067414 | 10/24/06 | 09/08/05 | A TECHNIQUE TO ENABLE USE OF EFFICIENT AMPLIFIERS WITH PARTIAL RESPONSE SIGNALING IN WIRELESS OFDM SYSTEMS |
| 17659 | 17659-US-NP | 7173961 | 10/793017 | 20040170228 | 02/06/07 | 03/03/04 | FREQUENCY DOMAIN PARTIAL RESPONSE SIGNALING WITH HIGH SPECTRAL EFFICIENCY AND VERY LOW PAPR |
| 37013 | 37013-US-NP | 7006811 | 10/375591 | 20040171364 | 02/28/06 | 02/27/03 | SWITCH-OFF FOR INTERFERENCE SUPPRESSIVE RECEIVER |
| 52769 | 52769-US-NP | 7973823 | 11/648131 | 20080158375 | 07/05/11 | 12/29/06 | Multi-pass pre-processing and image statistics with compressed memory access |
| 48042 | 48042-US-NP | 7991176 | 10/999842 | 20060115090 | 08/02/11 | 11/29/04 | A STEREO WIDENING NETWORK FOR TWO CLOSELY SPACED LOUDSPEAKERS |
| 56563 | 56563-US-NP | 7983309 | 11/624836 | 20080175276 | 07/19/11 | 01/19/07 | IMPROVED BUFFERING DELAY ESTIMATION FOR ADAPTIVE JITTER BUFFER MANAGEMENT |
| 55829 | 55829-US-NP | 7870377 | 11/672064 | 20080189540 | 01/11/11 | 02/07/07 | DVBH - AUTOMATIC AIR INTERFACE SELECTION |
| 41415 | 41415-US-NP | 8060913 | 11/591484 | 20080109868 | 11/15/11 | 11/02/06 | MICRO INTERPRETER FOR DYNAMIC POLICY EXECUTION |
| 50877 | 50877-US-NP | 7937417 | 11/402283 | 20070239687 | 05/03/11 | 04/11/06 | ADAPTABLE RANDOM PLAY |
| 45117 | 45117-US-NP | 7894823 | 10/862774 | 20050271021 | 02/22/11 | 06/07/04 | SYSTEM FOR ENHANCED VOICE CAPACITY AND QUALITY OVER WLAN |
| 48725 | 48725-US-NP | 8045047 | 11/166790 | 20060290796 | 10/25/11 | 06/23/05 | MULTI-SCALE RAW CAMERA DATA |
| 45551 | 45551-US-NP | 8027288 | 11/111869 | 20060239220 | 09/27/11 | 04/22/05 | REDUCING BEACON SLOT ACQUISITION TIME IN DISTRIBUTED MAC UNDER CRITICAL DEVICE POPULATION CONDITIONS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37524 | 37524-US-NP | 7254484 | 11/251258 | 20070088504 | 08/07/07 | 10/14/05 | UTILIZATION OF AUDIO CODEC IN LIGHTNING DETECTION IN MOBILEDEVICES |
| 37135 | 37135-US-NP | 7200418 | 10/795209 | 20050197070 | 04/03/07 | 03/04/04 | LIGHTNING DISTANCE METER FEATURE FOR MOBILE TERMINALS |
| 32619 | 32619-US-PCT | 7197318 | 10/475825 | 20040121777 | 03/27/07 | 04/26/01 | COMBINED SERVICE AND LOAD BASED INTERFREQUENCY (WCDMA <-> WCDMA) AND INTERSYSTEM (WCDMA <-> GSM/EDGE) HANDOVERS |
| 34981 | 34981-US-NP | 8065408 | 10/881696 | 20060047803 | 11/22/11 | 06/30/04 | LISTENER-SOLUTION TO DYNAMIC DEVICE IP ADDRESS PROBLEM |
| 23656 | 23656-US-PCT | 7146168 | 10/499000 | 20050119003 | 12/05/06 | 12/19/01 | IP RAN STRATEGIES FOR SSDT |
| 28728 | 28728-US-NP | 7260074 | 10/334822 | 20040125769 | 08/21/07 | 12/31/02 | HANDOVER DECISION FOR IP SERVICES IN DVB NETWORK BASED ON THE PRIORITY ORDER OF IP STREAMS |
| 19755 | 19755-US-NP | 7280482 | 10/286477 | 20040203827 | 10/09/07 | 11/01/02 | DYNAMIC LOAD BALANCING USING LOCALIZED INFORMATION |
| 60820 | 60820-US-NP | 7873011 | 11/891148 | 20090040928 | 01/18/11 | 08/08/07 | Bi-directional Resource Allocation to decrease signaling for retransmissions |
| 62680 | 62680-US-NP | 8032330 | 12/074952 | 20090228240 | 10/04/11 | 03/07/08 | Electromagnetic interference sensor for low-end diagnostic monitoring of devices |
| 60746 | 60746-US-NP | 9170649 | 12/005830 | 20090167701 | 10/27/15 | 12/28/07 | Desktop material simulation using a piezoelectric actuator |
| 65167 | 65167-US-NP | 8010669 | 12/251971 | 20100094922 | 08/30/11 | 10/15/08 | Enabling Dual-Mode Communication via DCCI Models |
| 65560 | 65560-US-NP | 9189256 | 12/274953 | 20100125654 | 11/17/15 | 11/20/08 | Multiple SIM Card Management and Device Setup |
| 68646 | 68646-US-NP | 9047267 | 12/431908 | 20100281350 | 06/02/15 | 04/29/09 | Auto-generating visual writing guidance and hints for handwriting mathematical expression recognition systems |
| 68507 | 68507-US-NP | 8966090 | 12/424232 | 20100268775 | 02/24/15 | 04/15/09 | API notification to suggest the use of a UDP port when a reliable D2D connection is available. |

PATENT
REEL: 052694 FRAME: 0318

WSOU-GOOALL-0000405

D 035.0016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69700 | 69700-US-NP | 9117203 | 12/552095 | 20110055335 | 08/25/15 | 09/01/09 | Method of augmenting social networking service interactions with person-to-person `text/MMS message sessions¿ to increase audience reach and social inclusiveness |
| 72635 | 72635-US-NP | 9111255 | 12/872724 | 20120054691 | 08/18/15 | 08/31/10 | Shared friends view in gallery (pre-reviewed by Jette Jensen and Morten Ovi) Intelligent UI project |
| 71964 | 71964-US-NP | 9055512 | 12/761384 | 20110255425 | 06/09/15 | 04/15/10 | Network assisted secondary usage in future cellular system |
| 62814 | 62814-US-PCT | 9025775 | 13/002486 | 20110103591 | 05/05/15 | 07/01/08 | Binaural audio image enhancement |
| 75618 | 75618-US-NP | 8923377 | 13/106937 | 20120288032 | 12/30/14 | 05/13/11 | HSPA MIMO receiver for imbalanced transmit signal |
| 81785 | 81785-GB-NP | | 1318531.9 | 2519364 | | 10/21/13 | Pure Imaging |