**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | Case No. 6:20-cv-572-ADA |
| | | Case No. 6:20-cv-580-ADA |
| Plaintiff, | § § | Case No. 6:20-cv-584-ADA |
| | § | Case No. 6:20-cv-585-ADA |
| v. | § § | |
| GOOGLE, LLC, | § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE**

**TO THE HONORABLE COURT:**

Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") hereby moves to withdraw attorney Melissa Samano Ruiz as counsel of record for Plaintiff.

Attorneys with the law firm of Cherry Johnson Siegmund James PLLC and Folio Law Group PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Defendant or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: January 4, 2024

Respectfully submitted,

*/s/ Mark D. Siegmund*_____
Mark D. Siegmund
TX Bar No. 24117055
msiegmund@cjsjlaw.com
Gregory P. Love
TX Bar No. 24013060
glove@cjsjlaw.com
**CHERRY  JOHNSON  SIEGMUND  JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254) 732-2242
F: (866) 627-3509

Joseph M. Abraham
TX Bar No. 24088879
Joseph.abraham@foliolaw.com
Timothy Dewberry
TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201

Cliff Win
CA Bar No. 270517
Cliff.win@foliolaw.com
Alexandra Fellowes
CA Bar No. 261929
Alexandra.fellowes@foliolaw.com
C. Maclain Wells
CA Bar No. 221609
maclain@foliolaw.com
Aaron Weisman
WA Bar No. 56724
Aaron.weisman@foliolaw.com
Moses Xie
CA Bar No. 343007
Moses.xie@foliolaw.com
Alden K. Lee
CA Bar No. 257973
Alden.lee@foliolaw.com
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809

2

Seattle, WA 98109
Tel: 206-880-1802
***Attorneys for Plaintiff WSOU Investments,***
***LLC d/b/a Brazos Licensing and Development***

## CERTIFICATE OF CONFERENCE

I hereby certify that Mark D. Siegmund conferred with Defendant regarding Melissa Samano Ruiz's withdrawal from the case. Defendant is unopposed to this motion.


*/s/ Mark D. Siegmund*_____
Mark D. Siegmund

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 4th day of January, 2024 via the Court's CM/ECF system.

*/s/ Mark D. Siegmund*_____
Mark D. Siegmund
