# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § | Case No. 6:20-cv-572-ADA<br>Case No. 6:20-cv-580-ADA<br>Case No. 6:20-cv-584-ADA<br>Case No. 6:20-cv-585-ADA |
| Plaintiff, | | |
| v. | | |
| GOOGLE, LLC, | | |
| Defendant. | | |

## ORDER GRANTING UNOPPOSED MOTION FOR
## WITHDRAWAL OF COUNSEL FROM CASE

Plaintiff's Unopposed Motion to Withdraw Melissa Samano Ruiz is GRANTED. The clerk is requested to remove such attorney from all service lists including the CM/ECF system.

Signed this _____ day of _____ 2024.

_____
Honorable Alan D Albright
United States District Judge