IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>　　　　*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br>　　　　*Defendant.* | § § § § § § § § § | W-20-CV-00585-ADA |

## FINAL JUDGMENT

In accordance with the Court's Order granting judgment as a matter of law and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

**IT IS ORDERED** that final judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by this action.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is DENIED. This case is hereby closed.

This FINAL JUDGMENT starts the time for filing an appeal.

**SIGNED** this 18th day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE