IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 6:20-cv-00585-ADA<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO EXTEND TIME FOR THE PREVAILING PARTY TO SEEK COSTS AND ATTORNEY FEES

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Google LLC jointly move the Court for an extension of time for the prevailing party to seek costs under 28 U.S.C. § 1920 and attorney fees under 35 U.S.C. § 285.  Specifically, the parties request that the Court defer the deadline for the prevailing party to seek costs and attorney fees until thirty (30) days after the expiration of the time allowed for appeal of the Court's final judgment, Dkt. 275, or if there is an appeal, until thirty (30) days after issuance of a mandate by the appellate court.  Deferring the time for the prevailing party to seek costs and attorney fees should conserve judicial and party resources, and provide adequate time for the parties (1) to meet and confer prior to submitting a bill of costs under Federal Rule of Civil Procedure 54(d)(1) and Local Rule CV-54 and (2) to meet and confer prior to seeking attorney fees under Federal Rule of Civil Procedure 54(d)(2) and Local Rule CV-7(j).

1

Date: January 23, 2024

Respectfully submitted,

By: *Michael E. Jones with permission, by Tharan Gregory Lanier*

Tracy A. Stitt
(D.C. Bar No. 1015680) (*pro hac vice*)
tastitt@jonesday.com
John R. Boulé III
(California Bar No. 322929) (*pro hac vice*)
jboule@jonesday.com
Edwin O. Garcia
(Texas Bar No. 24097726) (*pro hac vice*)
edwingarcia@jonesday.com
Daniele San Román
(D.C. Bar No. 1673021) (*pro hac vice*)
dsanroman@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3939
+1 (202) 626-1700 facsimile

Rita J. Yoon
(Illinois Bar No. 6298019) (*pro hac vice*)
ryoon@jonesday.com
JONES DAY
555 California Street 26th Floor
San Francisco, California 94104
+1 (415) 626-3939
+1 (415) 875-5700 facsimile

Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett  (State Bar No. 24074372)
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile

Tharan Gregory Lanier
(California Bar No. 138784) (*pro hac vice*)
tglanier@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile

Sasha Mayergoyz
(Illinois Bar No. 6271800) (*pro hac vice*)
smayergoyz@jonesday.com
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
+1 (312) 782-3939
+1 (312) 782-8585 facsimile

*Attorneys for Defendant Google LLC*

Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
FOLIO LAW GROUP PLLC
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Alexandra Fellowes, CA Bar. No. 261929
C. Maclain Wells, CA Bar No. 221609
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cliff.win@foliolaw.com
alexandra.fellowes@foliolaw.com
maclain@foliolaw.com

By: *Michael E. Jones with permission, by Greg P. Love*
Greg P. Love
State Bar No. 24013060
glove@cjsjlaw.com
Mark D. Siegmund
State Bar No. 24117055
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PLLC
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254)-732-2242
F: (866)-627-3509

*Attorneys for Plaintiff WSOU Investments LLC, d/b/a Brazos Licensing and Development*