IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 6:20-cv-00585-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR THE PREVAILING PARTY TO SEEK COSTS AND ATTORNEY FEES**

Before the Court is the parties' Joint Motion to Extend Time for the Prevailing Party to Seek Costs and Attorney Fees. After consideration of said joint motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the prevailing party to seek costs and attorney fees is hereby deferred until thirty (30) days after the expiration of the time allowed for appeal of the Court's final judgment, Dkt. 275, or if there is an appeal, until thirty (30) days after issuance of a mandate by the appellate court.

SIGNED this _____ day of _____, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

{A07/07713/0106/W1866955.1 }