# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, <br><br>  Plaintiff, <br><br> v. <br><br> GOOGLE, LLC <br><br>  Defendant | Case No. 6:20-cv-00585-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appeals to the U.S. Court of Appeals for the Federal Circuit from (i) the January 18, 2024, Final Judgment (Dkt. 275) in this action; and (ii) all other orders, rulings, findings, decisions, stipulations, and conclusions entered in this action, including but not limited to the Court's December 6, 2023, Memorandum Opinion and Order Granting Google's Rule 50(a) Motion for Judgment as a Matter of Law (Dkt. 273).

DATED: February 16, 2024

Respectfully submitted,

**FOLIO LAW GROUP PLLC**

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
T: 737-234-0201
Email: joseph.abraham@foliolaw.com
         timothy.dewberry@foliolaw.com

1

Alden K. Lee, CA Bar No. 257973
Cliff Win, Jr., CA Bar No. 270517
Alexandra Fellowes, CA Bar No. 261929
C. Maclain Wells, CA Bar No. 221609
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel:    (206) 880-1802
Email: alden.lee@foliolaw.com
            cliff.win@foliolaw.com
            alexandra.fellowes@foliolaw.com
            maclain@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave. Ste. 903
Waco, TX 76701
Tel.: (254) 633-3011
Email: glove@cjsjlaw.com
            mseigmund@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 16, 2024.

                                                        */s/ Joseph M. Abraham*
                                                        Joseph M. Abraham