# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>  Defendants. | Case No. 6:20-cv-580-ADA<br>Case No. 6:20-cv-584-ADA<br>Case No. 6:20-cv-585-ADA |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

**TO THE HONORABLE COURT:**

Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") hereby moves to withdraw attorney Aaron D. Weisman as counsel of record for Plaintiff.

Attorneys with the law firms of Folio Law Group PLLC and Cherry Johnson Siegmund James PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Defendant Google or any other party to this action.

Defendant Google is not opposed to this motion. Accordingly, Brazos requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: April 17, 2024

Respectfully submitted,

*/s/ Joseph M. Abraham*
Joseph M. Abraham
TX Bar No. 24088879
Timothy Dewberry
TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
          timothy.dewberry@foliolaw.com

Mark D. Siegmund
TX Bar No. 24117055
Gregory P. Love
TX Bar No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254) 732-2242
F: (866) 627-3509
Email: msiegmund@cjsjlaw.com
          glove@cjsjlaw.com

***Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development***

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Tracy Stitt, counsel for Defendant Google, regarding Aaron D. Weisman's withdrawal from the case. Defendant Google does not oppose this motion.

*/s/ Joseph M. Abraham*
Joseph M. Abraham

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 17th day of April 2024 via the Court's CM/ECF system.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
