IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| | ) | Case No. 6:20-cv-580-ADA |
| | ) | Case No. 6:20-cv-584-ADA |
| Plaintiff, | ) | Case No. 6:20-cv-585-ADA |
| | ) | |
| v. | ) | |
| | ) | |
| GOOGLE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Before the Court is Plaintiff WSOU Investments, LLC, d/b/a Brazos Licensing and Development's Unopposed Motion for Withdrawal of Counsel from Case. After consideration, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Aaron D. Weisman is withdrawn as counsel of record for WSOU Investments, LLC, d/b/a Brazos Licensing and Development and the Clerk is directed to remove them from the electronic service list.

SIGNED this _____ day of April, 2024

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE