# United States Court of Appeals
# for the Federal Circuit

---

**WSOU INVESTMENTS LLC, DBA BRAZOS
LICENSING AND DEVELOPMENT,**

*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**

*Defendant-Appellee*

---

2024-1499

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00585-ADA, Judge Alan D Albright.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 12, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 20, 2026
Date

Jarrett B. Perlow
Clerk of Court